QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
    555 Twin Dolphin Dr., 5th Floor
    Redwood Shores, CA 94065
    Phone: (650) 801-5000
    Fax: (650) 801-5100

    Yury Kapgan (Bar No. 218366)
    yurykapgan@quinnemanuel.com
    Bruce Zisser (Bar No. 180607)
    brucezisser@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
    Los Angeles, CA 90017
    Phone: (213) 443-3000
    Fax: (213) 443-3100

*Attorneys for Plaintiff Corephotonics, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:17-cv-06457-LHK<br><br>**DECLARATION OF CLAUDE M. STERN IN SUPPORT OF STIPULATED REQUEST FOR ORDER TO EXTEND DEADLINE FOR PLAINTIFF COREPHOTONICS, LTD. TO SERVE THE COMPLAINT AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

I, Claude M. Stern, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Corephotonics, Ltd. ("Corephotonics"). Except as otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. The Complaint for Patent Infringement (Dkt. 1) ("Complaint") filed by Corephotonics in the above-captioned action has not yet been served on Defendant Apple Inc. ("Apple") because Corephotonics and Apple are currently engaged in settlement discussions and

wish to continue those discussions with the goal of resolving their dispute without needing further intervention of the Court.

3. Neither Corephotonics nor Apple has previously requested a time modification in this case.

4. Extending the deadline for Corephotonics to serve the Complaint and rescheduling the Initial Case Management Conference for a later date will affect the deadlines for certain actions required by the Federal Rules of Civil Procedure, Civil Local Rules for the Northern District of California, and ADR Local Rules for the Northern District of California that are based on the date of the Initial Case Management Conference. Such actions include the Rule 26(f) conference, service of initial disclosures, filing the ADR certification, and filing the joint case management statement. The time modifications requested will have no effect on other deadlines set by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 29, 2018, in Redwood Shores, California.

*/s/ Claude M. Stern*
Claude M. Stern