UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 17-CV-06457-LHK <br><br> **ORDER RELATING AND CONSOLIDATING CASES** |

Pursuant to Civil Local Rule 3-12(a), the Court finds that a later-filed case in this District, *Corephotonics, Ltd. v. Apple, Inc.*, No. 18-cv-02555 (N.D. Cal.) ("*Corephotonics II*") is related to the instant action. Accordingly, the Court RELATES *Corephotonics II* to the instant action.

Further, the Court finds that *Corephotonics II* and the instant case involve common questions of law and fact within the meaning of Federal Rule of Civil Procedure 42(a). As a result, pursuant to Rule 42(a)(2), the Court hereby CONSOLIDATES *Corephotonics II* and the instant action.

**IT IS SO ORDERED.**

Dated: May 22, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-06457-LHK
ORDER RELATING AND CONSOLIDATING CASES