UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COREPHOTONICS, LTD., | Case No. 17-CV-06457-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

Plaintiff's Attorney: Marc Fenster
Defendant's Attorney: Heidi Keefe, Phil Morton

A case management conference was held on May 23, 2018. A further case management conference is set for October 4, 2018, at 1:30 p.m. The parties shall file their joint case management statement by September 27, 2018.

The Court amended the case schedule in light of the Court's consolidation of *Corephotonics, Ltd. v. Apple, Inc.*, No. 18-CV-02555, with the instant case. The amended case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Deadline for Apple to Respond to the Complaint in the later-filed case, 18-CV-02555 | May 24, 2018 |
| Deadline to Serve Invalidity Contentions and Accompanying Production (on claims asserted in the | May 29, 2018 |

1

Case No. 17-CV-06457-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| original action, 17-CV-06457) | |
| Deadline to Serve Infringement Contentions and Accompanying Production (on claims asserted in the later-filed case, 18-CV-02555) | May 30, 2018 |
| Deadline to Supplement Initial Disclosures (on any additional issues relating to the later-filed case, 18-CV-02555) | June 6, 2018 |
| Deadline to Complete Private Mediation | July 3, 2018 |
| Deadline to Serve Damages Contentions (on claims asserted in the original action, 17-CV-06457) | July 18, 2018 |
| Deadline to Serve Responsive Damages Contentions (on claims asserted in the original action, 17-CV-06457) | August 17, 2018 |
| Deadline to Serve Supplemental Invalidity Contentions and Accompanying Production (on claims asserted in the later-filed action, 18-CV-02555) | August 29, 2018 |
| Deadline to Exchange Terms for Construction | September 12, 2018 |
| Deadline to Exchange Proposed Constructions and Extrinsic Evidence | October 3, 2018 |
| Hearing on Apple's Motion to Dismiss and Further Case Management Conference | October 4, 2018, at 1:30 p.m. |
| Deadline to Serve Damages Contentions (relating to the later-filed case, 18-CV-02555) | October 17, 2018 |
| Deadline to File a Joint Claim Construction and Prehearing Statement | October 24, 2018 |
| Deadline to Serve Responsive Damages Contentions (relating to the later-filed case, 18-CV-02555) | November 16, 2018 |
| Deadline to Complete Claim Construction Discovery | November 21, 2018 |
| Claim Construction Briefing | **Pl.'s Op.**: November 21, 2018<br>**Def's Resp.**: December 7, 2018<br>**Pl.'s Reply**: December 14, 2018 |
| Claim Construction Hearing | January 17, 2019, at 1:30 p.m. |
| Close of Fact Discovery | May 3, 2019 |
| Opening Expert Reports | June 3, 2019 |
| Rebuttal Expert Reports | July 2, 2019 |
| Close of Expert Discovery | July 26, 2019 |
| Last Day to File Dispositive Motions | **Motions**: August 22, 2019 |

2

Case No. 17-CV-06457-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| (one per side in the entire case) and *Daubert* Motions | **Responses**: September 19, 2019<br>**Replies**: October 3, 2019 |
| Hearing on Dispositive Motions | October 24, 2019, at 1:30 p.m. |
| Final Pretrial Conference | December 19, 2019, at 1:30 p.m. |
| Jury Trial | January 13, 2020, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: May 23, 2018

_____
LUCY H. KOH
United States District Judge