UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD., | Case No. 17-CV-06457-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

Plaintiff's Attorney: Marc Fenster
Defendant's Attorney: Philip Morton

A case management conference was held on September 27, 2018.  A further case management conference is set for February 27, 2019, at 2:00 p.m.  The parties shall file their joint case management statement by February 20, 2019.

The Court set a briefing schedule for Apple's proposed motion to stay the case pending inter partes review.  The parties' motion and opposition shall be limited to 10 pages each.  The reply shall be limited to five pages.

The Court ordered the parties to file a joint settlement status report by December 21, 2018.

The amended case schedule is set forth below:

| Scheduled Event | Date |
|---|---|

Case No. 17-CV-06457-LHK
CASE MANAGEMENT ORDER

| Deadline to Exchange Proposed Constructions and Extrinsic Evidence | October 3, 2018 |
|---|---|
| Deadline to Serve Damages Contentions (relating to the later-filed case, 18-CV-02555) | October 17, 2018 |
| Deadline to File a Joint Claim Construction and Prehearing Statement | October 24, 2018 |
| Deadline to Serve Responsive Damages Contentions (relating to the later-filed case, 18-CV-02555) | November 16, 2018 |
| Deadline to Complete Claim Construction Discovery | November 21, 2018 |
| Claim Construction Briefing | **Pl.'s Op.**: November 21, 2018<br>**Def's Resp.**: December 7, 2018<br>**Pl.'s Reply**: December 14, 2018 |
| Motion to Stay Briefing | **Def's Op.**: December 7, 2018<br>**Pl.'s Resp.**: December 19, 2018<br>**Def's Reply**: December 28, 2018 |
| Joint Settlement Status Report Due | December 21, 2018 |
| Hearing on Motion to Stay | January 3, 2019, at 1:30 p.m. |
| Claim Construction Hearing | January 17, 2019, at 1:30 p.m. |
| Further Case Management Conference | February 27, 2019, at 2:00 p.m. |
| Close of Fact Discovery | May 3, 2019 |
| Opening Expert Reports | June 3, 2019 |
| Rebuttal Expert Reports | July 2, 2019 |
| Close of Expert Discovery | July 26, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) and *Daubert* Motions | **Motions**: August 22, 2019<br>**Responses**: September 19, 2019<br>**Replies**: October 3, 2019 |
| Hearing on Dispositive Motions | October 24, 2019, at 1:30 p.m. |
| Final Pretrial Conference | December 19, 2019, at 1:30 p.m. |
| Jury Trial | January 13, 2020, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: September 27, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-06457-LHK
CASE MANAGEMENT ORDER