COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya B. Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, California  94304
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
Stephen Smith (*Pro Hac Vice*)
(stephen.smith@cooley.com)
Phillip Morton (*Pro Hac Vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:    (202) 842-7899

*Attorneys for Defendant*
Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Case No. 5:17-cv-06457-LHK<br><br>**NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NOS. 9,538,152 AND 9,402,032** |

Defendant Apple Inc. ("Apple") hereby respectfully provides notice to the Court that the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent & Trademark Office has instituted *inter partes* review regarding all asserted claims of two of the patents-in-suit.

Specifically, the PTAB instituted *inter partes* review of claims 1-4 of U.S. Patent No. 9,538,152 and claims 1 and 13-15 of U.S. Patent No. 9,402,032 on all grounds raised in Apple's Petition in each proceeding. Copies of the PTAB's institution decisions are submitted herewith as Exhibits A and B, respectively.

DATED: December 6, 2018

Respectfully submitted,

COOLEY LLP

By: */s/ Heidi Keefe*
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya B. Viswanath (238089)
(pviswanath@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, California  94304
Telephone:(650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
Stephen Smith (*Pro Hac Vice*)
stephen.smith@cooley.com
Phillip Morton (*Pro Hac Vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899

*Attorneys for Defendant*
Apple Inc.