COOLEY LLP
HEIDI KEEFE (178960)
(HKEEFE@COOLEY.COM)
LOWELL MEAD (223989)
(LMEAD@COOLEY.COM)
PRIYA VISWANATH (238089)
(PVISWANATH@COOLEY.COM)
3175 HANOVER STREET
PALO ALTO, CA  94304
TELEPHONE:     (650) 843-5000
FACSIMILE:     (650) 849-7400

COOLEY LLP
STEPHEN SMITH (*PRO HAC VICE*)
STEPHEN.SMITH@COOLEY.COM
PHILLIP MORTON (*PRO HAC VICE*)
(PMORTON@COOLEY.COM)
1299 PENNSYLVANIA AVENUE NW, SUITE 700
WASHINGTON, DC 20004-2400
TELEPHONE:  (202) 842-7800
FACSIMILE:  (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>                Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 5:17-cv-06457-LHK (lead case)<br>Case No. 5:18-cv-02555-LHK<br><br>**APPLE'S SECOND NOTICE OF *INTER PARTES* REVIEW INSTITUTION AND REQUEST FOR STATUS CONFERENCE**<br><br>**DEMAND FOR JURY TRIAL** |

      Defendant Apple Inc. ("Apple") hereby respectfully provides further notice that the Patent Trial and Appeal Board ("PTAB") has instituted *inter partes* review ("IPR") of all of the claims of U.S. Patent No. 9,568,712 that have been asserted by Plaintiff Corephotonics, Ltd. ("Corephotonics") in this case on all of the grounds raised in Apple's petition. A copy of the PTAB's institution decision is submitted as Exhibit A. Apple further respectfully requests a status conference as discussed further below.

      Apple previously notified the Court in Dkt. 97 that the PTAB also recently instituted IPR on all asserted claims of two other patents-in-suit. Therefore, IPR proceedings are now underway on all asserted claims of three of the five patents-in-suit. The remaining two patents-in-suit are both closely related to the patents upon which IPR has been instituted. IPR petitions are pending against all asserted claims of those two remaining patents-in-suit, which rely upon prior art that substantially overlaps with the prior art relied upon in the instituted IPRs.

      The undersigned has conferred with counsel for Corephotonics, who refused to confirm that Corephotonics will not file a motion to amend the challenged claims in the IPR proceedings. *See* Ex. B. By rule, if Corephotonics were to amend the claims that are asserted in this litigation – which are the subject of this Court's *Markman* proceedings currently set for hearing on January 17, 2019 – those claims would be canceled or replaced by new claims. *See* 37 C.F.R. § 41.121(a)(3). Corephotonics' deadlines to file motions to amend claims in the three instituted IPRs are in March 2019, after this Court's currently scheduled *Markman* hearing.

      Under these circumstances, Apple respectfully requests that the Court convene a status conference to discuss the impact of the pending IPR proceedings, including potential claim amendments, on the immediately upcoming *Markman* hearing in one month and the case schedule.

| | | |
|---|---|---|
| 1 | Dated: December 11, 2018 | COOLEY LLP |

/s/ Heidi Keefe
HEIDI KEEFE (178960)
(hkeefe@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
STEPHEN SMITH (*pro hac vice*)
stephen.smith@cooley.com
PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

*Attorneys for Defendant Apple Inc.*