RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>Defendant. | Case No. 5:17-cv-06457-LHK (Lead)<br>Case No. 5:18-cv-02555-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF COREPHOTONICS, LTD.'S MOTION TO LIFT STAY** |

The matter comes before the Court on Plaintiff Corephotonics, Ltd.'s Motion to Lift Stay. Finding good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Dated:_____            _____
                              Hon. Lucy H. Koh
                              United States District Judge