# EXHIBIT B

*Corephotonics Ltd. v. Apple Inc.*, Case Nos. 3:17-cv-06457-JD and 5:18-cv-02555-JD (consolidated)

U.S. Patent No. 9,568,712 is asserted in the -6475/-2555 consolidated action. U.S. Patent Nos. 10,324,277, 10,317,647, and 10,330,897 are asserted in related action 5:19-cv-4809-JD.

Corephotonics' motion seeks to lift the stay as to the '712 patent.

With respect to the '277 and '647 patents, the PTAB issued final written decisions finding all challenged claims unpatentable. With respect to the '897 patent, the PTAB issued a final written decision finding unpatentable claims 1, 2, 4-6 9-15, 17, 18, 20-23, 25-29 and finding claims 3, 8, 16, 19, 24, and 30 not unpatentable. The PTAB's decisions have been appealed to the Federal Circuit.

| '712 Patent | '277 Patent | '647 Patent | '897 Patent |
|---|---|---|---|
| 1. A lens assembly, comprising: | 1. A lens assembly, comprising: | 1. An optical lens assembly comprising, | 1. A lens assembly, comprising: |
| a plurality of refractive lens elements arranged along an optical axis, | a plurality of refractive lens elements arranged along an optical axis, | | a plurality of lens elements arranged along an optical axis and spaced apart by respective spaces, |
| wherein at least one surface of at least one of the plurality of lens elements is aspheric, | wherein at least one surface of at least one of the plurality of lens elements is aspheric, | | |
| wherein the lens assembly has an effective focal length (EFL), a total track length (TTL) of 6.5 millimeters or less and a ratio TTL/EFL of less than 1.0, | wherein the lens assembly has an effective focal length (EFL), wherein a lens system that includes the lens assembly plus a window positioned between the plurality of lens elements and an image plane has a total track length (TTL) of 6.5 millimeters or less, wherein a ratio TTL/EFL is less than 1.0, | wherein the lens assembly has an effective focal length (EFL), wherein a lens system that includes the lens assembly plus a window positioned between the fifth lens element and an image plane has a total track length (TTL) of 6.5 millimeters or less and wherein the lens assembly has a ratio TTL/EFL<1.0. | wherein the lens assembly has an effective focal length (EFL), a total track length (TTL) of 6.5 millimeters or less and a ratio TTL/EFL<1.0, |

| and wherein the plurality of lens elements comprises, in order from an object side to an image side, | wherein the plurality of lens elements comprises, in order from an object side to an image side, | in order from an object side to an image side: | wherein the plurality of lens elements includes, in order from an object side to an image side, |
|---|---|---|---|
| a first lens element with a focal length f1 and positive refractive power, | a first lens element with positive refractive power, | a) a first lens element L1 with positive refractive power, a focal length f1; | |
| a second lens element with a focal length f2 and negative refractive power and | a second lens element with negative refractive power, and | b) a second lens element L2 with negative refractive power and a focal length f2 and having a meniscus shape with convex object-side surface; | |
| a third lens element with a focal length f3, | a third lens element | c) a third lens element L3 with negative refractive power and a focal length f3; | |
| the focal length f1, the focal length f2 and the focal length f3 fulfilling the condition $1.2 \times |f_3| > |f_2| > 1.5 \times f_1$. | [claim 4] wherein the focal length f1, a focal length f2 of the second lens element and a focal length f3 of the third lens element fulfill the condition $1.2 \times |f_3| > |f_2| > 1.5 \times f_1$ | wherein $1.2 \times |f_3| > |f_2| > 1.5 \times f_1$ | |

| '712 Patent | '277 Patent | '647 Patent | '897 Patent |
|---|---|---|---|
| 15. A lens assembly, comprising: | 1. A lens assembly, comprising: | 8. An optical lens assembly comprising | 1. A lens assembly, comprising: |
| a plurality of refractive lens elements arranged along an optical axis, | a plurality of refractive lens elements arranged along an optical axis, | | a plurality of lens elements arranged along an optical axis and spaced apart by respective spaces |

| | | | |
|---|---|---|---|
| wherein the lens assembly has an effective focal length (EFL) and a total track length (TTL) smaller than the effective focal length (EFL), | wherein at least one surface of at least one of the plurality of lens elements is aspheric, wherein the lens assembly has an effective focal length (EFL), wherein a lens system that includes the lens assembly plus a window positioned between the plurality of lens elements and an image plane has a total track length (TTL) of 6.5 millimeters or less, wherein a ratio TTL/EFL is less than 1.0 | wherein the lens assembly has an effective focal length (EFL), wherein a lens system that includes the lens assembly plus a window positioned between the fifth lens element and an image plane has a total track length (TTL) of 6.0 millimeters or less and wherein the lens assembly has a ratio TTL/EFL<1.0 | wherein the lens assembly has an effective focal length (EFL), a total track length (TTL) of 6.5 millimeters or less and a ratio TTL/EFL<1.0 |
| the plurality of refractive lens elements comprising, in order from an object plane to an image plane along the optical axis, | wherein the plurality of lens elements comprises, in order from an object side to an image side | five lens elements, in order from an object side to an image side | wherein the plurality of lens elements includes, in order from an object side to an image side |
| a first lens element having positive optical power, | a first lens element with positive refractive power | a) a first lens element L1 with positive refractive power and a focal length f1 | |

| | | | | | |
|---|---|---|---|---|---|
| a pair of second and third lens elements having together a negative optical power, and | a pair of second and third lenses having each a negative optical power | a second lens element with negative refractive power, and a third lens element<br><br>[Claim 2] wherein the third lens element has negative refractive power | b) a second lens element L2 with negative refractive power and having a meniscus shape with convex object-side surface<br><br>c) a third lens element L3 | | |
| a combination of fourth and fifth lens elements, | the plurality of lens elements further including a combination of fourth and fifth lens elements configured to assist in bringing all fields focal points to the image plane | [Claim 3] wherein the plurality of refractive lens elements includes five lens elements | d) a fourth lens element L4; and [8e] a fifth lens element L5 | | |
| the fourth lens element separated from the third lens element by an air gap greater than TTL/5. | wherein the third and fourth lens elements are separated by an air gap which is greater than TTL/5 | [Claim 9] wherein the third lens element and the fourth lens element are separated by an air gap greater than TTL/5 | wherein lens elements L3 and L4 are separated by a gap greater than TTL/5 | | |