# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  April 14, 2022																					Judge:  Hon. James Donato

Time:  19 Minutes

        RELATED ACTIONS:
        3:17-cv-06457-JD Corephotonics, Ltd. v. Apple, Inc.
        3:19-cv-04809-JD Corephotonics, Ltd. v. Apple Inc..

Attorney(s) for Plaintiff(s):    Mark Fenster
Attorney(s) for Defendant(s):    Heidi Keefe/Lowell Mead

Court Reporter:  Belle Ball

Deputy Clerk:  Lisa Clark

## PROCEEDINGS

Motion to Lift Stay -- Held
Initial Case Management Conference -- Held

## NOTES AND ORDERS

The stay in Case No. 17-cv-6457-JD is lifted.  The parties are directed to file by April 28, 2022, a joint statement with a proposed schedule.  The schedule may take into consideration new briefing for claim construction.  The joint statement may also include an identification of new products that Corephotonics accuses of infringement.

The stay in Case No. 19-cv-4809-JD remains in place.