COOLEY LLP
HEIDI KEEFE (176960)
(hkeefe@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, California  94304
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
PHILLIP MORTON (*Pro Hac Vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899

*Attorneys for Defendant*
Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISIONS

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF PHILLIP MORTON IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO COREPHOTONICS, LTD.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

I, Phillip E. Morton, declare:

1. I am an attorney with Cooley LLP and counsel in this action for Defendant Apple Inc. ("Apple"). I make this declaration in support of Defendant Apple Inc.'s Opposition to Corephotonics, Ltd.'s Motion for Leave to Amend Infringement Contentions. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 9,568,712, dated May 23, 2018.

3. Attached hereto as **Exhibit B** is a true and correct copy of IPR2018-01146 Decision Institution of *Inter Partes* Review 37 C.F.R. § 42.108, dated December 7, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 9,185,291, dated July 13, 2018.

5. Attached hereto as **Exhibit D** is a true and correct copy of IPR2018-01348 Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 9,185,291, dated February 4, 2019.

6. Attached hereto as **Exhibit E** is a true and correct copy of IPR2018-01146 Judgment Final Written Decision 35 U.S.C. § 318(a) of U.S. Patent No. 9,568,712, dated December 4, 2019.

7. Attached hereto as **Exhibit F** is a true and correct copy of filings addressing the obviousness of claims 6 and 14 in IPR2018-01146 (Papers 40-43).

8. Attached hereto as **Exhibit G** is a true and correct copy of Request for *Ex Parte* Reexamination of U.S. Patent No. 9,568,712, dated December 7, 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of Disclaimer in Patent Under 37 CFR 1.321(a) of U.S. Patent No. 9,568,712, dated January 11, 2022.

10. Attached hereto as **Exhibit I** is a true and correct copy of Order Denying Request for *Ex Parte* Reexamination Request of U.S. Patent No. 9,568,712, dated December 9, 2021.

11. Attached hereto as **Exhibit J** is a true and correct copy of IPR2018-01146

Adverse Judgment After Institution of Trial 37 C.F.R. § 42.73(b) of U.S. Patent No. 9,568,712, dated February 11, 2022.

12. Attached hereto as **Exhibit K** is a true and correct copy of IPR2020-00905 Patent Owner's Response to Petition for *Inter Partes* Review of U.S. Patent No. 10,255,479, dated February 4, 2021.

13. Attached hereto as **Exhibit L** is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 9,568,712, dated July 6, 2018.

14. Attached hereto as **Exhibit M** is a true and correct copy of IPR2018-01356 Decision Denying Institution of *Inter Partes* Review 37 C.F.R. § 42.108, dated February 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2022 in Washington, DC.

*/s/ Phillip E. Morton*
Phillip E. Morton