UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>[PROPOSED] **ORDER GRANTING APPLE INC.'S MOTION TO CONTINUE AND CONSOLIDATE MOTION HEARING**<br><br>Date: June 30, 2022<br>Time: 10:00 AM<br>Courtroom: 11<br>Before:  Hon. James Donato |

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

Order re Apple's Motion to Continue and
Consolidate Motion Hearing

The matter comes before the Court on the Motion to Continue and Consolidate Motion Hearing filed by Apple Inc. Finding good cause having been shown, IT IS HEREBY ORDERED that the Motion is granted and the hearing on the pending motion for leave to amend infringement contentions filed by Corephotonics, Ltd. (Dkt. 129) is hereby continued from June 30, 2022 to July 28, 2022. at 10:00 a.m.

Dated: June 24, 2022

_____
Hon. James Donato
United States District Judge

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 1 -

Order re Apple's Motion to Continue and
Consolidate Motion Hearing