AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| COREPHOTONICS, LTD. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:17-cv-06457-LHK |
| APPLE, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COREPHOTONICS, LTD.

Date:  7/13/2022

/s/ Brian D. Ledahl
*Attorney's signature*

Brian D. Ledahl (SBN 186579)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

bledahl@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*