RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 3:18-cv-02555-JD<br><br>**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF COREPHOTONICS, LTD.'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, James S. Tsuei, state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Corephotonics' Opening Claim Construction Brief, filed on September 29, 2022.

3. Attached as **Exhibit 1** is a true and correct copy of an Information Disclosure Statement By Applicant dated April 13, 2015 and filed as part of the prosecution leading to the issuance of the '291 patent. I obtained this document on September 24, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

4. Attached as **Exhibit 2** is a true and correct copy of a Notice of References Cited and filed on September 25, 2015, in the prosecution leading to the issuance of the '291 patent. I obtained this document on September 24, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

5. Attached as **Exhibit 3** is a true and correct copy of an Information Disclosure Statement By Applicant dated January 8, 2017 and filed as part of the prosecution leading to the issuance of the '712 patent. I obtained this document on September 24, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

6. Attached as **Exhibit 4** is a true and correct copy of United States Patent Application Publication No. US 2012/0026366 A1 to Golan and Kipnis. I obtained this document on September 25, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

7. Attached as **Exhibit 5** is a true and correct copy of United States Patent Application Publication No. US 2010/0277619 A1 to Scarff. I obtained this document on September 25, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

8. Attached as **Exhibit 6** is a true and correct copy of WIPO International Publication No. WO 2015/015383 A2 to Shabtay et al. I obtained this document on September 25, 2022, from the World Intellectual Property Organization's Patentscope website at https://patentscope.wipo.int/search/en/search.jsf.

9. Attached as **Exhibit 7** is a true and correct copy of Apple's Petition for *Inter Partes* Review, IPR2018-01348, filed on July13, 2018.

10. Attached as **Exhibit 8** is a true and correct copy of United States Patent 5,946,142 to Hirata et al. I obtained this document on September 23, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

11. Attached as **Exhibit 9** is a true and correct copy of United States Patent Application Publication No. 2007/0229987 A1. I obtained this document on September 23, 2022, from the U.S. Patent and Trademark Office's Patent Center website at https://patentcenter.uspto.gov.

12. I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on September 29, 2022 in Los Angeles, California.

By: */s/ James S. Tsuei*
James S. Tsuei