# Exhibit 2

| Notice of References Cited | Application/Control No. 14/365,711 | Applicant(s)/Patent Under Reexamination SHABTAY ET AL. | |
|---|---|---|---|
| | Examiner CYNTHIA SEGURA | Art Unit 2662 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5,172,235 A | 12-1992 | Wilm; Thomas | H04N5/2254 | 348/149 |
| * | B | US-5,436,660 A | 07-1995 | Sakamoto; Yukio | H04N5/33 | 348/229.1 |
| * | C | US-2003/0227556 A1 | 12-2003 | Doyle, Michael | G06F3/0481 | 348/239 |
| * | D | US-6,977,676 B1 | 12-2005 | Sato; Mamoru | G08B13/19628 | 348/14.08 |
| * | E | US-2006/0275025 A1 | 12-2006 | Labaziewicz; Peter | H04N5/225 | 396/72 |
| * | F | US-2007/0109399 A1 | 05-2007 | Sekimoto; Tomomi | H04N5/2253 | 348/36 |
| * | G | US-2007/0146503 A1 | 06-2007 | Shiraki; Hidenori | H04N3/1593 | 348/231.3 |
| * | H | US-2008/0030592 A1 | 02-2008 | Border; John N. | H04N5/232 | 348/218.1 |
| * | I | US-7,388,182 B2 | 06-2008 | Schofield; Kenneth | B60Q1/1423 | 250/205 |
| * | J | US-2008/0218613 A1 | 09-2008 | Janson; Wilbert F. | G03B15/00 | 348/262 |
| * | K | US-2008/0219654 A1 | 09-2008 | Border; John N. | H04N5/2258 | 396/89 |
| * | L | US-2009/0273688 A1 | 11-2009 | Nonaka; Osamu | H04N5/2259 | 348/222.1 |
| * | M | US-7,724,300 B2 | 05-2010 | Misawa; Atsushi | H04N5/2253 | 348/333.05 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | JP 2006238325 A | 09-2006 | JP | KAGIWADA, KEISUKE | H04N5/232 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | JP 2006238325 A; Camera system for clear display of video in display apparatus, displays simultaneously or records image of wide camera and image of tele camera by switching to tele video and wide video during movement of tele camera; CANON; 09-2006; English Abstract |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| | Notice of References Cited | Application/Control No. 14/365,711 | | Applicant(s)/Patent Under Reexamination SHABTAY ET AL. | |
|---|---|---|---|---|---|
| | | Examiner CYNTHIA SEGURA | | Art Unit 2662 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-7,843,499 B2 | 11-2010 | Watanabe; Keisuke | G08B13/19643 | 348/143 |
| * | B | US-2012/0026366 A1 | 02-2012 | Golan; Chen | H04N5/232 | 348/240.2 |
| * | C | US-8,860,849 B2 | 10-2014 | Misawa; Takeshi | H04N5/2258 | 348/240.2 |
| * | D | US-2015/0085174 A1 | 03-2015 | Shabtay; Gal | H04N5/23296 | 348/336 |
| * | E | US-2015/0244942 A1 | 08-2015 | Shabtay; Gal | H04N5/23296 | 348/240.3 |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                     Notice of References Cited                     Part of Paper No. 20150918