WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone:   (213) 337-9972
Facsimile:    (213) 403-4906

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-6457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>Hon. James Donato<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |

**TO THE CLERK OF THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Hannah L. Cannom of Walker Stevens Cannom LLP, a member of the State Bar of California (SBN 245635) and admitted to practice in this Court, hereby appears on behalf of Defendant APPLE INC. in the above-captioned action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone number, facsimile, and email address are as follows:

Hannah L. Cannom
WALKER STEVENS CANNOM LLP
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906
Email: hcannom@wscllp.com

Dated this 10th day of October, 2022          WALKER STEVENS CANNOM LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Hannah L. Cannom*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hannah L. Cannom

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being serviced on October 10, 2022, with a copy of this document via the Court's CM/ECF system per Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery, and/or first class mail on this date.

        /s/ *Hannah L. Cannom*
        Hannah L. Cannom