# EXHIBIT D

# Handbook of Optical Design
## Second Edition

**Daniel Malacara**
**Zacarias Malacara**
Centro de Investigaciones en Optica, A.C.
León, Mexico



MARCEL DEKKER, INC.     NEW YORK • BASEL

© 2004 by Marcel Dekker, Inc.

**Library of Congress Cataloging-in-Publication Data**
A catalog record for this book is available from the Library of Congress.

The first edition of this book was published as *Handbook of Lens Design* (Marcel Dekker, Inc., 1994).

**ISBN: 0-8247-4613-9**

This book is printed on acid-free paper.

**Headquarters**
Marcel Dekker, Inc.
270 Madison Avenue, New York, NY 10016
tel: 212-696-9000; fax: 212-685-4540

**Eastern Hemisphere Distribution**
Marcel Dekker AG
Hutgasse 4, Postfach 812, CH-4001 Basel, Switzerland
tel: 41-61-260-6300; fax: 41-61-260-6333

**World Wide Web**
http://www.dekker.com

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write to Special Sales/Professional Marketing at the headquarters address above.

**Copyright © 2004 by Marcel Dekker, Inc. All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Current printing (last digit):
10  9  8  7  6  5  4  3  2  1

**PRINTED IN THE UNITED STATES OF AMERICA**

# Preface to the Second Edition

The first edition of this book was used by our students in a lens design course for several years. Taking advantage of this experience, this second edition has been greatly improved in several aspects.

Most of the material in the original second chapter was considered quite important and useful as a reference. However, to make an introductory course on lens design more fluid and simple, most of the material was transferred to the end of the book as an Appendix. In several other sections the book was also restructured with the same objective in mind.

Some of the modifications introduced include the clarification and a more complete explanation of some concepts, as suggested by some readers. Additional material was written, including additional new references to make the book more complete and up to date. We will mention only a few examples. Some gradient index systems are now described with greater detail. The new wavefront representation by means of arrays of gaussians is included. The Delano diagram section was enlarged. More details on astigmatic surfaces with two different curvatures in orthogonal diameters are given.

We would like to thank our friends and students who used the previous edition of this book. They provided us with many suggestions and pointed out a few typographical errors to improve the book.

*Daniel Malacara*
*Zacarias Malacara*

© 2004 by Marcel Dekker, Inc.

# Preface to the First Edition

This is a book on the general subject of optical design, aimed at students in the field of geometrical optics and engineers involved in optical instrumentation. Of course, this is not the first book in this field. Some classic, well-known books are out of print however, and lack any modern topics. On the other hand, most modern books are generally very restricted in scope and do not cover important classic or even modern details.

Without pretending to be encyclopedic, this book tries to cover most of the classical aspects of lens design and at the same time describes some of the modern methods, tools, and instruments, such as contemporary astronomical telescopes, gaussian beams, and computer lens design.

Chapter 1 introduces the reader to the fundamentals of geometrical optics. In Chapter 2 spherical and aspherical optical surfaces and exact skew ray tracing are considered. Chapters 3 and 4 define the basic concepts for the first- and third-order theory of lenses while the theory of the primary aberrations of centered optical systems is developed in Chapters 5 to 7. The diffraction effects in optical systems and the main wave and ray methods for lens design evaluation are described in Chapters 8, 9, and 10. Chapters 11 to 17 describe some of the main classical optical instruments and their optical design techniques. Finally, Chapter 18 studies the computer methods for optical lens design and evaluation.

In conclusion, not only is the basic theory treated in this book, but many practical details for the design of some optical systems are given. We hope that this book will be useful as a textbook for optics students, as well as a reference book for optical scientists and engineers.

We greatly acknowledge the careful reading of the manuscript and suggestions to improve the book by many friends and colleagues. Among these many friends we would like to mention Prof. Raúl Casas, Manuel Servín, Ricardo Flores, and several of our students. A generous number of members of the research staff from Optical Research Associates provided a wonderful help with many constructive criticisms and suggestions. Their

© 2004 by Marcel Dekker, Inc.

number is large and we do not want to be unfair by just mentioning a few names. We also acknowledge the financial support and enthusiasm of the Centro de Investigaciones en Optica and its General Director Arquímedes Morales. Last, but not least, the authors greatly acknowledge the encouragement and understanding of our families. One of the authors (D.M.) especially thanks his sons Juan Manuel and Miguel Angel for their help with many of the drawings and the word processing of some parts.

*Daniel Malacara*
*Zacarias Malacara*

© 2004 by Marcel Dekker, Inc.

