# EXHIBIT I

# Photography 101

### Fredo Durand
### MIT CSAIL



APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# What do I know about good pictures?

- **Not much: amateur photographer, wildlife, travel, portrait**









APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# I like equipment

- **I am a geek!**





- **Also I teach**
  **6.815 Digital and Computational Photography**
  **6.865 Advanced Computational Photography**

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Plan



- **Imaging parameters**
  - Camera
  - Lighting
  - Software



- **Equipment**

- **Improving your pictures**



APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# Slides are online

- **http://people.csail.mit.edu/fredo/**

- **More material at**

  - http://stellar.mit.edu/S/course/6/sp11/6.815/

  - http://graphics.stanford.edu/courses/#cs178





APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Imaging parameters

Fredo Durand

MIT CSAIL

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Imaging parameters

- ✦ Focal length
  - Sensor format

- ✦ Shutter speed

- ✦ Aperture

- ✦ ISO
  - Noise, sensor size

- ✦ Lighting

- ✦ Software





APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Focal length = field of view

- **zooming changes the focal length** 24mm





50mm



135mm



APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

Monday, May 2, 2011

# Focal length = cropping

CSAIL



24mm



50mm



135mm



APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Focal length vs. viewpoint

- **Telephoto makes it easier to select background (a small change in viewpoint is a big change in background.**





Grand-angulaire 24 mm



Normal 50 mm



Longue focale 135 mm

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# Perspective vs. viewpoint

- **Portrait: distortion with wide angle**
- **Why?**







Wide angle                    Standard                    Telephoto

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Very wide angle: include but distort

- **Difficult lens to use because it includes so much**
- **enables wide range of scales**



24mm                    18mm                    16mm

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# Normal: neutral



50mm



55mm



50mm

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# Medium telephoto: isolate



95mm



110mm



110mm



150mm

APPLE V. COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Super telephoto





910mm



910mm



910mm          390mm

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002
Page 15

# Focal length & sensor





- **What happens when the sensor is half the size?**
    - It's like cropping!
    - The field of view is reduced by a factor of 2
    - The equivalent focal length for is multiplied by 2
    - Hence the so-called crop factor, and the notion of 35mm equivalent focal length
- **Most affordable SLRs have a 1.5 crop factor**


EOS-1D


EOS 10D



½ s

Film/ sensor

f   d

pinhole      scene

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002
Page 16

# http://www.photozone.de/3Technology/digital_1.htm

**CSAIL**



36x24mm (35mm format)

28.7x19.1mm (EOS 1D) = 1.26x magnification factor

APS-C sized sensors (EOS 10D, Nikon D100, Pentax *ist D, etc) = 1.5x - 1.6x

18x13.5mm (4/3" system - Olympus E-1)

8.8x6.6mm (2/3" P&S)

8.8x6.6mm (2/3")      7.2x5.3mm (1/1.8")      5.3x4mm (1/2.7")

APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002

# Consequences of smaller sensor

- **Different field of view for same focal length**
  - hence the "crop factor"
  - a 100mm on a low-end SLR has the same field of view as a 150mm on a high-end one

- **Larger depth of field**

- **Increased noise**



½ s

Film/sensor

pinhole

scene

f

d



APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002



# Recap: focal length

- **focal length
  = field of view
  = cropping**
- **depends on sensor size**
- **zooming changes the focal length**
  - wide angle : <35mm
  - telephoto : > 85mm

- **difference between viewpoint
  and focal length**









APPLE V COREPHOTONICS
IPR2020-00905
Exhibit 2002