# EXHIBIT M

Page 1

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---------------------------------x
APPLE, INC.,                     )
                                 ) IPR2020-00905
        Petitioner,              ) IPR2020-00906
                                 )
        vs.                      )
                                 )
COREPHOTONICS, LTD.,             )
                                 )
        Patent Owner.            )
---------------------------------x

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

EXPERT WITNESS

JOHN C. HART, Ph.D.

April 29, 2021

9:02 a.m. (CST)

Reported By:

Mayleen Ahmed, RMR, CRR, CRC, CSR

Job No.: 1961

Page 2

```
 1              REMOTE APPEARANCES
 2   On behalf of the Petitioner:
 3      STEPHANIE SIVINSKI, ESQ.
 4      HAYNES & BOONE LLP
 5      2323 Victory Avenue - Suite 700
 6      Dallas, Texas 75219
 7      214.651.5078
 8      stephanie.sivinski@haynesboone.com
 9         -and-
10      MICHAEL PARSONS, ESQ.
11      BETHANY LOVE, ESQ.
12      HAYNES & BOONE LLP
13      6000 Headquarters Drive - Suite 200
14      Plano, Texas 75024
15      972.739.8611
16      michael.parsons@haynesboone.com
17      bethany.love@haynesboone.com
18
19
20      PRIYA VISWANATH, ESQ.
21      COOLEY LLP
22      3175 Hanover Street
23      Palo Alto, California 94304-1130
24      650.849.7023
25      pviswanath@cooley.com
```

Page 3

```
 1          REMOTE APPEARANCES (cont'd)
 2
 3   On behalf of the Patent Owner:
 4      JONATHAN LINK, ESQ.
 5      RUSS AUGUST & KABAT
 6      12424 Wilshire Boulevard - 12th floor
 7      Los Angeles, California 90025
 8      310.826.7474
 9      jlink@raklaw.com
10
11   ALSO PRESENT:
12   VALERIE BELTRAN, Videographer, TransPerfect,
13
```

Page 4

```
 1              INDEX OF EXAMINATION
 2   WITNESS:  JOHN C. HART, Ph.D.
 3   EXAMINATION                               PAGE
 4   BY MS. SIVINSKI ...........................  6
 5
 6
 7   MOTIONS TO STRIKE                         None
 8   INSTRUCTIONS NOT TO ANSWER                None
 9   DOCUMENT/INFORMATION REQUESTS             None
10
11
12
13
        ------------- REFERENCED DOCUMENTS ---------------
14
15     EXHIBIT      DESCRIPTION              PAGE
16   Exhibit APPL 1001    U.S. Patent 10,225, 479    9
17   Exhibit APPL 1005    U.S. Patent 7,859,588,    58
18   Exhibit APPL 1013    "Computer Vision,        125
19                        Algorithms and
                          Applications," Szeliski
20   Exhibit APPL 1023    U.S. Patent 8,908,041    134
21   Exhibit 2001         Declaration of John C.     8
                          Hart, Ph.d
22
        Exhibit 2015      Declaration of Duncan     52
23                        Moore
24
25
```

Page 5

```
 1   DEPOSITION OF JOHN C. HART, Ph.D. - April 29, 2021
 2                    ---------------
 3         THE VIDEOGRAPHER:  We are on the record
 4   on April 29, 2021, at approximately 9:02 a.m.
 5   Central time for the remote video deposition of
 6   Dr. John Hart in the matter of Apple, Inc. versus
 7   Corephotonics Ltd., IPR No. 2020-00905 and
 8   2020-00906.
 9         My name is Valerie Beltran, and I am the
10   videographer.
11         Will counsel please introduce themselves
12   for the record, beginning with the party noticing
13   this proceeding.
14         MS. SIVINSKI:  Good morning.  My name is
15   Stephanie Sivinski, with Haynes and Boone, for
16   Apple.  And I'm joined today by my colleagues Mike
17   Parsons and Bethany Love, also with Haynes and
18   Boone, and then Priya Viswanath from Cooley LLP.
19         MR. LINK:  My name is Jonathan Link with
20   the law firm of Russ, August & Kabat, on behalf of
21   the Patent Owner, Corephotonics.
22         THE VIDEOGRAPHER:  Thank you.
23         Will the court reporter please swear in
24   the witness.
25         THE REPORTER:  I'm going to ask that you
```

