RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**COREPHOTONICS, LTD.'S AMENDED CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:.

- Longford Capital Fund II, LP
- Russ August and Kabat, L.L.P.

DATED: October 14, 2022              Respectfully submitted,

                                     RUSS AUGUST & KABAT

                                     By: /s/ James S. Tsuei
                                     Marc A. Fenster (CA Bar No. 181067)
                                     Benjamin T. Wang (CA Bar No. 228712)
                                     Brian D. Ledahl (CA Bar No. 186579)
                                     Neil A. Rubin (CA Bar No. 250761)
                                     James S. Tsuei (CA Bar No. 285530)
                                     RUSS AUGUST & KABAT
                                     12424 Wilshire Boulevard, 12th Floor
                                     Los Angeles, California  90025
                                     Telephone: (310) 826-7474
                                     Facsimile: (310) 826-6991
                                     mfenster@raklaw.com
                                     bwang@raklaw.com
                                     bledahl@raklaw.com
                                     nrubin@raklaw.com
                                     jtsuei@raklaw.com

                                     Attorneys for Plaintiff
                                     Corephotonics, Ltd.

Case No. 3:17-cv-06457-JD                    1
**COREPHOTONICS' AMENDED CERTIFICATE OF INTERESTED PARTIES**

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on October 14, 2022, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ James S. Tsuei*