RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                    Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                    Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 3:18-cv-02555-JD<br><br>**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF COREPHOTONICS, LTD.'S REPLY CLAIM CONSTRUCTION BRIEF** |

I, James S. Tsuei, state as follows:

1.  I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.  I submit this declaration in support of Corephotonics' Reply Claim Construction Brief, filed on October 21, 2022.

3.  Attached as **Exhibit 10** is a copy of the Petition for *Inter Partes* Review, IPR2020-00905, filed by Apple with the Patent Trial and Appeal Board ("PTAB") on May 6, 2020.

4.  Attached as **Exhibit 11** is a copy of the PTAB Final Written Decision in IPR2020-00905, which was issued on November 8, 2021.

5.  Attached as **Exhibit 12** is a copy of the public, non-confidential version of the transcript of Dr. John C. Hart's April 21, 2021 deposition in IPR2020-00905, which was filed by Apple in IPR2020-00905 on May 7, 2021.

6.  Attached as **Exhibit 13** is a copy of U.S. Patent No. 10,225,479.

7.  I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on October 21, 2022 in Los Angeles, California.

By: */s/ James S. Tsuei*
      James S. Tsuei

Case No. 3:17-cv-06457-LHK

**DECLARATION OF JAMES S. TSUEI ISO REPLY CLAIM CONSTRUCTION BRIEF**