# Exhibit 12

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

```
-------------------------------x
 APPLE, INC.,                    )
                                 ) IPR2020-00905
          Petitioner,            ) IPR2020-00906
                                 )
          vs.                    )
                                 )
 COREPHOTONICS, LTD.,            )
                                 )
          Patent Owner.          )
-------------------------------x
```

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

EXPERT WITNESS

JOHN C. HART, Ph.D.

April 29, 2021

9:02 a.m. (CST)

Reported By:

Mayleen Ahmed, RMR, CRR, CRC, CSR

Job No.: 1961

Page 2

```
 1              REMOTE APPEARANCES
 2  On behalf of the Petitioner:
 3      STEPHANIE SIVINSKI, ESQ.
 4      HAYNES & BOONE LLP
 5      2323 Victory Avenue - Suite 700
 6      Dallas, Texas 75219
 7      214.651.5078
 8      stephanie.sivinski@haynesboone.com
 9          -and-
10      MICHAEL PARSONS, ESQ.
11      BETHANY LOVE, ESQ.
12      HAYNES & BOONE LLP
13      6000 Headquarters Drive - Suite 200
14      Plano, Texas 75024
15      972.739.8611
16      michael.parsons@haynesboone.com
17      bethany.love@haynesboone.com
18
19
20      PRIYA VISWANATH, ESQ.
21      COOLEY LLP
22      3175 Hanover Street
23      Palo Alto, California 94304-1130
24      650.849.7023
25      pviswanath@cooley.com
```

Page 3

```
 1          REMOTE APPEARANCES (cont'd)
 2
 3  On behalf of the Patent Owner:
 4      JONATHAN LINK, ESQ.
 5      RUSS AUGUST & KABAT
 6      12424 Wilshire Boulevard - 12th floor
 7      Los Angeles, California 90025
 8      310.826.7474
 9      jlink@raklaw.com
10
11  ALSO PRESENT:
12      VALERIE BELTRAN, Videographer, TransPerfect,
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          INDEX OF EXAMINATION
 2  WITNESS:  JOHN C. HART, Ph.D.
 3  EXAMINATION                    PAGE
 4  BY MS. SIVINSKI ..........................  6
 5
 6
 7  MOTIONS TO STRIKE              None
 8  INSTRUCTIONS NOT TO ANSWER         None
 9  DOCUMENT/INFORMATION REQUESTS        None
10
11
12
13
14  ----------- REFERENCED DOCUMENTS ---------------
15    EXHIBIT    DESCRIPTION            PAGE
16  Exhibit APPL 1001  U.S. Patent 10,225, 479   9
17  Exhibit APPL 1005  U.S. Patent 7,859,588,   58
18  Exhibit APPL 1013  "Computer Vision,      125
          Algorithms and
19          Applications," Szeliski
20  Exhibit APPL 1023  U.S. Patent 8,908,041   134
21  Exhibit 2001    Declaration of John C.    8
                Hart, Ph.d
22
    Exhibit 2015    Declaration of Duncan   52
23                Moore
24
25
```

Page 5

```
 1     DEPOSITION OF JOHN C. HART, Ph.D. - April 29, 2021
 2     ---------------
 3          THE VIDEOGRAPHER:  We are on the record
 4  on April 29, 2021, at approximately 9:02 a.m.
 5  Central time for the remote video deposition of
 6  Dr. John Hart in the matter of Apple, Inc. versus
 7  Corephotonics Ltd., IPR No. 2020-00905 and
 8  2020-00906.
 9          My name is Valerie Beltran, and I am the
10  videographer.
11          Will counsel please introduce themselves
12  for the record, beginning with the party noticing
13  this proceeding.
14          MS. SIVINSKI:  Good morning.  My name is
15  Stephanie Sivinski, with Haynes and Boone, for
16  Apple.  And I'm joined today by my colleagues Mike
17  Parsons and Bethany Love, also with Haynes and
18  Boone, and then Priya Viswanath from Cooley LLP.
19          MR. LINK:  My name is Jonathan Link with
20  the law firm of Russ, August & Kabat, on behalf of
21  the Patent Owner, Corephotonics.
22          THE VIDEOGRAPHER:  Thank you.
23          Will the court reporter please swear in
24  the witness.
25          THE REPORTER:  I'm going to ask that you
```

2 (Pages 2 to 5)

Page 6

1   please raise your right hand.
2         Do you solemnly swear under penalty of
3   perjury that you are Dr. John Hart, and the
4   testimony you are about to give in the matter now
5   pending shall be the truth, the whole truth, and
6   nothing but the truth?
7         THE WITNESS:  I do.
8         THE REPORTER:  Thank you.
9         ----------------
10        JOHN C. HART, Ph.D.
11  having been duly sworn, testified as follows:
12        ----------------
13        EXAMINATION
14  BY MS. SIVINSKI:
15      Q.   All right.  Good morning, Dr. Hart.
16  How are you?
17      A.   Good morning.  I'm fine.
18  How are you?
19      Q.   I'm good.  Thanks.
20        Okay.  Have you given testimony in a
21  remote deposition before?
22      A.   Yes, I have.
23      Q.   Okay.  So you're familiar with Zoom and
24  the chat function for downloading exhibits and those
25  sorts of things?

Page 7

1       A.   Yes, I am.
2       Q.   Where are you testifying from today?
3       A.   My daughter's bedroom in Champaign,
4   Illinois.  This is where I conduct the business,
5   including expert services.  I mean, not from my
6   daughter's bedroom but from Champaign, Illinois.
7       Q.   Yeah.  Understood.  We're all very, very
8   fancy these days with our -- with our office digs.
9   Okay.  Good.
10        Is there anyone else in the room with
11  you?
12      A.   No, there's not.
13      Q.   Okay.  And will you agree not to
14  communicate with others, including Corephotonics'
15  attorneys, while questions are pending?
16      A.   Understood and agreed.
17      Q.   Great.
18        Do you have any access to notes from
19  where you're sitting today?
20      A.   No, I do not.  I mean, there are notes
21  on my computer, but I am not accessing those notes.
22  I will not access those notes.
23      Q.   All right.  Thank you.
24        Is there any reason that you cannot give
25  truthful and accurate testimony today?

Page 8

1       A.   No.
2       Q.   All right.  So I know that you sat for
3   depositions before, but just so we can all be on the
4   same page, a few rules.
5         Can you agree to answer pending
6   questions before we take a break?
7       A.   Yes.
8       Q.   And if you don't understand a particular
9   question, do you agree to let me know so I can
10  clarify my question?
11      A.   Yes.
12      Q.   Do you understand you're testifying
13  today about a Declaration that you submitted in two
14  different IPRs?
15      A.   Yes.
16      Q.   And those would be IPR2020-905 and
17  IPR2020-906?
18      A.   Yes.
19      Q.   And I loaded a copy of the Declaration
20  that you submitted in those IPRs into the chat
21  function.
22        (Exhibit 2001 introduced.)
23  BY MS. SIVINSKI:
24      Q.   Does that document look like the
25  Declaration that you submitted?

Page 9

1       A.   Yes, it does.
2       Q.   As you sit here today, is there anything
3   you need to correct about that Declaration?
4       A.   I think there are minor spelling errors
5   and so on throughout, but -- but I believe the
6   meaning and -- there's no substance -- substantive
7   corrections I would -- I would want made at this
8   point.
9       Q.   Perfect.
10        (Exhibit APPL 1001 introduced.)
11  BY MS. SIVINSKI:
12      Q.   All right.  And I've also loaded a copy
13  of U.S. Patent No. 10,225,479, and that is the
14  patent at issue in these IPRs.
15        Do you recognize that document that I've
16  loaded in the chat?
17      A.   Yes, I do.
18      Q.   And have you read that patent?
19      A.   Yes, I have.
20      Q.   Memorized it?
21        Okay.  Is it okay if I call that the
22  '479 patent today?
23      A.   Yes.  That'll be fine.
24      Q.   All right.  If you will turn with me to
25  pages -- page 2 of your Declaration.  I just want to

3 (Pages 6 to 9)

Page 10

1  go over some of the summaries of your opinions
2  there.
3          Do you see on page 2 and extending
4  through page 4 of your Declaration, a bullet-pointed
5  list of materials?
6      A.   Yes, I do.
7      Q.   Are these the materials that you
8  considered in drafting your Declaration?
9      A.   Yes.
10     Q.   Did you read all of these materials?
11     A.   Yes.  There's also item C on page 5 that
12  I also considered.  It's not materials.  It's just
13  the level and skill of a person having ordinary
14  skill in the art.
15     Q.   Understood.  Thank you for that
16  addition.
17          Is all of the analysis you performed for
18  these IPRs reflected in your Declaration?
19     A.   The opinions based on that analysis are
20  -- are reported in my opinion -- in this
21  Declaration.
22     Q.   How many hours did you spend on your
23  work for this Declaration?
24     A.   Somewhere between 50 and 60 hours.
25     Q.   And did you write your Declaration?

Page 11

1      A.   Yes, I did.
2      Q.   Other than your lawyers -- and I don't
3  want to know any conversations between you and
4  Corephotonics' lawyers -- did you talk to anyone in
5  preparing for your deposition today?
6      A.   No, I did not.
7      Q.   And other than Corephotonics' lawyers,
8  did you talk to anyone in preparing this
9  Declaration?
10     A.   I'm not sure I understand the difference
11  between that question and the question you asked
12  before it.
13     Q.   Sure.  So it might be the same answer,
14  but with one, I was talking specifically about the
15  preparation for your deposition.  And with this
16  second question, I'm asking more broadly about your
17  work in this case and your preparation of your
18  Declaration.
19     A.   Oh.  So I've not spoken to anybody else
20  in the preparation for both.
21     Q.   So are you aware that Dr. Moore has also
22  submitted a declaration for the 905 and 906 IPRs?
23     A.   Yes, I am.
24     Q.   Okay.  And would you agree with me that
25  Dr. Moore's declaration is related to the lens

Page 12

1  design aspects of the 905 and 906 IPRs?
2      A.   I don't have an opinion that I'm aware
3  of at the moment that characterized Dr. Moore's
4  deposition in that particular ways.
5          Is -- is there a statement in my
6  Declaration stating that?
7      Q.   Well, I -- I am planning on asking you
8  questions today that are slightly broader than your
9  Declaration.
10         So my question is whether you would
11  agree with me that that's the case, whether or not
12  you stated it in your Declaration.
13         Would you agree with me that Dr. Moore's
14  declaration is directed towards the lens design
15  elements of the 905 and 906 IPRs?
16     A.   I'm not going to pigeonhole Dr. Moore's
17  declaration in any way.  I did refer to Dr. Moore's
18  declaration in, for example, patents describing lens
19  designs.
20     Q.   Okay.  Well, let me ask this question.
21         Do you consider yourself a lens design
22  expert?
23     A.   I wasn't asked to declare myself as a
24  lens design expert in the -- in preparing these
25  opinions.  I have experience in lens design.  I have

Page 13

1  training in optics and understand, you know, the
2  physics of lenses, the characteristics of lenses.
3          I have not, you know, physically built
4  any lenses.  My work on lenses has been more
5  theoretical.  I'm certainly an expert in ray
6  tracing, and ray tracing is an element of lens
7  design.
8          So I don't believe I have an opinion in
9  the report that claims to -- where I'm an expert in
10  lens design, but I did understand lens design and
11  was able to understand Dr. Moore's report.
12     Q.   Okay.  Would you -- do you think
13  Dr. Moore is an expert in lens design?
14     A.   Yes, I do.
15     Q.   Okay.  And I'm not intending to limit
16  the scope of his declaration.  I'm just trying to
17  get a general understanding that Dr. Moore has
18  submitted opinions about lens design in these cases.
19         Would you agree with that?
20     A.   Yes, I would.
21     Q.   And that your Declaration is focused
22  more on the image processing aspects of the '479
23  patent?
24     A.   I think the opinions I offer have --
25  have included both, but, certainly, I believe

4 (Pages 10 to 13)

APPL-1037 / Page 4 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 14

1   I've -- I've offered perhaps more opinions on -- on
2   the other aspects than lens design.
3       Q.   Are you familiar with the software
4   that's used in connection with lens design, for
5   example, Zemax?
6       A.   Yes, I'm aware of it.
7       Q.   Have you ever used it?
8       A.   No.
9       Q.   Did you review any Zemax files in
10  connection with your work for the 905 and 906 IPRs?
11      A.   Only by name and in -- in their
12  reference in Dr. Moore's reports and the other
13  documents in my materials that I considered.
14      Q.   Do you know what a Zemax black box model
15  is?
16      A.   Yes.
17      Q.   Can you describe what a Zemax black
18  model is -- black box model is for me?
19      A.   Yes.  It describes the design of the --
20  of the lens -- of a lens system in such a way that
21  you can see the effects of the lens system without
22  revealing the details of the lens system design.
23      Q.   And what is your understanding of what
24  Zemax black box models are used for?
25      A.   I think in this case, a Zemax black box

Page 15

1   model was provided to demonstrate the effectiveness
2   of an invention to somebody seeking to eventually
3   utilize that invention without revealing the details
4   of -- of the specific implementation.
5       Q.   And this is perhaps an obvious question,
6   but why would someone want to use a Zemax black box
7   model in your experience?
8       A.   If they would like to understand how
9   something works, but are not yet at a stage to need
10  to understand the details of -- of how something was
11  built or how something is implemented, just the
12  effects without understanding the process.
13      Q.   Would someone be able to copy a lens
14  design after reviewing just a Zemax black box model?
15           MR. LINK:  Objection.  Outside the scope
16  of his declaration.
17      A.   I think it's certainly possible.  You
18  know, another example of a black box might be the
19  machine code that -- when somebody is writing a
20  program, for example, Microsoft Word, that -- that
21  machine code can be decompiled and
22  reverse-engineered.
23           Reverse-engineering is a broad field
24  that -- that works in -- in a variety of cases and a
25  variety of implementations.

Page 16

1           So I -- I don't have an opinion that
2   says it's impossible.
3       Q.   Okay.  Well, specifically with respect
4   to the Zemax black box models that you talk about in
5   your Declaration, would it be possible to copy a
6   lens design from those Zemax black box models?
7       A.   I don't believe I have an opinion
8   stating that.
9       Q.   Okay.  Well, I'm asking you for your
10  understanding whether that would be possible, as you
11  sit here today.
12      A.   I don't -- I don't believe I was asked
13  to consider that.  I -- I did not give an opinion
14  that said that was not possible, and that's the
15  extent of my opinion.
16      Q.   Can you turn with me to paragraph 133 of
17  your Declaration.
18           Are you there?  Sorry.
19           Are you there?
20      A.   Yes.
21      Q.   Okay.  Perfect.
22           In paragraph 133, you conclude that,
23  quote -- that:
24           "Petitioner copied the invention of the
25   '479 patent (among other Corephotonics

Page 17

1   technologies, which Petitioner also appears
2   to have copied) is strongly implied by the
3   course of conduct between the parties and the
4   timing of petitioner's announcement of their
5   dual-aperture camera in their iPhone 7
6   series..."
7           Do you see that portion of your
8   Declaration?
9       A.   Yes, I see that.
10      Q.   Okay.  Is your conclusion that Apple
11  copied the invention of the '479 patent based on the
12  ████████████████████████████████████████████?
13      A.   I believe that sentence is saying that
14  Petitioner's actions strongly implied that they
15  created what appeared to be technology that copied
16  the technology provided to them by Core --
17  Corephotonics.  I don't believe this sentence speaks
18  to any, any one piece that -- that allowed me to
19  form -- form that opinion over any other piece.
20           But the ████████████ was one of
21  the pieces that was provided by Corephotonics to
22  Petitioner.
23      Q.   So I'm not sure I understand your
24  answer.
25           Does the fact that Corephotonics

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 18

```
 1   provided a ██████████ to Apple in your mind
 2   make it more likely that -- that Apple copied the
 3   invention of the '479 patent?
 4       A.   So the opinion I provided in my
 5   Declaration is that Petitioner appears to have
 6   copied the -- the invention.  And Petitioner
 7   appeared to have copied the invention, based on the
 8   course of conduct between the parties and the timing
 9   of Petitioner's announcement and the details of the
10   dual-aperture camera in the iPhone 7 that was
11   demonstrated in fall of 2016 that includes materials
12   that Petitioner received.
13           I'm not pointing to any one piece that's
14   responsible for the -- that strong implication that
15   that copying happened.  I am stating that, you know,
16   the sum of that evidence strongly implies that the
17   invention was copied because a duplicate of the
18   invention appears to have been released in the
19   iPhone 7.
20       Q.   And I understand what the sentence of
21   your Declaration says, but what I'm asking is:  The
22   fact that Corephotonics shared a ████████████
23   ████████ with Apple, is that some of the evidence that you
24   conclude strongly implies that the invention was
25   copied?
```

Page 19

```
 1           MR. LINK:  Objection.  Asked and
 2   answered.
 3       A.   And I considered all of the evidence,
 4   including the fact that that black box model was --
 5   was provided in -- in constructing my opinion in
 6   paragraph 133.
 7       Q.   Is it your opinion that someone could
 8   copy a lens design from a black box model?
 9           MR. LINK:  Objection.  Asked and
10   answered.
11       A.   I don't have a specific opinion stating
12   that.  I also don't have a specific opinion stating
13   that somebody could not do that.
14       Q.   So you don't have an opinion either way
15   about whether it would be possible to copy a lens
16   design from a black box Zemax model, right?
17       A.   I do not have an opinion because I
18   wasn't asked in that level of detail to examine
19   that -- that particular question in -- to form a
20   separate opinion.
21           My opinion is that it appears that
22   Petitioner copied the invention, and I considered
23   all of the materials that Petitioner had.  And --
24   and so that's certainly within the realm of
25   possibility, but I did not examine that question
```

Page 20

```
 1   specifically and form a specific opinion on that
 2   particular question.
 3       Q.   So if I understand what you just said,
 4   you didn't form a specific opinion whether it would
 5   be possible.
 6           Did you form a specific opinion on
 7   whether Apple had actually copied Corephotonics'
 8   ████████████████████████████?
 9       A.   I don't have an opinion stating that --
10   tat Petitioner copied ████████, based on that one
11   piece of evidence.
12       Q.   All right.  We will talk more about
13   these files in later segments, but I think we might
14   get into confidential information.  So I'm going to
15   move away from this for now so we can sort of
16   consolidate our confidential discussions.
17           Well, actually, sorry, one more general
18   question.
19           Have you ever reviewed a Zemax black box
20   model before?
21       A.   No, not in detail.
22       Q.   All right.  So let's talk about your
23   Declaration with respect to the 905 IPR.
24           So are you aware that Apple has
25   submitted a proposed claim construction for the
```

Page 21

```
 1   limitation "fused image with a point of view of the
 2   Wide camera"?
 3       A.   Yes.
 4       Q.   And I take it from your Declaration that
 5   you disagree with Apple's proposed construction for
 6   that limitation, right?
 7       A.   Yes.  I don't believe constructions are
 8   needed for any of the terms.  I found them to be
 9   quite clear in plain and ordinary understanding for
10   a POSITA at the time.
11       Q.   Have you formed any opinion about
12   whether claim 1 of the '479 patent is obvious under
13   Apple's claim construction?
14       A.   I did not use Apple's claim construction
15   in my analysis of any of the claims.
16       Q.   So if the Board finds that Apple's
17   construction is proper, you don't have an opinion
18   about whether the proposed -- or the construction --
19   or the combinations that Apple submitted render the
20   '479 patent obvious?
21           (Witness reviewing document.)
22       A.   I was seeing if there was a section of
23   my report that had the specific text in it, but I
24   believe if any further information becomes available
25   on any of -- any of these materials, that I would
```

6 (Pages 18 to 21)

APPL-1037 / Page 6 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 22

1   want to further amend my report.
2      Q.   But just to make sure that I understand
3   the answer to my question, if the Board finds that
4   Apple's construction is proper, you have not
5   rendered an opinion in this Declaration about
6   whether the combinations Apple has submitted render
7   the '479 patent obvious, correct?
8      A.   I'm not a lawyer.  I believe in the
9   pages of the -- of the declaration I provided, I
10  only considered the plain and ordinary meanings
11  of -- of those terms for the claims.
12     If -- if it turns out that the Board
13  wants to recognize a different construction for
14  those claims, then I would want to amend the report
15  to provide further opinions, based on that analysis.
16     Q.   Okay.  And just to be clear, you -- when
17  you say you considered the plain and ordinary
18  meaning of the terms, that is not the construction
19  that Apple proposed, right, in your -- in your
20  opinion?
21        MR. LINK:  Objection.  Vague.
22     A.   So at the end -- I believe it's at the
23  end of paragraph 46.
24     "In my opinion, a POSITA would
25     understand the term to mean 'fused image in

Page 23

1   which the positions and shapes of objects
2   reflect the POV of the Wide camera.'"
3        So that's what I used for "fused image
4   with the point of view of the Wide camera," and that
5   disagrees with what was offered by Dr. Durand.
6        And then -- and then the plain and
7   ordinary meaning I applied to the second
8   construction is quite lengthy.  It's summarized
9   in -- well, paragraphs 47 through 49, because it's
10  more of a grammatical issue.
11        So I'll just state, you know, my
12  opinions in 47 through 49 explain the plain and
13  ordinary meaning I understood from -- when viewed
14  as -- by a POSITA at the time, what -- what that
15  claim term referred to.
16     Q.   Okay.  So the last sentence of
17  paragraph 46 of your Declaration is the construction
18  that you used in rendering your opinions for this
19  Declaration, right?
20     A.   "Fused image in which the positions and
21  shapes of objects reflect the POV of the Wide
22  camera."
23        And the original claim construction was
24  "fused image with the point of view of the Wide
25  camera."

Page 24

1        So there's a few extra terms there just
2   to clarify the plain and ordinary meaning that a
3   POSITA would understand from that -- from that set
4   of terms.
5        I believe that is the plain and ordinary
6   meaning of -- of that term, but I'm providing a few
7   extra terms there to clarify it to make sure that
8   the Board and anybody else would understand how that
9   should -- how that would be understood by a POSITA
10  and how it's different than what was being offered
11  by Dr. Durand.
12     Q.   Okay.  Let me ask my question again,
13  because I don't think you quite gave an answer to
14  it.
15        You applied the following construction
16  when rendering the opinions in your Declaration,
17  "fused image in which the positions and shapes of
18  objects reflect the POV of the Wide camera,"
19  correct?
20     A.   That's correct, in that that's the
21  understanding that I used to -- to analyze the
22  patents.  I believe that is the plain and ordinary
23  meaning of those -- of those terms.
24        So I don't believe a construction is
25  necessary, that that text is there to inform the

Page 25

1   Board and anybody else of my understanding -- of my
2   opinion of what a POSITA understands those terms to
3   mean.
4        So, yes, I used -- I used that
5   interpretation of that, which I believe a POSITA
6   would understand is the plain and ordinary meaning
7   of that term.
8      Q.   Okay.  Thank you.
9        So I want to take a look at a portion of
10  the specification of the '479 patent in column 5.
11        And I'm specifically looking at the
12  second paragraph in column 5, which runs from about
13  line 11 to line 33.
14        Do you see that paragraph?
15     A.   Yes, I do.
16     Q.   And in that portion of the
17  specification, it says:
18     "If the output image retains the Wide
19     image shape, then it has the Wide perspective
20     POV."
21        Do you see that?
22     A.   Which line are you at?
23     Q.   16.  The lines in this paragraph, of
24  course, don't match up very well to the line number,
25  but it is around line 16.

7 (Pages 22 to 25)

Page 26

1          A.   Understood.  Approximate is fine.  And
2    yes, I see that:
3               "If the output image retains the Wide
4          image shape, then it has the Wide perspective
5          POV."
6               Where "POV" would stand for point of
7    view.
8          Q.   Okay.  And then the next sentence right
9    after that says:
10               "If it retains the Wide camera
11          position, then it has the Wide position POV."
12               Do you see that?
13          A.   Yes, I do.
14          Q.   Okay.  Would you agree with me that the
15    specification is providing two components or two
16    types of Wide POV, perspective and position, in
17    those two sentences?
18          A.   I don't believe I have an opinion.  If I
19    do, I don't have it in front of me, but I don't
20    recall a specific opinion on those two sentence
21    specifically -- sentences specifically.
22               The opinion I have is on the terms used
23    in -- in the claims, for example, claim 1.
24               In claim 1:
25               "[W]herein the camera controller is

Page 27

1    further operative to output the fused image
2    with a point of view ... of the Wide camera
3    by mapping [the] Tele image pixels to
4    matching pixels within the Wide image."
5               And I don't see a distinction there
6    between "position" and "perspective."  I see "point
7    of view."
8          Q.   Okay.  Well, you would agree with me
9    that the specification makes a distinction between
10    "perspective" point of view and "position" point of
11    view, right?
12          A.   Yeah.  There's two sentences there.  one
13    is speaking of position.  The other is speaking of
14    perspective.
15          Q.   Okay.
16          A.   Both refer -- both refer to point of
17    view.
18          Q.   Right.  So, again, would you agree with
19    me that the specification sets out two types of Wide
20    POV, perspective and position?
21          A.   I didn't provide an opinion stating
22    that.  What I provided an opinion on was how claim 1
23    should be interpreted -- the terms of claim 1 should
24    be interpreted.
25               The terms of claim 1 simply speak of a

Page 28

1    point of view of a Wide camera.  They don't speak of
2    any position or perspective.  They speak of point of
3    view.
4               What I see in column 5 is talking about
5    the point of view.  It's referring to both the
6    position and the perspective of the point of view.
7          Q.   Is your conclusion about what claim 1
8    means based on the specification of the '479 patent?
9          A.   Yes.  And how a POSITA would understand
10    that specification.
11          Q.   Okay.  Is your opinion about how claim 1
12    -- how a POSITA would understand claim 1 based on
13    column 5 of the specification?
14          A.   It's based on the entire specification,
15    but, certainly, column 5 was included in that
16    analysis.  In fact, I cite to it, you know, these --
17    these specific terms, in paragraph 43 of my report.
18          Q.   So do you have an understanding of how a
19    POSITA would understand perspective POV and position
20    POV?
21          A.   Can you repeat that question?  I'm
22    sorry.
23          Q.   Sure.  That's okay.
24               You -- you testified earlier that you --
25    well, let me rephrase that.

Page 29

1               I understood your testimony earlier that
2    you didn't have an opinion specifically about
3    perspective POV versus position POV, correct?
4          A.   Well, so paragraph 45, you know:
5               "The '479 patent refers to
6          'combination' possibilities where an output
7          image reflects only some aspects of a given
8          POV..."
9               But when it refers to "Wide POV,"
10    without clarification, without talking about
11    perspective or position, it's referring to the
12    complete Wide POV, both perspective and position.
13          Q.   Based on the text of paragraph 45 of
14    your Declaration, would you agree with me that the
15    specification of the '479 patent lists at least two
16    aspects of POV, Wide perspective POV and Wide
17    position POV?
18          A.   The specification does, you know,
19    describe Wide perspective POV and Wide position POV.
20    I've cited to that in paragraph 45.  Paragraph 45
21    concludes, though, that when Wide POV is being used
22    without the terms "perspective" or "position," it's
23    referring to both.
24          Q.   Okay.  So your opinion is that in order
25    to retain the Wide POV, an output image must reflect

8 (Pages 26 to 29)

APPL-1037 / Page 8 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 30

1    both the Wide perspective POV and the Wide position
2    POV?
3         A.   Yes.  That's -- that's what's stated in
4    paragraph 45.
5         Q.   And what is the basis of that
6    conclusion?
7         A.   What's provided in the specification;
8    how a POSITA would understand it.  This section of
9    the specification is talking about the -- about
10   point of view.  It's talking about the point of view
11   for the Wide imaging system, and it's also
12   decomposing "point of view" in terms of perspective
13   and position.
14            And any POSITA would understand that a
15   decomposition -- when you decompose something,
16   you're talking about two aspects of one thing.  And
17   then if you later refer to that one thing that has
18   previously been decomposed, analyzed as having two
19   components, you would expect that one thing to have
20   both components.
21            The -- the language in -- in column 5
22   are quite clear that -- that we're talking about one
23   thing that has two components.  And when we refer to
24   that one thing, it -- it requires those two
25   components, "those two components" meaning the

Page 31

1    perspective component and the position component of
2    the point of view.
3         Q.   Other than the paragraph that we've been
4    referring to in column 5, are there other specific
5    portions of the specification that informed your
6    view about the -- how a POSITA would understand the
7    term "Wide POV"?
8         A.   So the short answer to that is, I used
9    the entire specification to inform my opinions about
10   -- about the -- about the patent and the claims.
11            I believe I cited to other sections
12   here -- you know, in paragraph 39, there's a
13   citation to column 13 of the patent, for example.
14            (Witness reviewing document.)
15            I believe there's another citation to
16   column 7.
17            So I think -- I think, you know,
18   those -- those references indicate that I did
19   consider the entire specification and certainly more
20   than just what was in column 5.
21         Q.   Understood that you considered the
22   entire specification.
23            I guess what I'm trying to find out is:
24   Are there other specific portions that you think
25   reflect particularly about this "Wide POV" term?

Page 32

1            You listed column --
2            MR. LINK:  Objection.  Compound.  Sorry.
3            MS. SIVINSKI:  It's okay.
4         Q.   You pointed to column 13.  And are you
5    referring to the citation that begins of --
6    paragraph 39 of your Declaration?
7         A.   Yes.
8         Q.   And do you agree with me that that
9    citation is pointing to the claim language of
10   claim 1?
11        A.   Yes.
12        Q.   Okay.  And then you also mentioned
13   column 7.  Are there particular line numbers that
14   you were thinking about?
15        A.   The ones that are shown here are 7 and 8
16   and 11 through 13.
17        Q.   Let's take a look at those.
18        A.   And 20 through 22.
19        Q.   So let's look at 7 through 8 and 11
20   through 13.
21            How does this portion inform your
22   understanding of the meaning of the term "Wide POV"?
23        A.   So this section of the '479 refers to
24   "field of view," "FOV," and the field of view is
25   also something a POSITA would understand.  And

Page 33

1    it's -- you know, the -- the specification is using
2    "field of view" in a manner consistent with the
3    POSITA's understanding at the time.
4            And the field of view is the -- you
5    know, the angle of -- of the view as opposed to
6    where the view is taking place, for example, the
7    position of the view.
8            And Dr. Durand's construction -- I
9    reproduce it in my paragraph 36 -- it's a fused
10   image that maintains the Wide camera's field --
11   field of view or both the Wide camera's field of
12   view and position.
13            And in, you know, Dr. Durand's
14   construction of just looking at the point of view as
15   including the Wide camera's field of view, that
16   would seem to imply that -- that "point of view" was
17   referring to field of view only.
18            And it's quite clear in column 7 that
19   the patent understands the difference between "point
20   of view" and "field of view," because it refers to
21   them separately.  It uses the term "FOV" for field
22   of view and "POV" for point of view.
23            And so if it wanted to refer to just the
24   Wide camera's field of view, it would have referred
25   to "Wide FOV" and not "Wide POV."

9  (Pages 30 to 33)

Page 34

1      Q.   Given a particular Wide angle lens, if
2  you take an image from that -- generate an image
3  from that camera, the image will reflect the Wide
4  camera's field of view, right?
5      A.   You're asking if -- I'm not sure what
6  you're asking.  Can you -- can you repeat that?
7      Q.   Sure.
8      A.   I'm sorry.
9      Q.   That's okay.
10         If I have a camera with a Wide angle
11  lens and I take a photograph with it -- or take an
12  image with it, okay, that image will reflect the
13  Wide camera's field of view, right?
14      A.   I mean, I have to look at the specifics
15  of the system.  The field of view -- you know, you
16  have to look at, you know, how -- how that system
17  projects onto a sensor and the configuration of that
18  sensor.
19         Is there a specific case you want to
20  look at or --
21      Q.   Well, no, not right now.
22         If -- if I take the same Wide angle
23  lens, I've taken an image with it, will that image
24  reflect the Wide camera's point of view?
25      A.   I'm not sure what you're -- what you're

Page 35

1  speaking about.  You're talking about, you know,
2  some camera I don't know.  I'd have to look at the
3  camera to -- to be able to state something that
4  certain, with that much certainty.
5         I gave an example --
6      Q.   What happens -- sorry.
7      A.   -- in paragraph 44.
8         There's an example from Dr. Szeliski's
9  book showing images taken from two different points
10  of view that you could use to, you know, look at the
11  difference between field of view and point of view.
12      Q.   Okay.  I'm asking a pretty simple
13  question, and I don't -- I'm not sure we need to
14  look at specific examples for it.
15         If I take an image with a Wide angle
16  lens, doesn't that image reflect the Wide angle
17  lens' point of view?
18      A.   I'm -- yeah.  I don't know.  I mean,
19  I've got some examples -- some specific examples of
20  what "point of view" means.  I'm not sure what you
21  mean by "reflect" that camera's point of view.
22         We're tossing around terms that are, you
23  know, very carefully analyzed in claim construction.
24  And, you know, answering, you know, a hypothetical
25  question about a hypothetical camera without knowing

Page 36

1  any details about that camera system, I'm not sure
2  what you're asking.
3         If you want to ask me about a specific
4  camera, for example, some of the examples I've
5  provided in the report or some of the examples
6  provided in the patents, I'm happy to speak to
7  those.  Those are what my opinions reflect.
8         I mean, I give an example in paragraph
9  44 of a -- of a sample image recorded from a camera
10  with a given field of view and point of view.
11      Q.   How does field of view relate to the
12  point of view of a camera?
13      A.   Well, there's an example I provide in
14  paragraph 44.  There's two images, (a) and (b),
15  reproduced from Szeliski, I believe, at page 468.
16  And -- I mean, it's page 22 of the report, page 468
17  of Szeliski.
18         And it shows, you know, what looks like
19  a birdhouse in front of a scene.  And these two
20  images share the same field of view, but they have
21  different points of view.
22      Q.   Okay.  The lens that captured image (a)
23  in the excerpt from Szeliski that you're referring
24  to had a point of view when that image was captured,
25  right?

Page 37

1      A.   Right.
2      Q.   And that image reflects the camera's
3  point of view, right?
4      A.   Yes.
5      Q.   Does image (a) also reflect the camera's
6  field of view when that picture was taken?
7      A.   Yes.
8      Q.   Thank you.
9         So going back to column 5 of the
10  specification of the '479 patent, I'm looking at
11  line 23, and it says:
12         "In fused images, it is possible to
13  register Tele image pixels to a matching
14  pixel set within the Wide image pixels, in
15  which case the output image will retain the
16  Wide POV."
17         Do you see that?
18      A.   Yes, I do.
19      Q.   Do you agree with that statement?
20      A.   Yes.  I agree that the patent makes that
21  statement.
22      Q.   Well, do you agree, sir, that if you
23  register Tele image pixels to a matching pixel set
24  within the Wide image pixels, then the output image
25  will retain the Wide POV?

10  (Pages 34 to 37)

APPL-1037 / Page 10 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 38

1    A.   Yes.  I believe that the way that a
2  POSITA would understand the patent is referring to
3  "retain the Wide POV" is that matching pixels -- one
4  way is that the matching pixels within the Wide
5  image of the pixels in the Tele image would be
6  registered to correspond with matching pixels in the
7  Wide image pixels.
8    Q.   And the claim talks about mapping Tele
9  image pixels to matching pixels within the Wide
10  image, right?
11    MR. LINK: Objection.  Vague.
12    A.   Yes.  The last line of claim 1 refers to
13  "by mapping Tele image pixels to matching pixels
14  within the Wide image."
15    Q.   Okay.  What's the relationship between
16  the word "mapping" in claim 1 and the word
17  "register," as used in claim 5?
18    Are those used synonymously in the art,
19  in the industry?
20    MR. LINK: Objection.  Compound.
21    A.   So the specification's giving, you
22  know -- giving a description that helps -- helps a
23  POSITA understand what's being referred to in the
24  claim.
25    So when reading claim 1, you know, a

Page 39

1  POSITA would understand that -- that mapping Tele
2  image pixels to matching pixels within a Wide image
3  could occur by that registration process, the term
4  "register" in column 5.
5    Q.   Okay.  I also want to look at the last
6  sentence of that paragraph in the specification in
7  column 5 that we've been looking at.  So that's
8  around line 30.  And it says:
9    "It is also possible to perform the
10    registration after either sub-camera image is
11    shifted, in which case the output image will
12    retain the respective Wide or Tele
13    perspective POV."
14    Do you see that?
15    A.   Yes, I do.
16    Q.   Based on this teaching, if you wanted to
17  create a fused image that retained the Wide POV, you
18  don't necessarily have to shift the Tele image
19  pixels first, right?
20    A.   I believe column 5 is giving two
21  examples that -- that could be used.
22    Q.   I don't think that answered my question.
23  Let me ask it again.
24    If I -- if I wanted to -- let me
25  rephrase it.

Page 40

1    Is it possible to create a fused image
2  that retains the Wide POV without shifting pixels?
3    MR. LINK: Objection.  Asked and
4  answered.
5    (Witness reviewing document.)
6    A.   Can you repeat the question?
7    Q.   Is it possible to create a fused image
8  that retains the Wide POV without shifting pixels?
9    MR. LINK: Objection.  Asked and
10  answered.
11    A.   And I don't believe I have any further
12  opinion on that.  I believe I -- I looked at
13  claim 1, whether a POSITA would understand what
14  claim 1 said with reference to the specification.
15    I didn't look at all the possible ways
16  that claim 1 could be satisfied, just that a POSITA
17  would understand how claim 1 could be satisfied.
18    So I didn't -- I don't think I have an
19  opinion on that level of detail about -- about that
20  question.  If there is one, I'm happy to clarify it,
21  but I don't recall needing to -- to look at that
22  level of detail to understand -- to provide a
23  POSITA's understanding of those -- of that -- of
24  that claim -- that claim language in column 5.
25    Q.   Okay.  Well, regardless of whether you

Page 41

1  have rendered an opinion in your Declaration about
2  my question, what I'm asking:  Do you have an
3  opinion, as you sit here today, whether or not it's
4  in your Declaration, of how a POSITA would
5  understand this line?
6    Would a POSITA understand that you can
7  create a fused image that retains the Wide POV
8  without shifting pixels?
9    A.   As I sit here today, I don't have an
10  opinion on that particular line.  I wasn't -- my
11  Declaration is in response to Dr. Durand's
12  declaration regarding the IPR.
13    This particular question wasn't posed by
14  Dr. Durand.  I didn't analyze this particular
15  question when I was providing my opinions.
16    In order to provide an opinion on that,
17  I'd need to spend as much time as I spent preparing
18  this Declaration responding to Dr. Durand's
19  questions to -- to render an opinion on that.
20    Q.   Okay.  Let's look at the last line of
21  paragraph 46 of your Declaration, which is on
22  page 23.
23    We talked earlier that this line is your
24  description of how a POSITA would understand the
25  claim limitation about retaining the Wide POV,

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

APPL-1037 / Page 11 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 42

1   right?
2        A.   You're talking about the line:  "In my
3   opinion, a POSITA would understand this term to mean
4   'fused image in which ... positions and shapes of
5   objects reflect the POV of the Wide camera'"?
6        Q.   Yes, sir.  That's the --
7        A.   That's -- that's my opinion.
8        Q.   Do you have an opinion about whether or
9   not your construction or description of this claim
10  limitation requires shifting pixels?
11       A.   I don't -- I don't recall a specific
12  opinion involving determining the difference between
13  shifting pixels or other methods for -- in relation
14  to that claim element.  I don't recall Dr. Durand
15  asking anything regarding shifting pixels in that
16  claim element.
17       Q.   So as we have been talking about,
18  column 5 discusses an object's shape, right?
19       A.   Is there a specific line in column 5?
20       Q.   Sure.  16:
21            "If the output image retains the Wide
22       image shape, then it has the Wide perspective
23       POV."
24       A.   Yes, I see that.
25       Q.   Okay.  How would you -- or would a

Page 43

1   POSITA understand how to process the image, such
2   that it retains the Wide image shape?
3            MR. LINK:  Objection.  Vague.
4        A.   I believe so.  Later in that paragraph
5   in column 5, the specification is talking about
6   registering "Wide image pixels to a matching pixel
7   set within the Tele image pixels," and vice versa.
8   And if --
9            "In fused images, it is possible to
10       register Tele image pixels to a matching
11       pixel set within the Wide image pixels, in
12       which case the output image will retain the
13       Wide POV...."
14            So I believe a POSITA would understand
15  the term "register" there to indicate a process that
16  -- that would preserve the Wide image POV.
17       Q.   Are you familiar with the legal doctrine
18  that a patentee can supply its own definition in the
19  specification for particular claim limitations?
20       A.   I believe my understanding -- I'm not a
21  lawyer.  I believe my understanding of the law is
22  documented in -- in my Declaration, starting at
23  paragraph 19.
24       Q.   Starting at paragraph 19, is there
25  anything in your Declaration that you believe

Page 44

1   reflects the concepts that a patentee can supply its
2   own definition for a claim term?
3        A.   I don't see a specific element in -- at
4   paragraph 19.  Actually, what I'm talking about the
5   level of a person of ordinary skill in the art...
6            (Witness reviewing document.)
7            Paragraph 14 explains that my
8   understanding in the evaluation of this patent or
9   any other patent:
10            "[T]he content of a patent or printed
11       publication prior art should be interpreted
12       [in] the way a person of ordinary skill in
13       the art would have interpreted the prior art
14       as of the effective filing date of the
15       challenged patent."
16            And so I used that understanding of a
17  person of ordinary skill in the art in reading the
18  specification, including column 5.
19            I did not see any situations where I
20  thought the -- you know, anything beyond the
21  understanding of a person of ordinary skill in the
22  art applying claim and ordinary meaning to each of
23  the terms would not have been -- I did not see any
24  situation where that would not have been sufficient.
25            I felt -- I felt that a person of

Page 45

1   ordinary skill in the art would have understood
2   everything stated in the specification under the
3   plain and ordinary meaning.
4            MS. SIVINSKI:  We've been going about an
5   hour, maybe a few minutes less, but I'm about to go
6   into another large nodule.  So it probably makes
7   sense to take a quick five-minute, ten-minute break
8   now.
9            Does that work for you, Dr. Hart?
10           THE WITNESS:  That sounds good.  Could
11  we get a precise time that we're going to reconvene?
12           MS. SIVINSKI:  Sure.  Let's reconvene at
13  10:10.
14           THE WITNESS:  Thank you.
15           THE VIDEOGRAPHER:  Okay.  The time is
16  10:00 a.m., and we're going off the record.
17           (Recess taken.)
18           THE VIDEOGRAPHER:  The time is
19  10:12 a.m., and we're back on the record.
20  BY MS. SIVINSKI:
21       Q.   Welcome back, Dr. Hart.
22            Okay.  So I want to focus now on
23  ground 1 of the 905 IPR.  And your discussion of
24  that starts on page 38 of your Declaration, if
25  that's helpful.

12  (Pages 42 to 45)

Page 46

1    A.  Okay.
2    Q.  So in ground 1 of the 905 IPR, Apple
3  argues that the relevant claims are obvious over the
4  combination of Parulski and Konno, right?
5    A.  Yes.  That's what I show.
6    Q.  And with respect to that ground, Apple's
7  position is that Figure 16 of Parulski discloses the
8  dual-aperture camera that meets certain limitations
9  of claim 1, right?
10    A.  So there's a chart.  Can you -- what was
11  the question again?
12    Q.  Sure.  Let me read it to you.
13      With respect to ground 1 of the 905 IPR,
14  Apple's position is that Figure 16 of Parulski
15  discloses the dual-aperture camera that meets
16  certain limitations of claim 1, right?
17      THE REPORTER:  Counsel, we may have to
18  do something with your microphone.  It's starting to
19  get a little bit fuzzy.
20      MS. SIVINSKI:  Let's go off the record.
21      THE VIDEOGRAPHER:  The time is
22  10:14 a.m., and we're going off the record.
23      (Recess taken.)
24      THE VIDEOGRAPHER:  The time is
25  10:16 a.m., and we're back on the record.

Page 47

1  BY MS. SIVINSKI:
2    Q.  Okay.  Hopefully, this is better.
3      Dr. Hart, can you hear me okay?
4    A.  Yes, I can.
5    Q.  All right.  So I'm going to repeat my
6  last question so we can all be on the same page and
7  get an answer to that one before we move on.
8      With respect to ground 1 of the 905 IPR,
9  Apple's position is that Figure 16 of Parulski
10  discloses the dual-aperture camera that meets
11  certain limitations of claim 1, right?
12    A.  I'm looking at Dr. Durand's report, the
13  element "dual-aperture digital camera for imaging"
14  includes, for examples, Figures 15 and Figure 16.
15      So 16 is certain -- Figure 16 is
16  certainly -- appears in the chart of Dr. Durand's
17  declaration with regards to that first claim element
18  of claim 1.
19    Q.  Okay.  And did you analyze the Parulski
20  reference in connection with your work in preparing
21  your Declaration?
22    A.  Yes, I did.
23    Q.  Okay.  And did you specifically analyze
24  Figure 16?
25    A.  Yes.  I analyzed all of Parulski: all of

Page 48

1  the figures, all of the specifications.
2    Q.  Okay.  Does Parulski Figure 16 show a
3  miniature lens assembly?
4      (Witness reviewing document.)
5    A.  I'm not sure about the characterization
6  of "miniature."  Parulski refers to it as "two image
7  capture stages in a single stage for a mobile phone
8  camera."
9    Q.  Are you familiar with the terminology
10  "miniature lens assembly"?
11    A.  Do you have a context in which it was
12  used?
13    Q.  Yes.  Well, I don't have a specific line
14  number of Parulski to point you to, but is -- would
15  a POSITA be familiar with the concept of a miniature
16  lens assembly?
17    A.  I think the general answer is yes, but
18  it would depend on the context in which it was being
19  used.
20    Q.  Okay.  Is there a rule of thumb that a
21  POSITA would apply in determining whether a
22  particular lens assembly is considered miniature or
23  not?
24    A.  I don't recall providing an opinion on
25  that.  Again, I think all of these issues are an

Page 49

1  issue of context, the setting in which the lens
2  system is being presented, what "miniature" would be
3  referring to.
4    Q.  Okay.  Well, let's talk specifically
5  about the mobile phone application.
6      You're aware that Parulski and the '479
7  patent deal with lens assembly for miniature --
8  sorry, for mobile phones, correct?
9    A.  Yes.
10    Q.  Okay.  Would you consider a lens
11  assembly for a mobile phone to be a miniature lens
12  assembly?
13      MR. LINK:  Objection.  Beyond the scope.
14    A.  I don't recall using the term
15  "miniature" or needing to use the term "miniature"
16  in my opinions.  So if there's an opinion where I've
17  used the word "miniature," I'm happy to clarify
18  that.
19      Otherwise, my understanding is that
20  these lens systems are appropriate for use in a
21  variety of contexts, including mobile phone-scale
22  devices.
23    Q.  Okay.  Dr. Hart, do you understand that
24  I'm allowed to ask you questions today that are
25  about things that a POSITA would understand?

13  (Pages 46 to 49)

Page 50

1    A.   Yes, that's my understanding.
2    Q.   Okay.  Would a POSITA have an
3  understanding of what a miniature lens assembly is
4  in the context of a mobile phone?
5        MR. LINK:  Objection.  Beyond the scope.
6    A.   It would depend on what the term
7  "miniature" is being used, the context of that.
8        I believe a POSITA would understand both
9  Parulski and the '479.  In referring to lens
10  systems, the POSITA would have a good understanding
11  of the scale of those lens systems, based on those
12  descriptions.
13    Q.   I'm not trying to make this a trick
14  question.  I'm trying to figure out whether there is
15  a broadly understood definition of "miniature lens
16  assembly" in this art space.  And if there's not,
17  that's fine.
18        I just want to know whether there is or
19  not.  So let me re-ask my question with that
20  context.
21        Would a POSITA have understood any
22  particular definition for what would constitute a
23  "miniature lens assembly"?
24        MR. LINK:  Objection.  Beyond the scope.
25    A.   I examined Parulski.  I examined the

Page 51

1  '479.  I don't recall the term "miniature" being an
2  important term if it was used.
3        Off the top of my head, I don't recall
4  if the term "miniature" was used.  I'd have to see
5  the context in which it was used.
6        And beyond that, I don't have an opinion
7  on the -- on the term "miniature" or what a POSITA
8  would understand "miniature" to mean, beyond how the
9  term "miniature" was being used in the context of a
10  particular example.
11    Q.   Okay.  Are you aware -- have you read
12  Dr. Moore's declaration in your work in connection
13  with these IPRs?
14    A.   Yes, I have.
15    Q.   Okay.  And are you familiar with his
16  discussion of miniature camera modules?
17    A.   Not by memory sitting here.  I don't
18  have a specific recall of any of the -- of the
19  sections.
20    Q.   Okay.  Let me put Dr. Moore's
21  declaration in the chat.  Give me one moment.
22        MS. SIVINSKI:  Well, it's being
23  difficult to locate.  Let's go off the record for
24  one minute until I can get this loaded in the chat
25  for us.

Page 52

1        THE VIDEOGRAPHER:  The time is
2  10:24 a.m., and we're going off the record.
3        (Recess taken.)
4        THE VIDEOGRAPHER:  The time is
5  10:27 a.m., and we're back on the record.
6        MS. SIVINSKI:  Okay.  There is always
7  one document that I don't have at my fingertips.
8  So, hopefully, we've gotten that out of our system
9  today, and the rest will go smoothly.
10        (Exhibit 2015 introduced.)
11  BY MS. SIVINSKI:
12    Q.   Okay.  So I have put in the chat -- or
13  my colleague has put in the chat Dr. Moore's
14  declaration.
15        Do you have that available to you now,
16  Dr. Hart?
17    A.   Yes, I do.
18    Q.   Okay.  If you will turn with me to
19  paragraph 39 of that declaration, which is on
20  page 20.  Let me know when you're there.
21    A.   I'm there.
22    Q.   Okay.  And you'll see the first sentence
23  of that paragraph says:
24        "As shown in the following table,
25        published in 2014, a camera module using a

Page 53

1  one-half" -- sorry, "1/2.5 inch megapixel
2  image sensor would be considered a 'miniature
3  camera module.'"
4        Do you see that?
5    A.   Yes, I do.
6    Q.   Okay.  Are you familiar with the context
7  in which Dr. Moore is discussing a "miniature camera
8  module"?
9    A.   Yes.  I think Dr. Moore does a really
10  good job here of establishing that context by giving
11  a scale.
12    Q.   Okay.  Do you agree with Dr. Moore that
13  this information contained in paragraph 39 of his
14  declaration is how a POSITA would understand the
15  term a "camera module" -- sorry, a "miniature camera
16  module"?
17        MR. LINK:  Objection.  Misstates
18  Dr. Moore's declaration.
19    A.   So the full paragraph states that this
20  "following table" -- it gives a scale -- "would be
21  considered a 'miniature camera module'" -- in quotes
22  -- "as would the smaller camera modules likely to be
23  used in Parulski's mobile phone embodiment."
24        So I don't believe Mr. Parulski is
25  stating anything beyond that in this paragraph.  And

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

APPL-1037 / Page 14 of 78
APPLE INC v. COREPHOTONICS LTD.

1  so I take this paragraph at face value.
2  Mr. Parulski is providing an explicit context in
3  which he is going to refer to a, quote/unquote,
4  miniature camera module.
5      Q.  Are you familiar with Table 1.1 that
6  Dr. Moore has included on page 20 of his
7  declaration?
8      A.  Yes.  I see it right in front of me.
9      Q.  Okay.  Using that context of Table 1.1
10 in Dr. Moore's declaration, does Parulski Figure 16
11 constitute a miniature camera module?
12          MR. LINK:  Objection.  Vague.
13          (Witness reviewing document.)
14      A.  So my opinions on this agree with --
15 with Dr. Moore's opinions.  So I don't recall
16 specifically if -- if the Moore report is referring
17 to Figure 16 in such a way.
18          I did not find anything objectionable in
19 Dr. Moore's report.  I agreed with Dr. Moore's
20 report.  I was able to follow Dr. Moore's report.
21 And my opinions on -- on this would -- would match
22 Dr. Moore's opinions on -- on this particular
23 subject matter.
24          So I -- I don't have any opinions in
25 addition to Dr. Moore's opinions on, specifically,

1  Figure 16.
2      Q.  Okay.  Would a POSITA be able to take
3  the table included in Dr. Moore's declaration and
4  take the disclosure of Parulski and figure out which
5  category Parulski Figure 16 would fall in?
6          MR. LINK:  Objection.  Beyond the scope.
7  Vague.
8      A.  I don't have any opinions beyond what's
9  stated in my report and Dr. Parulski's report --
10 declarations.
11          And paragraph 39 says that "a camera
12 module using [that scale] would be considered a
13 'miniature camera module,' as would the smaller
14 camera modules likely to be used in Parulski's
15 mobile phone environment."
16          I believe Mr. Parulski is similarly --
17 sorry.  I believe Dr. Moore is similarly speaking in
18 the -- in terms of what a POSITA would understand.
19      Q.  Okay.  Do you see Table 1 includes,
20 under the "Inch Format" column, three headings that
21 are bolded and italicized:  "Miniature Camera
22 Modules," "Digital Still Cameras," and "Film
23 Cameras"?  Correct?
24      A.  Yes, I see that.
25      Q.  Okay.  Do you know, based on the

1  teachings of Parulski, what the image -- sorry, the
2  inch format would be for the Parulski Figure 16?
3          MR. LINK:  Objection.  Beyond the scope.
4      A.  I don't recall the specific opinion in
5  my Declaration to that.  And off the top of my head,
6  I don't recall the specific declaration in
7  Dr. Moore's opinion on that.
8          Is -- is there a specific opinion that
9  you'd like me to elaborate on?
10      Q.  I'm not asking you about opinions in
11 your Declaration.  I'm asking you what Parulski
12 teaches.
13          And you told me earlier that you studied
14 what Parulski taught in order to render the opinions
15 in your Declaration, right?
16      A.  That's correct.
17      Q.  Okay.  Do you agree with me -- or would
18 you agree with me that Figure 16 of Parulski is
19 intended to be used in a mobile phone application?
20      A.  My opinions are in -- in the
21 declaration.  They're in response to the opinions
22 provided by Dr. Durand.  And so my opinions focused
23 on responding to those.  That was the focus of my
24 analysis.
25          I don't recall being asked that

1  particular question by -- or being asked to respond
2  to that particular question in Dr. Durand's
3  opinions.
4          So I don't recall an opinion on that.
5  And so I don't have a further opinion on that
6  question.
7      Q.  So you don't know whether Figure 16, as
8  disclosed in Parulski, is for use in a mobile phone?
9          (Witness reviewing document.)
10      A.  I believe I answered that question
11 already.  Figure 16, as mentioned by Parulski in
12 column 9, depicts a diagram for "a stage containing
13 two image capture stages and a single stage for a
14 mobile phone camera."
15      Q.  So that's a yes?
16      A.  Yes.  Parulski describes Figure 16 for a
17 mobile phone camera.
18      Q.  Okay.  Thank you.
19          Does Figure 16 of Parulski show two
20 lenses that are next to one another?
21          MR. LINK:  Objection.  Vague.
22          (Witness reviewing document.)
23      A.  It shows two stages, two image capture
24 stages.  I believe those stages -- let me see.
25          (Witness reviewing document.)

15  (Pages 54 to 57)

Page 58

1    They consist of two imaging stages.  The
2  imaging stages would consist of lens systems.  Each
3  lens system could consist of multiple lenses, lens
4  elements.
5    Q.  Okay.  Does Figure 16 of Parulski
6  disclose two stages that are next to each other?
7    A.  Yes.
8    (Exhibit APPL 1005 introduced.)
9  BY MS. SIVINSKI:
10    Q.  All right.  Let's look at Figure 14.
11    Are you familiar with this figure in
12  Parulski?
13    A.  Yes.
14    Q.  Would you agree with me that you can use
15  the teachings of Figure 14 or you could implement
16  the teachings of Figure 14 with the dual-aperture
17  camera disclosed in Figure 16?
18    A.  I was getting a phone call on my
19  computer, which --
20    Q.  No problem.
21    A.  I'm also a professor at the University
22  of --
23    THE REPORTER:  I'm barely able to hear
24  the witness now.
25    THE VIDEOGRAPHER:  Yes.  He sounds very

Page 59

1  low.
2    THE REPORTER:  I thought it was just me.
3    THE VIDEOGRAPHER:  Now we cannot hear
4  you.
5    Should we go off the record?
6    MS. SIVINSKI:  Yes, please.  Thank you.
7    THE VIDEOGRAPHER:  The time is
8  10:38 a.m., and we're going off the record.
9    (Recess taken.)
10    THE VIDEOGRAPHER:  The time is
11  10:48 a.m., and we're back on the record.
12  BY MS. SIVINSKI:
13    Q.  Okay.  Let me re-ask you that question
14  so we can sort of restart.
15    Would you agree with me that you can use
16  the teachings of Parulski Figure 14 with the
17  dual-aperture camera disclosed in Parulski
18  Figure 16?
19    A.  No.  I don't agree with you on that.
20  Off the cuff, I'd have to -- I don't recall having
21  an opinion stating that.  And I'd have to look at
22  Parulski here to determine the platform Figure 14
23  was in reference to.
24    Q.  Okay.  Well, take a moment and look at
25  Parulski.

Page 60

1    (Witness reviewing document.)
2    A.  So in looking at both the sections of
3  Parulski referring to Figure 16 and Figure 14, I
4  don't see Parulski showing that Figure 14 is an
5  example of something that would be used with
6  Figure 16.
7    I see reference of Figure 14 being used
8  with Figure 1, and then later there's a discussion
9  of Figure 16.
10    Q.  Okay.  Do you disclose any opinions in
11  your Declaration that Figure 16 and Figure 14 of
12  Parulski cannot be used together?
13    A.  I don't recall any opinions, sitting
14  here, in my Declaration nor in -- in the
15  declaration -- and I don't -- I don't recall
16  responding to anything in Dr. Durand's -- Durand's
17  declaration indicating Figure 14 operating on the
18  infrastructure shown in Figure 16.
19    Q.  Let me re-ask my question, because I
20  think you answered a different question than I
21  asked.
22    Do you disclose any opinions in your
23  Declaration that Figure 16 and Figure 16 -- sorry,
24  Figure 16 and Figure 14 of Parulski cannot be used
25  together?

Page 61

1    A.  I think I answered it.  I don't recall,
2  sitting here, any opinion stating -- stating that,
3  nor do I recall responding to any opinion from
4  Dr. Durand stating that.
5    Q.  Okay.  So I want to take you to column
6  28 of Parulski.  Let me know when you're there.
7    A.  Correct.
8    Q.  And there's a paragraph that runs
9  between lines 45 and 57.  Do you see that paragraph?
10    A.  Yes, I do.
11    Q.  And a portion of that paragraph is
12  describing Parulski Figure 14, correct?
13    A.  Yes.  Figure 14 is mentioned in that
14  paragraph.
15    Q.  And with respect to Figure 14, Parulski
16  says in lines 53 to 54:
17    "Then the two images are combined into
18  a modified image with a broadened depth of
19  field."
20    Do you see that?
21    A.  Yes.  I see that sentence.
22    Q.  Okay.  What would a POSITA understand
23  the phrase "broadened depth of field" to mean?
24    A.  So the term "broadened depth of field"
25  is further clarified by Parulski.

16  (Pages 58 to 61)

Page 62

1          "The advantage is, this can be done
2    without having to stop down the aperture of
3    the primary lens to obtain the great --
4    obtain the greater depth of field, which is
5    particularly useful in low light capture
6    where a large aperture is preferred."
7          So "broadened depth of field" means that
8    objects at a greater range of distances from the
9    camera would still be in focus.
10         Q.   And what would a POSITA understand the
11   phrase -- well, Parulski discloses combining two
12   images in lines 53 to 54, right?
13         A.   Yes.
14              "Then the two images are combined into
15   a modified image with a broadened depth of
16   field."
17         Q.   Okay.  How would a POSITA understand
18   Parulski's disclosure of combining two images?
19         (Witness reviewing document.)
20         A.   It's rather vague.  There is no specific
21   algorithm provided for "combined."
22              And so I think the POSITA might look at
23   "combined" and say picking one pixel from one image
24   and another pixel from the other image, depending on
25   what was -- what was being combined.

Page 63

1          So a simple combination that a POSITA
2    might look at under plain and ordinary meaning, as
3    shown in the context of that paragraph and the
4    context of Parulski, is simply picking pixels from
5    either image and then replacing those -- using that
6    pixel value in that location in the final image.
7          Q.   Okay.  Based on Parulski's disclosure
8    and the state of the art, would a POSITA understand
9    how to perform the technique that you just described
10   in your last answer for combining two images?
11         A.   I think a common way that a POSITA would
12   have performed this is as a -- going through each
13   pixel in the final image and deciding for each pixel
14   if that pixel value is coming from the corresponding
15   position in the first image or the second image.
16         Q.   And would a POSITA correspond positions
17   in the first image to positions in the second image?
18         A.   That's just it.  I think you'd have the
19   X and Y coordinate of the pixel in the final image,
20   and that would correspond to the X and Y coordinates
21   of the pixel in the first image and the X and Y
22   coordinates of the pixel in the second image.
23         Q.   Can you use the range map to correspond
24   X and Y coordinates of a pixel in a first image with
25   X and Y coordinates of a pixel in a second image?

Page 64

1          A.   I did not provide an opinion on that
2    that I recall sitting here with respect to that
3    particular element.  Parulski does not explicitly
4    say that a range map should be used for that
5    combination.
6          So I'm happy to elaborate if -- you
7    know, if I've responded to that question in my
8    opinions, but sitting here, I don't think that
9    Parulski suggests using the range map in that
10   sentence.  I don't see "range map" in that sentence
11   or in --
12         Q.   Okay.  Well, beyond -- sorry.  I did
13   interrupt you.  Please finish your answer.  I'm
14   sorry, Dr. Hart.
15         A.   I was finished.  I don't see the term
16   "range map" used in that paragraph.
17         Q.   Okay.  Beyond the disclosure of
18   Parulski, would a POSITA understand whether a range
19   map could be used to correspond X and Y coordinates
20   of a pixel in a first image to X and Y coordinates
21   of a pixel in a second image?
22              MR. LINK:  Objection.  Beyond the scope.
23         A.   I do mention that in paragraph 70 of my
24   report.
25              "The term 'range map' never appears in

Page 65

1    Parulski's disclosure of enhancing the depth
2    of field."
3              And this is in reference to enhancing
4    the depth of field.  So it's -- the disclosure of
5    enhancing the depth of field describes a flow
6    diagram in Figure 14 that's different than the ones
7    that were used to produce a range map.  Those are in
8    Figures 3 and 8.
9              And so my opinion is that it would not
10   have been obvious to a POSITA how to modify the
11   method shown in Figure 14 that's enhancing the depth
12   of field to generate a -- both a range map and to
13   autofocus the images captured by both stages.
14              So I believe the answer to your question
15   is, I do not believe it would have been obvious to a
16   POSITA to use a range map for this particular
17   paragraph.
18         Q.   Okay.  Well, what technique would a
19   POSITA understand to use to correspond pixels in one
20   image to pixels in a second image?
21         A.   Their position and their respective
22   image.
23              So if you wanted a pixel at position X/Y
24   in -- in the final image, you would have the choice
25   between that pixel at its X/Y position in the first

17  (Pages 62 to 65)

Page 66

1   image or that pixel at its X and Y position in the
2   second image at the -- where all three Xs are equal
3   and all three Ys are equal.
4       Q.   To use one image to broaden the depth of
5   field of another image, do -- would a POSITA try to
6   compare the objects in the first and second images?
7           MR. LINK:  Objection.  Vague.
8       A.   I'm going by what Parulski is
9   disclosing.  I did not see any disclosure of any
10  such analysis in Parulski, leaving a POSITA to
11  undergo the additional experimentation needed to
12  figure out how that would be done.
13      Q.   Okay.  Well, would a POSITA understand
14  more than what's just disclosed in Parulski?
15      A.   Absolutely.  I mean, a POSITA possesses
16  knowledge of -- of the entire field.  Parulski is --
17  is relying on the -- in any patent is relying on
18  that -- that knowledge of a -- of a POSITA, but my
19  opinions on Parulski are based on what Parulski is
20  teaching.
21      Q.   Okay.  Well, I am asking you whether a
22  POSITA who has read Parulski, but has the knowledge
23  of a POSITA beyond Parulski, whether that POSITA
24  would know how to use one image to broaden the depth
25  of field of another.

Page 67

1           MR. LINK:  Objection.  Beyond the scope.
2   Vague.
3       A.   I think a POSITA would look -- would
4   read the disclosure of Parulski and attempt to
5   implement Parulski, based on the materials provided
6   by Parulski.
7           Parulski didn't describe anything beyond
8   just the simple combination of images here.
9       Q.   Are the two images that Parulski is
10  talking about, are those captured at different focal
11  lengths?
12          MR. LINK:  Objection.  Vague.
13      A.   This paragraph states that they are
14  captured at -- at two focus positions, the first --
15  the primary capture unit at one focus position and
16  the secondary image capture unit at another focus
17  position.
18      Q.   Okay.  How would a POSITA go about
19  combining images taken at two different focus
20  positions?
21          MR. LINK:  Objection.  Beyond the scope.
22      A.   The plain and ordinary meaning of -- in
23  this context, of the "two images are combined into a
24  modified image," the POSITA would understand that to
25  mean that, in the final image, a pixel at position

Page 68

1   X/Y could use either the -- a pixel at that same
2   position in the first image or a pixel at that same
3   position in the second image, that position meaning
4   having the identical X and Y coordinates.
5       Q.   Okay.  But if two images are captured at
6   two different focal lengths or focal positions,
7   wouldn't the object in those two respective images
8   appear to be different sizes in the resulting
9   images?
10          MR. LINK:  Objection.  Vague.
11          (Witness reviewing document.)
12      A.   I don't see specific mention of it, but
13  I believe it's understood in Parulski that images
14  can be resized.  Let me see.
15          (Witness reviewing document.)
16          Yeah, I don't see a -- sitting here, I
17  don't see the specific mention of it, but I believe
18  a POSITA would understand that the two images could
19  be -- one of the images could be cropped and resized
20  to -- so that the -- that the extents of the image
21  cover the same range in the image.
22      Q.   Okay.  But by cropping and -- so you're
23  saying that cropping and resizing the image will
24  allow you to map X and Y coordinates of the two
25  images together even if the two images were

Page 69

1   initially taken with different focal positions.
2           Is that what you -- is that what you're
3   describing?
4       A.   No.  I'm stating that if you have a
5   color image and a white image -- let me see if
6   there's a step.
7           (Witness reviewing document.)
8           So unless I've got it -- made explicit,
9   I think what I'm recalling sitting here from
10  Parulski is that a person of ordinary skill in the
11  art would be able to crop and resize the Wide-angle
12  image to -- or would understand the portion of the
13  Wide-angle image corresponding to a similar range in
14  the scene of the Tele image.
15      Q.   But -- sorry.  Are you done with your
16  answer?
17      A.   Yes.
18      Q.   I don't want to cut you off.
19      A.   No.  Go ahead.
20      Q.   Even after cropping and resizing an
21  image, a POSITA would still have to map the first
22  and second images together to understand the
23  relative X/Y positions for each object in the image,
24  correct?
25      A.   You're saying map the two images

18  (Pages 66 to 69)

Page 70

1   together.  What I'm describing is a process where
2   you have two images from two different cameras with
3   two different points of view.
4           A POSITA, based on the description in
5   Parulski in that paragraph that we described -- and
6   I lost my place in that paragraph -- in entering the
7   combination of those two images, would have taken --
8   if you're doing a combination of images, you have to
9   have, you know, the portion of the Wide angle image
10  that is also depicted in the -- in the Tele image
11  that's taken from a different point of view.  You
12  would -- you'd use the portion of the Wide image
13  corresponding to that portion of that entire Tele
14  image, the overlapping portions, and then you'd
15  restrict that.
16          A POSITA would understand how an image
17  could be cropped and resized so that those two
18  images were two depictions of the same scene from
19  different points of view.
20          And then from that, you could then, for
21  each pixel in your final image, pick a pixel either
22  from the Tele image, the -- yeah, the Tele image or
23  the resized -- the cropped and resized Wide angle
24  image at -- at that particular X/Y position.
25      Q.   How would a POSITA figure out which

Page 71

1   portions of the Tele image correspond to which
2   portions of the Wide image?
3       A.   So we're not talking about portions.  I
4   believe it would just simply be the boundaries of
5   the image.
6       Q.   Okay.  So you mentioned cropping and
7   resizing the Wide angle image, right?
8           How would a POSITA combine a Wide and
9   Tele image if they wanted to retain the size of the
10  Wide angle image?
11      A.   They would need to figure out the
12  portion of the Wide image corresponding to the
13  bounds, the rectangular bounds, the edges of
14  Tele image.  That would be a similar quadrilateral
15  and Wide angle image.
16          And then they would proportionately move
17  across that quadrilateral in the same coordinates,
18  the same two-dimensional image coordinates they were
19  using in the Tele image.
20      Q.   So you're describing a way to map the
21  entire Tele image to portions of the Wide image,
22  right?
23          MR. LINK:  Objection.  Vague.
24      A.   What I'm stating is what a POSITA would
25  understand on reading Parulski and, in particular,

Page 72

1   Parulski's reference to that combination of images.
2           And I'm -- I'm understanding what a
3   POSITA would understand, from that disclosure, that
4   you would walk through each and every pixel of your
5   output image.  That would have an X/Y coordinate.
6           And that would correspond either to the
7   X -- and from that -- the color value you would use
8   for that X/Y position in your output image, that
9   would either come from that corresponding X/Y
10  position in the Tele image or a course -- it would
11  come from a pixel in the Wide image at those same
12  X/Y coordinates in a quadrilateral portion of the
13  Wide image that corresponded to the bounding
14  rectangle of the Tele image.
15      Q.   Okay.
16      A.   And the X/Y position would be
17  proportional with respect to those rectangular
18  coordinates.
19      Q.   Would a POSITA understand that they
20  could use mapping as a technique to correspond the
21  portions of the Tele image to the portions of the
22  Wide image, as you have just described?
23      A.   There are a variety of techniques that
24  could have been applied.  I think a POSITA would
25  follow what is being taught by Parulski.

Page 73

1           In that section, Parulski doesn't
2   elaborate or point the POSITA to a more
3   sophisticated way of performing any kind of mapping.
4   It's simply listed as a combination.  We are
5   engineering very small parts that need to operate at
6   a very high speed.
7           I believe a POSITA would follow the
8   teachings and, you know, work with the most direct
9   method possible.  The most direct method possible
10  would simply use those same X and Y coordinates in
11  corresponding rectangles of both images.
12      Q.   So when you're talking about the X and Y
13  coordinates, are you talking about the location of
14  the pixels or the location of the objects?
15      A.   The location of the pixels in the image
16  in the CCD, the captured image of the CCD.
17      Q.   Okay.
18      A.   The object would not have X and Y
19  coordinates.  The object would be in three
20  dimensions.  It could have X, Y, and Z coordinates.
21      Q.   Okay.
22      A.   But those would in a themed coordinate
23  system out in the real world.  I'm speaking
24  specifically of the X and Y pixel locations in the
25  Tele image and in a resampled Wide angle image or in

19  (Pages 70 to 73)

Page 74

1  a course -- in a proportional quadrilateral region
2  of the Wide angle image.
3      Q.  Is there a particular portion of
4  Parulski that you're thinking of when you're
5  explaining that a POSITA reading Parulski would
6  correlate X and Y pixel locations between the two
7  images?
8      A.  I don't recall seeing that specifically
9  in Parulski.  I'm not recalling -- I can't find in
10  Parulski where that alignment happens in terms of
11  resizing the Wide angle image, but I believe it does
12  occur in some form or another in Parulski.  And a
13  POSITA would understand that.
14      Q.  Would a POSITA understand that object
15  identification would be a useful step in combining
16  two images to broaden the depth of field of the
17  first image?
18          MR. LINK:  Objection.  Beyond the scope.
19      A.  Object identification would have been a
20  -- an expensive operation.  It would have required a
21  lot of detail.
22          There are any number of methods that a
23  POSITA today would have used.  These methods, any of
24  them that may have been available at the time, were
25  not provided by Parulski.  That would have greatly

Page 75

1  increased the amount of electronics, the amount of
2  time needed to do the computation.
3          And I think a POSITA would have followed
4  what was being taught by Parulski and to simply
5  combine the two images in the way I mentioned it.
6      Q.  Okay.  Well, I didn't ask you whether
7  object identification would have been expensive.  I
8  asked you whether a POSITA would understand whether
9  it would be useful in combining two images to
10  broaden the depth of field of the first.
11          So setting aside whether it would be
12  costly, can you answer whether a POSITA would
13  understand object identification to be useful in
14  combining two images to broaden the depth of field
15  of the first image?
16          MR. LINK:  Objection.  Asked and
17  answered.
18      A.  I believe Parulski teaches that it would
19  not have been useful by not including that in the
20  description, by simply referring to it as the
21  combination.
22          If it was useful, if Parulski thought it
23  was useful, I believe Parulski would have included
24  it, would have referred the POSITA to how to do
25  that.  Parulski did not do that.  I believe a POSITA

Page 76

1  would understand from reading Parulski that it was
2  not useful.
3      Q.  Okay.  Well, we talked earlier about how
4  a POSITA would have an understanding beyond just
5  what Parulski teaches, right?
6      A.  Yes.  A POSITA would have an
7  understanding beyond what is covered in the patent
8  by Parulski.
9      Q.  Okay.  And at the relevant time period,
10  would a POSITA have had an understanding of the
11  technique of object identification?
12      A.  I don't believe I offered an opinion on
13  that.  So I -- I did not need to res-- you know, I
14  don't recall anything in Dr. Durand's declaration
15  suggesting that.  I didn't -- I didn't provide an
16  opinion on that.
17      Q.  Okay.  What is the relevant time period
18  that you've been considering when you're analyzing
19  what a POSITA would understand?
20      A.  It would be a POSITA's understanding at
21  the effective filing date, which was June 13, 2013.
22      Q.  Okay.  And were you a POSITA in 2013?
23      A.  Yes, I was.
24      Q.  Okay.  Did you have an understanding
25  about object identification as a POSITA in 2013?

Page 77

1          MR. LINK:  Objection.  Beyond the scope.
2      A.  I think a POSITA would have been aware
3  that it was possible.  I didn't provide any opinions
4  on any of the details of a POSITA's specific
5  understanding of object identification.  I don't
6  recall that being asked in Dr. Durand's declaration.
7  I didn't analyze that and provide an opinion on that
8  question.
9      Q.  As a POSITA in 2013, did you understand
10  that object identification would have been useful in
11  combining two images to broaden the depth of field?
12          MR. LINK:  Objection.  Beyond the scope.
13      A.  In reading that paragraph, the context
14  of that paragraph, Parulski as a whole, a POSITA
15  would have understood that a simple image
16  combination using the X and Y coordinates in the
17  image of the two pixels in a Tele image and a
18  appropriate -- an appropriate portion of the Wide
19  image would have been used.  Then a POSITA would
20  have understand that that's what Parulski was
21  teaching.
22      Q.  As a POSITA in 2013, were you aware of
23  the concept of object extraction?
24          MR. LINK:  Objection.  Beyond the scope.
25      A.  I don't recall offering an opinion or

20  (Pages 74 to 77)

Page 78

1  that question being asked by Dr. Durand at the time.
2  So I don't believe I offered an opinion on, you
3  know, what techniques a POSITA would have understood
4  in -- in that.
5          I just didn't analyze that, because it
6  wasn't asked that. That wasn't provided by
7  Dr. Durand. And I'd need to analyze what that
8  understanding would have looked like in 2013. Yeah,
9  in 2013.
10     Q.  Okay. Well, I'm asking you now: Are
11 you able to offer an opinion about whether a POSITA
12 in 2013 would have been aware of the concept of
13 object extraction?
14         MR. LINK: Objection. Beyond the scope.
15     A.  I believe I'm offering opinions based on
16 this IPR, the declaration of Dr. Durand. That was
17 not one of the questions ask -- asked. And so I
18 would need time to analyze that to -- to be able to
19 answer that in the detail I've provided for my
20 opinions in response to Dr. Durand's declaration.
21     Q.  What else would you need to look at to
22 determine whether a POSITA would have understood in
23 2013 the concept of object extraction?
24     A.  I'd need to respond to a particular
25 opinion from Dr. Durand to that effect. And the

Page 79

1  details of that opinion would provide the basis for
2  my response to that opinion.
3          I can't respond to an opinion from
4  Dr. Durand if he hasn't made it. I wouldn't know
5  what I would need to look at to respond to that
6  opinion until I saw that opinion.
7      Q.  So is your understanding of a POSITA's
8  knowledge based on what Dr. Durand says in his
9  declaration?
10         MR. LINK: Objection. Argumentative.
11     A.  My understanding of a POSITA is as I've
12 stated in the report. My understanding of -- or the
13 Declaration. My understanding of the Declaration
14 and my opinions in this Declaration are, they are in
15 response to Dr. Durand's opinions. And -- and those
16 are the ones that I analyzed very carefully and
17 provided opinions on.
18     Q.  Okay. Can you go to column 20, line 50
19 through 67 of Parulski?
20     A.  What were those lines again?
21     Q.  50 through 65. Basically, everything
22 after Table 1 in column 20.
23     A.  Got you.
24     Q.  So do you see in -- well, do you see a
25 lettered list (a) through (e) in that portion of

Page 80

1  Parulski?
2      A.  Yes, I do.
3      Q.  Okay. And do you see a teaching about
4  object identification in lettered item (a) in that
5  portion of the Parulski specification?
6      A.  Yes, I do.
7      Q.  Okay. And do you see a teaching about
8  object extraction in lettered item (b) in column 20
9  of Parulski?
10     A.  I see that:
11         "The range map is then used to modify
12 the captured image signal of the output image
13 for a variety of purposes, such as ... :
14         "to enable object extraction from an
15 image by identifying the continuous
16 boundaries of the object so it can be
17 segmented within the image."
18     Q.  Okay. And what date was Parulski
19 published?
20     A.  The date of the patent is December 28,
21 2010.
22     Q.  Does the information in column 20 help
23 you understand whether a POSITA in 2013 would
24 understand the concept of object identification and
25 object extraction?

Page 81

1      A.  In the context offered in column 20,
2  sure.
3      Q.  Can a range map be used to fuse images?
4      A.  I don't recall if I pointed to a
5  specific example of a range map being used to fuse
6  images.
7      Q.  Okay. But do you know whether a range
8  map can be used to fuse images, whether or not you
9  pointed to a specific example of that in your
10 Declaration?
11     A.  Are you --
12         MR. LINK: Objection. Vague. Beyond
13 the scope.
14     A.  Are you asking today? Are you asking
15 when?
16     Q.  Well, let's start with today.
17     A.  A range map can be used today as a -- as
18 a -- as one data item that could be used in an
19 algorithm for combining images.
20     Q.  Okay. In 2013, would a POSITA have
21 understood that a range map could be used to fuse
22 images?
23     A.  I don't recall if that question was
24 asked by Dr. Durand or if I responded specifically
25 to that question in my Declaration. I don't -- I'd

21  (Pages 78 to 81)

APPL-1037 / Page 21 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 82

1    have to see the specific example to know what I was
2    discussing to be able to answer that question.
3        Q.   Well, again, we talked about what a
4    POSITA would understand, and you have rendered
5    opinions about what a POSITA would understand,
6    right, at that -- in 2013?
7        A.   (No response.)
8        Q.   Correct?
9        A.   Yeah.  My analysis of what a POSITA
10   would understand are in reference to the opinions
11   and -- and the direct declarations of Dr. Durand
12   in my own report and with respect to these patents.
13          And so that requires analysis and
14   examining the context of the questions, the systems
15   involved.  And -- and then I can look at the
16   specifics of what a POSITA would have understood at
17   the time.
18       Q.   Okay.  Well, given the teachings of
19   Parulski about a range map, would a POSITA have
20   understood that a range map could be used to fuse
21   two images in 2013?
22       A.   I'd have to see an example of what
23   you're referring to as fusing two images.  I'd have
24   to see the specifics of the example that you're
25   talking about.

Page 83

1        Q.   Do you understand what it means to fuse
2    two images?
3        A.   Are you referring to the term "image
4    fusion," as used in the '479?
5        Q.   Well, is "image fusion" a term of art in
6    your field, Dr. Hart?
7        A.   I think a POSITA reading '479 would
8    understand what "image fusion" referred to, as
9    described in the '479 patent.
10       Q.   Okay.  In the context of the
11   '479 patent, fusion means combining pixels from two
12   images to form an output image, right?
13       A.   We just walked through claim
14   constructions for elements of "image fusion."  So I
15   think we ought to be very careful about what we're
16   referring to as "image fusion."
17          And so I would not offer a further claim
18   construction of "image fusion."  I think a POSITA
19   understands when the '479 -- '479 refers to "image
20   fusion," I think the '479 provides a -- you know, a
21   good characterization of what that means.
22       Q.   Okay.  Which portion of the '479
23   specification do you think provides a good
24   disclosure of what "image fusion" means?
25       A.   It's described, for example, in the

Page 84

1    bottom of column 7 in the section on "Still Mode
2    Operation/Function."
3          "[I]mage processing that fuses the Wide
4    and ... Tele images to achieve optical zoom,
5    improve[d]" -- "improves SNR and provides Wide
6    dynamic range" is one example where they're
7    referring to -- where the '479 is referring to
8    "fusion."
9        Q.   Okay.  In that portion of the '479 that
10   you just read from, does "fusion" mean combining
11   pixels from two images?
12       A.   Well, when you say "combining pixels
13   from two images," I described very carefully what
14   "combining pixels from two images" referred to in
15   Parulski.  I don't believe that's what's being
16   referred to as "image fusion" in the '479.
17       Q.   Okay.  With respect to Parulski, you
18   used the word "correspond."  Is that the same as
19   "combining," in your mind?
20       A.   It's -- it depends on the context.  What
21   I was referring to the combination in Parulski --
22   and I'm talking about "corresponding" -- I'm talking
23   about the same X and Y coordinates in the image
24   between the Tele image and a cor- -- and a
25   corresponding quadrilateral region of the Wide angle

Page 85

1    lens where the X and Y are proportional with respect
2    to that rectangle -- that quadrilateral in the Wide
3    image.
4        Q.   Okay.  Well, with respect to the '479,
5    what does combining pixels mean?
6        A.   Can you show me where "combining" is
7    being used?  I'd need to see the context of how
8    "combining" was being used in the '479.
9        Q.   Okay.  In the context of column 7 that
10   you just read, you told me that that's talking about
11   fusion, right?
12       A.   Yes.  It refers to "image fusion."
13       Q.   What would a POSITA understand after
14   reading that portion of the specification about what
15   "fusion" means in this context?
16       A.   In that particular quote that the image
17   fusion -- "the image processing that fuses the Wide
18   and Tele images achieve[s]" -- "to achieve optical
19   zoom, improve [signal-to-noise ratio] and provides
20   [a] wide dynamic range."
21          So --
22       Q.   If -- sorry.  Go ahead.
23       A.   I think it would improve optical zoom,
24   SNR, and dynamic range.
25       Q.   I'm not really asking you what it is

22  (Pages 82 to 85)

Page 86

1    used for.  I guess I'm trying to find out how -- how
2    you would do image fusion, as taught by the '479
3    patent.
4        A.   So image fusion is further elaborated in
5    Figure 3 and the remainder of column 7 into column 8
6    and column 9 to discuss some of the details of -- of
7    image fusion.  There are further details on image
8    fusion elsewhere in the -- in the patent as well.
9        MR. LINK:  Counsel, we've been going
10   about an hour 10, hour and 15 minutes.  So when you
11   have time for a break, that would be great.
12       MS. SIVINSKI:  Okay.
13   BY MS. SIVINSKI:
14       Q.   So you mentioned that with respect to
15   Parulski, you were describing combined images in
16   that context to be mapping the X/Y position of a
17   pixel in one image to the X/Y position of a pixel in
18   another image, right?
19       A.   When I was speaking about Parulski,
20   those X and Y values were identical; so the mapping
21   would be the identity mapping.
22           An X/Y position in the final image would
23   correspond to the exact same X value and Y value in
24   the Tele image and would correspond to an X and Y
25   value in a sub-rectangle, sub-quadrilateral of the

Page 87

1    Wide angle image.
2        Q.   And your position is that fusing images,
3    as discussed in the '479 patent, requires something
4    more than that, right?
5        A.   Yes.
6        Q.   But fusion, with respect to the '479
7    patent, requires using pixels from one image and
8    putting those pixels into the other image, right?
9        MR. LINK:  Objection.  Vague.
10       A.   I believe the 479 talks about an output
11   image.  So that's a third image.  You're not taking
12   pixels from one of the -- from the Tele image and
13   placing them in the Wide image or vice versa.
14   You're creating a -- an output image.
15       Q.   Does the output image, as described in
16   the '479 patent, contain pixels from both the
17   original Wide image and the original Tele image?
18       A.   I'm not sure what you mean by "pixel,"
19   does it contain a pixel.
20           What I was describing in Parulski,
21   the -- that combination in Parulski, the pixel
22   locations were identical.  The X/Y coordinate in one
23   corresponded to the X and Y coordinate in the Tele
24   image or the corresponding X and Y coordinate where
25   X and Y are equal to each other in that portion of

Page 88

1    the Wide angle image.
2        I don't -- that's not the case with --
3    that doesn't suffice for what is described as "image
4    fusion" in the '479.  So you're using language I've
5    used to refer to a combination in Parulski that
6    doesn't apply using those same terms and that same
7    context when looking at image fusion in the '479.
8        Q.   I think you misunderstood my question if
9    you thought I was referring to Parulski.  I am
10   talking about just image fusion, as it is taught in
11   the '479 patent.  I am not talking about Parulski.
12           So with that context, let me re-ask my
13   question.
14           The '479 patent describes an output
15   image, right?
16       A.   Yes.
17       Q.   And the output image is a combination of
18   both the Wide image and the original Tele image or a
19   fusion of those images, right?
20       A.   The '479 talks about the fusion of those
21   two images.
22       Q.   Okay.  And the fused image is the output
23   image that we've been talking about, right?
24       A.   Yes.
25       Q.   Okay.  That fused output image is going

Page 89

1    to have portions of the Wide image and portions of
2    the Tele image, right?
3        A.   I'm not sure what you're referring to as
4    "portions."  I believe you're using the data from
5    the Tele image and the Wide image to produce the
6    fused output image.
7        Q.   Okay.  So you'll agree with me that if
8    we use the word "data" -- you like that word better.
9            Okay.  So let me re-ask my question
10   using the word "data."
11           Does a fused output image, as described
12   in the '479, have data from the Wide image and data
13   from the Tele image?
14       A.   So it is not a matter of personal
15   preference on these terms.  These are terms
16   describing very specific methods in -- in the '479.
17           When you say "have data," the data is
18   used to form the output image.  The output image has
19   its own data.  There's -- the output image consists
20   of data for that output image.
21           The input image consists of data for
22   both the Tele image and the Wide angle image.  The
23   data that's in the Tele image and the Wide angle
24   image is used in forming the data on the output
25   image, but it is not like you're taking a bite here

23  (Pages 86 to 89)

APPL-1037 / Page 23 of 78
APPLE INC v. COREPHOTONICS LTD.

1  and putting it over here.  You know, the values may
2  be different.  The data values themselves may be
3  different.
4         So it is not a manual operation of
5  taking something from one location and putting it
6  someplace else.  These are computations.
7         So you take data at the beginning as an
8  input to the computation.  You perform the
9  computation, and you get output data.  And that
10  output data in this case is used for the fused
11  image.
12    Q.   In order to generate a fused image, you
13  need both data from a Tele image and data from a
14  Wide image, right?
15    A.   That's what the '479 indicates for image
16  fusion, yes.  It operates on a Wide image and a Tele
17  image.
18    Q.   Thank you for answering my question.
19    MS. SIVINSKI:  Okay.  I think we can
20  take a break now.  Let's go off the record.
21        THE VIDEOGRAPHER:  The time is
22  11:40 a.m., and we're going off the record.
23        (Recess taken.)
24        THE VIDEOGRAPHER:  The time is
25  12:02 p.m., and we're back on the record.

1  BY MS. SIVINSKI:
2    Q.   Okay.  Welcome back, Dr. Hart.
3        So we have been talking about what
4  "fusion" means in the context of the '479 patent.
5  And I want to look at a particular portion of the
6  '479 specification in column 9, the description of
7  Figure 5, which starts at line 39.
8    A.   Did you say column 9?
9    Q.   Yes.
10    A.   Okay.
11    Q.   And do you see the paragraph that starts
12  describing Figure 5 at line 39?
13    A.   Yes.
14    Q.   Okay.  Are you familiar with Figure 5 of
15  the '479 patent?
16    A.   Yes.
17    Q.   Okay.  So that paragraph describes, on
18  line 47, it says:
19        "In registration step 506, mapping
20      between the Wide and the Tele aligned images
21      is performed to produce a registration
22      map..."
23        Do you see that?
24    A.   Yes, I see that.
25    Q.   Okay.  And what does it mean to have

1  produced a registration map?
2    A.   A registration map would be the
3  location -- you know, for a given image, say the
4  Tele image, it would be the location in the --
5  let's -- yeah, let's -- let's do the -- from the
6  Wide to the Tele.
7        So for each pixel in -- in the Wide
8  image, for -- in a portion of the Wide image, it
9  would tell you where that corresponding picture --
10  pixel was located in the Tele image.
11    Q.   Okay.  With respect to Parulski, earlier
12  you said you were mapping the X/Y coordinates of one
13  pixel to the X/Y coordinates of the other.
14        Is this the same concept or a different
15  concept?
16    A.   Well, the term "map" is being used in
17  two different -- is referring to two different
18  approaches.  In Parulski, the term there is
19  "combination" of two images.  And following what
20  Parulski is describing there, the map would simply
21  be an identity.  The X and Y coordinate of the two
22  pixels would be identical.
23        And in Parulski -- let me find Parulski
24  here.  So Parulski talks about taking one of the
25  images and cropping and up-sampling it before being

1  used.
2        And so after that cropping and
3  up-sampling, so that the image as a whole was -- you
4  know, the quadrilateral portion of one image was
5  corresponding to the entirety of the other image,
6  quadrilateral in the Wide angle image was
7  corresponding to the entirety of the Tele image.
8  After that cropping and up-sampling process, then
9  the pixels would be identical if you're just simply
10  doing a simple combining.
11        So -- so the map that's described in --
12  in the '479 is not the identity.  They're talking
13  about a registration map constructed using image
14  rectification.
15    Q.   So then it says further down that you --
16  in resampling step 508, you resampled the Tele image
17  according to the registration map.
18        Do you see that?
19    A.   Hang on a second.  I'm hearing some --
20  hold on one second.
21        THE VIDEOGRAPHER:  Do you want to go off
22  the record?
23        THE WITNESS:  Yes.  Off the record.
24        THE VIDEOGRAPHER:  The time is -- the
25  time is 12:07 p.m., and we're going off the record.

24  (Pages 90 to 93)

Page 94

```
 1              (Recess taken.)
 2          THE VIDEOGRAPHER:  The time is
 3   12:08 p.m., and we're back on the record.
 4   BY MS. SIVINSKI:
 5      Q.   Okay.  So the next step that this
 6   paragraph describes is resampling step 508, where
 7   you generate a resampled Tele image, right?
 8      A.   I see that -- that line, yes.
 9      Q.   And then the next step is decision
10   step 510, right?
11      A.   I see that step, yes.
12      Q.   Okay.  And then you have fusion
13   step 512, right?
14          (Witness reviewing document.)
15      A.   Yes, I see that step.
16      Q.   Okay.  So at line 54, column 9, the
17   '479 patent teaches that:
18          "In more detail, in step 510, the
19          re-sampled Tele image is compared with the
20          Wide image data and if the comparison detects
21          significant dissimilarities, an error is
22          indicated.  In this case, the Wide pixel
23          values are chosen to be used in the output
24          image."
25          Do you see that?
```

Page 95

```
 1      A.   Yes, I do.
 2      Q.   Okay.  What happens if an error is not
 3   detected?
 4          (Witness reviewing document.)
 5      A.   It depends on what operation is being
 6   performed.  So it would depend.  It's -- it's --
 7   that's simply stating that the Wide pixel values are
 8   being used if -- if there seems to be an error in
 9   that registration step.  Then by default, it would
10   use the Wide pixel data instead of the Tele pixel
11   data.
12      Q.   Okay.  Well, if there's no error, then
13   it generates a fusion image, right?
14      A.   Right.  Either way, it will generate a
15   fusion image.  It's going to use the Wide pixel
16   values if that -- if it detects an error due to
17   significant dissimilarities.
18      Q.   Well, will the fusion image contain
19   pixel values from both the Wide image and the Tele
20   image?
21      A.   Yes.  It will use pixel values in the
22   determination of the -- it will -- it will -- it
23   will look at the pixel values from both images in
24   determining the pixel values of the output image.
25      Q.   Okay.  Well, so if there's an error,
```

Page 96

```
 1   then it will use Wide pixel values in the output
 2   image, right?
 3      A.   Yes, that's what it says.
 4      Q.   Okay.  But you can also generate a fused
 5   image that will contain Wide -- that uses Wide pixel
 6   values and Tele pixel -- Tele pixel values, correct?
 7      A.   Yes, that's what it says.
 8      Q.   So I want to look at a portion of your
 9   Declaration.  If you will turn with me to paragraph
10   63.  Let me know when you're there.
11      A.   Okay.  Paragraph 63.
12      Q.   Okay.  So you're talking about the range
13   map disclosed by Parulski here, right?
14      A.   Yes.
15      Q.   Okay.  And you say in the last sentence
16   on page 33:
17          "The first three examples all involve
18          identifying object boundaries or motion
19          tracking of objects, which does not have
20          anything to do with fusion, per se."
21          Do you see that?
22      A.   Yes, I do.
23      Q.   Okay.  What do you mean by "per se" in
24   paragraph 63 of your Declaration?
25      A.   So those first three items, (a) through
```

Page 97

```
 1   (c), at the bottom of column 20, there's a list in
 2   Parulski.  The first one is -- this sentence says:
 3          "The range map is then used to modify
 4          the captured image signal or the output image
 5          for a variety of purposes, such as ... to
 6          improve object identification ... to enable
 7          object extraction ... [or] to enable motion
 8          tracking."
 9          Those three features do not represent a
10   combination of two images.  They're operations that
11   you would perform on a single image.  You would
12   identify an object in a single image; you would
13   figure out the continuous boundaries of an object in
14   a single image; you would enable motion tracking of
15   objects within multiple images by identifying that
16   boundary of the object between images.
17          And those -- motion means that the
18   object is moving.  So this would be subsequent
19   images from a single sensor.  This would not be the
20   fusion of two images from -- taken simultaneously to
21   do motion tracking.  You're tracking the motion of
22   something that's moving through time.
23      Q.   Why would a POSITA want to enable object
24   extraction?
25          MR. LINK:  Objection.  Beyond the scope.
```

25  (Pages 94 to 97)

APPL-1037 / Page 25 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 98

1     A.   I didn't render an opinion on that.  I
2  don't believe I was responding to any opinion
3  regarding that particular question posed by
4  Dr. Durand in his declaration.
5     Q.   Okay.  But I'm asking you now.  Can you
6  answer my question?
7          MR. LINK:  Same objection.
8     A.   I'm responding to the opinions in my
9  Declaration.  I don't have any additional opinions
10 beyond that.  I wasn't asked to do that in order to
11 investigate, you know, why a POSITA would want to
12 look at Parulski to do object identification.  I'd
13 need to sit down and analyze the same effort and
14 time that it took to respond to Dr. Durand's
15 opinions.
16    Q.   Would a POSITA in 2013 be familiar with
17 the process of object extraction?
18         MR. LINK:  Objection.  Outside the
19 scope.
20    A.   I believe a POSITA would be able to
21 understand Parulski, as -- as provided here, and
22 that would include understanding what Parulski was
23 describing in terms of object identification, object
24 extraction, and motion tracking.
25    Q.   Would a POSITA in 2013 have any

Page 99

1  additional knowledge, other than Parulski's
2  disclosure from 2007, about the concept of object
3  extraction?
4          MR. LINK:  Objection.  Outside the
5  scope.
6     A.   Perhaps.  I didn't do an analysis of a
7  POSITA's knowledge of object identification, object
8  extraction, or motion tracking.  For these purposes,
9  I focused my analysis on the opinions of Dr. Durand
10 and his declaration, and they didn't really dive
11 into that question.
12    Q.   Okay.  Would a POSITA in 2013 -- well,
13 let me rephrase that question.
14         Would you agree with me that producing a
15 range map was a well-known technique in the art in
16 2013?
17    A.   What was the -- I'm sorry.  What was --
18 was there a question there?  I didn't parse that as
19 a question.
20    Q.   Would you agree with me that producing a
21 range map was a well-known technique in the art in
22 2013?
23    A.   I believe so.  I think it would be in
24 the background information of both patents, but I
25 believe so.

Page 100

1     Q.   Okay.  Well, let's look specifically at
2  column 19 of Parulski at line 53.  It says:
3          "Methods to produce a rangemap are well
4  known to those skilled in the art...."
5          Do you see that?
6     A.   Yep.
7     Q.   Do you agree with that?
8     A.   Yep.
9     Q.   And Parulski is from 2007, right?
10    A.   Well, it's published in 2010.  I guess
11 it was filed in 2007.
12    Q.   If Parulski is stating that methods to
13 produce a range map are well known to those skilled
14 in the art in 2007, would you also agree that
15 methods for producing a range map are well known to
16 those skilled in the art in 2013?
17    A.   I believe that methods to produce a
18 range map would be well known to one skilled in the
19 art in 2013.
20    Q.   Okay.  Thank you.
21         So let's look at paragraph 70 of your
22 Declaration, which is on page 38.
23    A.   Okay.
24    Q.   Let me know when you're there.
25         And the last sentence in paragraph 70

Page 101

1  says:
2          "It would not be obvious to a POSITA
3     how to modify the method shown in Figure 14
4     to generate both a range map and to autofocus
5     the images captured by both stages."
6          Do you see that?
7     A.   Yes, I do.
8     Q.   Do you agree with me that there is no
9  citation after that sentence in your Declaration?
10    A.   Well, that sentence is preceded with a
11 sentence stating that:
12         "The term 'range map' never appears in
13    Parulski's disclosure of enhancing the depth
14    of field at [column] 22...."
15         So there's a citation there.
16         And this statement that "it would not be
17 obvious to a POSITA how to modify the method shown
18 in Figure 14 to generate both a range map and to
19 autofocus the images captured by both stages," that
20 does not contain a citation because it's not in
21 Parulski.
22         Parulski does not provide something for
23 me to cite that shows how -- how to modify the
24 method shown in Figure 14 to generate both a range
25 map and to autofocus the images.

26 (Pages 98 to 101)

1    Q.   Okay.  So let's -- okay.  What are you
2  basing your conclusion on in that sentence?
3    A.   Parulski and how a POSITA would read and
4  understand Parulski.
5    Q.   Okay.  And are you concluding -- I'm
6  sorry.
7         Are you opining about what a POSITA
8  would know after reading Parulski in 2013?
9    A.   Yes.
10   Q.   Okay.
11   A.   All of my references to a POSITA are
12 with reference to the -- to the priority date of the
13 '479.
14   Q.   Okay.  So let's go back to column 19 of
15 Parulski.  Let me know when you're there.
16   A.   Okay.  I have column 19.
17   Q.   And the last paragraph of that column,
18 we have discussed already.  It starts with
19 "Figure 11."
20        Do you see that?
21   A.   Yes, I do.
22   Q.   Does this portion of the specification
23 talk about generating a range map in the context of
24 autofocus images?
25   A.   Well, that paragraph extends into column

1  20.  I don't believe autofocus is mentioned in this
2  paragraph.  This paragraph is referring to
3  Figure 11.
4    Q.   Right.  So at the top of column 20; it
5  says:
6         "Referring now to Figure 11, in block
7         440, a first autofocus image is captured with
8         the lower focal length image capture stage.
9         And, in block 442, the autofocus image from
10        the image capture stage in the lower zoom
11        position is cropped and unsampled..."
12        And then it continues.
13        Do you see that.
14   A.   Yes, I do.
15   Q.   So Parulski is discussing the use of a
16 range map in the context of autofocus images, right?
17   A.   No.
18   Q.   So would you agree with me that Parulski
19 is discussing Figure 11 in the context of autofocus
20 images?
21        (Witness reviewing document.)
22   A.   Have to be careful about references with
23 autofocusing.  So that sentence in paragraph 70, I
24 say:
25        "It would not be obvious to a POSITA

1  how to modify the method shown in Figure 14
2  to generate both a range map and to autofocus
3  the images captured [at] both stages."
4         And that's after the -- you know,
5  preceding that, in that same paragraph, I say:
6         "[The] disclosure of enhancing the
7         depth of field describes a different flow
8         diagram (Figure 14) than the ones capable of
9         producing a range map (Figures 3 and 8)."
10        So there I'm discussing a range map.
11 And it's "not obvious to a POSITA how to modify the
12 method shown in Figure 14 to generate both a range
13 map," as shown in Figures 3 and 8, "and to autofocus
14 the images captured at both stages."
15        In Figure 11 that this paragraph is
16 referring to, it's talking about autofocusing, and
17 then it's producing a map showing the distances to
18 different portions of the images, but it doesn't say
19 how that autofocus is being determined.
20   Q.   I want you to listen to my question,
21 because I did not ask that.
22        Figure 11 teaches capturing autofocus
23 images?
24   A.   Yes.  Box 440 and 448 capture a pair of
25 autofocus images.

1    Q.   Okay.  And then step 484 teaches
2  producing a range map, right?
3    A.   Yes.
4    Q.   So what specifically would a POSITA need
5  to know in order to modify Figure 14 to use a range
6  map?
7         (Witness reviewing document.)
8    A.   So Figure 14 does not disclose a range
9  map.  So it's unclear where in Figure 14 in this --
10 in this invention that Parulski is very carefully
11 diagramming for us in Figure 14, where is the
12 construction of the range map.
13   Q.   Okay.  But you say in your Declaration
14 that a POSITA wouldn't know how to use a range map
15 in the context of autofocus images, right?
16        That's the specific portion of Figure 14
17 that you think a POSITA would not understand in --
18 with respect to a range map?
19   A.   So let's see.  Figure 11, box 440 and
20 448 are capturing autofocus images.
21        In Figure 11, you know, 504 and 524 are
22 capturing images for autofocus.
23        And then Figure 11, there's a step that
24 lowers the -- that crops and up-samples one image so
25 it could be used with the other image.

Page 106

1    And then the two paths merge.  And we
2  correlate and we convert pixel offsets to distances
3  and produce the range map.
4    Where does that occur in Figure 14?
5    Q.  My question to you, sir, is:  What else
6  would a POSITA need to know in order to understand
7  where you could insert the step of producing a range
8  map in Figure 14?
9    A.  One thing a POSITA would need to -- a
10  POSITA would need to know is, where does it go?
11    Do I do this before?  Do I do this while
12  I'm zooming?  Is it going to eat up battery life
13  constructing a range map every time I'm zooming, or
14  is it happening after the -- you know, after I've
15  clicked?
16    How do I recompute if the zoom position
17  is greater than or less than X?
18    Does it happen before or after steps
19  504/524, 506/526, 510/530, 512/532, 514/534?
20    Is it pre-computed somehow?
21    Can I use the same range map if -- if I
22  let go of the button and then rehit it again?
23    Q.  Wouldn't a POSITA consider all of the
24  steps of Figure 14 and their knowledge of how
25  zooming works and battery life works and be able to

Page 107

1  figure out where in those steps you could best place
2  creating a range map?
3    A.  Well, Parulski doesn't teach any of --
4  any -- anything there that would help the -- the
5  POSITA understand how to do that.
6    I think it would require extensive
7  further investigation, experimentation.  I think,
8  you know, that's what gives you a new invention,
9  such as the '479.
10    Q.  Okay.  So we -- but you agree with me
11  that range mapping was well known at the time of
12  Parulski, right?
13    A.  The concept of a range map and -- yeah,
14  and creating a range map was well known at the time
15  of Parulski.
16    Q.  Okay.  And a POSITA's knowledge in 2013
17  is not limited to what is taught in Parulski,
18  correct?
19    A.  Correct.
20    Q.  Okay.  But it is your opinion that a
21  POSITA would not understand where to place the range
22  map in Figure 14 so as to not use up bandwidth?
23    MR. LINK:  Objection.  Misstates the
24  testimony.
25    (Witness reviewing document.)

Page 108

1    A.  I was just looking at the criteria for
2  obviousness.
3    My -- my opinions are in response to
4  Dr. Durand's opinions.  And Dr. Durand suggests, you
5  know, that -- that these things would have been
6  obvious.  I think they would have -- what you
7  described there, for example, would have required
8  extensive further experimentation for a POSITA to
9  determine what would be suitable for, for example,
10  the mobile phone deployment, as -- as described in
11  Parulski.
12    Parulski did not provide any advice on
13  how to do all of these things simultaneously.  He
14  was very careful in showing embodiments that focused
15  on -- on specific things, and that combination was
16  just not one of the many embodiments that Parulski
17  provided.
18    Parulski is not teaching that.  I think
19  my understanding of a POSITA in 2013 in this -- in
20  this kind of mobile world, where you're limited on
21  power, on computation, you're very careful about the
22  order and, you know, trying to limit computations to
23  where they're used most effectively.
24    I think a POSITA would have really
25  benefited from that advice from Parulski.  Parulski

Page 109

1  didn't provide it.  I think the POSITA would have
2  had to do significant experimentation to find out
3  how to incorporate the range map into Figure 14.
4    Q.  Okay.  Well, in order to create a range
5  map of two images, you would create the range map
6  after you capture the two images, right?
7    A.  That's right.  You would need two images
8  to create the range map.
9    Q.  Okay.  So that --
10    A.  The POSITA would have understood that.
11    Q.  Okay.  So then in step, for example, 510
12  and 512, you are capturing two images, right?
13    A.  In Figure 14?
14    Q.  Yes.
15    A.  Steps 510 and 512?
16    Q.  Yes.
17    A.  Okay.  Yes.
18    Q.  Okay.  Could a POSITA have tried
19  inserting the step of creating a range map after
20  capturing those two images?
21    A.  I didn't create an opinion on that.  I
22  think that that would have been an experiment.  It's
23  possible.  I don't know what the result of that
24  would have been.  I don't know how long the range
25  map procedure takes.

28  (Pages 106 to 109)

Page 110

1          Does that mean when you press the button
2    and take your picture, you have to wait seconds for
3    the range map to be generated?
4          You know, what happens in those
5    situations, you know, depends on a lot of issues.
6    And so I don't know when the appropriate place is.
7    I don't think a POSITA knows -- would have known
8    then or now where the appropriate place to compute
9    the range map would have been in -- in the system.
10   Q.   Okay.  Well, we already agreed that it
11   has to be after capturing the images, right?
12        Isn't there only one place to insert a
13   potential range map step after capturing the two
14   still images in steps 510 and 512?
15   A.   Well, you're also capturing images in
16   step 504.
17   Q.   Okay.  But if I want to generate a range
18   map that maps together the images I took in 510 and
19   512, there's only one place for me to insert the
20   range map step, right?
21        (Witness reviewing document.)
22   A.   Figure 11 refers specifically to
23   autofocus images.
24   Q.   But I thought you said --
25   A.   So what you're --

Page 111

1    Q.   Go ahead.
2    A.   What you're describing doesn't -- you
3    know, doesn't really align with Figure 11.
4    Q.   But you said in paragraph 70 of your
5    Declaration that it would not be obvious for a
6    POSITA how to modify the method of generating a
7    range map and autofocus images, but now you're
8    saying that Figure 11 teaches generating a range map
9    with the context of autofocus images.
10        So I'm unclear about what your opinion
11   is about what a POSITA would know.
12        Can you clarify for me?
13   A.   Yeah.  That sentence in paragraph 70 is
14   in reference to the preceding sentences in
15   paragraph 70.
16        "The term 'range map' never appears in
17   [the] disclosure of enhancing depth of
18   field."
19        That refers to Figure 14.  And that's
20   different "than the ones capable of producing a
21   range map (Figures 3 and 8)."
22        Figure 11 shows how to create a range
23   map.
24        "It would not be obvious to a POSITA
25   how to modify the method shown in Figure 14

Page 112

1    to generate both a range map and [an] auto"
2    -- "and to autofocus the images captured by
3    both stages."
4         Figure 11 is not Figure 14.
5    Q.   I understand that.
6         You understand that in the context of
7    obviousness, the disclosures do not need to be in
8    one figure, right?
9    A.   I don't believe my -- any of my opinions
10   on obviousness have required a single figure to show
11   something.
12   Q.   Okay.  But your opinion is that because
13   Figure 14 does not disclose the concept of a range
14   map, a POSITA wouldn't know how to use a range map
15   in Figure 14, right?
16   A.   What I'm saying is that it would not be
17   obvious to a POSITA how to modify Figure 14 to
18   generate both a range map and to autofocus the
19   images captured by both stages.
20         You offered one solution.  There's
21   multiple solutions that -- that could have done
22   that.  I think it would have required extensive
23   experimentation in order to figure that out beyond
24   what -- what I would consider to be obvious.
25   Q.   Okay.  Well, let's focus on the

Page 113

1    left-hand side of Figure 14.
2         So in step 502, we've decided that
3    the imposition is greater than -- is not greater
4    than X.  So we're sort of traveling down the
5    left-hand column of this flow diagram.  Okay?
6    A.   Okay.
7    Q.   Where are the possible places that a
8    POSITA could insert the step of creating a range
9    map?
10        MR. LINK:  Objection.  Beyond the scope.
11   Incomplete hypothetical.
12   A.   In any place.  It could be inserted
13   anyplace.  We -- I don't know.
14   Q.   Well, we've already -- we've already
15   decided that it has to be after you capture images,
16   right?
17   A.   Right.  And step 504, the very first
18   step, and then step 506 -- no.  I'm sorry.  Step
19   504, the very first step after the left-hand side of
20   the diagram you're pointing to, captures two images.
21   Q.   Okay.  So it would have to be after step
22   504?
23   A.   Yes.  You would need two images, and
24   step 504 captures two images, yes.
25   Q.   Okay.  So at most, there is one, two,

29 (Pages 110 to 113)

Page 114

1   three, four, five arrows in the steps succeeding
2   step 504, right?
3        A.   No.  Because there's a loop.  Is the
4   zoom button pressed?  Yes or no.  If the zoom button
5   is pressed, then you've got additional arrows from
6   the iteration of steps 502, 504, 506, and 508.
7        Q.   Okay.  So if you assume that the zoom
8   button is not pressed, there are one, two, three,
9   four, five places you could insert a range map,
10  right?
11       A.   No.  I think -- you know, these are --
12  it's a block diagram.  This block diagram doesn't
13  refer to range map.  It's referring to enhancing the
14  depth of field of the primary image.
15       And so the -- what's being disclosed
16  in -- in steps 504, 506, 508, 510, 512, 514 refers
17  specifically to that task.  It is not referring to
18  the use of a range map.  I don't know that the
19  integration of a range map needs to happen between
20  these steps or is somehow included within any of
21  these steps.
22       Q.   What is the experimentation a POSITA
23  would have to do to try to use -- to try to generate
24  a range map in the method of Figure 14?
25       A.   Parulski doesn't give me enough

Page 115

1   information to -- to know that.  That's exactly the
2   point of paragraph 70, is that there is not enough
3   information here for a POSITA to incorporate a range
4   map into Figure 14, based on what Parulski provides.
5   And in order to do so would require significant
6   experimentation and might just result in another
7   invention and patent.
8        Q.   Well, my question is:  What
9   experimentation would be required?
10       So you're concluding that it would take
11  undue experimentation to put a range map in the --
12  into Figure 14.
13       What experimentation would be required?
14       MR. LINK:  Objection.  Asked and
15  answered.
16       A.   There is no formula for this.  This
17  is -- this is why these are inventions.  I can't --
18  I don't have an opinion that -- that goes into the
19  specifics of what would need to be -- what would
20  need to happen in order to incorporate a range map
21  into Figure 14.
22       My opinion states that, you know, what
23  a -- what a POSITA would need to do would be
24  extensive and well beyond what would be considered
25  obvious.

Page 116

1        Q.   So it would be extensive, but you're not
2   sure what it would be, correct?
3        A.   I was responding to Dr. Durand
4   suggesting that it was -- that the combination of
5   Parulski with other art made these steps obvious.
6        I am -- my opinion is that it would not
7   be obvious.  I didn't go into the detail of what
8   a -- you know, I did not insert the range map into
9   Figure 14.
10       I just showed that it would not be
11  obvious.  It would require significant further
12  experimentation.  I didn't -- I didn't need to give
13  the specific steps of how one would do that.  I
14  think I successfully showed that -- you know, that
15  is not obvious.
16       It's -- even sitting here now as we
17  discuss this, we haven't figured out where it would
18  go.  I couldn't imagine a POSITA being able to do
19  that in any form that would be considered obvious.
20       Q.   How do you know the experimentation
21  would be substantial or significant, to use your
22  term, if you don't know what the experimentation
23  involves?
24       A.   I'm using the criteria for obviousness
25  and the same criteria for experimentation.  I've

Page 117

1   written my own patents.  I've published my own
2   papers.  I've overseen students doing the same.
3   Each of them has, you know, contributed to the state
4   of the art.
5        And I've, you know, from that
6   experience, weighed what -- and have a good sense
7   of, you know, which things would -- would meet the
8   criteria for obviousness versus which would require
9   extensive experimentation and would be beyond what I
10  would consider to be obvious to a POSITA at the
11  time.
12       Q.   Would the algorithm for generating a
13  range map be well known to a POSITA in 2013?
14       MR. LINK:  Objection.  Vague.
15       A.   I believe I've already indicated yes.
16  You know, constructing a range map was -- was
17  already identified as being well known by Parulski.
18       Q.   Okay.  And the way you would implement a
19  range map is through an algorithm, right?
20       A.   There's any number of ways of
21  constructing a range map.  You know, I would need to
22  see the particular platform, whether this is
23  implemented as a program or whether it's implemented
24  in hardware through some instructions, hard coded in
25  RAM, fed to a processor or through some ELECTRIC --

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 118

1    electrical VLSI assembly.
2         I mean, there's any number of ways that
3    this could be constructed.
4         Q.   Okay.  So let's specifically talk about
5    the infinite "dog and mountain" example that
6    Parulski discloses.
7         A.   Okay.
8         Q.   Before you turn to Parulski -- sorry.
9    That just gives you the context.
10        I want to look at paragraph 76 of your
11   Declaration.
12        A.   Okay.
13        Q.   So if I understand you correctly, in
14   paragraph 76, you are concluding, based on the
15   teachings of Parulski, that the dog in the dog and
16   mountain example would be in focus, correct?
17        A.   Yes.
18        Q.   Doesn't Parulski specifically teach that
19   the dog is not in focus in that example?
20        (Witness reviewing document.)
21        A.   Where does it say that the dog is not in
22   focus?
23        Q.   So line 14 and 15 on column 21 says:
24   "The black dog is too dark (underexposed) and out of
25   focus."

Page 119

1         (Witness reviewing document.)
2         A.   Okay.  So the dog could be out of focus.
3         Q.   Does that change your opinion in this
4    section of your Declaration describing the dog and
5    mountain example?
6         A.   No.  You could still obtain this using
7    image -- image data from the Wide image.
8         It later says that "the range data can
9    be used to isolate the mountains and the flowers,
10   which can then be blurred, and further isolate the
11   dog, which is sharpened to obtain a nice sharp
12   image."
13        So I believe the range data is giving
14   you the distance to objects, but if, for example,
15   the dog is blurry, you just sharpen the dog image.
16   You only need the dog -- a blurry dog image to
17   sharpen a single image.
18        Q.   Why do you need the range map to use
19   just the Wide image data to sharpen the portion of
20   the dog?
21        A.   So the range data is used to isolate the
22   mountains and the flowers and to further isolate the
23   dog.  So you would use the range data to isolate
24   these portions of the image.  I believe that was
25   described earlier.

Page 120

1         "As mentioned earlier, the range map is
2    then used to modify the captured image signal
3    or the output image for ... object
4    identification ... [or] object extraction."
5         Q.   Okay.  So speaking of object extraction,
6    I think you said earlier that object extraction --
7    well, would object extraction ever be used in
8    autofocusing?
9         MR. LINK:  Objection.  Beyond the scope.
10        A.   I don't recall seeing that in
11   Dr. Durand's opinions.  I don't think I provide an
12   opinion on that particular issue.
13        Q.   So I want to go back to the dog and
14   mountain example.
15        Does the fact that the Wide image
16   captures the dog out of focus -- you said that does
17   not change your opinion, right?
18        A.   That's right.
19        Q.   Okay.  Let's move on to something that,
20   hopefully, will be a little quick, and then we can
21   take a longer break for lunch.
22        Okay.  What is image rectification?
23        A.   I believe image rectification is
24   referred to quite a bit in the '479 patent.  It
25   is -- when you rectify two images, you're finding a

Page 121

1    correspondence -- a pixel-by-pixel correspondence
2    corresponding to the objects intended to correspond
3    to the same points on the objects depicted in the
4    scenes.
5         Q.   Would a POSITA have understood how to
6    rectify images in 2013?
7         A.   Yes.  Let me also say that it's an
8    expensive process.  It involves, you know, a
9    significant amount of computation.
10        Q.   What are the benefits of image
11   rectification?
12        MR. LINK:  Objection.  Outside the
13   scope.
14        A.   The '479 patent describes several of the
15   benefits.  I think I alluded them -- to them earlier
16   in discussing image fusion.
17        Q.   Is there a specific portion that you're
18   referring to?
19        A.   Sorry.  You're breaking up.  My
20   connection might not have been -- what was the
21   question?
22        Q.   So you said that the '479 patent
23   describes several benefits of image rectification.
24   And I was wondering if you could elaborate on that
25   for me, either by pointing me to a portion of the

31  (Pages 118 to 121)

Page 122

1  specification or listing those benefits.
2      A.   So column 7, lines around 57 through 59:
3  "Image processing that fuses the Wide and Tele
4  images to achieve optical zoom, improve signal to
5  noise ratio, and provides Wide dynamic range."
6          Those are three of the benefits.
7      Q.   And are those the benefits of image
8  rectification?
9      A.   Image rectification is part of the image
10  fusion process described by the '479, and -- and
11  those are the resulting benefits of that process.
12     Q.   Okay.  Anything else you had in mind
13  about benefits that the '479 lists about image
14  rectification?
15     A.   Let me see if there's an exhaustive
16  list.  I don't think I have an exhaustive list of
17  all the benefits of the '479.  Let's see.
18     Q.   Well, I'm talking specifically about the
19  benefits of image rectification.
20     A.   I just gave -- I gave some examples.
21  Were those not sufficient?  I mean, I don't -- I
22  didn't create an exhaustive list of all the benefits
23  of image rectification.
24     Q.   Okay.  Well, do you know any more off
25  the top of your head that you could give me?

Page 123

1      A.   No.  I think I'm, you know, speaking in
2  reference to my opinions and my Declaration,
3  responding to Professor Durand's -- Dr. Durand's
4  declaration.  So I don't recall off the top of my
5  head any addition -- additional that were needed.
6      Q.   I'm not asking you about what Dr. Durand
7  said or about specific things you listed in your
8  Declaration.
9          I'm asking you:  As a POSITA and as an
10  expert in this case, what are the benefits of image
11  rectification?
12         Do you have any others to list, other
13  than what you pointed to in column 7 of the
14  '479 patent?
15         MR. LINK:  Objection.  Asked and
16  answered.
17     A.   There are -- there are many numerous
18  benefits of rectification used in a wide variety of
19  situations.
20         My opinions here are in response to
21  Dr. Durand's opinions on the IPR provided.  And the
22  ones I've listed so far, to what I can tell, suffice
23  to indicate the benefit of image rectification, as
24  specified concisely by that sentence in the
25  '479 patent.

Page 124

1      Q.   Would you agree that image rectification
2  makes calculations associated with stereo algorithms
3  considerably simplified?
4      A.   Image rectification can be used for
5  stereo algorithms as one of -- one of the steps.
6  And when it is used, it makes some of the subsequent
7  steps easier.
8      Q.   Okay.  Would you agree that image
9  rectification makes the pixel matching algorithm
10  more efficient?
11     A.   So when you do image rectification, the
12  subsequent registration map can follow a single scan
13  line search instead of searching throughout the
14  image.  So it does make that step easier when you're
15  using rectification in that particular algorithm for
16  stereo.
17     Q.   Would you agree that image rectification
18  is particularly beneficial when the two cameras
19  capturing those images that you're going to rectify
20  are positioned next to one another?
21         MR. LINK:  Objection.  Incomplete
22  hypothetical.
23     A.   I don't know that I had to look at that
24  question in response to Dr. Durand's opinions.  I
25  don't know that I offered an opinion on whether it

Page 125

1  was beneficial.
2          I do know that even -- even when two
3  cameras are close to each other, they -- the
4  alignment is often not sufficient to avoid
5  rectification.  And a POSITA would have understood
6  that in 2013.
7      Q.   I'm not sure I understood your answer.
8  Sorry.  Just to make sure I -- let me try to
9  rephrase it, and you tell me if I got it right or
10  not.
11         Can you use image rectification to
12  rectify two images captured with cameras that are
13  next to each other?
14     A.   That's a different question.  And you
15  can use rectification to rectify two images even if
16  those two images are captured from cameras placed
17  next to each other.
18         (Exhibit APPL 1013 introduced.)
19  BY MS. SIVINSKI:
20     Q.   So I want to look at the Szeliski
21  reference.  Are you familiar with that?
22     A.   Yes, I am.
23     Q.   Let me know when you have it available
24  to you.
25     A.   Okay.  I'm downloading.

32  (Pages 122 to 125)

1    Okay.  And I have it.
2    Q.   I'm looking at page 11 of that PDF under
3  the heading "11.1.1 Rectification."
4    A.   Okay.
5    Q.   Okay.  And I'm looking at the second
6  paragraph under that heading that starts with:
7         "A more efficient algorithm can be
8       obtained by first rectifying ... the input
9       images so that corresponding horizontal
10       scanlines are epipolar lines...."
11    Do you see that sentence?
12    A.   Yes.
13    Q.   Do you agree with that teaching?
14    A.   So it's more efficient than what
15  Dr. Szeliski is referring to in the preceding
16  paragraph.
17    Q.   Which is what?
18    A.   "A more general correspondence
19  algorithm, such as optical flow."
20    Q.   Okay.  So when you're -- when you're
21  using a correspondence algorithm, you can make that
22  algorithm more efficient by first rectifying the
23  images, right?
24    A.   More efficient than optical flow, yes.
25    Q.   Okay.  And then there's a footnote 2

1  after that sentence.  Do you see that?
2    A.   Yes.
3    Q.   And that teaches that image
4  rectification "makes the most sense if the cameras
5  are next to each other."
6         Do you see that?
7    A.   I see that that sentence begins with
8  those words, yes.
9    Q.   Well, feel free to read the rest of the
10  sentence if you would like to for context.
11         Do you agree with that statement in
12  Szeliski?
13         MR. LINK:  Objection.  Vague.
14    A.   I agree with the entire sentence in
15  Szeliski, saying that you can rectify any two images
16  as long as they're not merged too much or have too
17  much of a scale change.
18    Q.   Okay.  Could image rectification be used
19  to correct for differences in the perspective or POV
20  between an image captured by a Wide lens and a Tele
21  lens?
22         MR. LINK:  Objection.  Compound.  Vague.
23    A.   So the '479 patent describes an image
24  fusion process that relies on rectification and
25  registration in order to, for example, output a

1  fused image with the point of view of the Wide
2  camera by mapping Tele image pixels to matching
3  pixels within the Wide image.
4    Q.   So you mentioned in paragraph 82 of your
5  Declaration an alternative or what you consider an
6  alternative to range mapping.
7         Well, let me strike that question and
8  start over.
9         Paragraph 82 of your Declaration says
10  that there are alternatives to rectification.
11         Do you see that?
12         (Witness reviewing document.)
13    A.   I don't see that specific sentence.
14    Q.   Okay.
15    A.   Is it paragraph 82?
16    Q.   Yeah.  I'm looking at the very bottom of
17  -- of page 44.  So it's the end of the first
18  sentence of that paragraph.
19         You say that Dr. Durand "provides no
20  reason why a POSITA would use rectification over
21  other alternatives."
22    A.   Yes.
23    Q.   Do you see that?
24    A.   Yes.
25    Q.   Okay.  What other alternatives are you

1  thinking about in that paragraph?
2    A.   The rest of the paragraph discusses, for
3  example, plane sweep.
4    Q.   And what is plane sweep?
5    A.   It's an alternative to pre-rectifying
6  the images before matching.  It's described in the
7  next section of Szeliski.
8    Q.   Okay.  Are there advantages of
9  rectification over plane sweep?
10    A.   I think the reason that Szeliski
11  includes both algorithms is that both have certain
12  advantages and disadvantages when compared to the
13  other.  If one was clearly better than the other,
14  Szeliski would have left the one that had no
15  advantages out of the book.
16    Q.   Okay.  How would a POSITA know whether
17  to use rectification or plane sweep in a particular
18  context?
19    A.   That's exactly my point of -- of
20  paragraph 82.  Dr. Durand is suggesting that a
21  POSITA would have known that you would follow
22  Szeliski's rectification method in combination with
23  Parulski.  And I'm suggesting that, you know, that's
24  ignoring the existence of plane sweep, and -- and it
25  would not have been an obvious choice.

1     Q.   Could a POSITA have tried using
2  rectification in a system and then also try using
3  plane sweep in a system and see which one worked
4  better?
5     A.   That -- that describes experimentation.
6  And, you know, that's a significant level of
7  experimentation beyond what I would expect to be
8  obvious.
9     Q.   Okay.  Well, is it possible, is my
10  question.
11        Would it be possible for a POSITA to try
12  using rectification in a system and then also try
13  using plane sweep in a system and see which one
14  works better?
15     A.   I didn't offer an opinion on what would
16  be possible for a POSITA.  I offered an opinion on
17  what would be obvious to a POSITA.  And it would not
18  have been obvious to a POSITA to use rectification
19  versus plane sweep for these cases.
20     Q.   Yeah.  Okay.
21        So I understand what your Declaration
22  says, but I'm asking you the question now.
23        So can you provide me an answer to my
24  question now about whether it is possible for a
25  POSITA to try using rectification in a system and

1  also try using plane sweep in a system and see which
2  one works better?
3     A.   I believe I answered that before also.
4  It's certainly possible, but would require
5  significant experimentation.
6     Q.   Okay.  What experimentation would it
7  require?
8     A.   It would require an implementation of
9  rectification; it would require an implementation of
10  plane sweep; it would require an analysis of the use
11  cases; you'd have to determine where they were being
12  applied; you'd have to look at if there's any
13  benefits to the fact that multiple rectifications
14  may be happening, you know, in sequence.
15        There's a large number of variables here
16  that would need to be considered and determined,
17  including the platform that you would be evaluating
18  these on and the characteristic of the data you'd be
19  looking at.
20     Q.   You agree with me that a POSITA would
21  have known about how to implement image
22  rectification, right?
23     A.   A POSITA would have known about
24  implementing rectification or plane sweep, based on
25  the algorithms provided by -- by the Szeliski

1  reference.
2        MS. SIVINSKI:  Okay.  I think now makes
3  sense to take a longer break for lunch.  So let's go
4  off the record.
5        THE VIDEOGRAPHER:  The time is
6  1:08 p.m., and we're going off the record.
7        (Lunch recess taken.)
8        ---o0o---
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        A F T E R N O O N    S E S S I O N
2        (Time noted: 2:14 p.m.)
3        THE VIDEOGRAPHER:  The time is
4  2:14 p.m., and we're back on the record.
5        ---------------
6        JOHN C. HART, Ph.D.
7  resumed as a witness and testified further as follows:
8        ---------------
9        CONTINUED EXAMINATION
10  BY MS. SIVINSKI:
11     Q.   Hi, Dr. Hart.  Welcome back.
12     A.   Hello.
13     Q.   Before we get started with the
14  questions, I just wanted to note for the record that
15  my colleague Priya is not going to rejoin the
16  deposition after the lunch hour, because we will be
17  talking about confidential business information.
18        So out of an abundance of caution, she's
19  going to not rejoin.  So, hopefully, that takes care
20  of our confidentiality concerns that we addressed
21  this morning.
22        MR. LINK:  Stephanie, in view of that,
23  let's have the transcripts be marked confidential.
24  That way, we can -- I mean, we can talk then about
25  what parts are confidential and what aren't, but at

34  (Pages 130 to 133)

1    least initially, that way, they don't inadvertently
2    get sent to somebody that they shouldn't.
3         MS. SIVINSKI:  That's fine with me.
4    BY MS. SIVINSKI:
5         Q.  Okay.  So I want to focus on one last
6    item from the 905 IPR, which is your opinions about
7    the Stein reference.
8         Are you familiar with the Stein
9    reference, Dr. Hart?
10        A.  Yes.  I believe it was one of the
11   references used in the Declaration.
12        Q.  Yes.  And let me -- I will add it into
13   the chat so you have it if you would like to take a
14   look at it.
15        A.  Thank you.
16        (Exhibit APPL 1023 introduced.)
17   BY MS. SIVINSKI:
18        Q.  So I would like to talk about the camera
19   or the lens assembly of cameras that Stein teaches.
20        Stein teaches a camera with two lenses,
21   right?
22        A.  Let me bring that up.
23        (Witness reviewing document.)
24        Q.  And if it's helpful, Dr. Hart, you can
25   look at the abstract.  I can point you specifically

1    to the first sentence, which says --
2         A.  I saw two -- I saw two images.
3         Q.  Okay.  So let me rephrase my question
4    and --
5         A.  And we include the second image capture
6    device.  Yes.  Okay.
7         Q.  Okay.  So the first sentence of the
8    abstract to Stein states:
9         "An imaging system for a vehicle may
10        include a first image capture device having a
11        first field of view and configured to acquire
12        a first image relative to a scene associated
13        with the vehicle, the first image being
14        acquired as a first series of image scan
15        lines captured using a rolling shutter."
16        Do you see that?
17        A.  Yes.  Yes, I do.
18        Q.  All right.  And then the second sentence
19   of the abstract says:
20        "The imaging system may also include a
21        second image capture device having a second
22        field of view different from the first field
23        of view."
24        A.  Yes.  And so it was the May -- I recall
25   Stein dealing with the rolling shutter and movement.

1    So it would depend on how we're using Stein, whether
2    that relies on the -- a second camera being
3    necessary or not.
4         Q.  Okay.  Well, you would agree with me
5    that Stein discloses that you can use an imaging
6    system with a first image capture device and a
7    second image capture device, right?
8         A.  Yes.  That's correct.
9         Q.  Okay.  And it discloses that the first
10   image capture device can have a first field of view
11   and the second image capture device can have a
12   second field of view, right?
13        A.  Yes.
14        Q.  And would you agree that Stein teaches
15   one or that -- well, that one image capture device
16   has a longer focal -- focal length than the other?
17        A.  Let me take a look.
18        Q.  And, specifically, you can look at
19   Figure 2A of Stein, if that's helpful.
20        A.  Okay.  Let me take a look.
21        Yeah, yeah.  It looks like at the bottom
22   of column 7:
23        "In some embodiments, image capture
24        devices 110 and 120 may be asymmetric."
25        They may have different fields of view

1    and different focal lengths.
2         Q.  Okay.  I think you just mentioned this,
3    but just for an abundance of clarity, I guess, would
4    you agree that Stein teaches two image capture
5    devices that can have different fields of view?
6         A.  Yes.  That's in that same portion at the
7    bottom of column 7.
8         Q.  And Stein discloses two image capture
9    devices that have -- that have different fields of
10   view, but that those different fields of view are
11   overlapping, right?
12        A.  Yes.
13        Q.  And Stein discloses the use of CMOS
14   censors, right?
15        A.  Yes.
16        Q.  Okay.
17        A.  It includes CCD sensors or CMOS sensors.
18        Q.  So in terms of the image capture device
19   itself, are there any differences between the image
20   capture device Stein discloses and the image capture
21   device that Parulski discloses?
22        (Witness reviewing document.)
23        A.  Let me take a look at Parulski.  My
24   opinions were -- were on the need to combine.  Let
25   me see if...

Page 138

1      (Witness reviewing document.)
2      So I think Parulski preferred CCD, but
3  other sensors, such as CMOS sensors, could be used
4  equally well without limitation, according to the
5  invention.
6      Q.   Okay.
7      A.   So there's a preference away from CMOS,
8  but CMOS could work for Parulski.
9      Q.   Okay.  Any other differences that you
10 can ascertain, sitting here today, between the image
11 capture devices disclosed by Stein and the image
12 capture devices disclosed by Parulski?
13     A.   Well, the --
14          MR. LINK:  Objection.  Outside the
15 scope.
16     A.   They were designed for completely
17 different purposes.
18     Q.   Okay.  But in terms of the sensors and
19 the lenses themselves, do you -- can you name any
20 differences between the image capture devices in
21 those two references?
22     A.   I didn't --
23          MR. LINK:  Objection.  Asked and
24 answered.
25     A.   Yeah.  I didn't analyze it any deeper

Page 139

1  than -- than that.  I did provide opinions that you
2  wouldn't combine Parulski with Stein.  And that was
3  mostly motivated by the differences in purposes and
4  designs of the two systems, how they're deployed,
5  whether the camera is going to be moving or not.
6      And so those -- those differences were
7  significant and didn't require me to look at
8  specific differences between the -- the systems
9  themselves --
10     Q.   Okay.  So --
11     A.   -- whether the cameras were -- the
12 camera CMOS sensor and other specific devices used
13 in the embodiments were significantly different or
14 not.
15     Q.   Okay.  So your understanding -- your
16 testimony is that you did not need to look at any
17 technical differences between the image capture
18 devices in those two references to render your
19 opinion; is that right?
20     A.   My opinion is that it would not have
21 been -- a POSITA would not have needed to be
22 motivated to seek the synchronization offered by
23 Stein that motivated Dr. Durand to consider that
24 combination because of the different purposes
25 between Parulski and Stein.

Page 140

1      Stein was disclosing an invention for
2  moving cameras, cameras inside a moving vehicle, and
3  Parulski disclosed sensors for a camera.  And
4  Parulski's usage case was a still camera taking
5  still images.
6      And Parulski's -- I mean -- yeah,
7  Parulski's case was a still camera taking still
8  images.  And in Stein's case, the camera would be in
9  motion.
10     Q.   Okay.  Could Parulski's camera be used
11 to capture motion, such as at a sporting event?
12          MR. LINK:  Objection.  Incomplete
13 hypothetical.
14     A.   I mean, Parulski captured video --
15 discussed capturing video, but the -- the usage
16 cases, you know, focused on, you know, a shutter.
17 And so it was -- you know, those -- depressing the
18 shutter and capturing an image was, you know,
19 exemplified in Parulski using still image sequences,
20 but Parulski does include video.
21     And so that video could include, for
22 example, a sporting event where you were filming in
23 the stands some sporting event that was happening
24 and had motion.
25     Q.   Okay.  But you could also use Parulski's

Page 141

1  camera to capture images, not video, but still
2  images, of something like a sporting event, which
3  involves motion, right?
4      A.   Well, I mean, there's motion at some
5  level constantly.  There was -- I mean, that
6  distinction didn't seem to be made in Parulski.
7      Parulski -- if you're taking a signal
8  image, then Parulski would capture that image
9  whether or not the objects in that image were moving
10 or still.
11     Q.   So I want to make sure that I understand
12 your previous answer.
13     I -- I appreciate the fact that your
14 Declaration analyzes the different use cases between
15 these two references, but I understood you to say
16 that your Declaration does not provide an opinion
17 about any technical differences between Parulski and
18 Stein; is that right?
19          MR. LINK:  Objection.  Mischaracterizes
20 testimony.
21     A.   That's not my opinion.  My opinion is
22 that the combination would not have been motivated.
23 And the primary reason that that combination would
24 not have been motivated -- a POSITA looking at
25 Parulski, for example, would not have been motivated

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 142

1   to look at Stein was because of the use case.
2           There -- there is other reasons as well,
3   but the -- the main ones that I outlined in my
4   opinion were that -- were that usage case, the fact
5   of whether or not the camera was in motion or not,
6   and the special attention Stein had to devote to a
7   moving camera.
8       Q.   Okay.  I don't think you're answering my
9   question.  So let me try to rephrase it and see
10  if -- and we can try again.
11      A.   Okay.
12      Q.   Can you point me in your Declaration to
13  any portion where you analyzed similarities or
14  differences between the image capture devices
15  disclosed in Stein and the image capture devices
16  disclosed in Parulski?
17      A.   So, I mean, I did analyze the camera
18  system of Stein.  Paragraph 88 talks about the
19  rolling shutters and the need for synchronization of
20  those rolling shutters.  I found that provided
21  significant differences in design from Parulski.
22      Q.   Okay.  So other than the rolling
23  shutters, can you point me to any other portion of
24  your Declaration that compares the image capture
25  devices disclosed in Stein and Parulski?

Page 143

1       A.   Off the top of my head, no.  I think I
2   primarily look at Stein in those paragraphs, 86, 87,
3   88.  I don't know that I looked at Stein for
4   anything else.
5           Yeah.  I believe it's just those three
6   paragraphs, sitting here, just looking at my report.
7       Q.   Thank you.
8           You have mentioned a few times that
9   Stein's use case involves motion.  Can you expand on
10  why that is relevant to your opinions in these IPRs?
11      A.   Yes.  Anybody who's taken a picture with
12  a camera with a rolling shutter knows that if you
13  move the camera while you're taking that picture,
14  the rolling shutter is -- is not seeing the image
15  projected on the sensor all at once.
16          It's seeing -- it's basically running a
17  scan line through.  That's the rolling shutter
18  portion of it.
19          And so, you know, when the scan line
20  starts, it's seeing the image being projected at the
21  beginning of a time.  And then, later on, it is
22  seeing the image at a subsequent point in time.  And
23  so you get a distorted image if the image is moving.
24          If you're using an image device for
25  photography, that can be very -- that can produce a

Page 144

1   distorted photograph.
2           If you're using your image device for
3   some other feat -- some other purpose, other than
4   creating photographs for other people to look at,
5   then you can accommodate that, because you know that
6   that effect is happening.
7           And especially when you're using sensors
8   for, you know, vehicle cameras for driving
9   assistance, it doesn't matter if the image is
10  distorted so long as you know the image is distorted
11  and you factor that into your analysis, which is
12  what Stein was doing.
13      Q.   Does Stein teach any benefits for image
14  processing, like matching objects within the images?
15          MR. LINK:  Objection.  Beyond the scope.
16      A.   So Stein, you know, teaches that
17  multiple vehicle cameras have to register past
18  moving scenes.  So it's important that the rolling
19  shutters are synchronized, because a fast-moving
20  scene would need synchronous shutters to -- to make
21  sure it was looking at corresponding pixels in those
22  two images coming up -- coming at them at the exact
23  same time.
24      Q.   How does that relate to matching objects
25  within the images?

Page 145

1       A.   I mean, my summary that was used for
2   this opinion didn't go into those details of what
3   that matching was doing, but that these two cameras
4   had to register fast-moving scenes.
5           So that registration of fast-moving
6   scenes means that there's some registration
7   happening, but those resulting images aren't
8   provided for human viewing.  And so those rolling --
9   rolling shutter artifacts don't need to be
10  corrected.  They just need to be accounted for in
11  the analysis.
12      Q.   So in looking at paragraph 86, 87, and
13  88 of your Declaration, there aren't any citations
14  to specific portions of Parulski or Stein, right?
15      A.   I don't -- I don't see any, no.
16      Q.   So what are your opinions based on in
17  these sections -- or in these paragraphs?  Sorry.
18  Paragraph 86, 87, and 88.
19      A.   I read the -- I read the --
20      Q.   Sorry.
21      A.   I read the entirety of Parulski; I read
22  the entirety of Stein; I looked at all of the
23  embodiments and the invention and what was
24  disclosed.
25          And it was clear in determining whether

37  (Pages 142 to 145)

1   a POSITA would be motivated, after looking at
2   Parulski, to then look at Stein, that that
3   motivation would not be there.  It did not exist.
4   The POSITA would not be motivated to look to Stein
5   after looking at Parulski.
6           And that was largely because of those
7   differences in the use case.  The rolling shutters
8   and the synchronization of rolling shutters was
9   entirely, you know, part of a different system of
10  a -- of a fast-moving camera with a fast-moving
11  scene that just wasn't the situation with Parulski.
12          Parulski was able to synchronize the
13  shutters for a completely different reason, just to
14  facilitate reduced -- to avoid the need for the
15  processing of the image so that both cameras were at
16  the same point in the same image, so that -- so that
17  they could produce the same segment of the image at
18  the same time for Parulski's analysis.
19      Q.   Okay.  I have a few questions about the
20  Soga reference -- or the portion of your Declaration
21  that discusses Soga.  So let's look at paragraph 97
22  of your Declaration.
23      A.   Okay.
24      Q.   And I guess, more precisely, I should
25  say, we should look at the section of your

1   Declaration that begins with paragraph 97.
2           So if I understand the heading right,
3   your -- of that section, your conclusion is that
4   Apple has not shown that a particular claim
5   limitation is satisfied with this combination under
6   the claim limitation's proper construction.
7           And that claim limitation is "to find
8   translations between matching points in the images,
9   to calculate depth information, and to create a
10  fused image suited for portrait photos," right?
11      A.   Yeah.  That Section 2 title is, as it is
12  in my report, that Apple has not shown that
13  limitation is satisfied under the construction I
14  used, as described in the claim construction section
15  for that term.
16      Q.   Have you done any analysis about whether
17  the claim limitation is met under Apple's
18  construction of that term?
19      A.   I did not agree with Apple's
20  construction.  I explained why in the claim
21  construction section.  And so I -- I performed my
22  analysis under a plain and ordinary meaning for that
23  ter as I would expect a POSITA to understand it.
24          And so if -- later on, if, you know, a
25  different construction is provided, then I would

1   want to amend my opinions, based on that -- on that
2   new information.
3       Q.   So we talked a little bit about -- well,
4   not a little.  We talked a lot about range mapping
5   today, right?
6       A.   Yes.
7       Q.   In the context of developing a range map
8   or creating a range map, I think we used the term
9   "depth" and "distance" today.  And I want to make
10  sure I understand how those fit together.
11          So in the context of a range map, does
12  "depth" mean distance from the camera to objects in
13  the image?
14      A.   Which range map are we discussing?
15      Q.   Well, I don't have a particular range
16  map in mind.  Did that question require us to look
17  at a specific range map?
18      A.   Yep.
19      Q.   Does the definition of "depth" change,
20  depending on which range map we're looking at?
21      A.   I don't know what units of depth
22  you're -- you're -- you're determining; where the
23  range maps came from, the context.
24          The '479, you know, discusses this.  The
25  -- and Parulski discusses this.  I believe Parulski

1   has a table that it forms in order to, you know,
2   determine autofocusing, based on range data.
3           And so, you know, that -- that table
4   is -- is carefully constructed in Parulski in order
5   to make that connection between depth and distance,
6   based on range data.
7       Q.   Well, what is the connection between
8   depth and distance?
9           MR. LINK:  Objection.  Vague.
10      A.   I mean, there are several columns of
11  Parulski devoted to that to answer that question.
12      Q.   Can you determine the distance between
13  the camera and an object using range, a range map?
14      A.   So Parulski gives you Table 1.  That's a
15  table based on distance in feet or distance in
16  millimeters and offset in pixels.  That gives you an
17  example of, you know, how you would make these
18  determinations.
19          It offers -- Parulski offers two
20  different algorithms for making these.  one is an
21  optimization algorithm, based on hill climbing.
22  It's a very involved process to figure out what
23  distance corresponds to a certain offset in pixels.
24      Q.   So I'm not -- let me ask my question
25  again, because you did not answer it.

Page 150

1      Can you determine the distance from the
2   camera to an image -- to an object in the image
3   using a range map?
4           MR. LINK:  Objection.  Asked and
5   answered.
6       A.   The answer is yes.  Parulski was able to
7   do that, as shown, for example, using Table 1.
8       Q.   Okay.  Thank you.
9           Okay.  Now let's talk about your
10  secondary considerations analysis, which begins on
11  page 60 of your Declaration, paragraph 114.
12          And are you familiar with the concept of
13  nexus in the secondary considerations context?
14      A.   Yes.
15      Q.   Okay.  What is your understanding about
16  what nexus is required?
17          MR. LINK:  Objection to the extent it
18  calls for a legal conclusion.
19          (Witness reviewing document.)
20      A.   So I'm not a lawyer.  At a very high
21  level, the nexus is a connection.
22      Q.   Between what?
23      A.   For example, I saw that there is
24  evidence of a nexus between the industry praise and
25  the invention of the '479 patent.

Page 151

1   So the nexus would be a connection
2   between what I'm listing as the secondary
3   considerations and the invention, the elements of
4   the '479 that -- that are under consideration.
5       Q.   Okay.  So does the nexus -- as you're
6   applying it in your opinion, is the nexus between
7   the secondary consideration and the patent or the
8   secondary consideration and a particular claim of
9   the patent?
10      A.   I believe I'm showing it with the
11  invention.  I believe it's with respect to the
12  invention, as described in the claims.
13      Q.   So do you have -- have you rendered an
14  opinion in your Declaration about whether there is a
15  nexus between the secondary consideration evidence
16  you present and any particular claim of the '479
17  patent?
18      A.   I mean, my opinions don't describe a
19  specific claim.  I believe it's just referring to
20  the invention.
21      Q.   So you mentioned several communications
22  that happened between Apple and Corephotonics.
23          You were not a participant in any of
24  those conversations, correct?
25      A.   That's correct.  I've seen -- I've seen

Page 152

1   evidence from those conversations, but I was not in
2   attendance at any of those conversations.
3       Q.   Okay.
4       A.   And in -- more specific to your previous
5   question, paragraph 115, it's my understanding that
6   such secondary considerations must have a nexus to
7   the claimed invention to be relevant to the issue of
8   obviousness.
9           So I'm looking at the claimed invention.
10  So the invention, as described by the claims.
11      Q.   You didn't attend any meetings between
12  Apple and Corephotonics, correct?
13      A.   That's correct.
14      Q.   So you provide a bullet point list that
15  summarizes some emails between Apple and
16  Corephotonics.
17          Who selected the ▇▇▇▇ that you
18  summarized in this portion of your Declaration?
19      A.   I've got the -- I've got all of the
20  ▇▇▇▇.  I mean, in the preparation of this report,
21  I don't remember who picked which, but I believe I
22  was offered some -- some highlights that would be
23  helpful, and I think I adopted them.
24      Q.   Okay.  Were you given ▇▇▇▇ to review
25  beyond those that you summarized in your bullet

Page 153

1   pointed list on pages 66 through 68 of your
2   Declaration?
3       A.   Yeah.  I believe I was given complete
4   sets, and those are -- you know, those are listed in
5   my materials provided.
6       Q.   Okay.  So you were provided a set of
7   ▇▇▇▇.  And then you, with the help of a summary
8   you were provided, showed some except in your
9   Declaration, right?  Is that right?
10      A.   Right.
11          MR. LINK:  Objection.  Objection.
12  Mischaracterizes his testimony.
13      Q.   Okay.
14      A.   I did -- I did have all the ▇▇▇▇, and
15  I did provide a summary in that bulleted list.
16      Q.   Okay.  So the first bullet point on
17  page 67 of your Declaration references a ▇▇▇▇
18  named ▇▇▇▇▇▇▇▇
19          Do you see that?
20      A.   Yes.
21      Q.   Did you review that file?
22      A.   No, I did not.
23      Q.   Did you ask to review that file?
24      A.   No.  I -- I understood that that file
25  was provided, and I was able to ascertain its

39 (Pages 150 to 153)

Page 154

1    contents, based on the descriptions I was given.  So
2    I didn't see any need to further examine that file.
3         Q.   Do you know whether the
4    ████████████████████ file describes a dual-aperture
5    camera?
6         A.   Based on that bullet, that describes the
7    design of a █████████████████████  And so
8    it's really ████████████████████████████
9    ███████████████████████████████████████
10   █████████████
11   ███████████    And that was my understanding, and
12   that's what's documented in that bullet.
13        So I didn't -- I didn't look further to
14   see if it needed to have those additional pieces.
15   That bullet just says that the description was
16   regarding ██████
17        Q.   Do you know whether the █████████████
18   ███████████████████████████████████████████
19   file meets the requirements of
20   described in claim 1 of the '479 patent?
21        (Witness reviewing document.)
22        A.   That was my understanding upon receipt
23   of the ██████, but I don't believe I have an opinion
24   stating that specifically, that equivalence, no.
25        Q.   Do you know whether Corephotonics shared

Page 155

1    any Zemax files relating to a Wide lens, as
2    described in claim 1 of the '479 patent?
3         A.   My recollection here, I don't recall.
4    And everything that I could speak about
5    regarding that without looking at all the ██████ is
6    here in my report.  And I don't see any disclosure
7    of a Wide -- Wide angle.
8         I think the particular challenges with
9    the telephoto lens and the total track length with
10   respect to the effective focal length was the -- was
11   the real invention.
12        I believe, you know, that's -- that's
13   actually explained early on -- earlier in this
14   section.
15        Q.   But you don't know whether the
16   ███████████████████████████████████████████████
17   ███████████████████████ requirements of
18   claim 1 of the '479 patent, right?
19        A.   Can you repeat that question?
20        Q.   Sure.  You don't know whether the
21   ███████████████████████████████████████████
22   ███████████████████████ requirements of
23   claim 1 of the '479 patent, right?
24        A.   I certainly didn't express an opinion to
25   that level of detail.

Page 156

1         Q.   Did you review any information about the
2    █████████████████████████████████████████
3    ████████████████████████████████████████?
4         A.   I did not do that, no.
5         Q.   And did you do any analysis about
6    whether the ████████████████████
7    ███████████████████████████████████████
8    requirements that are described in claim 19 of the
9    '479 patent?
10        A.   Oh, I did not personally do that
11   analysis.  It was my understanding that the
12   ████████████████████████████████████████████
13   ████████████████████████████████████████
14   ████████████ "has a respective effective focal
15   length ... and total track length ... fulfilling the
16   condition EFL-t/TFL-t is greater than 1," which is
17   one of the main elements of the invention.
18        And so my understanding was that it
19   disclosed information regarding that.
20        Q.   So your -- have you assumed that the
21   ████████████████████████ file meets the limitation of
22   effective focal length and total track length and
23   F number described by the '479 patent?
24        MR. LINK:  Objection.  Mischaracterizes
25   previous testimony.

Page 157

1         A.   I don't believe I mention F number in
2    this -- in relation to that, but I do -- I do
3    believe that that ███████████ at least satisfied
4    the effective focal length and total track length
5    conditions of the invention.
6         Q.   How do you know that?
7         A.   It's my understanding, based on the
8    material that was given to me.
9         Q.   Okay.  Which particular material is that
10   understanding based on?
11        A.   The emails that were provided to me, the
12   corresponding reports by the head of Corephotonics,
13   and all the other materials I used to create these
14   opinions.
15        Q.   But you have not seen any data about the
16   effective focal length or total track length of the
17   ███████████████████████████████████████████,
18   right?
19        A.   As I -- as I mentioned before, I did not
20   examine the details of that file to determine its
21   specific contents.
22        Q.   And you haven't seen any data from
23   another source, other than the ██████████, about what
24   the effective focal length and total track length of
25   that lens design would have been, correct?

40  (Pages 154 to 157)

Page 158

```
1       A.  I don't -- I don't recall the entirety
2  of Dr. Moore's declaration.  So I don't recall if he
3  examined that or not.  I certainly -- you know, here
4  in paragraph 123, I'm focusing my comments on -- on
5  the ▮▮▮  and what was provided to me through those
6  ▮.
7       Q.  So the first bullet on page 67 also
8  mentioned a filed called ▮▮▮▮▮▮▮▮▮▮
9
10      Do you see that?
11      A.  Yeah.  ▮▮▮▮▮▮▮▮▮▮
12  ▮▮?
13      Q.  Right.  Did you review that file?
14      A.  No, I did not.
15      Q.  All right.  ▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮s?
17      MR. LINK:  Objection.  Vague.
18      A.  I didn't look at those details of the --
19  of the ▮▮▮▮
20      This bullet is really indicating that --
21  that these two files were provided to Apple, and I
22  understood that they were being provided to Apple.
23      And my understanding was that they
24  contained details about that --▮▮▮▮▮▮▮
25  that would have -- that pertain to the claimed
```

Page 159

```
1  invention specifically with the corresponding
2  effective focal length and total track length.
3       Q.  Okay.  But, again, with respect to the
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮, your
5  understanding that it contained details about
6  effective total track length and effective total
7  track -- sorry, total track length and effective
8  focal length is not based on any data that you
9  reviewed, other than the email itself?
10      A.  I used all of the materials in forming
11  my opinions.  That includes any analysis that
12  Dr. Moore would have done; the declaration of the
13  head of Corephotonics and other materials.  And --
14  and that -- you know, I was able to make these
15  statements.
16      The statement says that I understand
17  that those -- those files were provided on
18  September 19, 2013.
19      In addition to that, I -- my
20  understanding is that they would have contained
21  information on such a zoom lens, such a Tele lens.
22      Q.  You haven't seen any data about the
23  effective focal length or the total track length of
24  the ▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮, right?
```

Page 160

```
1       A.  Not in those files.  I reviewed other
2  information that -- that also, you know, described
3  the parameters of the Tele lenses that Corephotonics
4  was able to provide that was consistent with my
5  understanding of what would have been in those
6  files.
7       Q.  But you have not rendered an opinion
8  about whether the ▮▮▮▮▮▮▮▮▮▮▮
9  ▮ referenced in the first bullet on page 67
10 would meet the claim limitation of any claim in the
11 '479 patent, right?
12      A.  It's my understanding that they would
13 have, but I don't believe there's an opinion in my
14 Declaration stating precisely that.
15      Q.  What is the difference between a ▮▮▮
16 file and a ▮▮▮ file?
17      A.  I have not used Zemax extensively enough
18 to determine that.  Perhaps one is a binary
19 compressed version, but I don't know.
20      Q.  So the first bullet point on page 68
21 references ▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮.
23      Do you see that?
24      A.  (Witness reviewing document.)
25      Q.  It's the very last phrase of that
```

Page 161

```
1  bullet.
2       A.  Okay.  Yes.
3       Q.  Okay.  Are the ▮▮▮▮▮▮ you're
4  describing on page 68 different from those that you
5  described on page 67?
6       A.  I don't recall the details.  They might
7  be.
8       Q.  Okay.  Did you see the ▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮▮ that is described in
10 the first bullet on page 68 of your Declaration?
11      A.  No.  I did not dive into that.
12      Q.  Do you know whether the ▮▮▮▮▮▮
13 of algorithms and simulations described on page 68
14 of your Declaration would meet any claim limitations
15 of the '479 patent?
16      A.  I believe all of these bulleted items
17 are pertinent to the inventions of the '479, and
18 that was my understanding in making these opinions.
19      Q.  Have you done independent analysis of
20 whether the items described in the bullet point list
21 in your Declaration meet any claim limitations of
22 the '479 patent?
23      A.  I --
24      MR. LINK:  Objection.  Vague.
25      A.  -- haven't looked at my --
```

41  (Pages 158 to 161)

APPL-1037 / Page 41 of 78
APPLE INC v. COREPHOTONICS LTD.

**Page 162**

1    THE WITNESS:  I'm sorry.  Go ahead.
2    MR. LINK:  I just said objection.
3  Vague.  You can answer.
4    THE WITNESS:  Okay.
5    A.    I was focusing my analysis on the
6  claimed invention, the invention as specified in the
7  claims as a whole.
8    Q.    Okay.  Well, have you done any
9  independent analysis of whether the items described
10  in the bullet point list in your Declaration meet
11  any claim of the '479 patent?
12    A.    Nothing beyond what was provided in the
13  ██████.  I didn't see any -- any need to dive deeper
14  than to accept the assurances provided to me through
15  the -- through the ██████ and the other information
16  provided to me.
17    Q.    What about the ██████ that you reviewed
18  indicated that the items you've described in your
19  bullet pointed list practiced the '479 patent?
20    A.    Their description; you know, the
21  declarations by Dr. Moore, by Dr. -- by the head of
22  Corephotonics; and the other materials I had seen
23  and the other descriptions of them in the emails.
24    Q.    Okay.  You also referenced some licenses
25  that Corephotonics entered.

**Page 163**

1    Did you review any of those ██████
2  ██████ for your work in these IPRs?
3    A.    I don't recall.  I saw a lot of
4  discussion of licenses and a lot of legal documents.
5  I don't recall if any of them was specifically
6  licensed or not.
7    If I had, it would appear in my list of
8  materials considered, but I don't see any opinion
9  here that discusses a specific license versus, you
10  know, opinions regarding discussions of licensing.
11    Q.    So if you look at page 125 of your
12  Declaration.
13    A.    You mean paragraph 125?
14    Q.    Yes.  Paragraph 125, the top of page 70,
15  after footnote 7, there's a sentence that says,
16  "Other companies who have taken licenses to
17  Corephotonics' technology include."
18    And then you list a whole -- you list
19  several companies that have licensed Corephotonics'
20  technology, right?
21    A.    Yes.
22    Q.    Which of those licenses covered the
23  '479 patent?
24    A.    My understanding is that each and every
25  one of those licenses includes '479 technology and

**Page 164**

1  that these licenses are evidence of industry-wide
2  respect for the patented technology.
3    Q.    Okay.  But you did not review any of
4  those licenses yourself, correct?
5    A.    My understanding -- and I did not
6  review -- I did not read each of those licenses.
7  They were provided to me through the Kali
8  declaration, the head of Corephotonics, but my
9  understanding is that each of these licenses
10  included the '479 technology.
11    Q.    Okay.  Who told you that each of these
12  licenses includes the '479 technology?
13    A.    I believe that was communicated through
14  the Kali declaration.
15    Q.    Okay.  What else is covered by these
16  licenses?
17    A.    I don't -- I don't recall.  I don't know
18  that that was provided.  I just know that the '479
19  technology was covered by these licenses.
20    Q.    Do you know what motivated these
21  companies to take a license to Corephotonics'
22  technology?
23    A.    I suppose you'd have to ask each of
24  these companies that question.  I did not discuss
25  this with each of these companies.

**Page 165**

1    My understanding is, the '479 technology
2  motivated these licenses, based on what I've seen.
3    Q.    What -- what is that understanding based
4  on?
5    A.    Well, for example, Apple's desire for
6  the '479 technology.  I think Apple is a producer of
7  mobile devices with -- with phones.  Many of these
8  other companies do the same thing.  I think they
9  would have had similar interests.
10    Q.    Okay.  But have you seen any information
11  to show you that these licensees, as listed on
12  page 70 of your Declaration, were looking to get a
13  license specifically to the '479 patent?
14    A.    You would have to ask those other
15  companies why they were getting the licenses.
16    My -- my understanding is that each of
17  these licenses included the '479.  If these
18  companies did not want the '479 technology, I assume
19  they would have left that out of the agreement and
20  tried to revise the agreement differently because of
21  that, but they didn't eliminate the '479.
22    My understanding is that the '479
23  technology was included in each of those agreements,
24  which means that the companies valued it.
25    Q.    Well, wouldn't it be equally safe to

Page 166

```
 1   assume that if the licenses covered other patents,
 2   that those companies also valued the other patents
 3   covered by the license just as much?
 4       A.   I believe this section of my opinions is
 5   looking for industry-wide respect for patented
 6   technology.  I think there could be industry-wide
 7   respect for a variety of different technologies.  I
 8   think the '479 received industry-wide respect
 9   because it was included in these license agreements,
10   regardless of whether other technologies were also
11   included.
12       Q.   In your opinion, is there a nexus --
13   excuse me.
14            Is there a nexus between the licenses
15   that you list on page 70 of your Declaration and the
16   '479 patent?
17       A.   Yes.  There's certainly a connection.
18   The fact that they were listed; the fact that all of
19   these companies wanted license specifically to that
20   technology provides a nexus.
21       Q.   But you don't know that those licensees
22   wanted licenses specifically to that technology,
23   right?
24       A.   I believe I do know that by the fact
25   that the license -- that that technology was
```

Page 167

```
 1   included in these licenses.
 2       Q.   And, again, you didn't do any analysis
 3   of the licenses to see what was covered in the
 4   licenses, correct?
 5            MR. LINK:  Objection.  Asked and
 6   answered.
 7       A.   I'm going by what was provided to me
 8   through the Kali declaration.
 9       Q.   Do you know how much these parties paid
10   for licenses to the '479 patent?
11       A.   I don't believe I included that in any
12   of these opinions.  Off the top of my head, I don't
13   recall.
14       Q.   Does the price a party paid for the
15   license impact whether that license is evidence of
16   industry-wide respect for the patented technology?
17       A.   I don't know that that factored into my
18   analysis of these particular considerations.  I do
19   know that Samsung acquired Corephotonics for a price
20   point of 155 million, but I believe that's the only
21   mention I see of an actual amount of money.
22       Q.   How much of that $155 million was
23   related to the '479 patent?
24       A.   So in looking, for example, at Apple's
25   interest in working with Corephotonics and why Apple
```

Page 168

```
 1   was interested in Corephotonics, there was definite
 2   interest in the '479 technology.
 3            So I don't have a specific dollar
 4   amount, but I do believe that the '479 technology
 5   was significant in what Corephotonics had to offer
 6   and played a significant role in -- in that purchase
 7   and -- enough to show commercial success.
 8       Q.   Well, Corephotonics has several U.S.
 9   patents, right?
10       A.   I don't recall.  I only looked at the
11   '479.
12       Q.   Well, are you aware that there are
13   several other IPR proceedings involving Apple and
14   Corephotonics?
15       A.   No, I wasn't aware of that.
16       Q.   Okay.  So do you know how many patents
17   Samsung would have been acquiring as part of its
18   acquisition of Corephotonics?
19       A.   I know that the articles regarding
20   Samsung's acquisition of Corephotonics focused on
21   camera technology, including the '479.  So I think
22   that shows commercial success.
23            I think many of the other patents that
24   Corephotonics has may also have been commercially
25   successful, but the focus of my opinions here are on
```

Page 169

```
 1   the commercial success of the '479.
 2       Q.   Well, isn't Corephotonics' entire
 3   business focused on cameras and lenses and image
 4   processing for mobile phone devices?
 5       A.   I believe largely.  I didn't look at a
 6   complete listing of what Corephotonics does, but I
 7   do know that Corephotonics does do that.
 8       Q.   Well, how can you assume that just
 9   because a company like Apple or Samsung, who are
10   interested in mobile phone cameras, how can you
11   assume that a company like that talking to
12   Corephotonics is related to the '479 patent?
13       A.   I don't think that's what I'm stating.
14   All I'm stating is that the '479 patent was
15   valuable; it -- it demonstrated commercial success;
16   and it, you know, demonstrated repraise, it
17   demonstrated licensing, and it even demonstrated,
18   you know, failure of others in copying.
19            And these are -- these are supporting
20   that specifically for the '479.
21       Q.   So you mentioned that there were
22   articles regarding Samsung's acquisition of
23   Corephotonics and that those focused on camera
24   technology.
25            Which articles were you referring to?
```

43  (Pages 166 to 169)

Page 170

1         A.   There's a list of three on paragraph
2    128.
3         Q.   Do -- or which of those three articles
4    specifically mentioned the 479 patent?
5         A.   These are articles in Forbes, in Globes,
6    and in Engadget.  You know, when I read those
7    articles, I get a high level indication of what's
8    going on.  They don't dive into specific
9    patent-level technology details like CMOS cameras
10   versus other -- other forms of cameras and so on.
11        So these -- the titles of these are
12   rather telling, though, that "Samsung Buys
13   Significant New Camera Advantage Over Apple";
14   "Samsung Bought a Company to Improve Its Phone
15   Cameras."
16        And the '479 was included in that
17   purchase, and the '479 provides an invention that
18   improves phone cameras.
19        Q.   How do you know that Samsung's
20   acquisition of Corephotonics was motivated by the
21   technology of the '479 patent as opposed to any of
22   the other multiple patents that Corephotonics owns
23   on mobile phone technology -- mobile phone camera
24   technology?  Excuse me.
25        A.   Largely through examining, you know,

Page 171

1    many of the ████ and so on documenting the
2    interest of Apple.  I think Apple and Samsung have,
3    you know, been competing over phone technology,
4    camera technology in phones.
5         I believe Samsung's interest in
6    Corephotonics would have been similar to Apple's
7    interest in Corephotonics.  And Apple was clearly
8    interested in the '479.
9         Q.   Okay.  I will represent to you that
10   there are about 15 patents at issue in IPRs between
11   Apple and Corephotonics and that they all deal with
12   various aspects of mobile phone camera technology.
13        How do you know that Samsung's
14   acquisition of Corephotonics related to or has a
15   nexus to the '479 patent as opposed to any of the
16   other about 14 patents that Corephotonics has at
17   issue in IPRs against Apple?
18        A.   You would have to ask Samsung a question
19   about why Samsung purchased Corephotonics.  I'm
20   providing an opinion based on the information I was
21   given.
22        The information I was given made it
23   quite clear that Apple was interested in the '479
24   specifically, the '479 technology and invention
25   specifically.  And my understanding was that Samsung

Page 172

1    would have been interested for the same reason.
2         Q.   Is it your opinion that there is a nexus
3    between evidence of Samsung's acquisition of
4    Corephotonics and the nonobviousness of the claims
5    of the '479 patent?
6         (Witness reviewing document.)
7         A.   Can you ask that question again?
8         Q.   Sure.
9         A.   It's a very legal question.
10        Q.   Right.  So we talked earlier -- I can
11   break it down a little bit.  See if this helps.
12        We talked earlier about how evidence of
13   secondary considerations of nonobviousness must have
14   a nexus to the claims of the '479 patent, right?
15        A.   (Witness nodding.)
16        Q.   Okay.
17        A.   Yeah.  You asked that earlier, yeah.
18        Q.   Okay.  And you agree, right, that that
19   nexus must exist?
20        A.   Yes.
21        MR. LINK:  Objection to the extent it
22   calls for a legal conclusion.
23        A.   Yeah.  And that's my understanding.  I'm
24   not a lawyer.
25        Q.   Right.

Page 173

1         Is it your opinion that there is a nexus
2    between Samsung's acquisition of Corephotonics and
3    the '479 patent?
4         Actually, let me -- let me scratch that
5    question and make -- give you one that's more
6    precise.
7         Is it your opinion that there is a nexus
8    between Samsung's acquisition of Corephotonics and
9    the claims of the '479 patent?
10        MR. LINK:  Objection.  Vague.
11        A.   So paragraph 129 of my Declaration:
12        "Patent Owner's acquisition by Samsung
13   ... is evidence of Patent Owner's commercial
14   access [sic] and is attributable to Patent
15   Owner's innovative technology, including its
16   smooth transition algorithms."
17        That would have been facilitated by the
18   '479.
19        "It is thus evidence tending to support
20   the nonobviousness of the challenged claims."
21        So --
22        Q.   Which claims of the 47 -- I'm sorry.
23   I'm sorry.
24        A.   Go ahead.  I don't think I had anything
25   else.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 174

1      Q.   I didn't mean to interrupt you.  I'm
2  sorry, Dr. Hart.
3           Which claims of the '479 patent claim a
4  smooth transition algorithm?
5      A.   So claim 1, for example, it has a camera
6  controller that fuses the Wide and Tele images.  And
7  in the process of smoothing -- of fusing those
8  images, it can give you a smooth transition between
9  the images in either sensor as you're switching from
10 one to the other in a zooming operation.
11     Q.   So your position is that the -- your
12 opinion is that the '479 patent requires a smooth
13 transition algorithm?
14     A.   No.  That's not what I said.  One of the
15 benefits of '479 is that its image fusion supports
16 the ability to provide a smooth transition.
17     Q.   Okay.  But your opinion is that
18 Samsung's interest in smooth transition algorithms
19 supports a nexus between Samsung's acquisition and
20 the '479 patent claim?
21     A.   Yes.  I believe so.  That's what I'm
22 saying here, that including its smooth transition
23 algorithms, which -- which is -- and that Samsung's
24 purchase of Corephotonics is attributable to Patent
25 Owner's innovative technology, including the smooth

Page 175

1  transition algorithm.
2      Q.   Doesn't the '479 claim a fusion
3  algorithm?
4      A.   I'm sorry.  Can you repeat that?  I
5  don't know if I heard all of that.
6      Q.   Sure.  Doesn't the '479 patent claim a
7  fusion algorithm?
8      A.   Claim 1 has a requirement for a fused
9  image where that fused image has the point of view
10 of the Wide camera.
11          MS. SIVINSKI:  So I think we've been
12 going a little bit over an hour.  Do you want to
13 take a break, or are you okay to keep going?
14          THE WITNESS:  I'm okay to keep going if
15 everybody else is.
16          MS. SIVINSKI:  Okay.
17 BY MS. SIVINSKI:
18     Q.   Let's turn to paragraph 124 of your
19 Declaration.
20          I'm sorry.  Before we do that, let's go
21 back to the licenses we discussed earlier.
22          Is it your opinion that there is a nexus
23 between the licenses that we discussed earlier and
24 the claims of the '479 patent?
25     A.   I didn't map those licenses to specific

Page 176

1  claims.  The claims as a whole, "the claimed
2  invention" is the term I used in that section.
3      Q.   Okay.  Now let's go back to the
4  paragraph -- or let's go to paragraph 124.
5           In this paragraph, you're talking about
6  Apple's interest in potentially licensing
7  Corephotonics' IP, right?
8      A.   Yes.
9      Q.   And those discussions would have
10 occurred, according to your Declaration, in
11 August of 2016?
12     A.   Yes.
13     Q.   And that's a year and a half before the
14 '479 patent issued, right?
15     A.   (Witness reviewing document.)
16     Q.   Sorry.  Two and a half years.  I can't
17 do math.
18     A.   I was going to say.  August 2016 and the
19 patent issued March of 2019.
20     Q.   Okay.  So let me ask the question again,
21 doing math correctly this time.
22          The discussions between Corephotonics
23 and Apple about licensing Corephotonics' IP that you
24 discuss in paragraph 124 would have occurred two and
25 a half years before the '479 patent issued, correct?

Page 177

1      A.   Yes.  Before the date of the patent.
2      Q.   Okay.  And the only patent that you
3  discuss in this paragraph of your Declaration is the
4  '291 patent, correct?
5      A.   I believe so, yes.
6      Q.   Okay.  Have you compared the claims of
7  the '291 patent to the claims of the '479 patent?
8      A.   I wasn't -- you know, that didn't seem
9  to be relevant to the declaration -- you know, the
10 opinions provided by the Durand declaration.  I
11 wasn't mapping specific claims to specific items in
12 this section.  It was really to the claimed
13 invention.
14     Q.   Well, how do you know that Apple's
15 interest in licensing Corephotonics' IP demonstrates
16 the nonobviousness of the claimed invention if those
17 discussions happened before the claimed invention
18 was even patented?
19     A.   This is based on a provisional
20 application and the previous application.  I -- I
21 looked at the file history.  And so based on what I
22 looked at before, the invention, you know, remained
23 consistent with everything I've seen.
24          So I didn't -- I didn't see any -- any
25 changes major enough to alter my opinion, based on

45  (Pages 174 to 177)

Page 178

1  the previous iterations of the patent that had been
2  filed.
3      Q.   But you have no -- you have not done any
4  independent analysis to determine the difference in
5  claim scope between the '291 patent and the
6  '479 patent, correct?
7      A.   Not independently.  I've -- I've been
8  responding to, you know, the IPR and providing
9  opinions relevant to the IPR that include examining
10 the file history and the issues relevant to the
11 patent, the invention of the patent.  And that dates
12 all the way back to the priority date of 2013.
13     Q.   Did you review Corephotonics' fusion
14 algorithm as part of your work on the 905 and 906
15 IPRs?
16          MR. LINK:  Objection.  Vague.
17     A.   I reviewed the specification of the
18 '479.  Are you asking about something beyond what's
19 documented in the '479?
20     Q.   Yes.  Did Corephotonics share with you
21 any fusion algorithms as part of your work for you
22 to review in these cases?
23     A.   Everything I examined is listed in my
24 materials considered.  There's some literature, some
25 articles, and so on about the technology.  I

Page 179

1  reviewed those.  I didn't -- I wasn't provided
2  anything by Corephotonics that isn't listed in my
3  materials considered.
4      Q.   Did you ask to see any of Corephotonics'
5  fusion algorithm?
6          MR. LINK:  Objection.  Vague.
7      A.   No.
8      Q.   Okay.  Did you review any Apple products
9  as part of your work on the 905 and 906 IPRs?
10         MR. LINK:  Objection.  Beyond the scope.
11     A.   My opinions regarding Apple products are
12 as provided by the materials considered.  I didn't
13 ask Apple for any further information beyond the
14 materials considered, but that material considered
15 was convincing to determine, you know, Apple's use
16 of similar ideas.
17     Q.   Which -- well, let me back up.
18          It's your opinion that there's evidence
19 that Apple copied the invention of the '479 patent,
20 correct?
21     A.   I -- yeah.  I show that there's evidence
22 of Apple's copying of the '479 technology, and that
23 evidence is from the Patent Owner.  And that also
24 supports my conclusion of, in general, the
25 failing -- failure of others in copying as the

Page 180

1  secondary considerations.
2      Q.   Which of the Apple products do you think
3  copies the '479 patent?
4      A.   One that's mentioned in this Declaration
5  is at paragraph 133.  I describe the iPhone 7 in
6  fall of 2016.
7      Q.   Did you review any information about the
8  iPhone 7 or the iPhone 7 Plus, specifically, the
9  cameras or algorithms that those devices use, in
10 your work for these cases?
11     A.   Yes.
12     Q.   What did you review?
13     A.   Well, one thing I reviewed is this
14 forums thread from the Apple developer forum that's
15 cited in the -- in paragraph 133.
16     Q.   Was there any information in that
17 forums.developer thread about the lenses in the
18 iPhone 7 and iPhone 7 Plus?
19     A.   I think I provide an example quote
20 there.  That example quote just speaks of the Wide
21 angle and Tele photo cameras.  It doesn't
22 specifically talk about the lens technology in that
23 particular quote.
24     Q.   Is there anything about the -- let me --
25 let me read your answer and make sure I ask an

Page 181

1  intelligent question to follow up.  Hold on one
2  second.
3          Does that forums.developer article speak
4  at all about the autofocus mechanism, if any, that
5  the iPhone 7 or iPhone 7 Plus used?
6      A.   I don't recall off the top of my head.
7      Q.   Does that developer -- or forums thread
8  include any information about whether the iPhone 7
9  and iPhone 7 Plus generate a fused image?
10     A.   Well, the part I did reproduce here says
11 that "the Dual camera intelligently fuses image" --
12 "images from the wide-angle and telephoto cameras to
13 improve image quality."
14     Q.   Do you know whether the fused image that
15 is discussed in that thread meets the claim
16 limitations of any claim in the '479 patent?
17     A.   Well, the fact that it discusses image
18 fusion and especially intelligent image fusion
19 indicates to me that we would be talking about claim
20 1.
21     Q.   Okay.  Is there only one way to fuse
22 images?
23     A.   There can be any number of ways to fuse
24 images.  There can be any number of ways to do it
25 intelligently.  In order to do it for cameras, the

46 (Pages 178 to 181)

1   way that a dual-camera system would intelligently
2   fuse images to improve image quality, so that
3   there's no obvious transition, that kind of image
4   fusion was described by the '479 patent.
5         This is one of several reasons I list in
6   paragraph 133 that leads me to believe that the
7   iPhone 7 was using approaches based on the invention
8   of the '479.
9         Q.   Well, how do you know that the Apple
10  products you reference in paragraph 133 copy
11  Corephotonics' technology if you don't know whether
12  they meet any of the limitations of the '479 patent?
13        A.   I mean, I say that it's "strongly
14  implied by the course of conduct between the parties
15  and the timing of Petitioner's announcement of the
16  dual-aperture camera in their iPhone 7 series."
17        So the timing is suspicious.  The
18  announcement and the technology described is -- is
19  suspicious.
20        So I think there's a strong implication
21  there.  That's what that paragraph is saying.
22        Q.   But you haven't done any analysis to see
23  whether Apple's technology or Apple's iPhone 7 or
24  iPhone 7 Plus meet the claim limitations of the
25  '479 patent, correct?

1         MR. LINK:  Objection.  Compound.
2         A.   What I saw was convincing enough to
3   suggest that Apple had built its own camera and
4   image processing technology based on the technology
5   -- technology at issue with the '479.  And that
6   supported the conclusion that the challenged claims
7   are not obvious for the purposes of the IPR.
8         Q.   Okay.  That did not answer my question.
9   So let me ask it again.
10        A.   Okay.
11        Q.   Have you done any analysis to see
12  whether Apple's iPhone 7 or iPhone 7 Plus meet the
13  claim limitations of the '479 patent?
14        MR. LINK:  Objection.  Compound.
15        A.   I thought I just answered that question.
16  You know, the analysis that I did is based on the
17  materials I considered for this report.  I've got
18  paragraphs 130 through 134 describing in detail what
19  evidence I used to determine failure of others in
20  copying as evidence of nonobviousness.
21        And then I arose at that conclusion,
22  based on that evidence.
23        That's the extent of the analysis I
24  performed.  I didn't -- I did not perform further
25  evidence than what I -- further analysis than what I

1   documented in paragraphs 130 to 134 to come up with
2   the conclusion that -- that's listed at the end of
3   those paragraphs.
4         Q.   Okay.  You state in your Declaration at
5   pages 66 and 67 that Corephotonics provided samples
6   of fused images to Apple.  And there are several
7   different instances of that.  So we can go through
8   them one by one if you'd like.
9         The last bullet on page 66 says that:
10  ███████████████████████████████
11  ██████████████████████████████████
12  █████████████████████████████████████
13  ███████████████
14        Do you see that?
15        A.   Yes.
16        Q.   Do you know which image fusion
17  algorithms Corephotonics photos used?
18        A.   I don't know that I have any opinions on
19  image fusion algorithms.  What I have is what's
20  provided in the '479 in the specification that
21  describes how the '479 approached image fusion.
22        And the -- these paragraphs were -- were
23  provided by the Patent Owner in a public complaint
24  as being pertinent to the '479.
25        Q.   Do you know whether ███████████

1   ████████████████████████████████████
2   ███████████████████████
3         (Witness reviewing document.)
4         A.   I examined these ██████ and the
5   declaration of -- of the head of Corephotonics that
6   included the licensing discussions between Patent
7   Owner and Petitioner, and I've included a subset of
8   that in these ████████.
9         And so my understanding is that through
10  that declaration and the complaint, that these
11  ███████████ are pertinent to the '479.
12        Q.   Okay.  Do you have an opinion on whether
13  the ████████████████████████████
14  ████████████████████████ used the technology
15  claimed in the '479 patent?
16        A.   That would be my understanding, based on
17  the source of the selection of these ██████.
18        Q.   Even though these ████████████
19  ████████ the '479 patent issued?
20        A.   The '479 -- where is it?
21        The '479 dates back to a provisional
22  application filed June 13th, 2013.  So this is
23  July 2013.  I think the invention and the priority
24  date I've been using for my analysis of the
25  invention is consistent with -- with this

47  (Pages 182 to 185)

Page 186

```
 1    information.
 2         Q.   So you said that you had an
 3    understanding, based on the source of these ▊▊▊,
 4    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ practiced
 5    the technology claimed in the '479 patent.
 6         What do you mean by that?
 7         A.   I mean paragraph 123.
 8         "I reviewed emails and documents dating
 9    from 2012 through 2017, as well as the
10    Declaration of [the head of Corephotonics]
11    [that describes Corephotonics's business, its
12    licensing history, the relevant facts ... and
13    several documents that corroborate the
14    allegations in Patent Owner's Complaint.  I
15    have attached a small selection of those
16    communications and documents [in these
17    bullets]."
18         And so it's the corroboration of these
19    discussions and those other materials that lead me
20    to believe that these are relevant for the '479.
21         Q.   So the fact that '479 put it in its
22    complaint says -- or is enough for you to conclude
23    that these images shared in 2013 practiced the
24    '479 patent?
25         MR. LINK:  Objection.  Mischaracterizes
```

Page 187

```
 1    testimony.
 2         A.   I'm saying that there's a corroboration
 3    there that all of these are -- support each other,
 4    including the declaration of Eran Kali, the head of
 5    Corephotonics.  That declaration was signed under
 6    the same circumstances that I signed my own
 7    declaration.
 8         Q.   How many patents are asserted in the
 9    complaint that you reviewed?
10         A.   I don't recall.  I just looked at the
11    fact that the '479 was -- was -- was in there, that
12    these were appropriate documents for the '479.
13         Q.   Well, does that complaint assert more
14    than just -- more patents than just the '479?
15         A.   I don't recall.
16         Q.   So you also mentioned in the second
17    bullet on page 57 that ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
18    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
19    ▊▊▊▊▊▊▊▊▊▊▊▊▊
20         A.   Yes.
21         Q.   Are those different ▊▊▊▊▊▊▊▊▊▊▊
22    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊?
23         A.   I don't think -- I don't think it
24    indicates whether they're the same or different.
25         Q.   Did you review the ▊▊▊▊▊▊▊
```

Page 188

```
 1    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊?
 2         A.   No.  I just examined this ▊▊▊▊▊▊▊▊
 3    describing Apple's reaction to ▊▊▊▊▊▊▊▊▊.
 4         Q.   Other than the fact that this ▊▊▊▊ was
 5    described in Corephotonics' complaint, do you have
 6    any other reason to believe that the ▊▊▊▊▊▊▊▊▊
 7    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ practiced the
 8    technology claimed in the '479 patent?
 9         A.   I believe that those ▊▊▊▊▊ practiced
10    the invention, as provided to me through, in part,
11    the declaration of Eran Kali, which would have been
12    signed under the same -- with the same assurances
13    that I signed my own declaration.
14         Q.   So you did not do an independent
15    analysis to determine whether these ▊▊▊▊▊▊▊▊▊
16    ▊▊▊▊▊▊▊▊▊▊▊ practiced the 47 -- or were created
17    using the '479 claimed technology, correct?
18         MR. LINK:  Objection.  Compound.  Vague.
19         A.   Not beyond what I've described in these
20    paragraphs.
21         Q.   I want to go back to the bullet on
22    page 68 of your Declaration that mentions a ▊▊▊▊
23    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊.
24         Do you see that?
25         A.   Yes, I see that.
```

Page 189

```
 1         Q.   What do you mean by ▊▊▊▊▊▊▊▊▊▊▊
 2    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊?
 3         A.   I mean that the complainant -- the
 4    complaint states that in paragraph 33 that the
 5    relevant software was provided by Corephotonics to
 6    Apple. ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊.
 7    ▊▊ And --
 8         Q.   What is that?  I'm sorry.  Go ahead.
 9         A.   I didn't have anything further.
10         Q.   Okay.  What goes the -- what does the
11    term "black box" mean there?
12         A.   "Black box" means that you can see the
13    effects, but not the process.
14         Q.   Okay.  So in paragraph 126 of your
15    Declaration, you cite to several online articles and
16    a Tweet, I think, as evidence of industry praise for
17    Corephotonics' technology, right?
18         A.   Yes.
19         Q.   Okay.  Which of these cited materials in
20    paragraph 126, if any, specifically discuss the
21    '479 patent?
22         A.   As I mentioned before, with industry
23    articles, these are press releases, Tweets, and
24    there are news articles.  They talk about the
```

48  (Pages 186 to 189)

Page 190

1   technology in more general terms than attributing
2   any particular technology to a particular patent,
3   but they do provide evidence of the utilization of
4   technology that would have been described by the
5   '479.
6       Q.   Which specific technology did those
7   articles describe that relates to the technology
8   claimed in the '479 patent?
9       A.   I don't think that opinion goes into
10  that level of detail.  I believe that it was focused
11  on general advancements in the area of mobile phone
12  tech -- photography technology.  And, you know, that
13  leadership is further evidenced and connected to the
14  '479, for example, by Apple's interest.
15      Q.   But as we discussed earlier, you don't
16  have any information to suggest that Apple's
17  interest was specific to the '479 patent, do you?
18      A.   I thought we just spent quite a bit of
19  time explaining that I do believe Apple's interest
20  was related to the '479, based on the -- how these
21  ███████ were compiled and provided to me.  And they
22  corroborate the other information, as provided
23  through other declarations.
24      Q.   But, again, you don't know whether the
25  complaint that references these documents is limited

Page 191

1   to assertion of the '479 patent, right?
2       A.   The --
3            MR. LINK:  Objection.  Vague.
4       A.   The complaint includes the '479 patent
5   -- the Declaration includes the '479 patent.
6            These ██████ were pertinent to the '479
7   patent, as provided through these materials,
8   including their complaint, which would have been
9   signed under the same conditions I signed my own
10  declaration.
11      Q.   Okay.  You have an understanding that
12  all of these materials are related to the
13  '479 patent, based on Mr. Kali's declaration, but,
14  again, you haven't done any independent analysis to
15  analyze whether the information provided in these
16  ███████████ actually related to the '479 patent,
17  correct?
18           MR. LINK:  Objection.  Asked and
19  answered.
20      A.   The analysis I performed is based on my
21  materials considered using the techniques described
22  in these paragraphs.  I have not performed any
23  analysis beyond what I've described.
24      Q.   Okay.  In paragraph 130 of your
25  Declaration, you talk about the failure of others to

Page 192

1   successfully address problems stated in the
2   '479 patent using "position matching and image
3   registration to reduce the image jump effect," right?
4       A.   Yes, I see that.
5       Q.   Does the '479 patent talk about the
6   image jump effect?
7       A.   So as I mentioned before, claim 1 talks
8   about image fusion and specifically being able to
9   fuse the images from the Wide and Tele image sensor
10  into a point of view from the Wide sensor.
11           And by using the methods in '479, for
12  example, registration based on rectification, that
13  would reduce or eliminate any jump effect when
14  switching from a Wide image to a Tele image by using
15  a fused image as a transition.
16      Q.   Can you point me to any specific
17  portions of the '479 specification that talk about
18  image jump effect?
19      A.   I don't recall the term "image jump
20  effect" being used in '479.  But image jump effect
21  is one of the ways that -- that an end user would
22  describe technology that didn't, for example, use
23  the invention of providing the '479; namely, image
24  fusion and fusing a Wide and Tele image into a
25  resulting image from the Wide point of view.

Page 193

1       Q.   Are you familiar with a company whose
2   name I think is pronounced Linx, but it's spelled
3   L-I-N-X?
4       A.   I don't recall that from these opinions,
5   and I don't believe I've encountered that company
6   before.
7       Q.   Okay.  So let's go back to the
8   '479 patent and --
9            MR. LINK:  Stephanie, really quickly, is
10  your realtime working for you?
11           MS. SIVINSKI:  No.
12           MR. LINK:  Okay.
13           THE VIDEOGRAPHER:  The time is
14  3:55 p.m., and we're going off the record.
15           (Recess taken.)
16           THE VIDEOGRAPHER:  The time is
17  4:07 p.m., and we're back on the record.
18  BY MS. SIVINSKI:
19      Q.   Okay.  Ready, Dr. Hart?  We have a
20  couple more questions to go over.
21           So I want you to turn back to the '479
22  patent and then specifically to pages 2 and 3.
23  There's a section called "References Cited," and
24  it's very long.
25           Do you see that?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

APPL-1037 / Page 49 of 78
APPLE INC v. COREPHOTONICS LTD.

Page 194

1     A.   Yes.
2     Q.   Okay.  And there's a heading that says
3  "US Patent documents," and it actually extends onto
4  page 4 of the '479 patent.
5     Do you see that?
6     A.   Yes.
7     Q.   Do you know whether any of the cited
8  U.S. patents in this list of references cited are
9  assigned to Apple?
10    A.   I did not look into that question, no.
11 I didn't know which of these patents is assigned to
12 Apple.
13    Q.   Okay.  So in paragraph 134 of your
14 Declaration, you say that:
15       "The fact that some Apple patents cite
16    the '291 patent" -- which belong to
17    Corephotonics -- "is evidence that 'Apple has
18    built its own camera and image processing
19    technology based on the technology at issue
20    in the '479 patent."
21       Did I read that correctly?
22    A.   Yes.  That Petitioner's own camera and
23 image processing patents cite the '291, which
24 the '479 claims priority.  Okay.
25    Q.   Right.

Page 195

1     Okay.  So I'll read the full paragraph
2  again instead of paraphrasing.  Maybe that'll make a
3  clear record.  So paragraph 134 of your Declaration
4  says that:
5       "Numerous of Petitioner's own camera
6    and image processing patents cite to the
7    '291 patent (to which the '479 patent claims
8    priority), as I previously explained.  This
9    suggests Apple has built its own camera and
10   image processing technology based on the
11   technology at issue in the '479 patent."
12      Did I read that correctly?
13    A.   Yes.
14    Q.   Okay.  So I'll represent to you that
15 nine documents in the list of references cited under
16 "U.S. Patent Documents" in the '479 patent belong to
17 Apple.
18    A.   Okay.
19    Q.   Do you also draw the conclusion that the
20 fact that Corephotonics' patent cite Apple's patents
21 means that Corephotonics has built its own camera
22 and imaging processing technology based on the
23 technology that Apple has patented?
24       MR. LINK:  Objection.  Vague.
25    A.   I did not provide an opinion on that.

Page 196

1  That didn't seem to be at issue.  What was at issue
2  was the obviousness arguments that Professor --
3  Dr. Durand had provided regarding the '479.
4        And I was -- paragraph 134 is showing
5  that numerous patents cite the '291 and the '479,
6  and that -- that goes to the invention described in
7  the '479, in terms of the secondary considerations
8  and copying and failure of others.
9        New patents are building off of the '479
10 and the preceding '291.  And so that speaks to the
11 originality and the level of invention provided in
12 those patents.
13    Q.   So does the fact that Corephotonics'
14 '479 patent cites Apple technology change your
15 conclusion, any of the conclusions in your
16 Declaration?
17    A.   No, it does not.
18    Q.   Okay.
19       MS. SIVINSKI:  I don't have any further
20 questions for you, Dr. Hart.  So I will turn it over
21 to Mr. Link.
22       MR. LINK:  Yeah.  Let me -- why don't we
23 take a quick break, and let me look at my notes and
24 see if I have any questions.  So let's just take a
25 ten-minute break.

Page 197

1        MS. SIVINSKI:  That's good.
2        Off the record.
3        THE VIDEOGRAPHER:  Okay.  The time is
4  4:12 p.m., and we're going off the record.
5        (Recess taken.)
6        THE VIDEOGRAPHER:  The time is
7  4:16 p.m., and we're back on the record.
8        MR. LINK:  We, Corephotonics, does not
9  have any questions either.  So we'll just read and
10 sign and go from there.
11       MS. SIVINSKI:  Sounds good.
12       Thank you, Dr. Hart.  I appreciate your
13 time today.
14       THE VIDEOGRAPHER:  Okay.  The time is
15 4:17 p.m., and that concludes today's deposition.
16       Thank you, everyone.
17       THE REPORTER:  And, Counsel, do we have
18 any specific orders?  Who needs a rough draft?  Any
19 expedited delivery?
20       MR. PARSONS:  Haynes and Boone would
21 like a rough draft.
22       MR. LINK:  For Corephotonics, we don't
23 need a rough draft, and just regular delivery is
24 fine for us.
25       (Deposition concluded at 4:17 p.m. CST)

50  (Pages 194 to 197)

Page 198

1    CASE NAME:  Apple v Corephotonics
2
3
4         ACKNOWLEDGMENT OF DEPONENT
5
6         I, JOHN C. HART, Ph.D., declare under
7    penalty of perjury, and hereby certify, that I have
8    read the foregoing pages of my deposition transcript
9    or the same has been read to me, and that the same
10   is a correct transcription of the answers given by
11   me on April 29, 2021 as to the questions therein
12   propounded, except for the corrections or changes in
13   form or substance, if any, noted in the attached
14   Errata Sheet, with the understanding that I offer
15   these changes as if still under oath.
16
17
18   _____  _____
19     DATE            SIGNATURE
20
21
22
23
24
25

Page 199

1              ERRATA SHEET
2
3
4    NAME OF CASE:      APPLE v COREPHOTONICS
5    DATE OF DEPOSITION:  April 29, 2021
6    NAME OF WITNESS:    JOHN C. HART, Ph.D.
7    Reason Codes:
       1.  To clarify the record.
8      2.  To conform to the facts.
       3.  To correct transcription errors.
9
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25   SIGNATURE: _____ DATE: _____

Page 200

1         REPORTER'S CERTIFICATE
2
3         I, MAYLEEN AHMED, the undersigned, a
4    Registered Merit Reporter, Certified Realtime
5    Reporter, Certified Shorthand Reporter, and Notary
6    Public, do hereby certify:
7         That the witness, JOHN C. HART, Ph.D.,
8    before examination was remotely duly sworn.
9         That the foregoing deposition was taken
10   remotely stenographically by me on April 29, 2021,
11   and thereafter was transcribed by me, and that the
12   deposition is a full, true, and complete transcript.
13        I further certify that I am not a
14   relative or employee of any attorney or counsel or
15   any party to this action, and that I am not
16   financially interested in the said action or the
17   outcome thereof.
18        In WITNESS WHEREOF, I have hereunto set
19   my hand this 6th of May, 2021.
20
21   _____
22   /s/  MAYLEEN AHMED, RMR, CRR, CRC
     Washington CCR No. 3402 - Exp 12/29/21
23   Oregon CSR No: 17-0447 - Exp 12/31/23
     Texas CSR No:  9428 - Exp 7/31/21
24   California CSR No: 14380 - Exp 12/31/21
     New York Notary Public
25

51  (Pages 198 to 200)

**A**

**a.m** 1:17 5:4 45:16
45:19 46:22,25
52:2,5 59:8,11
90:22
**ability** 174:16
**able** 13:11 15:13
35:3 54:20 55:2
58:23 69:11 78:11
78:18 82:2 98:20
106:25 116:18
146:12 150:6
153:25 159:14
160:4 192:8
**Absolutely** 66:15
**abstract** 134:25
135:8,19
**abundance** 133:18
137:3
**accept** 162:14
**access** 7:18,22
173:14
**accessing** 7:21
**accommodate**
144:5
**accounted** 145:10
**accurate** 7:25
**achieve** 84:4 85:18
122:4
**achieve[s** 85:18
**ACKNOWLED...**
198:4
**acquire** 135:11
**acquired** 135:14
167:19
**acquiring** 168:17
**acquisition** 168:18
168:20 169:22
170:20 171:14
172:3 173:2,8,12
174:19
**action** 200:15,16
**actions** 17:14
**actual** 167:21
**add** 134:12
**addition** 10:16

54:25 123:5
159:19
**additional** 66:11
98:9 99:1 114:5
123:5 154:14
**address** 192:1
**addressed** 133:20
**adopted** 152:23
**advancements**
190:11
**advantage** 62:1
170:13
**advantages** 129:8
129:12,15
**advice** 108:12,25
**agree** 7:13 8:5,9
11:24 12:11,13
13:19 26:14 27:8
27:18 29:14 32:8
37:19,20,22 53:12
54:14 56:17,18
58:14 59:15,19
89:7 99:14,20
100:7,14 101:8
103:18 107:10
124:1,8,17 126:13
127:11,14 131:20
136:4,14 137:4
147:19 172:18
**agreed** 7:16 54:19
110:10
**agreement** 165:19
165:20
**agreements** 163:2
165:23 166:9
**ahead** 69:19 85:22
111:1 162:1
173:24 189:9
**Ahmed** 1:24 200:3
200:22
**algorithm** 62:21
81:19 117:12,19
124:9,15 126:7,19
126:21,22 149:21
174:4,13 175:1,3
175:7 178:14
179:5 187:18

**algorithms** 4:18
124:2,5 129:11
131:25 149:20
160:21 161:9,13
173:16 174:18,23
178:21 180:9
184:13,17,19
188:23 189:2,7
**align** 111:3
**aligned** 91:20
**alignment** 74:10
125:4
**allegations** 186:14
**allow** 68:24
**allowed** 17:18
49:24
**alluded** 121:15
**alter** 177:25
**alternative** 128:5,6
129:5
**alternatives** 128:10
128:21,25
**Alto** 2:23
**amend** 22:1,14
148:1
**amount** 75:1,1
121:9 167:21
168:4
**analysis** 10:17,19
21:15 22:15 28:16
56:24 66:10 82:9
82:13 99:6,9
131:10 144:11
145:11 146:18
147:16,22 150:10
156:5,11 159:11
161:19 162:5,9
167:2,18 178:4
182:22 183:11,16
183:23,25 185:24
188:15 191:14,20
191:23
**analyze** 24:21
41:14 47:19,23
77:7 78:5,7,18
98:13 138:25
142:17 191:15

**analyzed** 30:18
35:23 47:25 79:16
142:13
**analyzes** 141:14
**analyzing** 76:18
**and-** 2:9
**Angeles** 3:7
**angle** 33:5 34:1,10
34:22 35:15,16
70:9,23 71:7,10
71:15 73:25 74:2
74:11 84:25 87:1
88:1 89:22,23
93:6 155:7 180:21
**announcement**
17:4 18:9 182:15
182:18
**answer** 4:8 8:5
11:13 17:24 22:3
24:13 31:8 47:7
48:17 63:10 64:13
65:14 69:16 75:12
78:19 82:2 98:6
125:7 130:23
141:12 149:11,25
150:6 162:3
180:25 183:8
**answered** 19:2,10
39:22 40:4,10
57:10 60:20 61:1
75:17 115:15
123:16 131:3
138:24 150:5
167:6 183:15
191:19
**answering** 35:24
90:18 142:8
**answers** 198:10
**anybody** 11:19
24:8 25:1 143:11
**anyplace** 113:13
**aperture** 62:2,6
**APPEAL** 1:2
**appear** 68:8 163:7
**APPEARANCES**
2:1 3:1
**appeared** 17:15

18:7
**appears** 17:1 18:5
18:18 19:21 47:16
64:25 101:12
111:16
**APPL** 4:16,17,18
4:20 9:10 58:8
125:18 134:16
**Apple** 1:3 5:6,16
17:10 18:1,2,23
20:7,24 21:19
22:6,19 46:2
147:4,12 151:22
152:12,15 158:9
158:12,21,22
159:4,25 165:6
167:25 168:13
169:9 170:13
171:2,2,7,11,17
171:23 176:23
179:8,11,13,19
180:2,14 182:9
183:3 184:6,10
185:14 188:1
189:6 194:9,12,15
194:17 195:9,17
195:23 196:14
198:1 199:4
**Apple's** 21:5,13,14
21:16 22:4 46:6
46:14 47:9 147:17
147:19 165:5
167:24 171:6
176:6 177:14
179:15,22 182:23
182:23 183:12
188:3 190:14,16
190:19 195:20
**application** 49:5
56:19 177:20,20
185:22
**Applications** 4:19
**applied** 23:7 24:15
72:24 131:12
**apply** 48:21 88:6
**applying** 44:22
151:6

**appreciate** 141:13 197:12
**approached** 184:21
**approaches** 92:18 182:7
**appropriate** 49:20 77:18,18 110:6,8 187:12
**Approximate** 26:1
**approximately** 5:4
**April** 1:16 5:1,4 198:11 199:5 200:10
**area** 190:11
**argues** 46:3
**Argumentative** 79:10
**arguments** 196:2
**arose** 183:21
**arrows** 114:1,5
**art** 10:14 38:18 44:5,11,13,13,17 44:22 45:1 50:16 63:8 69:11 83:5 99:15,21 100:4,14 100:16,19 116:5 117:4
**article** 181:3
**articles** 168:19 169:22,25 170:3,5 170:7 178:25 189:16,24,25 190:7
**artifacts** 145:9
**ascertain** 138:10 153:25
**aside** 75:11
**asked** 11:11 12:23 16:12 19:1,9,18 40:3,9 56:25 57:1 60:21 75:8,16 77:6 78:1,6,17 81:24 98:10 115:14 123:15 138:23 150:4 167:5 172:17 191:18

**asking** 11:16 12:7 16:9 18:21 34:5,6 35:12 36:2 41:2 42:15 56:10,11 66:21 78:10 81:14 81:14 85:25 98:5 123:6,9 130:22 178:18
**aspects** 12:1 13:22 14:2 29:7,16 30:16 171:12
**assembly** 48:3,10 48:16,22 49:7,11 49:12 50:3,16,23 118:1 134:19
**assert** 187:13
**asserted** 187:8
**assertion** 191:1
**assigned** 194:9,11
**assistance** 144:9
**associated** 124:2 135:12
**assume** 114:7 165:18 166:1 169:8,11
**assumed** 156:20
**assurances** 162:14 188:12
**asymmetric** 136:24
**attached** 186:15 198:13
**attempt** 67:4
**attend** 152:11
**attendance** 152:2
**attention** 142:6
**attorney** 200:14
**attorneys** 7:15
**attributable** 173:14 174:24
**attributing** 190:1
**August** 3:5 5:20 176:11,18
**auto** 112:1
**autofocus** 65:13 101:4,19,25 102:24 103:1,7,9 103:16,19 104:2

104:13,19,22,25 105:15,20,22 110:23 111:7,9 112:2,18 181:4
**autofocusing** 103:23 104:16 120:8 149:2
**available** 21:24 52:15 74:24 125:23
**Avenue** 2:5
**avoid** 125:4 146:14
**aware** 11:21 12:2 14:6 20:24 49:6 51:11 77:2,22 78:12 168:12,15

━━━━━━━━━
**B**
**b** 36:14 80:8
**back** 37:9 45:19,21 46:25 52:5 59:11 90:25 91:2 94:3 102:14 120:13 133:4,11 175:21 176:3 178:12 179:17 185:21 188:21 193:7,17 193:21 197:7
**background** 99:24
**bandwidth** 107:22
**barely** 58:23
**based** 10:19 17:11 18:7 20:10 22:15 28:8,12,14 29:13 39:16 50:11 55:25 63:7 66:19 67:5 70:4 78:15 79:8 115:4 118:14 131:24 145:16 148:1 149:2,6,15 149:21 154:1,6 157:7,10 159:8 165:2,3 171:20 177:19,21,25 182:7 183:4,16,22 185:16 186:3 190:20 191:13,20

192:12 194:19 195:10,22
**basically** 79:21 143:16
**basing** 102:2
**basis** 30:5 79:1
**battery** 106:12,25
**bedroom** 7:3,6
**beginning** 5:12 90:7 143:21
**begins** 32:5 127:7 147:1 150:10
**behalf** 2:2 3:3 5:20
**believe** 9:5 13:8,25 16:7,12 17:13,17 21:7,24 22:8,22 24:5,22,24 25:5 26:18 31:11,15 36:15 38:1 39:20 40:11,12 43:4,14 43:20,21,25 50:8 53:24 55:16,17 57:10,24 65:14,15 68:13,17 71:4 73:7 74:11 75:18 75:23,25 76:12 78:2,15 84:15 87:10 89:4 98:2 98:20 99:23,25 100:17 103:1 112:9 117:15 119:13,24 120:23 131:3 134:10 143:5 148:25 151:10,11,19 152:21 153:3 154:23 155:12 157:1,3 160:13 161:16 164:13 166:4,24 167:11 167:20 168:4 169:5 171:5 174:21 177:5 182:6 186:20 188:6,9 190:10,19 193:5
**belong** 194:16

195:16
**Beltran** 3:12 5:9
**beneficial** 124:18 125:1
**benefit** 123:23
**benefited** 108:25
**benefits** 121:10,15 121:23 122:1,6,7 122:11,13,17,19 122:22 123:10,18 131:13 144:13 174:15
**best** 107:1
**Bethany** 2:11 5:17
**bethany.love@h...** 2:17
**better** 47:2 89:8 129:13 130:4,14 131:2
**beyond** 44:20 49:13 50:5,24 51:6,8 53:25 55:6,8 56:3 64:12,17,22 66:23 67:1,7,21 74:18 76:4,7 77:1,12,24 78:14 81:12 97:25 98:10 112:23 113:10 115:24 117:9 120:9 130:7 144:15 152:25 162:12 178:18 179:10,13 188:19 191:23
**binary** 160:18
**birdhouse** 36:19
**bit** 46:19 120:24 148:3 172:11 175:12 190:18
**bite** 89:25
**black** 14:14,17,18 14:24,25 15:6,14 15:18 16:4,6 17:12,20 18:1,22 19:4,8,16 20:8,19 118:24 157:3,23 158:8,11 159:4,24 160:21 161:3,8,12

188:22 189:1,7,12
189:13
█████████████
███████████
██████████
block 103:6,9
114:12,12
blurred 119:10
blurry 119:15,16
Board 1:2 21:16
22:3,12 24:8 25:1
bolded 55:21
book 35:9 129:15
Boone 2:4,12 5:15
5:18 197:20
bottom 84:1 97:1
128:16 136:21
137:7
Bought 170:14
Boulevard 3:6
boundaries 71:4
80:16 96:18 97:13
boundary 97:16
bounding 72:13
bounds 71:13,13
box 14:14,18,24,25
15:6,14,18 16:4,6
17:12,20 18:1,22
19:4,8,16 20:8,19
104:24 105:19
157:3,23 158:8,11
159:4,24 160:21
161:8,12 188:23
189:1,7,12,13
boxes 161:3
break 8:6 45:7
86:11 90:20
120:21 132:3
172:11 175:13
196:23,25
breaking 121:19
bring 134:22
broad 15:23
broaden 66:4,24
74:16 75:10,14
77:11

broadened 61:18
61:23,24 62:7,15
broader 12:8
broadly 11:16
50:15
building 196:9
built 13:3 15:11
183:3 194:18
195:9,21
bullet 152:14,25
153:16 154:6,12
154:15 158:7,20
160:9,20 161:1,10
161:20 162:10,19
184:9 187:17
188:21
bullet-pointed 10:4
bulleted 153:15
161:16
bullets 186:17
business 7:4 133:17
169:3 186:11
button 106:22
110:1 114:4,4,8
Buys 170:12

———————————
C
c 1:13 4:2,21 5:1
6:10 10:11 97:1
133:6 198:6 199:6
200:7
calculate 147:9
calculations 124:2
California 2:23 3:7
200:24
call 9:21 58:18
called 158:8 193:23
calls 150:18 172:22
camera 17:5 18:10
21:2 23:4,22,25
24:18 26:10,25
27:2 28:1 34:3,10
35:2,3,25 36:1,4,9
36:12 46:8,15
47:10,13 48:8
51:16 52:25 53:3
53:7,15,15,21,22

54:4,11 55:11,13
55:14,21 57:14,17
58:17 59:17 62:9
128:2 134:18,20
136:2 139:5,12
140:3,4,7,8,10
141:1 142:5,7,17
143:12,13 146:10
148:12 149:13
150:2 154:5
168:21 169:23
170:13,23 171:4
171:12 174:5
175:10 181:11
182:16 183:3
194:18,22 195:5,9
195:21
camera' 42:5
camera's 33:10,11
33:15,24 34:4,13
34:24 35:21 37:2
37:5
camera.' 23:2
cameras 55:22,23
70:2 124:18 125:3
125:12,16 127:4
134:19 139:11
140:2,2 144:8,17
145:3 146:15
169:3,10 170:9,10
170:15,18 180:9
180:21 181:12,25
capable 104:8
111:20
capture 48:7 57:13
57:23 62:5 67:15
67:16 103:8,10
104:24 109:6
113:15 135:5,10
135:21 136:6,7,10
136:11,15,23
137:4,8,18,20,20
138:11,12,20
139:17 140:11
141:1,8 142:14,15
142:24
captured 36:22,24

65:13 67:10,14
68:5 73:16 80:12
97:4 101:5,19
103:7 104:3,14
112:2,19 120:2
125:12,16 127:20
135:15 140:14
captures 113:20,24
120:16
capturing 104:22
105:20,22 109:12
109:20 110:11,13
110:15 124:19
140:15,18
care 133:19
careful 83:11
103:22 108:14,21
carefully 35:23
79:16 84:13
105:10 149:4
case 11:17 12:11
14:25 34:19 37:15
39:11 43:12 88:2
90:10 94:22
123:10 140:4,7,8
142:1,4 143:9
146:7 198:1 199:4
cases 13:18 15:24
130:19 131:11
140:16 141:14
178:22 180:10
category 55:5
caution 133:18
CCD 73:16,16
137:17 138:2
CCR 200:22
censors 137:14
Central 5:5
certain 35:4 46:8
46:16 47:11,15
129:11 149:23
certainly 13:5,25
15:17 19:24 28:15
31:19 47:16 131:4
155:24 158:3
166:17
certainty 35:4

CERTIFICATE
200:1
Certified 200:4,5
certify 198:7 200:6
200:13
challenged 44:15
173:20 183:6
challenges 155:8
Champaign 7:3,6
change 119:3
120:17 127:17
148:19 196:14
changes 177:25
198:12,15
characteristic
131:18
characteristics
13:2
characterization
48:5 83:21
characterized 12:3
chart 46:10 47:16
chat 6:24 8:20 9:16
51:21,24 52:12,13
134:13
choice 65:24
129:25
chosen 94:23
circumstances
187:6
citation 31:13,15
32:5,9 101:9,15
101:20
citations 145:13
cite 28:16 101:23
189:16 194:15,23
195:6,20 196:5
cited 29:20 31:11
180:15 189:20
193:23 194:7,8
195:15
cites 196:14
claim 20:25 21:12
21:13,14 23:15,23
26:23,24 27:22,23
27:25 28:7,11,12
32:9,10 35:23

38:8,12,16,17,24
38:25 40:13,14,16
40:17,24,24 41:25
42:9,14,16 43:19
44:2 46:9,16
47:11,17,18 83:13
83:17 147:4,6,7
147:14,17,20
151:8,16,19
154:20 155:2,18
155:23 156:8
160:10,10 161:14
161:21 162:11
174:3,5,20 175:2
175:6,8 178:5
181:15,16,19
182:24 183:13
192:7
**claimed** 152:7,9
158:25 162:6
176:1 177:12,16
177:17 185:15
186:5 188:8,17
190:8
**claims** 13:9 21:15
22:11,14 26:23
31:10 46:3 151:12
152:10 162:7
172:4,14 173:9,20
173:22 174:3
175:24 176:1,1
177:6,7,11 183:6
194:24 195:7
**clarification** 29:10
**clarified** 61:25
**clarify** 8:10 24:2,7
40:20 49:17
111:12 199:7
**clarity** 137:3
**clear** 21:9 22:16
30:22 33:18
145:25 171:23
195:3
**clearly** 129:13
171:7
**clicked** 106:15
**climbing** 149:21

**close** 125:3
**CMOS** 137:13,17
138:3,7,8 139:12
170:9
**code** 15:19,21
**coded** 117:24
**Codes** 199:7
**colleague** 52:13
133:15
**colleagues** 5:16
**color** 69:5 72:7
**column** 25:10,12
28:4,13,15 30:21
31:4,13,16,20
32:1,4,13 33:18
37:9 39:4,7,20
40:24 42:18,19
43:5 44:18 55:20
57:12 61:5 79:18
79:22 80:8,22
81:1 84:1 85:9
86:5,5,6 91:6,8
94:16 97:1 100:2
101:14 102:14,16
102:17,25 103:4
113:5 118:23
122:2 123:13
136:22 137:7
**columns** 149:10
**combination** 46:4
63:1 64:5 67:8
70:7,8 72:1 73:4
75:21 77:16 84:21
87:21 88:5,17
92:19 97:10
108:15 116:4
129:22 139:24
141:22,23 147:5
**combination'** 29:6
**combinations**
21:19 22:6
**combine** 71:8 75:5
137:24 139:2
**combined** 61:17
62:14,21,23,25
67:23 86:15
**combining** 62:11

62:18 63:10 67:19
74:15 75:9,14
77:11 81:19 83:11
84:10,12,14,19
85:5,6,8 93:10
**come** 72:9,11 184:1
**coming** 63:14
144:22,22
**comments** 158:4
**commercial** 168:7
168:22 169:1,15
173:13
**commercially**
168:24
**common** 63:11
**communicate** 7:14
**communicated**
164:13
**communications**
151:21 186:16
191:16
**companies** 163:16
163:19 164:21,24
164:25 165:8,15
165:18,24 166:2
166:19
**company** 169:9,11
170:14 193:1,5
**compare** 66:6
**compared** 94:19
129:12 177:6
**compares** 142:24
**comparison** 94:20
**competing** 171:3
**compiled** 190:21
**complainant** 189:3
**complaint** 184:23
185:10 186:14,22
187:9,13 188:5
189:4 190:25
191:4,8
**complete** 29:12
153:3 169:6
200:12
**completely** 138:16
146:13
**component** 31:1,1

**components** 26:15
30:19,20,23,25,25
**Compound** 32:2
38:20 127:22
183:1,14 188:18
**compressed** 160:19
**computation** 75:2
90:8,9 108:21
121:9
**computations** 90:6
108:22
**compute** 110:8
**computer** 4:18 7:21
58:19
**concept** 48:15
77:23 78:12,23
80:24 92:14,15
99:2 107:13
112:13 150:12
**concepts** 44:1
**concerns** 133:20
**concisely** 123:24
**conclude** 16:22
18:24 186:22
**concluded** 197:25
**concludes** 29:21
197:15
**concluding** 102:5
115:10 118:14
**conclusion** 17:10
28:7 30:6 102:2
147:3 150:18
172:22 179:24
183:6,21 184:2
195:19 196:15
**conclusions** 196:15
**condition** 156:16
**conditions** 157:5
191:9
**conduct** 7:4 17:3
18:8 182:14
**confidential** 20:14
20:16 133:17,23
133:25
**confidentiality**
133:20
**configuration**

34:17
**configured** 135:11
**conform** 199:8
**connected** 190:13
**connection** 14:4,10
47:20 51:12
121:20 149:5,7
150:21 151:1
166:17
**consider** 12:21
16:13 31:19 49:10
106:23 112:24
117:10 128:5
139:23
**considerably** 124:3
**consideration**
151:4,7,8,15
**considerations**
150:10,13 151:3
152:6 167:18
172:13 180:1
196:7
**considered** 10:8,12
14:13 19:3,22
22:10,17 31:21
48:22 53:2,21
55:12 115:24
116:19 131:16
163:8 178:24
179:3,12,14,14
183:17 191:21
**considering** 76:18
**consist** 58:1,2,3
**consistent** 33:2
160:4 177:23
185:25
**consists** 89:19,21
**consolidate** 20:16
**constantly** 141:5
**constitute** 50:22
54:11
**constructed** 93:13
118:3 149:4
**constructing** 19:5
106:13 117:16,21
**construction** 20:25
21:5,13,14,17,18

22:4,13,18 23:8
23:17,23 24:15,24
33:8,14 35:23
42:9 83:18 105:12
147:6,13,14,18,20
147:21,25
**constructions** 21:7
83:14
**cont'd** 3:1
**contain** 87:16,19
95:18 96:5 101:20
**contained** 53:13
156:12 158:24
159:5,20
**containing** 57:12
**content** 44:10
**contents** 154:1
157:21
**context** 48:11,18
49:1 50:4,7,20
51:5,9 53:6,10
54:2,9 63:3,4
67:23 77:13 81:1
82:14 83:10 84:20
85:7,9,15 86:16
88:7,12 91:4
102:23 103:16,19
105:15 111:9
112:6 118:9
127:10 129:18
148:7,11,23
150:13
**contexts** 49:21
**CONTINUED**
133:9
**continues** 103:12
**continuous** 80:15
97:13
**contributed** 117:3
**controller** 26:25
174:6
**conversations** 11:3
151:24 152:1,2
**convert** 106:2
**convincing** 179:15
183:2
**Cooley** 2:21 5:18

**coordinate** 63:19
72:5 73:22 87:22
87:23,24 92:21
**coordinates** 63:20
63:22,24,25 64:19
64:20 68:4,24
71:17,18 72:12,18
73:10,13,19,20
77:16 84:23 92:12
92:13
**copied** 16:24 17:2
17:11,15 18:2,6,7
18:17,25 19:22
20:7,10 179:19
**copies** 180:3
**copy** 8:19 9:12
15:13 16:5 19:8
19:15 182:10
**copying** 18:15
169:18 179:22,25
183:20 196:8
**cor-** 84:24
**Core** 17:16
**Corephotonics** 1:6
5:7,21 16:25
17:17,21,25 18:22
151:22 152:12,16
154:25 157:12
159:13 160:3
162:22,25 164:8
167:19,25 168:1,5
168:8,14,18,20,24
169:6,7,12,23
170:20,22 171:6,7
171:11,14,16,19
172:4 173:2,8
174:24 176:22
178:20 179:2
184:5,11,17 185:1
185:5,13 186:4,10
187:5,17,22 188:1
188:7 189:5
194:17 195:21
197:8,22 198:1
199:4
**Corephotonics'**
7:14 11:4,7 20:7

163:17,19 164:21
169:2 176:7,23
177:15 178:13
179:4 182:11
184:12 186:11
187:18 188:5
189:18 195:20
196:13
**correct** 9:3 22:7
24:19,20 29:3
49:8 55:23 56:16
61:7,12 69:24
82:8 96:6 107:18
107:19 116:2
118:16 127:19
136:8 151:24,25
152:12,13 157:25
164:4 167:4
176:25 177:4
178:6 179:20
182:25 188:17
191:17 198:10
199:8
**corrected** 145:10
**corrections** 9:7
198:12
**correctly** 118:13
176:21 194:21
195:12
**correlate** 74:6
106:2
**correspond** 38:6
63:16,20,23 64:19
65:19 71:1 72:6
72:20 84:18 86:23
86:24 121:2
**corresponded**
72:13 87:23
**correspondence**
121:1,1 126:18,21
**corresponding**
63:14 69:13 70:13
71:12 72:9 73:11
84:22,25 87:24
92:9 93:5,7 121:2
126:9 144:21
157:12 159:1

**corresponds**
149:23
**corroborate** 186:13
190:22
**corroboration**
186:18 187:2
**costly** 75:12
**counsel** 5:11 46:17
86:9 197:17
200:14
**couple** 193:20
**course** 17:3 18:8
25:24 72:10 74:1
182:14
**court** 5:23
**cover** 68:21
**covered** 76:7
163:22 164:15,19
166:1,3 167:3
**CRC** 1:24 200:22
**create** 39:17 40:1,7
41:7 109:4,5,8,21
111:22 122:22
147:9 157:13
**created** 17:15
185:1 188:16
**creating** 87:14
107:2,14 109:19
113:8 144:4 148:8
**criteria** 108:1
116:24,25 117:8
**crop** 69:11
**cropped** 68:19
70:17,23 103:11
**cropping** 68:22,23
69:20 71:6 92:25
93:2,8
**crops** 105:24
**CRR** 1:24 200:22
**CSR** 1:24 200:23
200:23,24
**CST** 1:17 197:25
**cuff** 59:20
**cut** 69:18

———————
**D**
———————
**Dallas** 2:6

**dark** 118:24
**data** 81:18 89:4,8
89:10,12,12,17,17
89:19,20,21,23,24
90:2,7,9,10,13,13
94:20 95:10,11
119:7,8,13,19,21
119:23 131:18
149:2,6 157:15,22
159:8,22
**date** 44:14 76:21
80:18,20 102:12
177:1 178:12
185:24 198:19
199:5,25
**dates** 178:11
185:21
**dating** 186:8
**daughter's** 7:3,6
**days** 7:8
**deal** 49:7 171:11
**dealing** 135:25
**December** 80:20
**decided** 113:2,15
**deciding** 63:13
**decision** 94:9
**declaration** 4:21,22
8:13,19,25 9:3,25
10:4,8,18,21,23
10:25 11:9,18,22
11:25 12:6,9,12
12:14,17,18 13:16
13:21 15:16 16:5
16:17 17:8 18:5
18:21 20:23 21:4
22:5,9 23:17,19
24:16 29:14 32:6
41:1,4,11,12,18
41:21 43:22,25
45:24 47:17,21
51:12,21 52:14,19
53:14,18 54:7,10
55:3 56:5,6,11,15
56:21 60:11,14,15
60:17,23 76:14
77:6 78:16,20
79:9,13,13,14

81:10,25 96:9,24
98:4,9 99:10
100:22 101:9
105:13 111:5
118:11 119:4
123:2,4,8 128:5,9
130:21 134:11
141:14,16 142:12
142:24 145:13
146:20,22 147:1
150:11 151:14
152:18 153:2,9,17
158:2 159:12
160:14 161:10,14
161:21 162:10
163:12 164:8,14
165:12 166:15
167:8 173:11
175:19 176:10
177:3,9,10 180:4
184:4 185:5,10
186:10 187:4,5,7
188:11,13,22
189:16 191:5,10
191:13,25 194:14
195:3 196:16
**declarations** 55:10
82:11 162:21
190:23
**declare** 12:23 198:6
**decompiled** 15:21
**decompose** 30:15
**decomposed** 30:18
**decomposing** 30:12
**decomposition**
30:15
**deeper** 138:25
162:13
**default** 95:9
**definite** 168:1
**definition** 43:18
44:2 50:15,22
148:19
**delivery** 197:19,23
**demonstrate** 15:1
**demonstrated**
18:11 169:15,16

169:17,17
**demonstrates**
177:15
**depend** 48:18 50:6
95:6 136:1
**depending** 62:24
148:20
**depends** 84:20 95:5
110:5
**depicted** 70:10
121:3
**depictions** 70:18
**depicts** 57:12
**deployed** 139:4
**deployment** 108:10
**DEPONENT** 198:4
**deposition** 1:11 5:1
5:5 6:21 11:5,15
12:4 133:16
197:15,25 198:8
199:5 200:9,12
**depositions** 8:3
**depressing** 140:17
**depth** 61:18,23,24
62:4,7,15 65:1,4,5
65:11 66:4,24
74:16 75:10,14
77:11 101:13
104:7 111:17
114:14 147:9
148:9,12,19,21
149:5,8
**describe** 14:17
29:19 67:7 151:18
180:5 190:7
192:22
**described** 63:9 70:5
72:22 83:9,25
84:13 87:15 88:3
89:11 93:11 108:7
108:10 119:25
122:10 129:6
147:14 151:12
152:10 154:18,20
155:2 156:8,23
160:2 161:5,9,13
161:20 162:9,18

182:4,18 188:5,19
190:4 191:21,23
196:6
**describes** 14:19
57:16 65:5 88:14
91:17 94:6 104:7
121:14,23 127:23
130:5 154:4,6
184:21 186:11
**describing** 12:18
61:12 69:3 70:1
71:20 86:15 87:20
89:16 91:12 92:20
98:23 111:2 119:4
161:4 183:18
188:3
**description** 4:15
38:22 41:24 42:9
70:4 75:20 91:6
154:15 162:20
**descriptions** 50:12
154:1 162:23
**design** 12:1,14,21
12:24,25 13:7,10
13:10,13,18 14:2
14:4,19,22 15:14
16:6 19:8,16
142:21 154:7,8
157:25 158:19
**designed** 138:16
**designs** 12:19 139:4
**desire** 115:6
**detail** 19:18 20:21
40:19,22 74:21
78:19 94:18 116:7
155:25 183:18
190:10
**details** 14:22 15:3
15:10 18:9 36:1
77:4 79:1 86:6,7
145:2 157:20
158:18,24 159:5
161:6 170:9
**detected** 95:3
**detects** 94:20 95:16
**determination**
95:22

**determinations**
149:18
**determine** 59:22
78:22 108:9
131:11 149:2,12
150:1 157:20
160:18 178:4
179:15 183:19
188:15
**determined** 104:19
131:16
**determining** 42:12
48:21 95:24
145:25 148:22
**developer** 180:14
181:7
**developing** 148:7
**device** 135:6,10,21
136:6,7,10,11,15
137:18,20,21
143:24 144:2
**devices** 49:22
136:24 137:5,9
138:11,12,20
139:12,18 142:14
142:15,25 165:7
169:4 180:9
**devote** 142:6
**devoted** 149:11
**diagram** 57:12 65:6
104:8 113:5,20
114:12,12
**diagramming**
105:11
**difference** 11:10
33:19 35:11 42:12
160:15 178:4
**differences** 127:19
137:19 138:9,20
139:3,6,8,17
141:17 142:14,21
146:7
**different** 8:14
22:13 24:10 35:9
36:21 60:20 65:6
67:10,19 68:6,8
69:1 70:2,3,11,19

90:2,3 92:14,17
92:17 104:7,18
111:20 125:14
135:22 136:25
137:1,5,9,10
138:17 139:13,24
141:14 146:9,13
147:25 149:20
161:4 166:7 184:7
187:21,24
**differently** 165:20
**difficult** 51:23
**digital** 47:13 55:22
**digs** 7:8
**dimensions** 73:20
**direct** 73:8,9 82:11
**directed** 12:14
**disadvantages**
129:12
**disagree** 21:5
**disagrees** 23:5
**disclose** 58:6 60:10
60:22 105:8
112:13
**disclosed** 57:8
58:17 59:17 66:14
96:13 114:15
138:11,12 140:3
142:15,16,25
145:24 156:3,6,19
157:17 159:24
160:8
**discloses** 46:7,15
47:10 62:11 118:6
136:5,9 137:8,13
137:20,21
**disclosing** 66:9
140:1
**disclosure** 55:4
62:18 63:7 64:17
65:1,4 66:9 67:4
72:3 83:24 99:2
101:13 104:6
111:17 155:6
**disclosures** 112:7
**discuss** 17:12 86:6
116:17 164:24

176:24 177:3
189:21
**discussed** 87:3
102:18 140:15
175:21,23 181:15
190:15
**discusses** 42:18
129:2 146:21
148:24,25 163:9
181:17
**discussing** 53:7
82:2 103:15,19
104:10 121:16
148:14
**discussion** 45:23
51:16 60:8 163:4
**discussions** 20:16
163:10 176:9,22
177:17 185:6
186:19
**dissimilarities**
94:21 95:17
**distance** 119:14
148:9,12 149:5,8
149:12,15,15,23
150:1
**distances** 62:8
104:17 106:2
**distinction** 27:5,9
141:6
**distorted** 143:23
144:1,10,10
**dive** 99:10 161:11
162:13 170:8
**doctrine** 43:17
**document** 8:24
9:15 21:21 31:14
40:5 44:6 48:4
52:7 54:13 57:9
57:22,25 60:1
62:19 68:11,15
69:7 94:14 95:4
103:21 105:7
107:25 110:21
118:20 119:1
128:12 134:23
137:22 138:1

150:19 154:21
160:24 172:6
176:15 185:3
**DOCUMENT/IN...**
4:9
**documented** 43:22
154:12 178:19
184:1
**documenting** 171:1
**documents** 4:13
14:13 163:4 186:8
186:13,16 187:12
190:25 194:3
195:15,16
**dog** 118:5,15,15,19
118:21,24 119:2,4
119:11,15,15,16
119:16,20,23
120:13,16
**doing** 70:8 93:10
117:2 144:12
145:3 176:21
**dollar** 168:3
**downloading** 6:24
125:25
**Dr** 5:6 6:3,15 11:21
11:25 12:3,13,16
12:17 13:11,13,17
14:12 23:5 24:11
33:8,13 35:8
41:11,14,18 42:14
45:9,21 47:3,12
47:16 49:23 51:12
51:20 52:13,16
53:7,9,12,18 54:6
54:10,15,19,19,20
54:22,25 55:3,9
55:17 56:7,22
57:2 60:16 61:4
64:14 76:14 77:6
78:1,7,16,20,25
79:4,8,15 81:24
82:11 83:6 91:2
98:4,14 99:9
108:4,4 116:3
120:11 123:3,6,21
124:24 126:15

128:19 129:20
133:11 134:9,24
139:23 158:2
159:12 162:21,21
174:2 193:19
196:3,20 197:12
**draft** 197:18,21,23
**drafting** 10:8
**draw** 195:19
**Drive** 2:13
**driving** 144:8
**Dual** 181:11
**dual-aperture** 17:5
18:10 46:8,15
47:10,13 58:16
59:17 154:4
182:16
**dual-camera** 182:1
**due** 95:16
**duly** 6:11 200:8
**Duncan** 4:22
**duplicate** 18:17
**Durand** 23:5 24:11
41:14 42:14 56:22
61:4 78:1,7,16,25
79:4,8 81:24
82:11 98:4 99:9
108:4 116:3 123:6
128:19 129:20
139:23 177:10
196:3
**Durand's** 33:8,13
41:11,18 47:12,16
57:2 60:16,16
76:14 77:6 78:20
79:15 98:14 108:4
120:11 123:3,3,21
124:24
**dynamic** 84:6
85:20,24 122:5

---

**E**

**e** 79:25 133:1,1
**earlier** 28:24 29:1
41:23 56:13 76:3
92:11 119:25
120:1,6 121:15

155:13 172:10,12
172:17 175:21,23
190:15
**early** 155:13
**easier** 124:7,14
**eat** 106:12
**edges** 71:13
**effect** 78:25 144:6
192:3,6,13,18,20
192:20
**effective** 44:14
76:21 155:10,16
155:21 156:2,14
156:22 157:4,16
157:24 159:2,6,6
159:7,23
**effectively** 108:23
**effectiveness** 15:1
**effects** 14:21 15:12
189:14
**efficient** 124:10
126:7,14,22,24
**effort** 98:13
**EFL-t/TFL-t**
156:16
**either** 19:14 39:10
63:5 68:1 70:21
72:6,9 95:14
121:25 174:9
197:9
**elaborate** 56:9 64:6
73:2 121:24
**elaborated** 86:4
**ELECTRIC**
117:25
**electrical** 118:1
**electronics** 75:1
**element** 13:6 42:14
42:16 44:3 47:13
47:17 64:3
**elements** 12:15
58:4 83:14 151:3
156:17 158:16,19
**eliminate** 165:21
192:13
**email** 159:9 188:2,4
**emails** 152:15,17

152:20,24 153:7
153:14 154:23
155:5 157:11
158:5,6 162:13,15
162:17,23 171:1
185:4,8,11,17
186:3,8 190:21
191:6
**embodiment** 53:23
**embodiments**
108:14,16 136:23
139:13 145:23
**employee** 200:14
**enable** 80:14 97:6,7
97:14,23
**encountered** 193:5
**Engadget** 170:6
**engineering** 73:5
**enhancing** 65:1,3,5
65:11 101:13
104:6 111:17
114:13
**entered** 162:25
**entering** 70:6
**entire** 28:14 31:9
31:19,22 66:16
70:13 71:21
127:14 169:2
**entirely** 146:9
**entirety** 93:5,7
145:21,22 158:1
**environment** 55:15
**epipolar** 126:10
**equal** 66:2,3 87:25
**equally** 138:4
165:25
**equivalence** 154:24
**Eran** 187:4 188:11
**Errata** 198:14
199:1
**error** 94:21 95:2,8
95:12,16,25
**errors** 9:4 199:8
**especially** 144:7
181:18
**ESQ** 2:3,10,11,20
3:4

establishing 53:10
evaluating 131:17
evaluation 44:8
event 140:11,22,23
  141:2
eventually 15:2
everybody 175:15
evidence 17:12
  18:16,23 19:3
  20:11 150:24
  151:15 152:1
  164:1 167:15
  172:3,12 173:13
  173:19 179:18,21
  179:23 183:19,20
  183:22,25 189:17
  190:3 194:17
evidenced 190:13
exact 86:23 144:22
exactly 115:1
  129:19
examination 4:1,3
  6:13 133:9 200:8
examine 19:18,25
  154:2 157:20
examined 50:25,25
  158:3 178:23
  185:4 188:2
examining 82:14
  170:25 178:9
example 12:18 14:5
  15:18,20 26:23
  31:13 33:6 35:5,8
  36:4,8,13 51:10
  60:5 81:5,9 82:1
  82:22,24 83:25
  84:6 108:7,9
  109:11 118:5,16
  118:19 119:5,14
  120:14 127:25
  129:3 140:22
  141:25 149:17
  150:7,23 165:5
  167:24 174:5
  180:19,20 190:14
  192:12,22
examples 35:14,19

35:19 36:4,5
  39:21 47:14 96:17
  122:20
excerpt 36:23
excuse 166:13
  170:24
exemplified 140:19
exhaustive 122:15
  122:16,22
Exhibit 4:15,16,17
  4:18,20,21,22
  8:22 9:10 52:10
  58:8 125:18
  134:16
exhibits 6:24
exist 146:3 172:19
existence 129:24
Exp 200:22,23,23
  200:24
expand 143:9
expect 30:19 130:7
  147:23
expedited 197:19
expensive 74:20
  75:7 121:8
experience 12:25
  15:7 117:6
experiment 109:22
experimentation
  66:11 107:7 108:8
  109:2 112:23
  114:22 115:6,9,11
  115:13 116:12,20
  116:22,25 117:9
  130:5,7 131:5,6
expert 1:12 7:5
  12:22,24 13:5,9
  13:13 123:10
explain 23:12
explained 147:20
  155:13 195:8
explaining 74:5
  190:19
explains 44:7
explicit 54:2 69:8
explicitly 64:3
express 155:24

extending 10:3
extends 102:25
  194:3
extensive 107:6
  108:8 112:22
  115:24 116:1
  117:9
extensively 160:17
extent 16:15 150:17
  172:21 183:23
extents 68:20
extra 24:1,7
extraction 77:23
  78:13,23 80:8,14
  80:25 97:7,24
  98:17,24 99:3,8
  120:4,5,6,7

---

**F**

F 133:1 156:7,23
  157:1
face 54:1
facilitate 146:14
facilitated 173:17
fact 17:25 18:22
  19:4 28:16 120:15
  131:13 141:13
  142:4 166:18,18
  166:24 181:17
  186:21 187:11
  188:4 194:15
  195:20 196:13
factor 144:11
factored 167:17
facts 186:12 199:8
failing 179:25
failure 169:18
  179:25 183:19
  191:25 196:8
fall 18:11 55:5
  180:6
familiar 6:23 14:3
  43:17 48:9,15
  51:15 53:6 54:5
  58:11 91:14 98:16
  125:21 134:8
  150:12 193:1

fancy 7:8
far 123:22
fast-moving 144:19
  145:4,5 146:10,10
feat 144:3
features 97:9
fed 117:25
feel 127:9
feet 149:15
felt 44:25,25
field 15:23 32:24
  32:24 33:2,4,10
  33:11,11,15,17,20
  33:21,24 34:4,13
  34:15 35:11 36:10
  36:11,20 37:6
  61:19,23,24 62:4
  62:7,16 65:2,4,5
  65:12 66:5,16,25
  74:16 75:10,14
  77:11 83:6 101:14
  104:7 111:18
  114:14 135:11,22
  135:22 136:10,12
fields 136:25 137:5
  137:9,10
figure 46:7,14 47:9
  47:14,15,24 48:2
  50:14 54:10,17
  55:1,4,5 56:2,18
  57:7,11,16,19
  58:5,10,11,15,16
  58:17 59:16,18,22
  60:3,3,4,6,7,8,9
  60:11,11,17,18,23
  60:23,24,24 61:12
  61:13,15 65:6,11
  66:12 70:25 71:11
  86:5 91:7,12,14
  97:13 101:3,18,24
  102:19 103:3,6,19
  104:1,8,12,15,22
  105:5,8,9,11,16
  105:19,21,23
  106:4,8,24 107:1
  107:22 109:3,13
  110:22 111:3,8,19

111:22,25 112:4,4
  112:8,10,13,15,17
  112:23 113:1
  114:24 115:4,12
  115:21 116:9
  136:19 149:22
figured 116:17
figures 47:14 48:1
  65:8 104:9,13
  111:21
file 153:17,21,23,24
  154:2,4,19 155:16
  155:21 156:3,7,12
  156:21 157:3,17
  157:20 158:13
  159:4,25 160:16
  160:16 177:21
  178:10
filed 100:11 158:8
  178:2 185:22
files 14:9 20:13
  154:11 155:1
  158:21 159:17
  160:1,6,9
filing 44:14 76:21
Film 55:22
filming 140:22
final 63:6,13,19
  65:24 67:25 70:21
  86:22
financially 200:16
find 31:23 54:18
  74:9 86:1 92:23
  109:2 147:7
finding 120:25
finds 21:16 22:3
fine 6:17 9:23 26:1
  50:17 134:3
  197:24
fingertips 52:7
finish 64:13
finished 64:15
firm 5:20
first 39:19 47:17
  52:12 63:15,17,21
  63:24 64:20 65:25
  66:6 67:14 68:2

69:21 74:17 75:10
75:15 96:17,25
97:2 103:7 113:17
113:19 126:8,22
128:17 135:1,7,10
135:11,12,13,14
135:22 136:6,9,10
153:16 158:7
160:9,20 161:10
**fit** 148:10
**five** 114:1,9
**five-minute** 45:7
**floor** 3:6
**flow** 65:5 104:7
113:5 126:19,24
**flowers** 119:9,22
**focal** 67:10 68:6,6
69:1 103:8 136:16
136:16 137:1
154:7,9,16,17
155:10,16,21
156:2,13,14,22
157:4,16,24 159:2
159:8,23
**focus** 45:22 56:23
62:9 67:14,15,16
67:19 112:25
118:16,19,22,25
119:2 120:16
134:5 154:10
168:25
**focused** 13:21
56:22 99:9 108:14
140:16 168:20
169:3,23 190:10
**focusing** 158:4
162:5
**follow** 54:20 72:25
73:7 124:12
129:21 181:1
**followed** 75:3
**following** 24:15
52:24 53:20 92:19
**follows** 6:11 133:7
**footnote** 126:25
163:15
**Forbes** 170:5

**foregoing** 198:8
200:9
**form** 17:19,19
19:19 20:1,4,6
74:12 83:12 89:18
116:19 198:13
**format** 55:20 56:2
**formed** 21:11
**forming** 89:24
159:10
**forms** 149:1 170:10
**formula** 115:16
**forum** 180:14
**forums** 180:14
181:7
**forums.developer**
180:17 181:3
**found** 21:8 142:20
**four** 114:1,9
**FOV** 32:24 33:21
33:25
**free** 127:9
**front** 26:19 36:19
54:8
**fulfilling** 156:15
**full** 53:19 195:1
200:12
**function** 6:24 8:21
**further** 21:24 22:1
22:15 27:1 40:11
57:5 61:25 83:17
86:4,7 93:15
107:7 108:8
116:11 119:10,22
133:7 154:2,13
179:13 183:24,25
189:10 190:13
196:19 200:13
**fuse** 81:3,5,8,21
82:20 83:1 181:21
181:23 182:2
192:9
**fused** 21:1 22:25
23:3,20,24 24:17
27:1 33:9 37:12
39:17 40:1,7 41:7
42:4 43:9 88:22

88:25 89:6,11
90:10,12 96:4
128:1 147:10
175:8,9 181:9,14
184:6,11,25
185:13 192:15
**fuses** 84:3 85:17
122:3 174:6
181:11
**fusing** 82:23 87:2
174:7 185:1
192:24
**fusion** 83:4,5,8,11
83:14,16,18,20,24
84:8,10,16 85:11
85:12,15,17 86:2
86:4,7,8 87:6 88:4
88:7,10,19,20
90:16 91:4 94:12
95:13,15,18 96:20
97:20 121:16
122:10 127:24
174:15 175:2,7
178:13,21 179:5
181:18,18 182:4
184:13,16,19,21
187:18 192:8,24
**fuzzy** 46:19

___

## G

**general** 13:17
20:17 48:17
126:18 179:24
190:1,11
**generate** 34:2
65:12 90:12 94:7
95:14 96:4 101:4
101:18,24 104:2
104:12 110:17
112:1,18 114:23
181:9
**generated** 110:3
184:12 187:18
**generates** 95:13
**generating** 102:23
111:6,8 117:12
**getting** 58:18

165:15
**give** 6:4 7:24 16:13
36:8 51:21 114:25
116:12 122:25
173:5 174:8
**given** 6:20 29:7
34:1 36:10 82:18
92:3 152:24 153:3
154:1 157:8
171:21,22 198:10
**gives** 53:20 107:8
118:9 149:14,16
**giving** 38:21,22
39:20 53:10
119:13
**Globes** 170:5
**go** 10:1 45:5 46:20
51:23 52:9 59:5
67:18 69:19 79:18
85:22 90:20 93:21
102:14 106:10,22
111:1 116:7,18
120:13 132:3
145:2 162:1
173:24 175:20
176:3,4 184:7
188:21 189:9
193:7,20 197:10
**goes** 115:18 189:11
190:9 196:6
**going** 5:25 12:16
20:14 37:9 45:4
45:11,16 46:22
47:5 52:2 54:3
59:8 63:12 66:8
86:9 88:25 90:22
93:25 95:15
106:12 124:19
132:6 133:15,19
139:5 167:7 170:8
175:12,13,14
176:18 193:14
197:4
**good** 5:14 6:15,17
6:19 7:9 45:10
50:10 53:10 83:21
83:23 117:6 197:1

197:11
**gotten** 52:8
**grammatical** 23:10
**great** 7:17 62:3
86:11
**greater** 62:4,8
106:17 113:3,3
156:16
**greatly** 74:25
**ground** 45:23 46:2
46:6,13 47:8
**guess** 31:23 86:1
100:10 137:3
146:24

___

## H

**half** 176:13,16,25
**hand** 6:1 200:19
**Hang** 93:19
**Hanover** 2:22
**happen** 106:18
114:19 115:20
**happened** 18:15
151:22 177:17
**happening** 106:14
131:14 140:23
144:6 145:7
**happens** 35:6 74:10
95:2 110:4
**happy** 36:6 40:20
49:17 64:6
**hard** 117:24
**hardware** 117:24
**Hart** 1:13 4:2,21
5:1,6 6:3,10,15
45:9,21 47:3
49:23 52:16 64:14
83:6 91:2 133:6
133:11 134:9,24
174:2 193:19
196:20 197:12
198:6 199:6 200:7
**Haynes** 2:4,12 5:15
5:17 197:20
**head** 51:3 56:5
122:25 123:5
143:1 157:12

159:13 162:21
164:8 167:12
181:6 185:5
186:10 187:4
**heading** 126:3,6
147:2 194:2
**headings** 55:20
**Headquarters** 2:13
**hear** 47:3 58:23
59:3
**heard** 175:5
**hearing** 93:12
**Hello** 133:12
**help** 80:22 107:4
153:7
**helpful** 45:25
134:24 136:19
152:23
**helps** 38:22,22
172:11
**hereunto** 200:18
**Hi** 133:11
**high** 73:6 150:20
170:7
**highlights** 152:22
**hill** 149:21
**history** 177:21
178:10 186:12
**hold** 93:20 181:1
**hopefully** 47:2 52:8
120:20 133:19
**horizontal** 126:9
**hour** 45:5 86:10,10
133:16 175:12
**hours** 10:22,24
**human** 145:8
**hypothetical** 35:24
35:25 113:11
124:22 140:13

**I**

**I]mage** 84:3
**ideas** 179:16
**identical** 68:4
86:20 87:22 92:22
93:9
**identification**

74:15,19 75:7,13
76:11,25 77:5,10
80:4,24 97:6
98:12,23 99:7
120:4
**identified** 117:17
**identify** 97:12
**identifying** 80:15
96:18 97:15
**identity** 86:21
92:21 93:12
**ignoring** 129:24
**Illinois** 7:4,6
**image** 13:22 21:1
22:25 23:3,20,24
24:17 25:18,19
26:3,4 27:1,3,4
29:7,25 33:10
34:2,2,3,12,12,23
34:23 35:15,16
36:9,22,24 37:2,5
37:13,14,15,23,24
37:24 38:5,5,7,9
38:10,13,14 39:2
39:2,10,11,17,18
40:1,7 41:7 42:4
42:21,22 43:1,2,6
43:7,10,11,12,16
48:6 53:2 56:1
57:13,23 61:18
62:15,23,24 63:5
63:6,13,15,15,17
63:17,19,21,22,24
63:25 64:20,21
65:20,20,22,24
66:1,2,4,5,24
67:16,24,25 68:2
68:3,20,21,23
69:5,5,12,13,14
69:21,23 70:9,10
70:12,14,16,21,22
70:22,24 71:1,2,5
71:7,9,10,12,14
71:15,18,19,21,21
72:5,8,10,11,13
72:14,21,22 73:15
73:16,25,25 74:2

74:11,17 75:15
77:15,17,17,19
80:12,12,15,17
83:3,5,8,12,14,16
83:18,19,24 84:16
84:23,24 85:3,12
85:16,17 86:2,4,7
86:7,17,18,22,24
87:1,7,8,11,11,12
87:13,14,15,17,17
87:24 88:1,3,7,10
88:15,17,18,18,22
88:23,25 89:1,2,5
89:5,6,11,12,13
89:18,18,19,20,21
89:22,22,23,24,25
90:11,12,13,14,15
90:16,17 92:3,4,8
92:8,10 93:3,4,5,6
93:7,13,16 94:7
94:19,20,24 95:13
95:15,18,19,20,24
96:2,5 97:4,4,11
97:12,14 103:7,8
103:9,10 105:24
105:25 114:14
119:7,7,7,12,15
119:16,17,19,24
120:2,3,15,22,23
121:10,16,23
122:3,7,9,9,13,19
122:23 123:10,23
124:1,4,8,11,14
124:17 125:11
127:3,18,20,23
128:1,2,3 131:21
135:5,10,12,13,14
135:21 136:6,7,10
136:11,15,23
137:4,8,18,19,20
138:10,11,20
139:17 140:18,19
141:8,8,9 142:14
142:15,24 143:14
143:20,22,23,23
143:24 144:2,9,10
144:13 146:15,16

146:17 147:10
148:13 150:2,2
169:3 174:15
175:9,9 181:9,11
181:13,14,17,18
182:2,3 183:4
184:12,16,19,21
192:2,3,6,8,9,14
192:14,15,18,19
192:20,23,24,25
194:18,23 195:6
195:10
**images** 35:9 36:14
36:20 37:12 43:9
61:17 62:12,14,18
63:10 65:13 66:6
67:8,9,19,23 68:5
68:7,9,13,18,19
68:25,25 69:22,25
70:2,7,8,18 72:1
73:11 74:7,16
75:5,9,14 77:11
81:3,6,8,19,22
82:21,23 83:2,12
84:4,11,13,14
85:18 86:15 87:2
88:19,21 91:20
92:19,25 95:23
97:10,15,16,19,20
101:5,19,25
102:24 103:16,20
104:3,14,18,23,25
105:15,20,22
109:5,6,7,12,20
110:11,14,15,18
110:23 111:7,9
112:2,19 113:15
113:20,23,24
120:25 121:6
122:4 124:19
125:12,15,16
126:9,23 127:15
129:6 135:2 140:5
140:8 141:1,2
144:14,22,25
145:7 147:8 174:6
174:8,9 181:12,22

181:24 182:2
184:6,12,25 185:2
185:13 186:23
187:18,21,25
188:3,6,9,15
192:9
**imagine** 116:18
**imaging** 30:11
47:13 58:1,2
135:9,20 136:5
195:22
**impact** 167:15
**implement** 58:15
67:5 117:18
131:21
**implementation**
15:4 131:8,9
**implementations**
15:25
**implemented** 15:11
117:23,23
**implementing**
131:24
**implication** 18:14
182:20
**implied** 17:2,14
182:14
**implies** 18:16,24
**imply** 33:16
**important** 51:2
144:18
**imposition** 113:3
**impossible** 16:2
**improve** 85:19,23
97:6 122:4 170:14
181:13 182:2
**improve[d** 84:5
**improves** 84:5
170:18
**inadvertently**
134:1
**inch** 53:1 55:20
56:2
**include** 98:22 135:5
135:10,20 140:20
140:21 163:17
178:9 181:8

included 13:25
  28:15 54:6 55:3
  75:23 114:20
  164:10 165:17,23
  166:9,11 167:1,11
  170:16 185:6,7
includes 18:11
  47:14 55:19
  129:11 137:17
  159:11 163:25
  164:12 191:4,5
including 7:5,14
  19:4 33:15 44:18
  49:21 75:19
  131:17 168:21
  173:15 174:22,25
  187:4 191:8
Incomplete 113:11
  124:21 140:12
incorporate 109:3
  115:3,20
increased 75:1
independent
  161:19 162:9
  178:4 188:14
  191:14
independently
  178:7
INDEX 4:1
indicate 31:18
  43:15 123:23
indicated 94:22
  117:15 162:18
indicates 90:15
  181:19 187:24
indicating 60:17
  158:20
indication 170:7
industry 38:19
  150:24 189:17,23
industry-wide
  164:1 166:5,6,8
  167:16
infinite 118:5
inform 24:25 31:9
  32:21
information 20:14

21:24 53:13 80:22
  99:24 115:1,3
  133:17 147:9
  148:2 156:1,19
  159:21 160:2
  162:15 165:10
  171:20,22 179:13
  180:7,16 181:8
  186:1 190:16,22
  191:15
informed 31:5
infrastructure
  60:18
initially 69:1 134:1
innovative 173:15
  174:25
input 89:21 90:8
  126:8
insert 106:7 110:12
  110:19 113:8
  114:9 116:8
inserted 113:12
inserting 109:19
inside 140:2
instances 184:7
instructions 4:8
  117:24
integration 114:19
intelligent 181:1,18
intelligently 181:11
  181:25 182:1
intended 56:19
  121:2
intending 13:15
interest 167:25
  168:2 171:2,5,7
  174:18 176:6
  177:15 190:14,17
  190:19
interested 168:1
  169:10 171:8,23
  172:1 200:16
interests 165:9
interpretation 25:5
interpreted 27:23
  27:24 44:11,13
interrupt 64:13

174:1
introduce 5:11
introduced 8:22
  9:10 52:10 58:8
  125:18 134:16
invention 15:2,3
  16:24 17:11 18:3
  18:6,7,17,18,24
  19:22 105:10
  107:8 115:7 138:5
  140:1 145:23
  150:25 151:3,11
  151:12,20 152:7,9
  152:10 155:11
  156:14,17 157:5
  159:1 162:6,6
  170:17 171:24
  176:2 177:13,16
  177:17,22 178:11
  179:19 182:7
  185:23,25 188:10
  192:23 196:6,11
inventions 115:17
  161:17
investigate 98:11
investigation 107:7
involve 96:17
involved 82:15
  149:22
involves 116:23
  121:8 141:3 143:9
involving 42:12
  168:13
IP 176:7,23 177:15
iPhone 17:5 18:10
  18:19 180:5,8,8
  180:18,18 181:5,5
  181:8,9 182:7,16
  182:23,24 183:12
  183:12
IPR 5:7 20:23
  41:12 45:23 46:2
  46:13 47:8 78:16
  123:21 134:6
  168:13 178:8,9
  183:7
IPR2020-00905 1:4

IPR2020-00906 1:4
IPR2020-905 8:16
IPR2020-906 8:17
IPRs 8:14,20 9:14
  10:18 11:22 12:1
  12:15 14:10 51:13
  143:10 163:2
  171:10,17 178:15
  179:9
isolate 119:9,10,21
  119:22,23
issue 9:14 23:10
  49:1 120:12 152:7
  171:10,17 183:5
  194:19 195:11
  196:1,1
issued 176:14,19,25
  185:19
issues 48:25 110:5
  178:10
italicized 55:21
item 10:11 80:4,8
  81:18 134:6
items 96:25 161:16
  161:20 162:9,18
  177:11
iteration 114:6
iterations 178:1

J
jlink@raklaw.com
  3:9
job 1:25 53:10
John 1:13 4:2,21
  5:1,6 6:3,10 133:6
  198:6 199:6 200:7
joined 5:16
Jonathan 3:4 5:19
July 184:10 185:14
  185:14,23 187:22
jump 192:3,6,13,18
  192:19,20
June 76:21 185:22

K
Kabat 3:5 5:20
Kali 164:7,14 167:8

187:4 188:11
Kali's 191:13
keep 175:13,14
kind 73:3 108:20
  182:3
know 8:2,9 11:3
  13:1,3 14:14
  15:18 18:15 23:11
  28:16 29:4,18
  31:12,17 33:1,5
  33:13 34:15,16
  35:1,2,10,18,23
  35:24,24 36:18
  38:22,25 44:20
  50:18 52:20 55:25
  57:7 61:6 64:7
  66:24 70:9 73:8
  76:13 78:3 79:4
  81:7 82:1 83:20
  90:1 92:3 93:4
  96:10 98:11
  100:24 102:8,15
  104:4 105:5,14,21
  106:6,10,14 107:8
  108:5,22 109:23
  109:24 110:4,5,6
  111:3,11 112:14
  113:13 114:11,18
  115:1,22 116:8,14
  116:20,22 117:3,5
  117:7,16,21 121:8
  122:24 123:1
  124:23,25 125:2
  125:23 129:16,23
  130:6 131:14
  140:16,16,17,18
  143:3,19 144:5,8
  144:10,16 146:9
  147:24 148:21,24
  149:1,3,17 153:4
  154:3,17,25
  155:12,15,20
  157:6 158:3,15,24
  159:14 160:2,19
  161:12 162:20
  163:10 164:17,18
  164:20 166:21,24

167:9,17,19
168:16,19 169:7
169:16,18 170:6
170:19,25 171:3
171:13 175:5
177:8,9,14,22
178:8 179:15
181:14 182:9,11
183:16 184:16,18
184:25 190:12,24
194:7,11
**knowing** 35:25
**knowledge** 66:16
66:18,22 79:8
99:1,7 106:24
107:16
**known** 100:4,13,15
100:18 107:11,14
110:7 117:13,17
129:21 131:21,23
**knows** 110:7
143:12
**Konno** 46:4

**L**

**L-I-N-X** 193:3
**language** 30:21
32:9 40:24 88:4
**large** 45:6 62:6
131:15
**largely** 146:6 169:5
170:25
**law** 5:20 43:21
**lawyer** 22:8 43:21
150:20 172:24
**lawyers** 11:2,4,7
**lead** 186:19
**leadership** 190:13
**leads** 182:6
**leaving** 66:10
**left** 129:14 165:19
**left-hand** 113:1,5
113:19
**legal** 43:17 150:18
163:4 172:9,22
**length** 103:8
136:16 154:7,9,16

154:18 155:9,10
155:17,17,22,22
156:2,2,13,15,15
156:22,22 157:4,4
157:16,16,24,24
159:2,2,6,7,8,23
159:23
**lengths** 67:11 68:6
137:1
**lengthy** 23:8
**lens** 11:25 12:14,18
12:21,24,25 13:6
13:10,10,13,18
14:2,4,20,20,21
14:22 15:13 16:6
19:8,15 34:1,11
34:23 35:16 36:22
48:3,10,16,22
49:1,7,10,11,20
50:3,9,11,15,23
58:2,3,3 62:3 85:1
127:20,21 134:19
154:7,7,8,16,18
154:19 155:1,9
156:3,6,13,13
157:25 158:15,19
159:21,21 180:22
**lens'** 35:17
**lenses** 13:2,2,4,4
57:20 58:3 134:20
138:19 157:17
158:24 159:24
160:3,8 169:3
180:17
**let's** 20:22 32:17,19
41:20 45:12 46:20
49:4 51:23 58:10
81:16 90:20 92:5
92:5,5 100:1,21
102:1,14 105:19
112:25 118:4
120:19 122:17
132:3 133:23
146:21 150:9
175:18,20 176:3,4
193:7 196:24
**lettered** 79:25 80:4

80:8
**level** 10:13 19:18
40:19,22 44:5
130:6 141:5
150:21 155:25
170:7 190:10
196:11
**license** 163:1,9
164:21 165:13
166:3,9,19,25
167:15,15
**licensed** 163:6,19
**licensees** 165:11
166:21
**licenses** 162:24
163:4,16,22,25
164:1,4,6,9,12,16
164:19 165:2,15
165:17 166:1,14
166:22 167:1,3,4
167:10 175:21,23
175:25
**licensing** 163:10
169:17 176:6,23
177:15 185:6
186:12
**life** 106:12,25
**light** 62:5
**limit** 13:15 108:22
**limitation** 21:1,6
41:25 42:10 138:4
147:5,7,13,17
156:21 160:10
**limitation's** 147:6
**limitations** 43:19
46:8,16 47:11
161:14,21 181:16
182:12,24 183:13
**limited** 107:17
108:20 190:25
**line** 25:13,13,22,24
25:25 32:13 37:11
38:12 39:8 41:5
41:10,20,23 42:2
42:19 48:13 79:18
91:7,12,18 94:8
94:16 100:2

118:23 124:13
143:17,19 199:10
199:12,14,16,18
199:20,22
**lines** 25:23 61:9,16
62:12 79:20 122:2
126:10 135:15
**Link** 3:4 5:19,19
15:15 19:1,9
22:21 32:2 38:11
38:20 40:3,9 43:3
49:13 50:5,24
53:17 54:12 55:6
56:3 57:21 64:22
66:7 67:1,12,21
68:10 71:23 74:18
75:16 77:1,12,24
78:14 79:10 81:12
86:9 87:9 97:25
98:7,18 99:4
107:23 113:10
115:14 117:14
120:9 121:12
123:15 124:21
127:13,22 133:22
138:14,23 140:12
141:19 144:15
149:9 150:4,17
153:11 156:24
158:17 161:24
162:2 167:5
172:21 173:10
178:16 179:6,10
183:1,14 186:25
188:18 191:3,18
193:9,12 195:24
196:21,22 197:8
197:22
**Linx** 193:2
**list** 10:5 79:25 97:1
122:16,16,22
123:12 152:14
153:1,15 161:20
162:10,19 163:7
163:18,18 166:15
170:1 182:5 194:8
195:15

**listed** 32:1 73:4
123:7,22 153:4
165:11 166:18
178:23 179:2
184:2
**listen** 104:20
**listing** 122:1 151:2
169:6
**lists** 29:15 122:13
**literature** 178:24
**little** 46:19 120:20
148:3,4 172:11
175:12
**LLP** 2:4,12,21 5:18
**loaded** 8:19 9:12,16
51:24
**locate** 51:23
**located** 92:10
**location** 63:6 73:13
73:14,15 90:5
92:3,4
**locations** 73:24
74:6 87:22
**long** 109:24 127:16
144:10 154:7,9,16
154:17 156:13
193:24
**longer** 120:21
132:3 136:16
**look** 8:24 25:9
32:17,19 34:14,16
34:20 35:2,10,14
39:5 40:15,21
41:20 58:10 59:21
59:24 62:22 63:2
67:3 78:21 79:5
82:15 91:5 95:23
96:8 98:12 100:1
100:21 118:10
124:23 125:20
131:12 134:14,25
136:17,18,20
137:23 139:7,16
142:1 143:2 144:4
146:2,4,21,25
148:16 154:13
158:18 163:11

169:5 194:10
196:23
**looked** 40:12 78:8
143:3 145:22
161:25 168:10
177:21,22 187:10
**looking** 25:11
33:14 37:10 39:7
47:12 60:2 88:7
108:1 126:2,5
128:16 131:19
141:24 143:6
144:21 145:12
146:1,5 148:20
152:9 155:5
165:12 166:5
167:24
**looks** 36:18 136:21
**loop** 114:3
**Los** 3:7
**lost** 70:6
**lot** 74:21 110:5
148:4 163:3,4
**Love** 2:11 5:17
**low** 59:1 62:5
**lower** 103:8,10
**lowers** 105:24
**lunch** 120:21 132:3
132:7 133:16

_____

**M**
**machine** 15:19,21
**main** 142:3 156:17
**maintains** 33:10
**major** 177:25
**making** 149:20
161:18
**manner** 33:2
**manual** 90:4
**map** 63:23 64:4,9
64:10,16,19 65:7
65:12,16 68:24
69:21,25 71:20
80:11 81:3,5,8,17
81:21 82:19,20
91:22 92:1,2,16
92:20 93:11,13,17

96:13 97:3 99:15
99:21 100:13,15
100:18 101:4,18
101:25 102:23
103:16 104:2,9,10
104:13,17 105:2,6
105:9,12,14,18
106:3,8,13,21
107:2,13,14,22
109:3,5,5,8,19,25
110:3,9,13,18,20
111:7,8,21,23
112:1,14,14,18
113:9 114:9,13,18
114:19,24 115:4
115:11,20 116:8
117:13,16,19,21
119:18 120:1
124:12 148:7,8,11
148:14,16,17,20
149:13 150:3
175:25
**map'** 64:25 101:12
111:16
**mapping** 27:3 38:8
38:13,16 39:1
72:20 73:3 86:16
86:20,21 91:19
92:12 107:11
128:2,6 148:4
177:11
**maps** 110:18
148:23
**March** 176:19
**marked** 133:23
**match** 25:24 54:21
**matching** 27:4
37:13,23 38:3,4,6
38:9,13 39:2 43:6
43:10 124:9 128:2
129:6 144:14,24
145:3 147:8 192:2
**material** 157:8,9
179:14
**materials** 10:5,7,10
10:12 14:13 18:11
19:23 21:25 67:5

153:5 157:13
159:10,13 162:22
163:8 178:24
179:3,12,14
183:17 186:19
189:20 191:7,12
191:21
**math** 176:17,21
**matter** 5:6 6:4
54:23 89:14 144:9
**Mayleen** 1:24
200:3,22
**mean** 7:5,20 22:25
25:3 34:14 35:18
35:21 36:8,16
42:3 51:8 61:23
66:15 67:25 84:10
85:5 87:18 91:25
96:23 110:1 118:2
122:21 133:24
140:6,14 141:4,5
142:17 145:1
148:12 149:10
151:18 152:20
163:13 174:1
182:13 186:6,7
189:1,3,12
**meaning** 9:6 22:18
23:7,13 24:2,6,23
25:6 30:25 32:22
44:22 45:3 63:2
67:22 68:3 147:22
**meanings** 22:10
**means** 28:8 35:20
62:7 83:1,11,21
83:24 85:15 91:4
97:17 145:6
165:24 189:13
195:21
**mechanism** 181:4
**meet** 117:7 160:10
161:14,21 162:10
182:12,24 183:12
**meetings** 152:11
**meets** 46:8,15
47:10 154:19
155:16,21 156:7

156:21 181:15
**megapixel** 53:1
**Memorized** 9:20
**memory** 51:17
**mention** 64:23
68:12,17 157:1
167:21
**mentioned** 32:12
57:11 61:13 71:6
75:5 86:14 103:1
120:1 128:4 137:2
143:8 151:21
157:19 158:8
169:21 170:4
180:4 187:16
189:23 192:7
**mentions** 188:22
**merge** 106:1
**merged** 127:16
**Merit** 200:4
**met** 147:17
**method** 65:11 73:9
73:9 101:3,17,24
104:1,12 111:6,25
114:24 129:22
**methods** 42:13
74:22,23 89:16
100:3,12,15,17
192:17
**MICHAEL** 2:10
**michael.parsons...**
2:16
**microphone** 46:18
**Microsoft** 15:20
**Mike** 5:16
**millimeters** 149:16
**million** 167:20,22
**mind** 18:1 84:19
122:12 148:16
**miniature** 48:3,6
48:10,15,22 49:2
49:7,11,15,15,17
50:3,7,15,23 51:1
51:4,7,8,9,16 53:2
53:7,15,21 54:4
54:11 55:13,21
**minor** 9:4

**minute** 51:24
**minutes** 45:5 86:10
**Mischaracterizes**
141:19 153:12
156:24 186:25
**Misstates** 53:17
107:23
**misunderstood**
88:8
**mobile** 48:7 49:5,8
49:11,21 50:4
53:23 55:15 56:19
57:8,14,17 108:10
108:20 154:10
165:7 169:4,10
170:23,23 171:12
190:11
**Mode** 84:1
**model** 14:14,18,18
15:1,7,14 18:1,22
19:4,8,16 20:8,10
20:20 156:12
**models** 14:24 16:4
16:6 17:12
**modified** 61:18
62:15 67:24
**modify** 65:10 80:11
97:3 101:3,17,23
104:1,11 105:5
111:6,25 112:17
120:2
**module** 52:25 53:8
53:15,16 54:4,11
55:12
**module'** 53:21
**module,'** 55:13
**module.'** 53:3
**modules** 51:16
53:22 55:14,22
**moment** 12:3 51:21
59:24
**money** 167:21
**Moore** 4:23 11:21
13:13,17 53:7,9
53:12 54:6,16
55:17 159:12
162:21

**Moore's** 11:25 12:3
12:13,16,17 13:11
14:12 51:12,20
52:13 53:18 54:10
54:15,19,19,20,22
54:25 55:3 56:7
158:2
**morning** 5:14 6:15
6:17 133:21
**motion** 96:18 97:7
97:14,17,21,21
98:24 99:8 140:9
140:11,24 141:3,4
142:5 143:9
**MOTIONS** 4:7
**motivated** 139:3,22
139:23 141:22,24
141:25 146:1,4
164:20 165:2
170:20
**motivation** 146:3
**mountain** 118:5,16
119:5 120:14
**mountains** 119:9
119:22
**move** 20:15 47:7
71:16 120:19
143:13
**movement** 135:25
**moving** 97:18,22
139:5 140:2,2
141:9 142:7
143:23 144:18
**multiple** 58:3 97:15
112:21 131:13
144:17 170:22

**N**

**N** 133:1,1,1
**name** 5:9,14,19
14:11 138:19
193:2 198:1 199:4
199:6
**named** 153:18
**necessarily** 39:18
**necessary** 24:25
136:3

**need** 9:3 15:9 35:13
41:17 71:11 73:5
76:13 78:7,18,21
78:24 79:5 85:7
90:13 98:13 105:4
106:6,9,10 109:7
112:7 113:23
115:19,20,23
116:12 117:21
119:16,18 131:16
137:24 139:16
142:19 144:20
145:9,10 146:14
154:2 162:13
197:23
**needed** 21:8 66:11
75:2 123:5 139:21
154:14
**needing** 40:21
49:15
**needs** 114:19
197:18
**never** 64:25 101:12
111:16
**new** 107:8 148:2
170:13 196:9
200:24
**news** 189:25
**nexus** 150:13,16,21
150:24 151:1,5,6
151:15 152:6
166:12,14,20
171:15 172:2,14
172:19 173:1,7
174:19 175:22
**nice** 119:11
**nine** 195:15
**nodding** 172:15
**nodule** 45:6
**noise** 122:5
**nonobviousness**
172:4,13 173:20
177:16 183:20
**Notary** 200:5,24
**note** 133:14
**noted** 133:2 198:13
**notes** 7:18,20,21,22

196:23
**noticing** 5:12
**number** 25:24
48:14 74:22
117:20 118:2
131:15 156:7,23
157:1 181:23,24
**numbers** 32:13
**numerous** 123:17
195:5 196:5

**O**

**O** 133:1,1,1
**o0o---** 132:8
**oath** 198:15
**object** 68:7 69:23
73:18,19 74:14,19
75:7,13 76:11,25
77:5,10,23 78:13
78:23 80:4,8,14
80:16,24,25 96:18
97:6,7,12,13,16
97:18,23 98:12,17
98:23,23 99:2,7,7
120:3,4,5,6,7
149:13 150:2
**object's** 42:18
**objection** 15:15
19:1,9 22:21 32:2
38:11,20 40:3,9
43:3 49:13 50:5
50:24 53:17 54:12
55:6 56:3 57:21
64:22 66:7 67:1
67:12,21 68:10
71:23 74:18 75:16
77:1,12,24 78:14
79:10 81:12 87:9
97:25 98:7,18
99:4 107:23
113:10 115:14
117:14 120:9
121:12 123:15
124:21 127:13,22
138:14,23 140:12
141:19 144:15
149:9 150:4,17

153:11,11 156:24
158:17 161:24
162:2 167:5
172:21 173:10
178:16 179:6,10
183:1,14 186:25
188:18 191:3,18
195:24
**objectionable**
54:18
**objects** 23:1,21
24:18 42:5 62:8
66:6 73:14 96:19
97:15 119:14
121:2,3 141:9
144:14,24 148:12
**obtain** 62:3,4 119:6
119:11
**obtained** 126:8
**obvious** 15:5 21:12
21:20 22:7 46:3
65:10,15 101:2,17
103:25 104:11
108:6 111:5,24
112:17,24 115:25
116:5,7,11,15,19
117:10 129:25
130:8,17,18 182:3
183:7
**obviousness** 108:2
112:7,10 116:24
117:8 152:8 196:2
**occur** 39:3 74:12
106:4
**occurred** 176:10,24
**October** 187:19
188:1,7,16
**offer** 13:24 78:11
83:17 130:15
168:5 198:14
**offered** 14:1 23:5
24:10 76:12 78:2
81:1 112:20
124:25 130:16
139:22 152:22
**offering** 77:25
78:15

**offers** 149:19,19
**office** 1:1 7:8
**offset** 149:16,23
**offsets** 106:2
**Oh** 11:19 156:10
**okay** 6:20,23 7:9,13
9:21,21 11:24
12:20 13:12,15
16:3,9,21 17:10
22:16 23:16 24:12
25:8 26:8,14 27:8
27:15 28:11,23
29:24 32:3,12
34:9,12 35:12
36:22 38:15 39:5
40:25 41:20 42:25
45:15,22 46:1
47:2,3,19,23 48:2
48:20 49:4,10,23
50:2 51:11,15,20
52:6,12,18,22
53:6,12 54:9 55:2
55:19,25 56:17
57:18 58:5 59:13
59:24 60:10 61:5
61:22 62:17 63:7
64:12,17 65:18
66:13,21 67:18
68:5,22 71:6
72:15 73:17,21
75:6 76:3,9,17,22
76:24 78:10 79:18
80:3,7,18 81:7,20
82:18 83:10,22
84:9,17 85:4,9
86:12 88:22,25
89:7,9 90:19 91:2
91:10,14,17,25
92:11 94:5,12,16
95:2,12,25 96:4
96:11,12,15,23
98:5 99:12 100:1
100:20,23 102:1,1
102:5,10,14,16
105:1,13 107:10
107:16,20 109:4,9
109:11,17,18

110:10,17 112:12
112:25 113:5,6,21
113:25 114:7
117:18 118:4,7,12
119:2 120:5,19,22
122:12,24 124:8
125:25 126:1,4,5
126:20,25 127:18
128:14,25 129:8
129:16 130:9,20
131:6 132:2 134:5
135:3,6,7 136:4,9
136:20 137:2,16
138:6,9,18 139:10
139:15 140:10,25
142:8,11,22
146:19,23 150:8,9
150:15 151:5
152:3,24 153:6,13
153:16 157:9
159:3 161:2,3,8
162:4,8,24 164:3
164:11,15 165:10
168:16 171:9
172:16,18 174:17
175:13,14,16
176:3,20 177:2,6
179:8 181:21
183:8,10 184:4
185:12 189:11,15
189:20 191:11,24
193:7,12,19 194:2
194:13,24 195:1
195:14,18 196:18
197:3,14
**once** 143:15
**one-half** 53:1
**ones** 32:15 65:6
79:16 104:8
111:20 123:22
142:3 187:21
**online** 189:16
**operate** 73:5
**operates** 90:16
**operating** 60:17
**operation** 74:20
90:4 95:5 174:10

**Operation/Funct...**
84:2
**operations** 97:10
**operative** 27:1
**opining** 102:7
**opinion** 10:20 12:2
13:8 16:1,7,13,15
17:19 18:4 19:5,7
19:11,12,14,17,20
19:21 20:1,4,6,9
21:11,17 22:5,20
22:24 25:2 26:18
26:20,22 27:21,22
28:11 29:2,24
40:12,19 41:1,3
41:10,16,19 42:3
42:7,8,12 48:24
49:16 51:6 56:4,7
56:8 57:4,5 59:21
61:2,3 64:1 65:9
76:12,16 77:7,25
78:2,11,25 79:1,2
79:3,6,6 98:1,2
107:20 109:21
111:10 112:12
115:18,22 116:6
119:3 120:12,17
124:25 130:15,16
139:19,20 141:16
141:21,21 142:4
145:2 151:6,14
154:23 155:24
160:7,13 163:8
166:12 171:20
172:2 173:1,7
174:12,17 175:22
177:25 179:18
185:12 190:9
195:25
**opinions** 10:1,19
12:25 13:18,24
14:1 22:15 23:12
23:18 24:16 31:9
36:7 41:15 49:16
54:14,15,21,22,24
54:25 55:8 56:10
56:14,20,21,22

57:3 60:10,13,22
64:8 66:19 77:3
78:15,20 79:14,15
79:17 82:5,10
98:8,9,15 99:9
108:3,4 112:9
120:11 123:2,20
123:21 124:24
134:6 137:24
139:1 143:10
145:16 148:1
151:18 157:14
159:11 161:18
163:10 166:4
167:12 168:25
177:10 178:9
179:11 184:18
193:4
**opposed** 33:5
170:21 171:15
**optical** 84:4 85:18
85:23 122:4
126:19,24
**optics** 13:1
**optimization**
149:21
**order** 29:24 41:16
56:14 90:12 98:10
105:5 106:6
108:22 109:4
112:23 115:5,20
127:25 149:1,4
181:25
**orders** 197:18
**ordinary** 10:13
21:9 22:10,17
23:7,13 24:2,5,22
25:6 44:5,12,17
44:21,22 45:1,3
63:2 67:22 69:10
147:22
**Oregon** 200:23
**original** 23:23
87:17,17 88:18
**originality** 196:11
**ought** 83:15
**outcome** 200:17

**outlined** 142:3
**output** 25:18 26:3
27:1 29:6,25
37:15,24 39:11
42:21 43:12 72:5
72:8 80:12 83:12
87:10,14,15 88:14
88:17,22,25 89:6
89:11,18,18,19,20
89:24 90:9,10
94:23 95:24 96:1
97:4 120:3 127:25
**Outside** 15:15
98:18 99:4 121:12
138:14
**overlapping** 70:14
137:11
**overseen** 117:2
**Owner** 1:7 3:3 5:21
179:23 184:23
185:7
**Owner's** 173:12,13
173:15 174:25
186:14
**owns** 170:22

**P**
**p.m** 90:25 93:25
94:3 132:6 133:2
133:4 193:14,17
197:4,7,15,25
**page** 4:3,15 8:4
9:25 10:3,4,11
36:15,16,16 41:22
45:24 47:6 52:20
54:6 96:16 100:22
126:2 128:17
150:11 153:17
158:7 160:9,20
161:4,5,10,13
163:11,14 165:12
166:15 184:9
187:17 188:22
194:4 199:10,12
199:14,16,18,20
199:22
**pages** 9:25 22:9

153:1 184:5
193:22 198:8
**paid** 167:9,14
**pair** 104:24
**Palo** 2:23
**papers** 117:2
**paragraph** 16:16
16:22 19:6 22:23
23:17 25:12,14,23
28:17 29:4,13,20
29:20 30:4 31:3
31:12 32:6 33:9
35:7 36:8,14 39:6
41:21 43:4,23,24
44:4,7 52:19,23
53:13,19,25 54:1
55:11 61:8,9,11
61:14 63:3 64:16
64:23 65:17 67:13
70:5,6 77:13,14
91:11,17 94:6
96:9,11,24 100:21
100:25 102:17,25
103:2,2,23 104:5
104:15 111:4,13
111:15 115:2
118:10,14 126:6
126:16 128:4,9,15
128:18 129:1,2,20
142:18 145:12,18
146:21 147:1
150:11 152:5
158:4 163:13,14
170:1 173:11
175:18 176:4,4,5
176:24 177:3
180:5,15 182:6,10
182:21 186:7
189:4,15,21
191:24 194:13
195:1,3 196:4
**paragraphs** 23:9
143:2,6 145:17
183:18 184:1,3,22
188:20 191:22
**parameters** 160:3
**paraphrasing**

195:2
parse 99:18
Parsons 2:10 5:17
  197:20
part 122:9 146:9
  168:17 178:14,21
  179:9 181:10
  188:10 189:6
participant 151:23
particular 8:8 12:4
  19:19 20:2 32:13
  34:1 41:10,13,14
  43:19 48:22 50:22
  51:10 54:22 57:1
  57:2 64:3 65:16
  70:24 71:25 74:3
  78:24 85:16 91:5
  98:3 117:22
  120:12 124:15
  129:17 147:4
  148:15 151:8,16
  155:8 157:9
  167:18 180:23
  190:2,2
particularly 31:25
  62:5 124:18
parties 17:3 18:8
  167:9 182:14
parts 73:5 133:25
party 5:12 167:14
  200:15
Parulski 46:4,7,14
  47:9,19,25 48:2,6
  48:14 49:6 50:9
  50:25 53:24 54:2
  54:10 55:4,5,16
  56:1,2,11,14,18
  57:8,11,16,19
  58:5,12 59:16,17
  59:22,25 60:3,4
  60:12,24 61:6,12
  61:15,25 62:11
  63:4 64:3,9,18
  66:8,10,14,16,19
  66:19,22,23 67:4
  67:5,6,7,9 68:13
  69:10 70:5 71:25

72:25 73:1 74:4,5
  74:9,10,12,25
  75:4,18,22,23,25
  76:1,5,8 77:14,20
  79:19 80:1,5,9,18
  82:19 84:15,17,21
  86:15,19 87:20,21
  88:5,9,11 92:11
  92:18,20,23,23,24
  96:13 97:2 98:12
  98:21,22 100:2,9
  100:12 101:21,22
  102:3,4,8,15
  103:15,18 105:10
  107:3,12,15,17
  108:11,12,16,18
  108:25,25 114:25
  115:4 116:5
  117:17 118:6,8,15
  118:18 129:23
  137:21,23 138:2,8
  138:12 139:2,25
  140:3,14,19,20
  141:6,7,8,17,25
  142:16,21,25
  145:14,21 146:2,5
  146:11,12 148:25
  148:25 149:4,11
  149:14,19 150:6
Parulski's 53:23
  55:9,14 62:18
  63:7 65:1 72:1
  99:1 101:13 140:4
  140:6,7,10,25
  146:18
patent 1:1,2,7 3:3
  4:16,17,20 5:21
  9:13,14,18,22
  13:23 16:25 17:11
  18:3 21:12,20
  22:7 25:10 28:8
  29:5,15 31:10,13
  33:19 37:10,20
  38:2 44:8,9,10,15
  49:7 66:17 76:7
  80:20 83:9,11
  86:3,8 87:3,7,16

88:11,14 91:4,15
  94:17 115:7
  120:24 121:14,22
  123:14,25 127:23
  150:25 151:7,9,17
  154:20 155:2,18
  155:23 156:9,23
  160:11 161:15,22
  162:11,19 163:23
  165:13 166:16
  167:10,23 169:12
  169:14 170:4,21
  171:15 172:5,14
  173:3,9,12,13,14
  174:3,12,20,24
  175:6,24 176:14
  176:19,25 177:1,2
  177:4,7,7 178:1,5
  178:6,11,11
  179:19,23 180:3
  181:16 182:4,12
  182:25 183:13
  184:23 185:6,15
  185:19 186:5,14
  186:24 188:8
  189:22 190:2,8,17
  191:1,4,5,7,13,16
  192:2,5 193:8,22
  194:3,4,16,20
  195:7,7,11,16,16
  195:20 196:14
patent-level 170:9
patented 164:2
  166:5 167:16
  177:18 195:23
patentee 43:18 44:1
patents 12:18 24:22
  36:6 82:12 99:24
  117:1 166:1,2
  168:9,16,23
  170:22 171:10,16
  187:8,14 194:8,11
  194:15,23 195:6
  195:20 196:5,9,12
paths 106:1
PDF 126:2
penalty 6:2 198:7

pending 6:5 7:15
  8:5
people 144:4
Perfect 9:9 16:21
perform 39:9 63:9
  90:8 97:11 183:24
performed 10:17
  63:12 91:21 95:6
  147:21 183:24
  191:20,22
performing 73:3
period 76:9,17
perjury 6:3 198:7
person 10:13 44:5
  44:12,17,21,25
  69:10
personal 89:14
personally 156:10
perspective 25:19
  26:4,16 27:6,10
  27:14,20 28:2,6
  28:19 29:3,11,12
  29:16,19,22 30:1
  30:12 31:1 39:13
  42:22 127:19
pertain 158:25
pertinent 161:17
  184:24 185:11
  191:6
Petitioner 1:4 2:2
  16:24 17:1,22
  18:5,6,12 19:22
  19:23 20:10 185:7
petitioner's 17:4,14
  18:9 182:15
  194:22 195:5
Ph.D 1:13 4:2,21
  5:1 6:10 133:6
  198:6 199:6 200:7
phone 48:7 49:5,11
  50:4 53:23 55:15
  56:19 57:8,14,17
  58:18 108:10
  154:10 169:4,10
  170:14,18,23,23
  171:3,12 190:11
phone-scale 49:21

phones 49:8 165:7
  171:4
photo 180:21
photograph 34:11
  144:1
photographs 144:4
photography
  143:25 190:12
photos 147:10
  184:17 185:18
  186:4
phrase 61:23 62:11
  160:25
physically 13:3
physics 13:2
pick 70:21
picked 152:21
picking 62:23 63:4
picture 37:6 92:9
  110:2 143:11,13
piece 17:18,19
  18:13 20:11
pieces 17:21 154:14
pigeonhole 12:16
pixel 37:14,23 43:6
  43:11 62:23,24
  63:6,13,13,14,19
  63:21,22,24,25
  64:20,21 65:23,25
  66:1 67:25 68:1,2
  70:21,21 72:4,11
  73:24 74:6 86:17
  86:17 87:18,19,21
  92:7,10,13 94:22
  95:7,10,10,15,19
  95:21,23,24 96:1
  96:5,6,6 106:2
  124:9
pixel-by-pixel
  121:1
pixels 27:3,4 37:13
  37:14,23,24 38:3
  38:4,5,6,7,9,9,13
  38:13 39:2,2,19
  40:2,8 41:8 42:10
  42:13,15 43:6,7
  43:10,11 63:4

65:19,20 73:14,15
77:17 83:11 84:11
84:12,14 85:5
87:7,8,12,16
92:22 93:9 128:2
128:3 144:21
149:16,23
**place** 33:6 70:6
107:1,21 110:6,8
110:12,19 113:12
**placed** 125:16
**places** 113:7 114:9
**placing** 87:13
**plain** 21:9 22:10,17
23:6,12 24:2,5,22
25:6 44:22 45:3
63:2 67:22 147:22
**plane** 129:3,4,9,17
129:24 130:3,13
130:19 131:1,10
131:24
**planning** 12:7
**Plano** 2:14
**platform** 59:22
117:22 131:17
**played** 168:6
**please** 5:11,23 6:1
59:6 64:13
**Plus** 180:8,18 181:5
181:9 182:24
183:12
**point** 9:8 21:1 23:4
23:24 26:6 27:2,6
27:10,10,16 28:1
28:2,5,6 30:10,10
30:12 31:2 33:14
33:16,19,22 34:24
35:11,17,20,21
36:10,12,24 37:3
48:14 70:11 73:2
115:2 128:1
129:19 134:25
142:12,23 143:22
146:16 152:14
153:16 160:20
161:20 162:10
167:20 175:9

192:10,16,25
**pointed** 32:4 81:4,9
123:13 153:1
162:19
**pointing** 18:13 32:9
113:20 121:25
**points** 35:9 36:21
70:3,19 121:3
147:8
**portion** 17:7 25:9
25:16 32:21 61:11
69:12 70:9,12,13
71:12 72:12 74:3
77:18 79:25 80:5
83:22 84:9 85:14
87:25 91:5 92:8
93:4 96:8 102:22
105:16 119:19
121:17,25 137:6
142:13,23 143:18
146:20 152:18
**portions** 31:5,24
70:14 71:1,2,3,21
72:21,21 89:1,1,4
104:18 119:24
145:14 192:17
**portrait** 147:10
**posed** 41:13 98:3
**POSITA** 21:10
22:24 23:14 24:3
24:9 25:2,5 28:9
28:12,19 30:8,14
31:6 32:25 38:2
38:23 39:1 40:13
40:16 41:4,6,24
42:3 43:1,14
48:15,21 49:25
50:2,8,10,21 51:7
53:14 55:2,18
61:22 62:10,17,22
63:1,8,11,16
64:18 65:10,16,19
66:5,10,13,15,18
66:22,23,23 67:3
67:18,24 68:18
69:21 70:4,16,25
71:8,24 72:3,19

72:24 73:2,7 74:5
74:13,14,23 75:3
75:8,12,24,25
76:4,6,10,19,22
76:25 77:2,9,14
77:19,22 78:3,11
78:22 79:11 80:23
81:20 82:4,5,9,16
82:19 83:7,18
85:13 97:23 98:11
98:16,20,25 99:12
101:2,17 102:3,7
102:11 103:25
104:11 105:4,14
105:17 106:6,9,10
106:23 107:5,21
108:8,19,24 109:1
109:10,18 110:7
111:6,11,24
112:14,17 113:8
114:22 115:3,23
116:18 117:10,13
121:5 123:9 125:5
128:20 129:16,21
130:1,11,16,17,18
130:25 131:20,23
139:21 141:24
146:1,4 147:23
**POSITA's** 33:3
40:23 76:20 77:4
79:7 99:7 107:16
**position** 26:11,11
26:16 27:6,10,13
27:20 28:2,6,19
29:3,11,12,17,19
29:22 30:1,13
31:1 33:7,12 46:7
46:14 47:9 63:15
65:21,23,25 66:1
67:15,17,25 68:2
68:3,3 70:24 72:8
72:10,16 86:16,17
86:22 87:2 103:11
106:16 174:11
192:2
**positioned** 124:20
**positions** 23:1,20

24:17 42:4 63:16
63:17 67:14,20
68:6 69:1,23
**possesses** 66:15
**possibilities** 29:6
**possibility** 19:25
**possible** 15:17 16:5
16:10,14 19:15
20:5 37:12 39:9
40:1,7,15 43:9
73:9,9 77:3
109:23 113:7
130:9,11,16,24
131:4
**potential** 110:13
**potentially** 176:6
**POV** 23:2,21 24:18
25:20 26:5,6,11
26:16 27:20 28:19
28:20 29:3,3,8,9
29:12,16,16,17,19
29:19,21,25 30:1
30:2 31:7,25
32:22 33:22,25
37:16,25 38:3
39:13,17 40:2,8
41:7,25 42:5,23
43:13,16 127:19
**power** 108:21
**practiced** 162:19
186:4,23 188:7,9
188:16
**praise** 150:24
189:17
**pre-computed**
106:20
**pre-rectifying**
129:5
**preceded** 101:10
**preceding** 104:5
111:14 126:15
196:10
**precise** 45:11 173:6
**precisely** 146:24
160:14
**preference** 89:15
138:7

**preferred** 62:6
138:2
**preparation** 11:15
11:17,20 152:20
**preparing** 11:5,8
12:24 41:17 47:20
**present** 3:11
151:16
**presented** 49:2
**preserve** 43:16
**press** 110:1 189:24
**pressed** 114:4,5,8
**pretty** 35:12
**previous** 141:12
152:4 156:25
177:20 178:1
**previously** 30:18
195:8
**price** 167:14,19
**primarily** 143:2
**primary** 62:3 67:15
114:14 141:23
**printed** 44:10
**prior** 44:11,13
**priority** 102:12
178:12 185:23
194:24 195:8
**Priya** 2:20 5:18
133:15
**probably** 45:6
**problem** 58:20
**problems** 192:1
**procedure** 109:25
**proceeding** 5:13
**proceedings** 168:13
**process** 15:12 39:3
43:1,15 70:1 93:8
98:17 121:8
122:10,11 127:24
149:22 174:7
189:14
**processing** 13:22
84:3 85:17 122:3
144:14 146:15
169:4 183:4
194:18,23 195:6
195:10,22

processor 117:25
produce 65:7 89:5
  91:21 100:3,13,17
  106:3 143:25
  146:17
produced 92:1
producer 165:6
producing 99:14,20
  100:15 104:9,17
  105:2 106:7
  111:20
products 179:8,11
  180:2 182:10
professor 58:21
  123:3 196:2
program 15:20
  117:23
projected 143:15
  143:20
projects 34:17
pronounced 193:2
proper 21:17 22:4
  147:6
proportional 72:17
  74:1 85:1
proportionately
  71:16
proposed 20:25
  21:5,18 22:19
propounded
  198:12
provide 22:15
  27:21 36:13 40:22
  41:16 64:1 76:15
  77:3,7 79:1
  101:22 108:12
  109:1 120:11
  130:23 139:1
  141:16 152:14
  153:15 160:4
  174:16 180:19
  190:3 195:25
provided 15:1
  17:16,21 18:1,4
  19:5 22:9 27:22
  30:7 36:5,6 56:22
  62:21 67:5 74:25

78:6,19 79:17
98:21 108:17
123:21 131:25
142:20 145:8
147:25 153:5,6,8
153:25 157:11
158:5,21,22
159:17 162:12,14
162:16 164:7,18
167:7 177:10
179:1,12 184:5,11
184:20,23 188:10
189:5,6 190:21,22
191:7,15 196:3,11
provides 83:20,23
  84:5 85:19 115:4
  122:5 128:19
  166:20 170:17
providing 24:6
  26:15 41:15 48:24
  54:2 171:20 178:8
  192:23
provisional 177:19
  185:21
public 184:23
  200:6,24
publication 44:11
published 52:25
  80:19 100:10
  117:1
purchase 168:6
  170:17 174:24
purchased 171:19
purpose 144:3
purposes 80:13
  97:5 99:8 138:17
  139:3,24 183:7
put 51:20 52:12,13
  115:11 186:21
putting 87:8 90:1,5
pviswanath@coo...
  2:25

──────────────
       Q
──────────────
quadrilateral
  71:14,17 72:12
  74:1 84:25 85:2

93:4,6
quality 181:13
  182:2
question 8:9,10
  11:11,11,16 12:10
  12:20 15:5 19:19
  19:25 20:2,18
  22:3 24:12 28:21
  35:13,25 39:22
  40:6,20 41:2,13
  41:15 46:11 47:6
  50:14,19 57:1,2,6
  57:10 59:13 60:19
  60:20 64:7 65:14
  77:8 78:1 81:23
  81:25 82:2 88:8
  88:13 89:9 90:18
  98:3,6 99:11,13
  99:18,19 104:20
  106:5 115:8
  121:21 124:24
  125:14 128:7
  130:10,22,24
  135:3 142:9
  148:16 149:11,24
  152:5 155:19
  164:24 171:18
  172:7,9 173:5
  176:20 181:1
  183:8,15 194:10
questions 7:15 8:6
  12:8 41:19 49:24
  78:17 82:14
  133:14 146:19
  193:20 196:20,24
  197:9 198:11
quick 45:7 120:20
  196:23
quickly 193:9
quite 21:9 23:8
  24:13 30:22 33:18
  120:24 171:23
  190:18
quote 16:23 85:16
  180:19,20,23
quote/unquote
  54:3

quotes 53:21

──────────────
       R
──────────────
R 133:1
raise 6:1
RAM 117:25
range 62:8 63:23
  64:4,9,10,16,18
  64:25 65:7,12,16
  68:21 69:13 80:11
  81:3,5,7,17,21
  82:19,20 84:6
  85:20,24 96:12
  97:3 99:15,21
  100:13,15,18
  101:4,12,18,24
  102:23 103:16
  104:2,9,10,12
  105:2,5,8,12,14
  105:18 106:3,7,13
  106:21 107:2,11
  107:13,14,21
  109:3,4,5,8,19,24
  110:3,9,13,17,20
  111:7,8,16,21,22
  112:1,13,14,18
  113:8 114:9,13,18
  114:19,24 115:3
  115:11,20 116:8
  117:13,16,19,21
  119:8,13,18,21,23
  120:1 122:5 128:6
  148:4,7,8,11,14
  148:15,17,20,23
  149:2,6,13,13
  150:3
rangemap 100:3
ratio 85:19 122:5
ray 13:5,6
re-ask 50:19 59:13
  60:19 88:12 89:9
re-sampled 94:19
reaction 188:3
read 9:18 10:10
  46:12 51:11 66:22
  67:4 84:10 85:10
  102:3 127:9

145:19,19,21,21
164:6 170:6
180:25 194:21
195:1,12 197:9
198:8,9
reading 38:25
  44:17 71:25 74:5
  76:1 77:13 83:7
  85:14 102:8
Ready 193:19
real 73:23 155:11
really 53:9 85:25
  99:10 108:24
  111:3 154:8
  158:20 177:12
  193:9
realm 19:24
realtime 193:10
  200:4
reason 7:24 128:20
  129:10 141:23
  146:13 172:1
  188:6 199:7,10,12
  199:14,16,18,20
  199:22
reasons 142:2
  182:5
recall 26:20 40:21
  42:11,14 48:24
  49:14 51:1,3,18
  54:15 56:4,6,25
  57:4 59:20 60:13
  60:15 61:1,3 64:2
  74:8 76:14 77:6
  77:25 81:4,23
  120:10 123:4
  135:24 155:3
  158:1,2 161:6
  163:3,5 164:17
  167:13 168:10
  181:6 187:10,15
  192:19 193:4
recalling 69:9 74:9
receipt 154:22
received 18:12
  166:8
recess 45:17 46:23

52:3 59:9 90:23
94:1 132:7 193:15
197:5
**recognize** 9:15
22:13
**recollection** 155:3
**recompute** 106:16
**reconvene** 45:11,12
**record** 5:3,12 45:16
45:19 46:20,22,25
51:23 52:2,5 59:5
59:8,11 90:20,22
90:25 93:22,23,25
94:3 132:4,6
133:4,14 193:14
193:17 195:3
197:2,4,7 199:7
**recorded** 36:9
**rectangle** 72:14
85:2
**rectangles** 73:11
**rectangular** 71:13
72:17
**rectification** 93:14
120:22,23 121:11
121:23 122:8,9,14
122:19,23 123:11
123:18,23 124:1,4
124:9,11,15,17
125:5,11,15 126:3
127:4,18,24
128:10,20 129:9
129:17,22 130:2
130:12,18,25
131:9,22,24
192:12
**rectifications**
131:13
**rectify** 120:25
121:6 124:19
125:12,15 127:15
**rectifying** 126:8,22
**reduce** 192:3,13
**reduced** 146:14
**refer** 12:17 27:16
27:16 30:17,23
33:23 54:3 88:5

114:13
**reference** 14:12
40:14 47:20 59:23
60:7 65:3 72:1
82:10 102:12
111:14 123:2
125:21 132:1
134:7,9 146:20
182:10
**referenced** 4:13
160:9 162:24
**references** 31:18
102:11 103:22
134:11 138:21
139:18 141:15
153:17 160:21
190:25 193:23
194:8 195:15
**referred** 23:15
33:24 38:23 75:24
83:8 84:14,16
120:24
**referring** 28:5
29:11,23 31:4
32:5 33:17 36:23
38:2 49:3 50:9
54:16 60:3 75:20
82:23 83:3,16
84:7,7,21 88:9
89:3 92:17 103:2
103:6 104:16
114:13,17 121:18
126:15 151:19
169:25
**refers** 29:5,9 32:23
33:20 38:12 48:6
83:19 85:12
110:22 111:19
114:16
**reflect** 23:2,21
24:18 29:25 31:25
34:3,12,24 35:16
35:21 36:7 37:5
42:5
**reflected** 10:18
**reflects** 29:7 37:2
44:1

**regarding** 41:12
42:15 98:3 154:16
155:5 156:19
163:10 168:19
169:22 179:11
196:3
**regardless** 40:25
166:10
**regards** 47:17
**region** 74:1 84:25
**register** 37:13,23
38:17 39:4 43:10
43:15 144:17
145:4
**registered** 38:6
200:4
**registering** 43:6
**registration** 39:3
39:10 91:19,21
92:1,2 93:13,17
95:9 124:12
127:25 145:5,6
192:3,12
**regular** 197:23
**rehit** 106:22
**rejoin** 133:15,19
**relate** 36:11 144:24
**related** 11:25
167:23 169:12
171:14 190:20
191:12,16
**relates** 190:7
**relating** 155:1
**relation** 42:13
157:2
**relationship** 38:15
**relative** 69:23
135:12 200:14
**released** 18:18
**releases** 189:24
**relevant** 46:3 76:9
76:17 143:10
152:7 177:9 178:9
178:10 186:12,20
189:5
**relies** 127:24 136:2
**relying** 66:17,17

**remainder** 86:5
**remained** 177:22
**remember** 152:21
**remote** 2:1 3:1 5:5
6:21
**remotely** 200:8,10
**render** 21:19 22:6
41:19 56:14 98:1
139:18
**rendered** 22:5 41:1
82:4 151:13 160:7
**rendering** 23:18
24:16
**repeat** 28:21 34:6
40:6 47:5 155:19
175:4
**rephrase** 28:25
39:25 99:13 125:9
135:3 142:9
**replacing** 63:5
**report** 13:9,11
21:23 22:1,14
28:17 36:5,16
47:12 54:16,19,20
54:20 55:9,9
64:24 79:12 82:12
143:6 147:12
152:20 155:6
183:17
**reported** 1:23
10:20
**reporter** 5:23,25
6:8 46:17 58:23
59:2 197:17 200:4
200:5,5
**REPORTER'S**
200:1
**reports** 14:12
157:12
**repraise** 169:16
**represent** 97:9
171:9 195:14
**reproduce** 33:9
181:10
**reproduced** 36:15
**REQUESTS** 4:9
**require** 107:6

115:5 116:11
117:8 131:4,7,8,9
131:10 139:7
148:16
**required** 74:20
108:7 112:10,22
115:9,13 150:16
**requirement** 175:8
**requirements**
154:19 155:17,22
156:8
**requires** 30:24
42:10 82:13 87:3
87:7 174:12
**res-** 76:13
**resampled** 73:25
93:16 94:7
**resampling** 93:16
94:6
**resize** 69:11
**resized** 68:14,19
70:17,23,23
**resizing** 68:23
69:20 71:7 74:11
**respect** 16:3 20:23
46:6,13 47:8
61:15 64:2 72:17
82:12 84:17 85:1
85:4 86:14 87:6
92:11 105:18
151:11 155:10
159:3 164:2 166:5
166:7,8 167:16
**respective** 39:12
65:21 68:7 156:14
**respond** 57:1 78:24
79:3,5 98:14
**responded** 64:7
81:24
**responding** 41:18
56:23 60:16 61:3
98:2,8 116:3
123:3 178:8
**response** 41:11
56:21 78:20 79:2
79:15 82:7 108:3
123:20 124:24

responsible 18:14
rest 52:9 127:9
  129:2
restart 59:14
restrict 70:15
result 109:23 115:6
resulting 68:8
  122:11 145:7
  192:25
resumed 133:7
retain 29:25 37:15
  37:25 38:3 39:12
  43:12 71:9
retained 39:17
retaining 41:25
retains 25:18 26:3
  26:10 40:2,8 41:7
  42:21 43:2
revealing 14:22
  15:3
reverse-engineered
  15:22
Reverse-engineer...
  15:23
review 14:9 152:24
  153:21,23 156:1
  158:13 163:1
  164:3,6 178:13,22
  179:8 180:7,12
  187:25
reviewed 20:19
  159:9 160:1
  162:17 178:17
  179:1 180:13
  186:8 187:9
reviewing 15:14
  21:21 31:14 40:5
  44:6 48:4 54:13
  57:9,22,25 60:1
  62:19 68:11,15
  69:7 94:14 95:4
  103:21 105:7
  107:25 110:21
  118:20 119:1
  128:12 134:23
  137:22 138:1
  150:19 154:21

160:24 172:6
  176:15 185:3
revise 165:20
right 6:1,15 7:23
  8:2 9:12,24 19:16
  20:12,22 21:6
  22:19 23:19 26:8
  27:11,18 34:4,13
  34:21 36:25 37:1
  37:3 38:10 39:19
  42:1,18 46:4,9,16
  47:5,11 54:8
  56:15 58:10 62:12
  71:7,22 76:5 82:6
  83:12 85:11 86:18
  87:4,8 88:15,19
  88:23 89:2 90:14
  94:7,10,13 95:13
  95:14 96:2,13
  100:9 103:4,16
  105:2,15 107:12
  109:6,7,12 110:11
  110:20 112:8,15
  113:16,17 114:2
  114:10 117:19
  120:17,18 125:9
  126:23 131:22
  134:21 135:18
  136:7,12 137:11
  137:14 139:19
  141:3,18 145:14
  147:2,10 148:5
  153:9,9,10 155:18
  155:23 157:18
  158:13,15 159:25
  160:11 163:20
  166:23 168:9
  172:10,14,18,25
  176:7,14 187:19
  189:18 191:1
  192:3 194:25
RMR 1:24 200:22
role 168:6
rolling 135:15,25
  142:19,20,22
  143:12,14,17
  144:18 145:8,9

146:7,8
room 7:10
rough 197:18,21,23
rule 48:20
rules 8:4
running 143:16
runs 25:12 61:8
Russ 3:5 5:20

S

S 133:1,1,1
s/ 200:22
safe 165:25
sample 36:9
samples 184:5,11
Samsung 167:19
  168:17 169:9
  170:12,14 171:2
  171:18,19,25
  173:12
Samsung's 168:20
  169:22 170:19
  171:5,13 172:3
  173:2,8 174:18,19
  174:23
sat 8:2
satisfied 40:16,17
  147:5,13 157:3
saw 79:6 135:2,2
  150:23 163:3
  183:2
saying 17:13 68:23
  69:25 111:8
  112:16 127:15
  174:22 182:21
  187:2
says 16:2 18:21
  25:17 26:9 37:11
  39:8 52:23 55:11
  61:16 79:8 91:18
  93:15 96:3,7 97:2
  100:2 101:1 103:5
  118:23 119:8
  128:9 130:22
  135:1,19 154:15
  159:16 163:15
  181:10 184:9

186:22 194:2
  195:4
scale 50:11 53:11
  53:20 55:12
  127:17
scan 124:12 135:14
  143:17,19
scanlines 126:10
scene 36:19 69:14
  70:18 135:12
  144:20 146:11
scenes 121:4
  144:18 145:4,6
scope 13:16 15:15
  49:13 50:5,24
  55:6 56:3 64:22
  67:1,21 74:18
  77:1,12,24 78:14
  81:13 97:25 98:19
  99:5 113:10 120:9
  121:13 138:15
  144:15 178:5
  179:10
scratch 173:4
se 96:20,23
search 124:13
searching 124:13
second 11:16 23:7
  25:12 63:15,17,22
  63:25 64:21 65:20
  66:2,6 68:3 69:22
  93:19,20 126:5
  135:5,18,21,21
  136:2,7,11,12
  181:2 187:16
secondary 67:16
  150:10,13 151:2,7
  151:8,15 152:6
  172:13 180:1
  196:7
seconds 110:2
section 21:22 30:8
  32:23 73:1 84:1
  119:4 129:7
  146:25 147:3,11
  147:14,21 155:14
  166:4 176:2

177:12 193:23
sections 31:11
  51:19 60:2 145:17
see 10:3 14:21 17:7
  17:9 25:14,21
  26:2,12 27:5,6
  28:4 37:17 39:14
  42:24 44:3,19,23
  51:4 52:22 53:4
  54:8 55:19,24
  57:24 60:4,7 61:9
  61:20,21 64:8,10
  64:15 66:9 68:12
  68:14,16,17 69:5
  79:24,24 80:3,7
  80:10 82:1,22,24
  85:7 91:11,23,24
  93:18 94:8,11,15
  94:25 96:21 100:5
  101:6 102:20
  103:13 105:19
  117:22 122:15,17
  126:11 127:1,6,7
  128:11,13,23
  130:3,13 131:1
  135:16 137:25
  142:9 145:15
  153:19 154:2,14
  155:6 158:10
  160:23 161:8
  162:13 163:8
  167:3,21 172:11
  177:24 179:4
  182:22 183:11
  184:14 188:24,25
  189:13 192:4
  193:25 194:5
  196:24
seeing 21:22 74:8
  120:10 143:14,16
  143:20,22
seek 139:22
seeking 15:2
seen 151:25,25
  157:15,22 159:22
  162:22 165:2,10
  177:23

segment 146:17
segmented 80:17
segments 20:13
selected 152:17
selection 185:17
  186:15
sense 45:7 117:6
  127:4 132:3
sensor 34:17,18
  53:2 97:19 139:12
  143:15 174:9
  192:9,10
sensors 137:17,17
  138:3,3,18 140:3
  144:7
sent 134:2
sentence 17:13,17
  18:20 23:16 26:8
  26:20 39:6 52:22
  61:21 64:10,10
  96:15 97:2 100:25
  101:9,10,11 102:2
  103:23 111:13
  123:24 126:11
  127:1,7,10,14
  128:13,18 135:1,7
  135:18 163:15
sentences 26:17,21
  27:12 111:14
separate 19:20
separately 33:21
September 159:18
sequence 131:14
sequences 140:19
series 17:6 135:14
  182:16
services 7:5
set 24:3 37:14,23
  43:7,11 153:6
  160:21 161:8,12
  188:23 189:1,7
  200:18
sets 27:19 153:4
setting 49:1 75:11
shape 25:19 26:4
  42:18,22 43:2
shapes 23:1,21

24:17 42:4
share 36:20 178:20
shared 18:22
  154:25 185:1,13
  185:18 186:4,23
  187:17,22 188:1,6
  188:15
sharp 119:11
sharpen 119:15,17
  119:19
sharpened 119:11
Sheet 198:14 199:1
shift 39:18
shifted 39:11
shifting 40:2,8 41:8
  42:10,13,15
short 31:8
Shorthand 200:5
show 46:5 48:2
  57:19 85:6 112:10
  165:11 168:7
  179:21
showed 116:10,14
  153:8
showing 35:9 60:4
  104:17 108:14
  151:10 196:4
shown 32:15 52:24
  60:18 63:3 65:11
  101:3,17,24 104:1
  104:12,13 111:25
  147:4,12 150:7
shows 36:18 57:23
  101:23 111:22
  168:22
shutter 135:15,25
  140:16,18 143:12
  143:14,17 145:9
shutters 142:19,20
  142:23 144:19,20
  146:7,8,13
sic 173:14
side 113:1,19
sign 197:10
signal 80:12 97:4
  120:2 122:4 141:7
signal-to-noise

85:19
SIGNATURE
  198:19 199:25
signed 187:5,6
  188:12,13 191:9,9
significant 94:21
  95:17 109:2 115:5
  116:11,21 121:9
  130:6 131:5 139:7
  142:21 168:5,6
  170:13
significantly
  139:13
similar 69:13 71:14
  165:9 171:6
  179:16
similarities 142:13
similarly 55:16,17
simple 35:12 63:1
  67:8 77:15 93:10
simplified 124:3
simply 27:25 63:4
  71:4 73:4,10 75:4
  75:20 92:20 93:9
  95:7
simulations 160:22
  161:9,13 188:23
  189:2,7
simultaneously
  97:20 108:13
single 48:7 57:13
  97:11,12,14,19
  112:10 119:17
  124:12
sir 37:22 42:6
  106:5
sit 9:2 16:11 41:3,9
  98:13
sitting 7:19 51:17
  60:13 61:2 64:2,8
  68:16 69:9 116:16
  138:10 143:6
situation 44:24
  146:11
situations 44:19
  110:5 123:19
Sivinski 2:3 4:4

5:14,15 6:14 8:23
  9:11 32:3 45:4,12
  45:20 46:20 47:1
  51:22 52:6,11
  58:9 59:6,12
  86:12,13 90:19
  91:1 94:4 125:19
  132:2 133:10
  134:3,4,17 175:11
  175:16,17 193:11
  193:18 196:19
  197:1,11
six 185:18
size 71:9
sizes 68:8
skill 10:13,14 44:5
  44:12,17,21 45:1
  69:10
skilled 100:4,13,16
  100:18
slightly 12:8
small 73:5 186:15
smaller 53:22
  55:13
smooth 173:16
  174:4,8,12,16,18
  174:22,25
smoothing 174:7
smoothly 52:9
SNR 84:5 85:24
software 14:3
  189:5,6
Soga 146:20,21
solemnly 6:2
solution 112:20
solutions 112:21
somebody 15:2,19
  19:13 134:2
someplace 90:6
sophisticated 73:3
sorry 16:18 20:17
  28:22 32:2 34:8
  35:6 49:8 53:1,15
  55:17 56:1 60:23
  64:12,14 69:15
  85:22 99:17 102:6
  113:18 118:8

121:19 125:8
  145:17,20 159:7
  162:1 173:22,23
  174:2 175:4,20
  176:16 184:10
  189:9
sort 20:15 59:14
  113:4
sorts 6:25
sounds 45:10 58:25
  197:11
source 157:23
  185:17 186:3
space 50:16
speak 27:25 28:1,2
  36:6 155:4 181:3
speaking 27:13,13
  35:1 55:17 73:23
  86:19 120:5 123:1
speaks 17:17
  180:20 196:10
special 142:6
specific 15:4 19:11
  19:12 20:1,4,6
  21:23 26:20 28:17
  31:4,24 34:19
  35:14,19 36:3
  42:11,19 44:3
  48:13 51:18 56:4
  56:6,8 62:20
  68:12,17 77:4
  81:5,9 82:1 89:16
  105:16 108:15
  116:13 121:17
  123:7 128:13
  139:8,12 145:14
  148:17 151:19
  152:4 157:21
  163:9 168:3 170:8
  175:25 177:11,11
  190:6,17 192:16
  197:18
specifically 11:14
  16:3 20:1 25:11
  26:21,21 29:2
  47:23 49:4 54:16
  54:25 73:24 74:8

81:24 100:1 105:4
110:22 114:17
118:4,18 122:18
134:25 136:18
154:24 159:1
163:5 165:13
166:19,22 169:20
170:4 171:24,25
180:8,22 189:21
192:8 193:22
**specification** 25:10
25:17 26:15 27:9
27:19 28:8,10,13
28:14 29:15,18
30:7,9 31:5,9,19
31:22 33:1 37:10
39:6 40:14 43:5
43:19 44:18 45:2
80:5 83:23 85:14
91:6 102:22 122:1
178:17 184:20
192:17
**specification's**
38:21
**specifications** 48:1
**specifics** 34:14
82:16,24 115:19
**specified** 123:24
162:6
**speed** 73:6
**spelled** 193:2
**spelling** 9:4
**spend** 10:22 41:17
**spent** 41:17 190:18
**spoken** 11:19
**sporting** 140:11,22
140:23 141:2
**stage** 15:9 48:7
57:12,13 103:8,10
**stages** 48:7 57:13
57:23,24,24 58:1
58:2,6 65:13
101:5,19 104:3,14
112:3,19
**stand** 26:6
**stands** 140:23
**start** 81:16 128:8

**started** 133:13
**starting** 43:22,24
46:18
**starts** 45:24 91:7
91:11 102:18
126:6 143:20
**state** 23:11 35:3
63:8 117:3 184:4
**stated** 12:12 30:3
45:2 55:9 79:12
192:1
**statement** 12:5
37:19,21 101:16
127:11 159:16
**statements** 159:15
**states** 1:1 53:19
67:13 115:22
135:8 189:4
**stating** 12:6 16:8
18:15 19:11,12
20:9 27:21 53:25
59:21 61:2,2,4
69:4 71:24 95:7
100:12 101:11
154:24 160:14
169:13,14
**Stein** 134:7,8,19,20
135:8,25 136:1,5
136:14,19 137:4,8
137:13,20 138:11
139:2,23,25 140:1
141:18 142:1,6,15
142:18,25 143:2,3
144:12,13,16
145:14,22 146:2,4
**Stein's** 134:8 143:9
**stenographically**
200:10
**step** 69:6 74:15
91:19 93:16 94:5
94:6,9,10,11,13
94:15,18 95:9
105:1,23 106:7
109:11,19 110:13
110:16,20 113:2,8
113:17,18,18,18
113:19,21,24

114:2 124:14
**Stephanie** 2:3 5:15
133:22 193:9
**stephanie.sivinsk...**
2:8
**steps** 106:18,24
107:1 109:15
110:14 114:1,6,16
114:20,21 116:5
116:13 124:5,7
**stereo** 124:2,5,16
**stop** 62:2
**Street** 2:22
**strike** 4:7 128:7
**strong** 18:14
182:20
**strongly** 17:2,14
18:16,24 182:13
**students** 117:2
**studied** 56:13
**sub-camera** 39:10
**sub-quadrilateral**
86:25
**sub-rectangle**
86:25
**subject** 54:23
**submitted** 8:13,20
8:25 11:22 13:18
20:25 21:19 22:6
**subsequent** 97:18
124:6,12 143:22
**subset** 185:7
**substance** 9:6
198:13
**substantial** 116:21
**substantive** 9:6
**succeeding** 114:1
**success** 168:7,22
169:1,15
**successful** 168:25
**successfully** 116:14
192:1
**suffice** 88:3 123:22
**sufficient** 44:24
122:21 125:4
**suggest** 183:3
190:16

**suggesting** 76:15
116:4 129:20,23
**suggests** 64:9 108:4
195:9
**suitable** 108:9
154:9
**Suite** 2:5,13
**suited** 147:10
**sum** 18:16
**summaries** 10:1
**summarized** 23:8
152:18,25
**summarizes** 152:15
**summary** 145:1
153:7,15
**supply** 43:18 44:1
**support** 173:19
187:3
**supported** 183:6
**supporting** 169:19
**supports** 174:15,19
179:24
**suppose** 164:23
**sure** 11:10,13 17:23
22:2 24:7 28:23
34:5,7,25 35:13
35:20 36:1 42:20
45:12 46:12 48:5
81:2 87:18 89:3
116:2 125:7,8
141:11 144:21
148:10 155:20
172:8 175:6
180:25
**suspicious** 182:17
182:19
**swear** 5:23 6:2
**sweep** 129:3,4,9,17
129:24 130:3,13
130:19 131:1,10
131:24
**switching** 174:9
192:14
**sworn** 6:11 200:8
**synchronization**
139:22 142:19
146:8

**synchronize** 146:12
**synchronized**
144:19
**synchronous**
144:20
**synonymously**
38:18
**system** 14:20,21,22
30:11 34:15,16
36:1 49:2 52:8
58:3 73:23 110:9
130:2,3,12,13,25
131:1 135:9,20
136:6 142:18
146:9 158:16
182:1
**systems** 49:20
50:10,11 58:2
82:14 139:4,8
**Szeliski** 4:19 36:15
36:17,23 125:20
126:15 127:12,15
129:7,10,14
131:25
**Szeliski's** 35:8
129:22

---

**T**

**T** 133:1
**T]he** 44:10
**table** 52:24 53:20
54:5,9 55:3,19
79:22 149:1,3,14
149:15 150:7
**take** 8:6 21:4 25:9
32:17 34:2,11,11
34:22 35:15 45:7
54:1 55:2,4 59:24
61:5 90:7,20
110:2 115:10
120:21 132:3
134:13 136:17,20
137:23 164:21
175:13 196:23,24
**taken** 34:23 35:9
37:6 45:17 46:23
52:3 59:9 67:19

69:1 70:7,11
90:23 94:1 97:20
132:7 143:11
163:16 193:15
197:5 200:9
**takes** 109:25
133:19
**talk** 11:4,8 16:4
20:12,22 49:4
102:23 118:4
133:24 134:18
150:9 180:22
189:25 191:25
192:5,17
**talked** 41:23 76:3
82:3 148:3,4
172:10,12
**talking** 11:14 28:4
29:10 30:9,10,16
30:22 35:1 42:2
42:17 43:5 44:4
67:10 71:3 73:12
73:13 82:25 84:22
84:22 85:10 88:10
88:11,23 91:3
93:12 96:12
104:16 122:18
133:17 169:11
176:5 181:19
**talks** 38:8 87:10
88:20 92:24
142:18 192:7
**task** 114:17
**tat** 20:10
**taught** 56:14 72:25
75:4 86:2 88:10
107:17
**teach** 107:3 118:18
144:13
**teaches** 56:12 75:18
76:5 94:17 104:22
105:1 111:8 127:3
134:19,20 136:14
137:4 144:16
**teaching** 39:16
66:20 77:21 80:3
80:7 108:18

126:13
**teachings** 56:1
58:15,16 59:16
73:8 82:18 118:15
**tech** 190:12
**technical** 139:17
141:17
**technique** 63:9
65:18 72:20 76:11
99:15,21
**techniques** 72:23
78:3 191:21
**technologies** 17:1
166:7,10
**technology** 17:15
17:16,20 163:17
163:20,25 164:2
164:10,12,19,22
165:1,6,18,23
166:6,20,22,25
167:16 168:2,4,21
169:24 170:9,21
170:23,24 171:3,4
171:12,24 173:15
174:25 178:25
179:22 180:22
182:11,18,23
183:4,4,5 185:14
186:5 188:8,17
189:18 190:1,2,4
190:6,7,12 192:22
194:19,19 195:10
195:11,22,23
196:14
**Tele** 27:3 37:13,23
38:5,8,13 39:1,12
39:18 43:7,10
69:14 70:10,13,22
70:22 71:1,9,14
71:19,21 72:10,14
72:21 73:25 77:17
84:4,24 85:18
86:24 87:12,17,23
88:18 89:2,5,13
89:22,23 90:13,16
91:20 92:4,6,10
93:7,16 94:7,19

95:10,19 96:6,6
122:3 127:20
128:2 154:19
158:8,11 159:4,21
159:24 160:3
174:6 180:21
185:2 192:9,14,24
**telephoto** 155:9
181:12
**tell** 92:9 123:22
125:9
**telling** 170:12
**ten-minute** 45:7
196:25
**tending** 173:19
**ter** 147:23
**term** 22:25 23:15
24:6 25:7 31:7,25
32:22 33:21 39:3
42:3 43:15 44:2
49:14,15 50:6
51:1,2,4,7,9 53:15
61:24 64:15,25
83:3,5 92:16,18
101:12 111:16
116:22 147:15,18
148:8 176:2
189:12 192:19
**terminology** 48:9
**terms** 21:8 22:11
22:18 24:1,4,7,23
25:2 26:22 27:23
27:25 28:17 29:22
30:12 35:22 44:23
55:18 74:10 88:6
89:15,15 98:23
137:18 138:18
190:1 196:7
**testified** 6:11 28:24
133:7
**testifying** 7:2 8:12
**testimony** 6:4,20
7:25 29:1 107:24
139:16 141:20
153:12 156:25
187:1
**Texas** 2:6,14

200:23
**text** 21:23 24:25
29:13
**Thank** 5:22 6:8
7:23 10:15 25:8
37:8 45:14 57:18
59:6 90:18 100:20
134:15 143:7
150:8 197:12,16
**Thanks** 6:19
**themed** 73:22
**theoretical** 13:5
**thereof** 200:17
**thing** 30:16,17,19
30:23,24 106:9
165:8 180:13
**things** 6:25 49:25
108:5,13,15 117:7
123:7
**think** 9:4 13:12,24
14:25 15:17 20:13
24:13 31:17,17,24
39:22 40:18 48:17
48:25 53:9 60:20
61:1 62:22 63:11
63:18 67:3 69:9
72:24 75:3 77:2
83:7,15,18,20,23
85:23 88:8 90:19
99:23 105:17
107:6,7 108:6,18
108:24 109:1,22
110:7 112:22
114:11 116:14
120:6,11 121:15
122:16 123:1
129:10 132:2
137:2 138:2 142:8
143:1 148:8
152:23 155:8
165:6,8 166:6,8
168:21,23 169:13
171:2 173:24
175:11 180:2,19
182:20 185:23
187:23,23 189:17
190:9 193:2

**thinking** 32:14
74:4 129:1
**third** 87:11
**thought** 44:20 59:2
75:22 88:9 110:24
183:15 190:18
**thread** 180:14,17
181:7,15
**three** 55:20 66:2,3
73:19 96:17,25
97:9 114:1,8
122:6 143:5 170:1
170:3
**thumb** 48:20
**time** 5:5 21:10
23:14 33:3 41:17
45:11,15,18 46:21
46:24 52:1,4 59:7
59:10 74:24 75:2
76:9,17 78:1,18
82:17 86:11 90:21
90:24 93:24,25
94:2 97:22 98:14
106:13 107:11,14
117:11 132:5
133:2,3 143:21,22
144:23 146:18
176:21 190:19
193:13,16 197:3,6
197:13,14
**times** 143:8
**timing** 17:4 18:8
182:15,17
**title** 147:11
**titles** 170:11
**today** 5:16 7:2,19
7:25 8:13 9:2,22
11:5 12:8 16:11
41:3,9 49:24 52:9
74:23 81:14,16,17
138:10 148:5,9
197:13
**today's** 197:15
**told** 56:13 85:10
164:11
**top** 51:3 56:5 103:4
122:25 123:4

143:1 163:14
167:12 181:6
tossing 35:22
total 155:9,17,22
156:2,13,15,22
157:4,16,24 159:2
159:6,6,7,23
tracing 13:6,6
track 155:9,17,22
156:2,15,22 157:4
157:16,24 159:2,6
159:7,7,23
tracking 96:19 97:8
97:14,21,21 98:24
99:8
TRADEMARK 1:1
training 13:1
transcribed 200:11
transcript 198:8
200:12
transcription
198:10 199:8
transcripts 133:23
transition 173:16
174:4,8,13,16,18
174:22 175:1
182:3 192:15
translations 147:8
TransPerfect 3:12
traveling 113:4
TRIAL 1:2
trick 50:13
tried 109:18 130:1
165:20
true 200:12
truth 6:5,5,6
truthful 7:25
try 66:5 114:23,23
125:8 130:2,11,12
130:25 131:1
142:9,10
trying 13:16 31:23
50:13,14 86:1
108:22
turn 9:24 16:16
52:18 96:9 118:8
175:18 193:21

196:20
turns 22:12
Tweet 189:17
Tweets 189:24
two 8:13 26:15,15
26:17,20 27:12,19
29:15 30:16,18,23
30:24,25 35:9
36:14,19 39:20
48:6 57:13,19,23
57:23 58:1,6
61:17 62:11,14,18
63:10 67:9,14,19
67:23 68:5,6,7,18
68:24,25 69:25
70:2,2,3,7,17,18
74:6,16 75:5,9,14
77:11,17 82:21,23
83:2,11 84:11,13
84:14 88:21 92:17
92:17,19,21 97:10
97:20 106:1 109:5
109:6,7,12,20
110:13 113:20,23
113:24,25 114:8
120:25 124:18
125:2,12,15,16
127:15 134:20
135:2,2 137:4,8
138:21 139:4,18
141:15 144:22
145:3 149:19
158:21 176:16,24
two-dimensional
71:18
types 26:16 27:19

U

U.S 4:16,17,20 9:13
168:8 194:8
195:16
unclear 105:9
111:10
underexposed
118:24
undergo 66:11
undersigned 200:3

understand 8:8,12
11:10 13:1,10,11
15:8,10 17:23
18:20 20:3 22:2
22:25 24:3,8 25:6
28:9,12,19 30:8
30:14 31:6 32:25
38:2,23 39:1
40:13,17,22 41:5
41:6,24 42:3 43:1
43:14 49:23,25
50:8 51:8 53:14
55:18 61:22 62:10
62:17 63:8 64:18
65:19 66:13 67:24
68:18 69:12,22
70:16 71:25 72:3
72:19 74:13,14
75:8,13 76:1,19
77:9,20 80:23,24
82:4,5,10 83:1,8
85:13 98:21 102:4
105:17 106:6
107:5,21 112:5,6
118:13 130:21
141:11 147:2,23
148:10 159:16
understanding
13:17 14:23 15:12
16:10 21:9 24:21
25:1 28:18 32:22
33:3 40:23 43:20
43:21 44:8,16,21
49:19 50:1,3,10
72:2 76:4,7,10,20
76:24 77:5 78:8
79:7,11,12,13
98:22 108:19
139:15 150:15
152:5 154:11,22
156:11,18 157:7
157:10 158:23
159:5,20 160:5,12
161:18 163:24
164:5,9 165:1,3
165:16,22 171:25
172:23 185:9,16

186:3 191:11
198:14
understands 25:2
33:19 83:19
understood 7:7,16
10:15 23:13 24:9
26:1 29:1 31:21
45:1 50:15,21
68:13 77:15 78:3
78:22 81:21 82:16
82:20 109:10
121:5 125:5,7
141:15 153:24
158:22
undue 115:11
unit 67:15,16
UNITED 1:1
units 148:21
University 58:21
unsampled 103:11
up-samples 105:24
up-sampling 92:25
93:3,8
usage 140:4,15
142:4
use 15:6 21:14
35:10 49:15,20
57:8 58:14 59:15
63:23 65:16,19
66:4,24 68:1
70:12 72:7,20
73:10 89:8 95:10
95:15,21 96:1
103:15 105:5,14
106:21 107:22
112:14 114:18,23
116:21 119:18,23
125:11,15 128:20
129:17 130:18
131:10 136:5
137:13 140:25
141:14 142:1
143:9 146:7 154:9
179:15 180:9
192:22
useful 62:5 74:15
75:9,13,19,22,23

76:2 77:10
user 192:21
uses 33:21 96:5
utilization 190:3
utilize 15:3

V

v 198:1 199:4
vague 22:21 38:11
43:3 54:12 55:7
57:21 62:20 66:7
67:2,12 68:10
71:23 81:12 87:9
117:14 127:13,22
149:9 158:17
161:24 162:3
173:10 178:16
179:6 188:18
191:3 195:24
Valerie 3:12 5:9
valuable 169:15
value 54:1 63:6,14
72:7 86:23,23,25
valued 165:24
166:2
values 86:20 90:1,2
94:23 95:7,16,19
95:21,23,24 96:1
96:6,6
variables 131:15
variety 15:24,25
49:21 72:23 80:13
97:5 123:18 166:7
various 171:12
vehicle 135:9,13
140:2 144:8,17
versa 43:7 87:13
version 160:19
versus 5:6 29:3
117:8 130:19
163:9 170:10
vice 43:7 87:13
Victory 2:5
video 5:5 140:14,15
140:20,21 141:1
VIDEOCONFE...
1:11

**videographer** 3:12
5:3,10,22 45:15
45:18 46:21,24
52:1,4 58:25 59:3
59:7,10 90:21,24
93:21,24 94:2
132:5 133:3
193:13,16 197:3,6
197:14
**VIDEOTAPED**
1:11
**view** 21:1 23:4,24
26:7 27:2,7,10,11
27:17 28:1,3,5,6
30:10,10,12 31:2
31:6 32:24,24
33:2,4,5,6,7,11,12
33:14,15,16,17,20
33:20,22,22,24
34:4,13,15,24
35:10,11,11,17,20
35:21 36:10,10,11
36:12,20,21,24
37:3,6 70:3,11,19
128:1 133:22
135:11,22,23
136:10,12,25
137:5,10,10 175:9
192:10,25
**viewed** 23:13
**viewing** 145:8
**Vision** 4:18
**Viswanath** 2:20
5:18
**VLSI** 118:1
**vs** 1:5

**W**

**W]herein** 26:25
**wait** 110:2
**walk** 72:4
**walked** 83:13
**want** 9:7,25 11:3
15:6 22:1,14 25:9
34:19 36:3 39:5
45:22 50:18 61:5
69:18 91:5 93:21

96:8 97:23 98:11
104:20 110:17
118:10 120:13
125:20 134:5
141:11 148:1,9
165:18 175:12
188:21 193:21
**wanted** 33:23 39:16
39:24 65:23 71:9
133:14 166:19,22
**wants** 22:13
**Washington**
200:22
**wasn't** 12:23 19:18
41:10,13 78:6,6
98:10 146:11
168:15 177:8,11
179:1
**way** 12:17 14:20
19:14 38:1,4
44:12 54:17 63:11
71:20 73:3 75:5
95:14 117:18
133:24 134:1
178:12 181:21
182:1
**ways** 12:4 40:15
117:20 118:2
181:23,24 192:21
**we'll** 197:9
**we're** 7:7 30:22
35:22 45:11,16,19
46:22,25 52:2,5
59:8,11 71:3
83:15 90:22,25
93:25 94:3 113:4
132:6 133:4 136:1
148:20 193:14,17
197:4,7
**we've** 31:3 39:7
45:4 52:8 86:9
88:23 113:2,14,14
175:11
**weighed** 117:6
**Welcome** 45:21
91:2 133:11
**well-known** 99:15

99:21
**WHEREOF**
200:18
**white** 69:5
**wide** 21:2 23:2,4,21
23:24 24:18 25:18
25:19 26:3,4,10
26:11,16 27:2,4
27:19 28:1 29:9
29:12,16,16,19,19
29:21,25 30:1,1
30:11 31:7,25
32:22 33:10,11,15
33:24,25,25 34:1
34:3,10,13,22,24
35:15,16 37:14,16
37:24,25 38:3,4,7
38:9,14 39:2,12
39:17 40:2,8 41:7
41:25 42:5,21,22
43:2,6,11,13,16
70:9,12,23 71:2,7
71:8,10,12,15,21
72:11,13,22 73:25
74:2,11 77:18
84:3,5,25 85:2,17
85:20 87:1,13,17
88:1,18 89:1,5,12
89:22,23 90:14,16
91:20 92:6,7,8
93:6 94:20,22
95:7,10,15,19
96:1,5,5 119:7,19
120:15 122:3,5
123:18 127:20
128:1,3 155:1,7,7
174:6 175:10
180:20 185:2
192:9,10,14,24,25
**wide-angle** 69:11
69:13 181:12
**Wilshire** 3:6
**witness** 1:12 4:2
5:24 6:7 21:21
31:14 40:5 44:6
45:10,14 48:4
54:13 57:9,22,25

58:24 60:1 62:19
68:11,15 69:7
93:23 94:14 95:4
103:21 105:7
107:25 110:21
118:20 119:1
128:12 133:7
134:23 137:22
138:1 150:19
154:21 160:24
162:1,4 172:6,15
175:14 176:15
185:3 199:6 200:7
200:18
**wondering** 121:24
**word** 15:20 38:16
38:16 49:17 84:18
89:8,8,10
**words** 127:8
**work** 10:23 11:17
13:4 14:10 45:9
47:20 51:12 73:8
138:8 163:2
178:14,21 179:9
180:10
**worked** 130:3
**working** 167:25
193:10
**works** 15:9,24
106:25,25 130:14
131:2
**world** 73:23 108:20
**wouldn't** 68:7 79:4
105:14 106:23
112:14 139:2
165:25
**write** 10:25
**writing** 15:19
**written** 117:1

**X**

**x** 1:3,8 63:19,20,21
63:24,25 64:19,20
66:1 68:4,24 72:7
73:10,12,18,20,24
74:6 77:16 84:23
85:1 86:20,23,24

87:23,24,25 92:21
106:17 113:4
**X/Y** 65:23,25 68:1
69:23 70:24 72:5
72:8,9,12,16
86:16,17,22 87:22
92:12,13
**Xs** 66:2

**Y**

**Y** 63:19,20,21,24
63:25 64:19,20
66:1 68:4,24
73:10,12,18,20,24
74:6 77:16 84:23
85:1 86:20,23,24
87:23,24,25 92:21
**yeah** 7:7 27:12
35:18 68:16 70:22
78:8 82:9 92:5
107:13 111:13
128:16 130:20
136:21,21 138:25
140:6 143:5
147:11 153:3
158:11 172:17,17
172:23 179:21
196:22
**year** 176:13
**years** 176:16,25
185:19
**Yep** 100:6,8 148:18
**York** 200:24
**Ys** 66:3

**Z**

**Z** 18:22 73:20
**ZBB** 160:15
**Zemax** 14:5,9,14
14:17,24,25 15:6
15:14 16:4,6
17:12 19:16 20:8
20:19 153:17
154:11 155:1
160:8,17
**zmx** 158:9,12 159:4
159:25 160:16

**zoom** 6:23 84:4
  85:19,23 103:10
  106:16 114:4,4,7
  122:4 158:8,11
  159:4,21,24
**zooming** 106:12,13
  106:25 174:10

---

**0**

---

**1**

**1** 21:12 26:23,24
  27:22,23,25 28:7
  28:11,12 32:10
  38:12,16,25 40:13
  40:14,16,17 45:23
  46:2,9,13,16 47:8
  47:11,18 55:19
  60:8 79:22 149:14
  150:7 154:20
  155:2,18,23
  156:16 174:5
  175:8 181:20
  192:7 199:7
**1.1** 54:5,9
**1/2.5** 53:1
**1:08** 132:6
**10** 86:10
**10,225** 4:16
**10,225,479** 9:13
**10:00** 45:16
**10:10** 45:13
**10:12** 45:19
**10:14** 46:22
**10:16** 46:25
**10:24** 52:2
**10:27** 52:5
**10:38** 59:8
**10:48** 59:11
**1001** 4:16 9:10
**1005** 4:17 58:8
**1013** 4:18 125:18
**1023** 4:20 134:16
**11** 25:13 32:16,19
  102:19 103:3,6,19
  104:15,22 105:19
  105:21,23 110:22

111:3,8,22 112:4
  126:2
**11.1.1** 126:3
**11:40** 90:22
**110** 136:24
**114** 150:11
**115** 152:5
**12/29/21** 200:22
**12/31/21** 200:24
**12/31/23** 200:23
**12:02** 90:25
**12:07** 93:25
**12:08** 94:3
**120** 136:24
**123** 158:4 186:7
**124** 175:18 176:4
  176:24
**12424** 3:6
**125** 4:18 163:11,13
  163:14
**126** 189:15,21
**128** 170:2
**129** 173:11
**12th** 3:6
**13** 31:13 32:4,16,20
  76:21
**130** 183:18 184:1
  191:24
**133** 16:16,22 19:6
  180:5,15 182:6,10
**134** 4:20 183:18
  184:1 194:13
  195:3 196:4
**13th** 185:22
**14** 44:7 58:10,15,16
  59:16,22 60:3,4,7
  60:11,17,24 61:12
  61:13,15 65:6,11
  101:3,18,24 104:1
  104:8,12 105:5,8
  105:9,11,16 106:4
  106:8,24 107:22
  109:3,13 111:19
  111:25 112:4,13
  112:15,17 113:1
  114:24 115:4,12
  115:21 116:9

118:23 171:16
**14380** 200:24
**15** 47:14 86:10
  118:23 171:10
  187:19 188:1,7,16
**155** 167:20,22
**16** 25:23,25 42:20
  46:7,14 47:9,14
  47:15,15,24 48:2
  54:10,17 55:1,5
  56:2,18 57:7,11
  57:16,19 58:5,17
  59:18 60:3,6,9,11
  60:18,23,23,24
**17-0447** 200:23
**19** 43:23,24 44:4
  100:2 102:14,16
  156:8 159:18
**1961** 1:25

---

**2**

**2** 9:25 10:3 126:25
  147:11 193:22
  199:8
**2:14** 133:2,4
**20** 32:18 52:20 54:6
  79:18,22 80:8,22
  81:1 97:1 103:1,4
**200** 2:13
**2001** 4:21 8:22
**2007** 99:2 100:9,11
  100:14
**2010** 80:21 100:10
**2012** 186:9
**2013** 76:21,22,25
  77:9,22 78:8,9,12
  78:23 80:23 81:20
  82:6,21 98:16,25
  99:12,16,22
  100:16,19 102:8
  107:16 108:19
  117:13 121:6
  125:6 159:18
  178:12 184:10
  185:14,22,23
  186:23 187:19,22
  188:1,7,16

**2014** 52:25
**2015** 4:22 52:10
**2016** 18:11 176:11
  176:18 180:6
**2017** 186:9
**2019** 176:19
**2020-00905** 5:7
**2020-00906** 5:8
**2021** 1:16 5:1,4
  198:11 199:5
  200:10,19
**21** 118:23
**214.651.5078** 2:7
**22** 32:18 36:16
  101:14
**23** 37:11 41:22
**2323** 2:5
**28** 61:6 80:20
**29** 1:16 5:1,4
  198:11 199:5
  200:10
**291** 177:4,7 178:5
  194:16,23 195:7
  196:5,10
**2A** 136:19

---

**3**

**3** 65:8 86:5 104:9
  104:13 111:21
  187:22 193:22
  199:8
**3:55** 193:14
**30** 39:8
**310.826.7474** 3:8
**3175** 2:22
**33** 25:13 96:16
  189:4
**3402** 200:22
**36** 33:9
**38** 45:24 100:22
**39** 31:12 32:6 52:19
  53:13 55:11 91:7
  91:12

---

**4**

**4** 10:4 194:4
**4:07** 193:17

**4:12** 197:4
**4:16** 197:7
**4:17** 197:15,25
**43** 28:17
**44** 35:7 36:9,14
  128:17
**440** 103:7 104:24
  105:19
**442** 103:9
**448** 104:24 105:20
**45** 29:4,13,20,20
  30:4 61:9
**46** 22:23 23:17
  41:21
**468** 36:15,16
**47** 23:9,12 91:18
  173:22 188:16
**479** 4:16 9:22 13:22
  16:25 17:11 18:3
  21:12,20 22:7
  25:10 28:8 29:5
  29:15 32:23 37:10
  49:6 50:9 51:1
  83:4,7,9,11,19,19
  83:20,22 84:7,9
  84:16 85:4,8 86:2
  87:3,6,10,16 88:4
  88:7,11,14,20
  89:12,16 90:15
  91:4,6,15 93:12
  94:17 102:13
  107:9 120:24
  121:14,22 122:10
  122:13,17 123:14
  123:25 127:23
  148:24 150:25
  151:4,16 154:20
  155:2,18,23 156:9
  156:23 160:11
  161:15,17,22
  162:11,19 163:23
  163:25 164:10,12
  164:18 165:1,6,13
  165:17,18,21,22
  166:8,16 167:10
  167:23 168:2,4,11
  168:21 169:1,12

169:14,20 170:4
170:16,17,21
171:8,15,23,24
172:5,14 173:3,9
173:18 174:3,12
174:15,20 175:2,6
175:24 176:14,25
177:7 178:6,18,19
179:19,22 180:3
181:16 182:4,8,12
182:25 183:5,13
184:20,21,24
185:11,15,19,20
185:21 186:5,20
186:21,24 187:11
187:12,14 188:8
188:17 189:22
190:5,8,14,17,20
191:1,4,5,6,13,16
192:2,5,11,17,20
192:23 193:8,21
194:4,20,24 195:7
195:11,16 196:3,5
196:7,9,14
**484** 105:1
**49** 23:9,12

**5**

**5** 10:11 25:10,12
28:4,13,15 30:21
31:4,20 37:9
38:17 39:4,7,20
40:24 42:18,19
43:5 44:18 91:7
91:12,14
**50** 10:24 79:18,21
**502** 113:2 114:6
**504** 105:21 110:16
113:17,19,22,24
114:2,6,16
**504/524** 106:19
**506** 91:19 113:18
114:6,16
**506/526** 106:19
**508** 93:16 94:6
114:6,16
**510** 94:10,18

109:11,15 110:14
110:18 114:16
**510/530** 106:19
**512** 94:13 109:12
109:15 110:14,19
114:16
**512/532** 106:19
**514** 114:16
**514/534** 106:19
**52** 4:22
**524** 105:21
**53** 61:16 62:12
100:2
**54** 61:16 62:12
94:16
**57** 61:9 122:2
187:17
**58** 4:17
**59** 122:2

**6**

**6** 4:4
**60** 10:24 150:11
**6000** 2:13
**63** 96:10,11,24
**65** 79:21
**650.849.7023** 2:24
**66** 153:1 184:5,9
**67** 79:19 153:17
158:7 160:9 161:5
184:5
**68** 153:1 160:20
161:4,10,13
188:22
**6th** 200:19

**7**

**7** 17:5 18:10,19
31:16 32:13,15,19
33:18 84:1 85:9
86:5 122:2 123:13
136:22 137:7
163:15 180:5,8,8
180:18,18 181:5,5
181:8,9 182:7,16
182:23,24 183:12
183:12

**7,859,588** 4:17
**7/31/21** 200:23
**70** 64:23 100:21,25
103:23 111:4,13
111:15 115:2
163:14 165:12
166:15
**700** 2:5
**75024** 2:14
**75219** 2:6
**76** 118:10,14

**8**

**8** 4:21 32:15,19
65:8 86:5 104:9
104:13 111:21
**8,908,041** 4:20
**82** 128:4,9,15
129:20
**86** 143:2 145:12,18
**87** 143:2 145:12,18
**88** 142:18 143:3
145:13,18

**9**

**9** 4:16 57:12 86:6
91:6,8 94:16
**9:02** 1:17 5:4
**90025** 3:7
**905** 11:22 12:1,15
14:10 20:23 45:23
46:2,13 47:8
134:6 178:14
179:9
**906** 11:22 12:1,15
14:10 178:14
179:9
**9428** 200:23
**94304-1130** 2:23
**97** 146:21 147:1
**972.739.8611** 2:15