COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
Phillip Morton (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**APPLE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY RE CLAIM CONSTRUCTION**<br><br>Date: February 23, 2022<br>Time: 10:00 AM<br>Courtroom: 11<br>Before: Hon. James Donato |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

APPLE'S NOTICE OF SUPP. AUTHORITY RE CLAIM CONSTRUCTION

1       Apple respectfully notifies the Court that the Patent Office has issued an Office Action in the pending *ex parte* reexamination of U.S. Patent No. 9,185,291, one of the two asserted patents in this case. A copy of the Office Action is attached hereto as Exhibit A.

     The Office Action finds '291 patent claims 12, 13, 17, and 22 unpatentable. Claims 12 and 13 are asserted in this litigation.

     The Office Action constitutes new intrinsic record relevant for the pending claim construction proceedings for which the claim construction tutorial is currently set for February 6, 2023 and for which the claim construction hearing is currently set for February 23, 2023.

     Specifically, the Office Action determines a new means-plus-function claim construction applicable to the "camera controller" element in apparatus claim 1 of the '291 patent and its dependent claims. *See* Ex. A at pp. 4-8. The Office Action finds that applying that means-plus-function construction, the cited prior art is not shown to render obvious those challenged claims. *See id.* Whether this Court should adopt the Examiner's means-plus-function construction is relevant to, and potentially dispositive of noninfringement and/or invalidity of, the asserted claims which contain the "camera controller" element, *i.e.*, claims 1-7 and 10 of the '291 patent.

     The Office Action also rejects as invalid challenged claims 12, 13, 17, and 22 of the '291 patent, which are method claims for which the Office Action does not apply a means-plus-function construction. *Id.* at pp. 10-14. Claims 12 and 13 are the only additional claims of the '291 patent asserted in this action beyond claims 1-7 and 10.

     The Office Action directs Corephotonics to file a response, including any comments regarding the Examiner's means-plus-function claim construction, no later than February 22, 2023, the day before the scheduled claim construction hearing. *See id.* at cover page and pp. 8-9. Apple respectfully advises the Court accordingly.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 1 -

APPLE'S NOTICE OF SUPP. AUTHORITY RE CLAIM CONSTRUCTION

| | | |
|---|---|---|
| 1 | Dated:   January 23, 2023 | COOLEY LLP |
| 2 | | |
| 3 | | /s/ Heidi L. Keefe
HEIDI KEEFE (178960) |
| | | (hkeefe@cooley.com) |
| 4 | | LOWELL MEAD (223989)
(lmead@cooley.com) |
| 5 | | PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com) |
| 6 | | 3175 Hanover Street
Palo Alto, CA  94304 |
| 7 | | Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400 |
| 8 | | COOLEY LLP |
| 9 | | PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com) |
| 10 | | 1299 Pennsylvania Avenue NW, Suite 700 |
| 11 | | Washington, DC 20004-2400
Telephone:  (202) 842-7800 |
| 12 | | Facsimile:  (202) 842-7899 |
| 13 | | *Attorneys for Defendant Apple Inc.* |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO