# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  February 7, 2023                                                                 Judge:  Hon. James Donato

Time: 1 Hour & 16 Minutes

Case No.        **3:17-cv-06457-JD**
Case Name       **Corephotonics, Ltd. v. Apple, Inc.**

Attorneys for Plaintiff:      Brian Ledahl and Marc Fenster
Attorneys for Defendant:      Heidi Keefe, Lowell Mead, and Priaya Viswanath

Deputy Clerk:  Lisa R. Clark

### PROCEEDINGS

Technology Tutorial -- Held (Not Reported)

### NOTES AND ORDERS

The Court hears technology tutorials from both parties.