COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
Phillip Morton (pro hac vice)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:17-cv-06457-JD (lead case) <br> Case No. 5:18-cv-02555-JD <br><br> **DECLARATION OF TING CHEN IN SUPPORT OF APPLE INC.'S OPPOSITION TO COREPHOTONICS, LTD.'S MOTION FOR LEAVE TO AMEND INFRINGMENT CONTENTIONS** <br><br> Date: June 30. 2022 <br> Time: 10:00 AM <br> Courtroom: 11 <br> Before:  Hon. James Donato |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

DECLARATION OF TING CHEN

I, Ting Chen, declare and state as follows:

1.  I am an Engineering Director at Apple Inc. in camera firmware. I have been an Apple employee since 2006. I am familiar with the operation and functionality of the camera firmware in each of the products identified below.

2.  I have been informed that Corephotonics accuses the following products of infringement and refers to them as the "Accused Products": iPhone 11, iPhone 11 Pro, iPhone 11 Pro Max, iPhone 12 mini, iPhone 12, iPhone 12 Pro, iPhone 12 Pro Max, iPhone 13, iPhone 13 mini, iPhone 13 Pro, iPhone 13 Pro Max, iPad Pro 11-inch (2nd generation), iPad Pro 11-inch (3rd generation), iPad Pro 12.9-inch (4th generation), and iPad Pro 12.9-inch (5th generation).

3.  I have been informed that Corephotonics has stated that, "The following still photograph was captured using an Accused Product with the zoom set so that the field of view of the output image is greater than that of the claimed tele ("wide" in Apple's terminology) imaging section, such that at least some image data from the claimed wide ("ultra wide" in Apple's terminology) imaging section is required to produce the output image:"

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

1

Declaration of Ting Chen

[Photograph of a test scene setup with a collage of London-themed images on a board, a red toy car, a white box, and checkered patterns on a studio rig.]

4.    I have been informed that Corephotonics has stated that, "The following still photograph was captured using the same Accused Product, with the only change being that the aperture of the claimed tele ("wide" in Apple's terminology) imaging section was covered to block light from entering it:"

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

2

DECLARATION OF TING CHEN



5. I have been informed that Corephotonics states about these images that, "As can be seen, the picture has changed when the claimed tele imaging section was covered. Accordingly, the camera controller must be combining at least some of the wide image data (to provide the full field of view) with at least some of the tele image data."

6. I have been informed that Corephotonics does not identify which of the Accused Products was used to capture the images above.

7. The functionality described by Corephotonics and quoted in paragraphs 4-6 above does not combine image data from the Ultra Wide camera and the Wide camera to create a fused image. Corephotonics appears to describe functionality in which the Wide camera is used to collect statistics that are in turn used by all other apertures of the camera to adjust white balance and exposure before the image is captured.

8. This functionality existed in Apple's multi-aperture devices prior to those listed in Paragraph 5 above. Specifically, the iPhone 7 Plus, iPhone 8 Plus, iPhone X, iPhone XS, and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

3

DECLARATION OF TING CHEN

iPhone XS Max all had a Wide camera and a Telephoto camera. In each of those products, the Wide camera is used to collect statistics used to adjust white balance and exposure before an image is taken with either the Wide or Telephoto camera. Thus, in iPhone 7 Plus, iPhone 8 Plus, iPhone X, iPhone XS, and iPhone XS Max, when the Wide camera is covered, the image taken with the Telephoto camera changes similar to that shown in the images provided by Corephotonics (excerpted above).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2022 at [Cupertino, California].

*Ting Chen*

Ting Chen

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

4

Declaration of Ting Chen