RUSS, AUGUST & KABAT
Marc A. Fenster (CA Bar No. 181067)
Benjamin T. Wang (CA Bar No. 228712)
Neil A. Rubin (CA Bar No. 250761)
James S. Tsuei (CA Bar No. 285530)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com
nrubin@raklaw.com
jtsuei@raklaw.com

*Attorneys for Plaintiff*
Corephotonics, Ltd.

COOLEY LLP
Heidi L. Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya B. Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
Phillip Morton (*Pro Hac Vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:    (202) 842-7899

*Attorneys for Defendant*
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT MANAGEMENT RE CLAIM CONSTRUCTION HEARING** |

1    Pursuant to the Court's February 22, 2023 Order (Dkt. No. 161), Plaintiff Corephotonics, Ltd.

2    and Defendant Apple Inc. respectfully propose the following dates in May 2023 for the rescheduled

3    claim construction hearing.  Consistent with the Court's Standing Order for Claim Construction in

4    Patent Cases, the parties propose dates on Thursdays.  The parties propose to schedule the hearing on

5    **May 4, 2023**.  In the event that an alternative Thursday date is needed, the parties would propose May

6    25, 2023.

7

8

9    Dated:  March 1, 2023                    RUSS AUGUST & KABAT

10

11                                            */s/ James S. Tsuei*
                                             James S. Tsuei
12                                            *Attorneys for Plaintiff Corephotonics,*
                                             *LTD.*
13

14   Dated:  March 1, 2023                    COOLEY LLP

15

16                                            */s/ Heidi L. Keefe*
                                             Heidi L. Keefe
17                                            *Attorneys for Defendant Apple Inc.*

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATEMENT**
**3:17-CV-6457-JD**

1

## **FILER'S ATTESTATION**

I am the ECF user whose identification and password are being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.


*/s/ James S. Tsuei*
James S. Tsuei