# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>　　　　Defendants. | Case No.  3:17-cv-06457 JD<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**Re: Dkt. No. 165** |

This case was referred to this Court by the Honorable James Donato for a settlement conference. The conference will be held on **June 1, 2023**, **at 9:30 a.m.** in Courtroom 5, 4th floor, 280 South First Street, San Jose, California. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov, or 408.535.5343. Please see this Court's Settlement Conference Standing order for more information.

IT IS SO ORDERED.

Date: March 10, 2023

　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 3:17-cv-06457 JD (NC)
SETTLEMENT CONFERENCE
ORDER