COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
Phillip Morton (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>                 Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                 Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF LOWELL D. MEAD IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

MEAD DECL. ISO APPLE'S ADMIN MOTION

I, Lowell D. Mead, hereby declare:

1. I am a partner with Cooley LLP. I am counsel for Defendant Apple Inc. in action. I make this declaration in support of the Administrative Motion For Leave To Submit Supplemental Claim Construction Briefing by Apple Inc. ("Apple"). I have personal knowledge of the facts contained within this declaration unless otherwise specified herein, and if called as a witness, could testify competently to the matters herein.

2. Apple sought to obtain a stipulation regarding the relief requested in Apple's motion and was unable to do so.

3. On the morning of April 26, 2023, counsel for Apple emailed counsel for defendant Corephotonics, Ltd. ("Corephotonics") stating as follows:

> Counsel,
>
> In the pending reexamination of the '291 patent, the PTO's office action dated December 22, 2022 determined that claims 1-7, 10-11, and 14 are subject to a means-plus-function claim construction for the "camera controller" element, and indicated that these claims would be allowable over the cited prior art on the basis of that claim construction. In view of Corephotonics's response filed April 24 (attached) requesting that the PTO issue a reexamination certificate confirming the validity of those claims, Apple plans to request that the Court adopt a means-plus-function claim construction for the "camera controller" element in asserted claims 1-7 and 10.
>
> Apple plans to file no later than Thursday April 27 a submission with the Court on this issue given that the Markman hearing is scheduled for next Thursday, May 4. Please let us know if Corephotonics will stipulate that the "camera controller" element is subject to means-plus-function interpretation so that the parties can promptly advise the Court accordingly. If Corephotonics does not agree to stipulate to a means-plus-function interpretation by Thursday at 2:00 pm, Apple will understand that this claim construction issue is disputed and will therefore request that the Court accept supplemental briefing on this dispute and schedule any continued or additional hearing the Court deems appropriate.
>
> Please promptly let us know Corephotonics's position. We can be available to discuss live at your convenience if you would like.

The email attached a copy of the response to the Patent Office action filed by Corephotonics on April 24, 2023.

4. On April 27, 2023, counsel for Corephotonics responded to Apple's email and stated as follows:

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD
- 1 -
MEAD DECL. ISO APPLE'S ADMIN MOTION

We do not agree that Apple is free to simply re-open claim construction briefing, which was completed long ago, to assert new claim construction positions for the first time less than a week before the claim construction hearing. Apple's proposed submission is unauthorized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: April 27, 2023

/s/ Lowell D. Mead
Lowell D. Mead

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 2 -

MEAD DECL. ISO APPLE'S ADMIN MOTION