# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING** |

The Court, having considered Defendant Apple Inc.'s ("Defendant") Motion for Leave to Submit Supplemental Claim Construction Briefing (the "Motion"), having considered the papers filed in support of and in opposition thereto, and having considered all arguments made by counsel, hereby find that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's Motion to Submit Supplemental Claim Construction Briefing is **GRANTED**.  The parties are directed to submit supplemental briefing on the '291 patent "camera controller" means-plus-function claim construction issues as follows:

- Plaintiff is to submit supplemental brief of no more than 5 pages, to be filed within two weeks of the date of this Order;
- Defendant is to submit a supplemental response brief of no more than 5 pages, to be filed within two weeks after Plaintiff's supplemental brief is filed.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE