UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD., <br>     Plaintiff, <br>   v. <br> APPLE, INC., <br>     Defendant. | Case No. 3:17-cv-06457-JD <br><br> **AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Claim construction hearing | October 5, 2023, at 10:00 a.m. |
| Fact discovery cut-off | November 17, 2023 |
| Expert disclosures | December 15, 2023 |
| Rebuttal expert disclosures | January 12, 2024 |
| Expert discovery cut-off | January 26, 2024 |
| Last day to file dispositive and *Daubert* motions | February 1, 2024 |
| Pretrial conference | June 6, 2024, at 1:30 p.m. |
| Jury Trial | June 24, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  May 23, 2023

_____
JAMES DONATO
United States District Judge