RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF COREPHOTONICS, LTD.'S SUPPLEMENTAL BRIEF REGARDING CLAIM CONSTRUCTION** |

I, James S. Tsuei, state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Corephotonics' Supplemental Brief Regarding Claim Construction.

3. Attached as Exhibit 1 is a true and correct copy of an excerpt from IEEE Authoritative Dictionary of IEEE Standards Terms (7th edition, 2000), including definitions for the word "controller."

4. Attached as Exhibit 2 is a true and correct copy of Nicholas R. Waltham, Ian G. van Breda, and Graham M. Newton "Simple transputer-based CCD camera controller", Proc. SPIE 1235, Instrumentation in Astronomy VII, (1 July 1990).

5. Attached as Exhibit 3 is a true and correct copy of U.S. Patent Application Publication 2018/0184005.

6. Attached as Exhibit 4 is a true and correct copy of U.S. Patent Application Publication 2021/0318798.

7. Attached as Exhibit 5 is a true and correct copy of U.S. Patent 8,565,709.

8. Attached as Exhibit 6 is a true and correct copy of U.S. Patent 10,218,907.

9. Attached as Exhibit 7 is a true and correct copy of U.S. Patent Application Publication 2020/0120261.

10. Attached as Exhibit 8 is a true and correct copy of the Reexamination Certificate for U.S. Patent 9,185,219, dated June 30, 2023.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Case No. 5:17-cv-06457-LHK

**DECLARATION OF JAMES S. TSUEI**

Executed on July 10, 2022 in Los Angeles, California.

By:    */s/ James S. Tsuei*
         James S. Tsuei