# Contents

*Preface to the Second Edition*
*Preface to the First Edition*

1. **Geometrical Optics Principles**
   1.1 Wave Nature of Light and Fermat's Principle
   1.2 Reflection and Refraction Laws
   1.3 Basic Meridional Ray Tracing Equations
   1.4 Gaussian or First-Order Optics
   1.5 Image Formation
   1.6 Stop, Pupils, and Principal Ray
   1.7 Optical Sine Theorem
   1.8 Herschel Invariant and Image Magnifications
   1.9 Ray Aberrations and Wave Aberrations
   References

2. **Thin Lenses and Spherical Mirrors**
   2.1 Thin Lenses
   2.2 Formulas for Image Formation with Thin Lenses
   2.3 Nodal Points of a Thin Lens
   2.4 Image Formation with Convergent Lenses
   2.5 Image Formation with Divergent Lenses
   References

3. **Systems of Several Lenses and Thick Lenses**
   3.1 Focal Length and Power of a Lens System
   3.2 Image Formation with Thick Lenses or Systems of Lenses
   3.3 Cardinal Points
   3.4 Image Formation with a Tilted or Curved Object
   3.5 Thick Lenses
   3.6 Systems of Thin Lenses

© 2004 by Marcel Dekker, Inc.

    3.7  The Lagrange Invariant in a System of Thin Lenses
    3.8  Effect of Object or Stop Shifting
    3.9  The Delano $y$–$\bar{y}$ Diagram
    References

**4. Spherical Aberration**
    4.1  Spherical Aberration Calculation
    4.2  Primary Spherical Aberration
    4.3  Aspherical Surfaces
    4.4  Spherical Aberration of Aspherical Surfaces
    4.5  Surfaces without Spherical Aberration
    4.6  Aberration Polynomial for Spherical Aberration
    4.7  High-Order Spherical Aberration
    4.8  Spherical Aberration Correction with Gradient Index
    References

**5. Monochromatic Off-Axis Aberrations**
    5.1  Oblique Rays
    5.2  Petzval Curvature
    5.3  Coma
    5.4  Astigmatism
    5.5  Distortion
    5.6  Off-Axis Aberrations in Aspherical Surfaces
    5.7  Aberrations and Wavefront Deformations
    5.8  Symmetrical Principle
    5.9  Stop Shift Equations
    References

**6. Chromatic Aberrations**
    6.1  Introduction
    6.2  Axial Chromatic Aberration
    6.3  Secondary Color Aberration
    6.4  Magnification Chromatic Aberration
    References

**7. The Aberration Polynomial**
    7.1  Wave Aberration Polynomial
    7.2  Zernike Polynomials
    7.3  Wavefront Representation by an Array of Gaussians
    7.4  Transverse Aberration Polynomials
    References

© 2004 by Marcel Dekker, Inc.

8.  **Diffraction in Optical Systems**
    8.1   Huygens–Fresnel Theory
    8.2   Fresnel Diffraction
    8.3   Fraunhofer Diffraction
    8.4   Diffraction Images with Aberrations
    8.5   Strehl Ratio
    8.6   Optical Transfer Function
    8.7   Resolution Criteria
    8.8   Gaussian Beams
    References

9.  **Computer Evaluation of Optical Systems**
    9.1   Meridional Ray Tracing and Stop Position Analysis
    9.2   Spot Diagram
    9.3   Wavefront Deformation
    9.4   Point and Line Spread Functions
    9.5   Optical Transfer Function
    9.6   Tolerance to Aberrations
    References

10. **Prisms**
    10.1   Tunnel Diagram
    10.2   Deflecting a Light Beam
    10.3   Transforming an Image
    10.4   Deflecting and Transforming Prisms
    10.5   Nondeflecting Transforming Prisms
    10.6   Beam-Splitting Prisms
    10.7   Chromatic Dispersing Prisms
    References

11. **Simple Optical Systems and Photographic Lenses**
    11.1   Optical Systems Diversity
    11.2   Single Lens
    11.3   Spherical and Paraboloidal Mirrors
    11.4   Periscopic Lens
    11.5   Achromatic Landscape Lenses
    11.6   Achromatic Double Lens
    11.7   Some Catoptric and Catadioptric Systems
    11.8   Fresnel Lenses and Gabor Plates
    References

© 2004 by Marcel Dekker, Inc.