Page 86

1  used for.  I guess I'm trying to find out how -- how
2  you would do image fusion, as taught by the '479
3  patent.
4       A.   So image fusion is further elaborated in
5  Figure 3 and the remainder of column 7 into column 8
6  and column 9 to discuss some of the details of -- of
7  image fusion.  There are further details on image
8  fusion elsewhere in the -- in the patent as well.
9       MR. LINK:  Counsel, we've been going
10 about an hour 10, hour and 15 minutes.  So when you
11 have time for a break, that would be great.
12      MS. SIVINSKI:  Okay.
13 BY MS. SIVINSKI:
14      Q.   So you mentioned that with respect to
15 Parulski, you were describing combined images in
16 that context to be mapping the X/Y position of a
17 pixel in one image to the X/Y position of a pixel in
18 another image, right?
19      A.   When I was speaking about Parulski,
20 those X and Y values were identical; so the mapping
21 would be the identity mapping.
22           An X/Y position in the final image would
23 correspond to the exact same X value and Y value in
24 the Tele image and would correspond to an X and Y
25 value in a sub-rectangle, sub-quadrilateral of the

Page 87

1  Wide angle image.
2       Q.   And your position is that fusing images,
3  as discussed in the '479 patent, requires something
4  more than that, right?
5       A.   Yes.
6       Q.   But fusion, with respect to the '479
7  patent, requires using pixels from one image and
8  putting those pixels into the other image, right?
9       MR. LINK:  Objection.  Vague.
10      A.   I believe the 479 talks about an output
11 image.  So that's a third image.  You're not taking
12 pixels from one of the -- from the Tele image and
13 placing them in the Wide image or vice versa.
14 You're creating a -- an output image.
15      Q.   Does the output image, as described in
16 the '479 patent, contain pixels from both the
17 original Wide image and the original Tele image?
18      A.   I'm not sure what you mean by "pixel,"
19 does it contain a pixel.
20           What I was describing in Parulski,
21 the -- that combination in Parulski, the pixel
22 locations were identical.  The X/Y coordinate in one
23 corresponded to the X and Y coordinate in the Tele
24 image or the corresponding X and Y coordinate where
25 X and Y are equal to each other in that portion of

Page 88

1  the Wide angle image.
2           I don't -- that's not the case with --
3  that doesn't suffice for what is described as "image
4  fusion" in the '479.  So you're using language I've
5  used to refer to a combination in Parulski that
6  doesn't apply using those same terms and that same
7  context when looking at image fusion in the '479.
8       Q.   I think you misunderstood my question if
9  you thought I was referring to Parulski.  I am
10 talking about just image fusion, as it is taught in
11 the '479 patent.  I am not talking about Parulski.
12          So with that context, let me re-ask my
13 question.
14          The '479 patent describes an output
15 image, right?
16      A.   Yes.
17      Q.   And the output image is a combination of
18 both the Wide image and the original Tele image or a
19 fusion of those images, right?
20      A.   The '479 talks about the fusion of those
21 two images.
22      Q.   Okay.  And the fused image is the output
23 image that we've been talking about, right?
24      A.   Yes.
25      Q.   Okay.  That fused output image is going

Page 89

1  to have portions of the Wide image and portions of
2  the Tele image, right?
3       A.   I'm not sure what you're referring to as
4  "portions."  I believe you're using the data from
5  the Tele image and the Wide image to produce the
6  fused output image.
7       Q.   Okay.  So you'll agree with me that if
8  we use the word "data" -- you like that word better.
9            Okay.  So let me re-ask my question
10 using the word "data."
11           Does a fused output image, as described
12 in the '479, have data from the Wide image and data
13 from the Tele image?
14      A.   So it is not a matter of personal
15 preference on these terms.  These are terms
16 describing very specific methods in -- in the '479.
17           When you say "have data," the data is
18 used to form the output image.  The output image has
19 its own data.  There's -- the output image consists
20 of data for that output image.
21           The input image consists of data for
22 both the Tele image and the Wide angle image.  The
23 data that's in the Tele image and the Wide angle
24 image is used in forming the data on the output
25 image, but it is not like you're taking a bite here