12. **Complex Photographic Lenses**
    12.1 Introduction
    12.2 Asymmetrical Systems
    12.3 Symmetrical Anastigmat Systems
    12.4 Varifocal and Zoom Lenses
    References

13. **The Human Eye and Ophthalmic Lenses**
    13.1 The Human Eye
    13.2 Ophthalmic Lenses
    13.3 Ophthalmic Lens Design
    13.4 Prismatic Lenses
    13.5 Spherocylindrical Lenses
    References

14. **Astronomical Telescopes**
    14.1 Resolution and Light Gathering Power
    14.2 Catadioptric Cameras
    14.3 Newton Telescope
    14.4 Reflecting Two-Mirror Telescopes
    14.5 Field Correctors
    14.6 Catadioptric Telescopes
    14.7 Multiple Mirror Telescopes
    14.8 Active and Adaptive Optics
    References

15. **Visual Systems, Visual Telescopes, and Afocal Systems**
    15.1 Visual Optical Systems
    15.2 Basic Telescopic System
    15.3 Afocal Systems
    15.4 Refracting Objectives
    15.5 Visual and Terrestrial Telescopes
    15.6 Telescope Eyepieces
    15.7 Relays and Periscopes
    References

16. **Microscopes**
    16.1 Compound Microscope
    16.2 Microscope Objectives
    16.3 Microscope Eyepieces
    16.4 Microscope Illuminators
    References

© 2004 by Marcel Dekker, Inc.

**17. Projection Systems**
17.1 Slide and Movie Projectors
17.2 Coherence Effects in Projectors
17.3 Main Projector Components
17.4 Anamorphic Projection
17.5 Overhead Projectors
17.6 Profile Projectors
17.7 Television Projectors
References

**18. Lens Design Optimization**
18.1 Basic Principles
18.2 Optimization Methods
18.3 Glatzel Adaptive Method
18.4 Constrained Damped Least Squares Optimization Method
18.5 Merit Function and Boundary Conditions
18.6 Modern Trends in Optical Design
18.7 Flow Chart for a Lens Optimization Program
18.8 Lens Design and Evaluation Programs
18.9 Some Commercial Lens Design Programs
References

**Appendix 1. Notation and Primary Aberration Coefficients Summary**
A1.1 Notation
A1.2 Summary of Primary Aberration Coefficients

**Appendix 2. Mathematical Representation of Optical Surfaces**
A2.1 Spherical and Aspherical Surfaces
References

**Appendix 3. Optical Materials**
A3.1 Optical Glasses
A3.2 Optical Plastics
A3.3 Infrared and Ultraviolet Materials
Bibliography

**Appendix 4. Exact Ray Tracing of Skew Rays**
A4.1 Exact Ray Tracing
A4.2 Summary of Ray Tracing Results

© 2004 by Marcel Dekker, Inc.

       A4.3   Tracing Through Tilted or Decentered Optical Surfaces
      References

**Appendix 5. General Bibliography on Lens Design**

© 2004 by Marcel Dekker, Inc.

### 12.2.2 Telephoto Lens

The telephoto lens has two basic elements: a positive lens in the front and a negative lens in the back. The effective focal length of the system is larger than the total length, from the front lens to the focal plane, of the system. This kind of system is used whenever there is a need for a compact system, as compared with its focal length. A telephoto lens is the lens equivalent of a Cassegrain telescope. The telephoto ratio is defined as the ratio of the total length of the system to the effective focal length as follows:

$$k = \frac{t + F_B}{F} \tag{12.1}$$

where $t$ is the lens separation, $F$ is the effective focal length, and $F_B$ is the back focal length. Then, the focal length for the front element may be written

$$f_a = \frac{Fd}{F(1-k) + d} \tag{12.2}$$

and the focal length for the second element is

$$f_b = \frac{(f_a - d)(kF - d)}{(f_a - kF)} \tag{12.3}$$

Typical values for the telephoto ratio are around 0.8.

A common problem with telephoto designs is the presence of distortion, but it may be reduced as described by Kazamaki and Kondo (1956). A telephoto lens, designed by Kingslake, redesigned by Hopkins, and reported by Smith and Genesee Optics Software (1992) is described in Table 12.3 and shown in Fig. 12.2.

An inverted telephoto lens is normally used to obtain wide-angle fields. When the field is very large, this lens is sometimes wrongly called a fisheye lens. The strong distortion of this system may be compensated by introducing a positive lens in front of the negative element.

These lenses have the property that their back focal length is longer than their effective focal length, which is useful in certain applications.

### 12.2.3 Cooke Triplet

H. Dennis Taylor, working for the Cooke and Sons company in York, England, in 1893, invented this famous design. This system has just enough

© 2004 by Marcel Dekker, Inc.