Page 90

 1  and putting it over here.  You know, the values may
 2  be different.  The data values themselves may be
 3  different.
 4          So it is not a manual operation of
 5  taking something from one location and putting it
 6  someplace else.  These are computations.
 7          So you take data at the beginning as an
 8  input to the computation.  You perform the
 9  computation, and you get output data.  And that
10  output data in this case is used for the fused
11  image.
12      Q.  In order to generate a fused image, you
13  need both data from a Tele image and data from a
14  Wide image, right?
15      A.  That's what the '479 indicates for image
16  fusion, yes.  It operates on a Wide image and a Tele
17  image.
18      Q.  Thank you for answering my question.
19          MS. SIVINSKI:  Okay.  I think we can
20  take a break now.  Let's go off the record.
21          THE VIDEOGRAPHER:  The time is
22  11:40 a.m., and we're going off the record.
23          (Recess taken.)
24          THE VIDEOGRAPHER:  The time is
25  12:02 p.m., and we're back on the record.

Page 91

 1  BY MS. SIVINSKI:
 2      Q.  Okay.  Welcome back, Dr. Hart.
 3          So we have been talking about what
 4  "fusion" means in the context of the '479 patent.
 5  And I want to look at a particular portion of the
 6  '479 specification in column 9, the description of
 7  Figure 5, which starts at line 39.
 8      A.  Did you say column 9?
 9      Q.  Yes.
10      A.  Okay.
11      Q.  And do you see the paragraph that starts
12  describing Figure 5 at line 39?
13      A.  Yes.
14      Q.  Okay.  Are you familiar with Figure 5 of
15  the '479 patent?
16      A.  Yes.
17      Q.  Okay.  So that paragraph describes, on
18  line 47, it says:
19          "In registration step 506, mapping
20      between the Wide and the Tele aligned images
21      is performed to produce a registration
22      map..."
23          Do you see that?
24      A.  Yes, I see that.
25      Q.  Okay.  And what does it mean to have

Page 92

 1  produced a registration map?
 2      A.  A registration map would be the
 3  location -- you know, for a given image, say the
 4  Tele image, it would be the location in the --
 5  let's -- yeah, let's -- let's do the -- from the
 6  Wide to the Tele.
 7          So for each pixel in -- in the Wide
 8  image, for -- in a portion of the Wide image, it
 9  would tell you where that corresponding picture --
10  pixel was located in the Tele image.
11      Q.  Okay.  With respect to Parulski, earlier
12  you said you were mapping the X/Y coordinates of one
13  pixel to the X/Y coordinates of the other.
14          Is this the same concept or a different
15  concept?
16      A.  Well, the term "map" is being used in
17  two different -- is referring to two different
18  approaches.  In Parulski, the term there is
19  "combination" of two images.  And following what
20  Parulski is describing there, the map would simply
21  be an identity.  The X and Y coordinate of the two
22  pixels would be identical.
23          And in Parulski -- let me find Parulski
24  here.  So Parulski talks about taking one of the
25  images and cropping and up-sampling it before being

Page 93

 1  used.
 2          And so after that cropping and
 3  up-sampling, so that the image as a whole was -- you
 4  know, the quadrilateral portion of one image was
 5  corresponding to the entirety of the other image,
 6  quadrilateral in the Wide angle image was
 7  corresponding to the entirety of the Tele image.
 8  After that cropping and up-sampling process, then
 9  the pixels would be identical if you're just simply
10  doing a simple combining.
11          So -- so the map that's described in --
12  in the '479 is not the identity.  They're talking
13  about a registration map constructed using image
14  rectification.
15      Q.  So then it says further down that you --
16  in resampling step 508, you resampled the Tele image
17  according to the registration map.
18          Do you see that?
19      A.  Hang on a second.  I'm hearing some --
20  hold on one second.
21          THE VIDEOGRAPHER:  Do you want to go off
22  the record?
23          THE WITNESS:  Yes.  Off the record.
24          THE VIDEOGRAPHER:  The time is -- the
25  time is 12:07 p.m., and we're going off the record.

24 (Pages 90 to 93)

```
                                                  Page 94                                                    Page 95
 1            (Recess taken.)                                 1       A.   Yes, I do.
 2            THE VIDEOGRAPHER:  The time is                  2       Q.   Okay.  What happens if an error is not
 3    12:08 p.m., and we're back on the record.               3    detected?
 4            BY MS. SIVINSKI:                                4            (Witness reviewing document.)
 5       Q.   Okay.  So the next step that this               5       A.   It depends on what operation is being
 6    paragraph describes is resampling step 508, where       6    performed.  So it would depend.  It's -- it's --
 7    you generate a resampled Tele image, right?             7    that's simply stating that the Wide pixel values are
 8       A.   I see that -- that line, yes.                   8    being used if -- if there seems to be an error in
 9       Q.   And then the next step is decision              9    that registration step.  Then by default, it would
10    step 510, right?                                       10    use the Wide pixel data instead of the Tele pixel
11       A.   I see that step, yes.                          11    data.
12       Q.   Okay.  And then you have fusion                12       Q.   Okay.  Well, if there's no error, then
13    step 512, right?                                       13    it generates a fusion image, right?
14            (Witness reviewing document.)                  14       A.   Right.  Either way, it will generate a
15       A.   Yes, I see that step.                          15    fusion image.  It's going to use the Wide pixel
16       Q.   Okay.  So at line 54, column 9, the            16    values if that -- if it detects an error due to
17    '479 patent teaches that:                              17    significant dissimilarities.
18            "In more detail, in step 510, the              18       Q.   Well, will the fusion image contain
19        re-sampled Tele image is compared with the         19    pixel values from both the Wide image and the Tele
20        Wide image data and if the comparison detects      20    image?
21        significant dissimilarities, an error is           21       A.   Yes.  It will use pixel values in the
22        indicated.  In this case, the Wide pixel           22    determination of the -- it will -- it will -- it
23        values are chosen to be used in the output         23    will look at the pixel values from both images in
24        image."                                            24    determining the pixel values of the output image.
25            Do you see that?                               25       Q.   Okay.  Well, so if there's an error,

                                                  Page 96                                                    Page 97
 1    then it will use Wide pixel values in the output        1    (c), at the bottom of column 20, there's a list in
 2    image, right?                                           2    Parulski.  The first one is -- this sentence says:
 3       A.   Yes, that's what it says.                       3            "The range map is then used to modify
 4       Q.   Okay.  But you can also generate a fused        4        the captured image signal or the output image
 5    image that will contain Wide -- that uses Wide pixel    5        for a variety of purposes, such as ... to
 6    values and Tele pixel -- Tele pixel values, correct?    6        improve object identification ... to enable
 7       A.   Yes, that's what it says.                       7        object extraction ... [or] to enable motion
 8       Q.   So I want to look at a portion of your          8        tracking."
 9    Declaration.  If you will turn with me to paragraph     9            Those three features do not represent a
10    63.  Let me know when you're there.                    10    combination of two images.  They're operations that
11       A.   Okay.  Paragraph 63.                           11    you would perform on a single image.  You would
12       Q.   Okay.  So you're talking about the range       12    identify an object in a single image; you would
13    map disclosed by Parulski here, right?                 13    figure out the continuous boundaries of an object in
14       A.   Yes.                                           14    a single image; you would enable motion tracking of
15       Q.   Okay.  And you say in the last sentence        15    objects within multiple images by identifying that
16    on page 33:                                            16    boundary of the object between images.
17            "The first three examples all involve          17            And those -- motion means that the
18        identifying object boundaries or motion            18    object is moving.  So this would be subsequent
19        tracking of objects, which does not have           19    images from a single sensor.  This would not be the
20        anything to do with fusion, per se."               20    fusion of two images from -- taken simultaneously to
21            Do you see that?                               21    do motion tracking.  You're tracking the motion of
22       A.   Yes, I do.                                     22    something that's moving through time.
23       Q.   Okay.  What do you mean by "per se" in         23       Q.   Why would a POSITA want to enable object
24    paragraph 63 of your Declaration?                      24    extraction?
25       A.   So those first three items, (a) through        25            MR. LINK:  Objection.  Beyond the scope.
```