# Exhibit 3

Case 3:17-cv-06457-JD    Document 177-4    Filed 07/10/23    Page 2 of 37



US 20180184005A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2018/0184005 A1
MOROTOMI et al. (43) Pub. Date: **Jun. 28, 2018**

(54) **CAMERA CONTROLLER, AND A CALIBRATION METHOD FOR A CORRECTION LENS**

(71) Applicant: **Renesas Electronics Corporation**, Tokyo (JP)

(72) Inventors: **Mamoru MOROTOMI**, Tokyo (JP); **Toshiya SUZUKI**, Tokyo (JP)

(21) Appl. No.: **15/802,252**

(22) Filed: **Nov. 2, 2017**

(30) **Foreign Application Priority Data**

Dec. 27, 2016 (JP) ................................. 2016-253636

**Publication Classification**

(51) **Int. Cl.**
*H04N 5/232* (2006.01)

(52) **U.S. Cl.**
CPC ..... *H04N 5/23287* (2013.01); *H04N 5/23258* (2013.01)

(57) **ABSTRACT**

In open-loop control, displacement of a correction lens cannot be detected. Therefore, the displacement of the correction lens cannot be appropriately corrected. To solve this problem, in a camera controller, a first storage unit stores therein a first correction amount for a standard tilt of a camera module with respect to a first force in which its acting direction in a camera coordinate system varies in accordance with a tilt of the camera module. A controller calculates an image stabilization amount, obtains a tilt correction amount for a tilt of the camera module based on the tilt of the camera module and the first correction amount, and controls a position of a correction lens included in an optical system in such a manner the correction lens is shifted within a plane perpendicular to an optical axis based on the image stabilization amount and the tilt correction amount.



Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 3 of 37

*FIG. 1*



Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 4 of 37



FIG. 2

Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 5 of 37



FIG. 3

Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 6 of 37



Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 7 of 37



FIG. 5

## FIG. 6



## FIG. 7



Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 9 of 37

## FIG. 8A



## FIG. 8B





FIG. 9

Host_CPU
CONTROL IC
CAMERA MODULE
S100
INSTRUCT CONTROL IC TO MAKE TEST CIRCUIT EFFECTIVE
S101
SET X+ -DIRECTION TO BE COINCIDENT WITH DIRECTION OF GRAVITY
S102
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X- -DIRECTION
S103
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S104
OUTPUT IMAGE DATA
S105
READ X COORDINATE X1 OF CHART
S106
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X+ -DIRECTION
S107
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S108
OUTPUT IMAGE DATA
S109
READ X COORDINATE X2 OF CHART
S110
CHANGE DRIVER OUTPUT VALUE TO MAKE X COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (X1+X2)/2
S111
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S112
OUTPUT IMAGE DATA
S113
HOLD DRIVER OUTPUT VALUE OUT1
A
B
C
FIRST PROCESS
PROCESSING WITH REGARD TO X-AXIS DIRECTION



FIG. 10

Host_CPU
CONTROL IC
CAMERA MODULE
A
B
C
S114
SET X⁻-DIRECTION TO BE COINCIDENT WITH DIRECTION OF GRAVITY
S115
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X⁺-DIRECTION
S116
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S117
OUTPUT IMAGE DATA
S118
READ X COORDINATE X3 OF CHART
S119
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X⁻-DIRECTION
S120
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S121
OUTPUT IMAGE DATA
S122
READ X COORDINATE X4 OF CHART
S123
CHANGE DRIVER OUTPUT VALUE TO MAKE X COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (X3+X4)/2
S124
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S125
OUTPUT IMAGE DATA
S126
HOLD DRIVER OUTPUT VALUE OUT2
D
E
F
SECOND PROCESS
PROCESSING WITH REGARD TO X-AXIS DIRECTION

Case 3:17-cv-06457-JD   Document 177-4   Filed 07/10/23   Page 12 of 37



*FIG. 11*

Host_CPU
CONTROL IC
CAMERA MODULE
G
H
I
S130
SET Y+ -DIRECTION TO BE COINCIDENT WITH DIRECTION OF GRAVITY
S131
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y- -DIRECTION
S132
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S133
OUTPUT IMAGE DATA
S134
READ Y COORDINATE Y1 OF CHART
S135
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y+ -DIRECTION
S136
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S137
OUTPUT IMAGE DATA
S138
READ Y COORDINATE Y2 OF CHART
S139
CHANGE DRIVER OUTPUT VALUE TO MAKE Y COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (Y1+Y2)/2
S140
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S141
OUTPUT IMAGE DATA
S142
HOLD DRIVER OUTPUT VALUE OUT3
J
K
L
FOURTH PROCESS
PROCESSING WITH REGARD TO Y-AXIS DIRECTION

FIG. 12





FIG. 13

Host_CPU
CONTROL IC
CAMERA MODULE
J
K
L
S143
SET Y⁻-DIRECTION TO BE COINCIDENT WITH DIRECTION OF GRAVITY
S144
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y⁺-DIRECTION
S145
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S146
OUTPUT IMAGE DATA
S147
READ Y COORDINATE Y3 OF CHART
S148
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y⁻-DIRECTION
S149
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S150
OUTPUT IMAGE DATA
S151
READ Y COORDINATE Y4 OF CHART
S152
CHANGE DRIVER OUTPUT VALUE TO MAKE Y COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (Y3+Y4)/2
S153
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S154
OUTPUT IMAGE DATA
S155
HOLD DRIVER OUTPUT VALUE OUT4
M
N
O
FIFTH PROCESS
PROCESSING WITH REGARD TO Y-AXIS DIRECTION



FIG. 14



FIG. 15A          FIG.15B          FIG. 15C



FIG. 16A          FIG.16B          FIG. 16C



FIG. 17A          FIG.17B          FIG. 17C



FIG. 18A          FIG.18B          FIG. 18C



FIG. 20

Host_CPU
CONTROL IC
CAMERA MODULE
S200
INSTRUCT CONTROL IC TO MAKE TEST CIRCUIT EFFECTIVE
S201
MAKE SOCKET OF CAMERA MODULE FACE UP
S202
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X⁻ -DIRECTION
S203
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S204
OUTPUT IMAGE DATA
S205
READ X COORDINATE X1 OF CHART
S206
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X⁺ -DIRECTION
S207
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S208
OUTPUT IMAGE DATA
S209
READ X COORDINATE X2 OF CHART
S210
CHANGE DRIVER OUTPUT VALUE TO MAKE X COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (X1+X2)/2
S211
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S212
OUTPUT IMAGE DATA
S213
HOLD DRIVER OUTPUT VALUE OUTMX
A
B
C
PROCESSING WITH REGARD TO X-AXIS DIRECTION





FIG. 21

Host_CPU
A
CONTROL IC
B
CAMERA MODULE
C
S214
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y⁻ -DIRECTION
S215
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S216
OUTPUT IMAGE DATA
S217
READ Y COORDINATE Y1 OF CHART
S218
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y⁺ -DIRECTION
S219
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S220
OUTPUT IMAGE DATA
S221
READ Y COORDINATE Y2 OF CHART
S222
CHANGE DRIVER OUTPUT VALUE TO MAKE Y COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (Y1+Y2)/2
S223
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S224
OUTPUT IMAGE DATA
S225
HOLD DRIVER OUTPUT VALUE OUTMY
S226
WRITE OUTMX AND OUTMY INTO SECOND MEMORY
D
E
F
PROCESSING WITH REGARD TO Y-AXIS DIRECTION



Host_CPU
D
CONTROL IC
E
CAMERA MODULE
F
S227
MAKE SOCKET OF CAMERA MODULE STAND UP TO MAKE DIFFERENCE BETWEEN X-AXIS DIRECTION AND DIRECTION OF GRAVITY EQUAL TO 45°
S228
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X⁻ -DIRECTION
S229
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S230
OUTPUT IMAGE DATA
S231
READ X COORDINATE X3 OF CHART
S232
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN X⁺ -DIRECTION
S233
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S234
OUTPUT IMAGE DATA
S235
READ X COORDINATE X4 OF CHART
S236
CHANGE DRIVER OUTPUT VALUE TO MAKE X COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (X3+X4)/2
S237
CAUSE CURRENT TO FLOW THROUGH COIL 17X
S238
OUTPUT IMAGE DATA
S239
HOLD DRIVER OUTPUT VALUE OUTX
G
H
I
PROCESSING WITH REGARD TO X-AXIS DIRECTION

FIG. 22



FIG. 23

Host_CPU
G
CONTROL IC
H
CAMERA MODULE
I
S240
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y⁻-DIRECTION
S241
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S242
OUTPUT IMAGE DATA
S243
READ Y COORDINATE Y3 OF CHART
S244
INSTRUCT CONTROL IC TO MOVE CORRECTION LENS TO END IN Y⁺-DIRECTION
S245
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S246
OUTPUT IMAGE DATA
S247
READ Y COORDINATE Y4 OF CHART
S248
CHANGE DRIVER OUTPUT VALUE TO MAKE Y COORDINATE OF CHART IN IMAGE SENSOR EQUAL TO (Y3+Y4)/2
S249
CAUSE CURRENT TO FLOW THROUGH COIL 17Y
S250
OUTPUT IMAGE DATA
S251
HOLD DRIVER OUTPUT VALUE OUTY
S252
CALCULATE OUTGX AND OUTGY
S253
WRITE OUTGX AND OUTGY INTO FIRST MEMORY
S254
MAKE TEST CIRCUIT INEFFECTIVE
PROCESSING WITH REGARD TO Y-AXIS DIRECTION



Patent Application Publication Jun. 28, 2018 Sheet 21 of 21 US 2018/0184005 A1

FIG. 24

US 2018/0184005 A1

1

Jun. 28, 2018

# CAMERA CONTROLLER, AND A CALIBRATION METHOD FOR A CORRECTION LENS

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   The disclosure of Japanese Patent Application No. 2016-253636 filed on Dec. 27, 2016 including the specification, drawings and abstract is incorporated herein by reference in its entirety.

## BACKGROUND

[0002]   The present invention relates to a camera controller and a calibration method for a correction lens of a camera and, for example, relates to a method of adjusting displacement of the position of the correction lens caused by a force varying in accordance with a tilt of the camera, a suspension supporting the correction lens, or the like.

[0003]   A technique of performing closed-loop control for the position of a correction lens for image stabilization is conventionally known. For example, in a capturing device described in Japanese Unexamined Patent Application Publication No. 2009-168938, a correction lens optically reduces motion of an object image received through a taking lens. A position detecting unit detects the position of the correction lens and outputs a position detection signal indicating the detected position. A target-position calculating unit calculates a target position of a motion correcting unit based on a detection signal from a vibration detecting unit. A driving control unit controls the correction lens to be driven to the target position based on the position detection signal from the position detecting unit.

## SUMMARY

[0004]   Open-loop control does not require a position detecting element. Therefore, it is advantageous in that the cost can be reduced as compared with closed-loop control.

[0005]   A correction lens is displaced by a force that depends on a tilt of a camera, e.g., gravity. The correction lens is also displaced by a force that does not depend on the tilt of the camera, e.g., a suspension.

[0006]   In closed-loop control in which the position of the correction lens is detected, the displacement of the correction lens caused by these forces can be corrected appropriately. Meanwhile, in open-loop control, it is not possible to detect the displacement of the correction lens, and therefore the displacement of the correction lens caused by these forces cannot be corrected appropriately.

[0007]   Other objects and novel features will be apparent from the description of this specification and the accompanying drawings.

[0008]   A camera controller according to an embodiment controls a position of a correction lens included in an optical system in such a manner that the correction lens is shifted within a plane perpendicular to an optical axis based on a tilt correction amount for a detected tilt of a camera module with respect to a first force that varies in its acting direction in a camera coordinate system in accordance with the tilt of the camera module, and an image stabilization amount.

[0009]   According to an embodiment, it is possible to appropriately correct displacement of a correction lens for image stabilization, caused by a force depending on a tilt of

a camera, such as gravity, without providing an element that detects the position of the correction lens.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0010]   FIG. 1 illustrates a configuration of a camera controller and a camera module according to the first embodiment.

[0011]   FIG. 2 illustrates a configuration of a camera system of the first reference example.

[0012]   FIG. 3 illustrates a configuration of a camera system of the second reference example.

[0013]   FIG. 4A illustrates a position of a correction lens in the camera system of the first reference example when image stabilization is not performed, and FIG. 4B illustrates a position of a correction lens in the camera system of the second reference example when image stabilization is not performed.

[0014]   FIG. 5 illustrates a configuration of a camera system according to the second embodiment.

[0015]   FIG. 6 illustrates a configuration of an optical system.

[0016]   FIG. 7 illustrates an example of a tilt of a camera module.

[0017]   FIG. 8A illustrates a camera module 4, and FIG. 8B illustrates positions of a camera module and a chart in calibration of a position of a correction lens according to the third embodiment.

[0018]   FIG. 9 illustrates a procedure of the calibration of the position of the correction lens according to the third embodiment.

[0019]   FIG. 10 illustrates the procedure of the calibration of the position of the correction lens according to the third embodiment.

[0020]   FIG. 11 illustrates the procedure of the calibration of the position of the correction lens according to the third embodiment.

[0021]   FIG. 12 illustrates the procedure of the calibration of the position of the correction lens according to the third embodiment.

[0022]   FIG. 13 illustrates the procedure of the calibration of the position of the correction lens according to the third embodiment.

[0023]   FIG. 14 illustrates the procedure of the calibration of the position of the correction lens according to the third embodiment.

[0024]   FIGS. 15A, 15B, and 15C are explanatory diagrams of the positions of the correction lens in the first process of the calibration.

[0025]   FIGS. 16A, 16B, and 16C are explanatory diagrams of the positions of the correction lens in the second process of the calibration.

[0026]   FIGS. 17A, 17B, and 17C are explanatory diagrams of the positions of the correction lens in the fourth process of the calibration.

[0027]   FIGS. 18A, 18B, and 18C are explanatory diagrams of the positions of the correction lens in the firth process of the calibration.

[0028]   FIGS. 19A, 19B, and 19C illustrate positions of a camera module and a chart in calibration of the position of a correction lens according to the fourth embodiment.

[0029]   FIG. 20 illustrates a procedure of the calibration of the position of the correction lens according to the fourth embodiment.

2

**[0030]** FIG. **21** illustrates the procedure of the calibration of the position of the correction lens according to the fourth embodiment.

**[0031]** FIG. **22** illustrates the procedure of the calibration of the position of the correction lens according to the fourth embodiment.

**[0032]** FIG. **23** illustrates the procedure of the calibration of the position of the correction lens according to the fourth embodiment.

**[0033]** FIG. **24** illustrates a portion of a procedure of calibration of the position of a correction lens according to the fifth embodiment.

DETAILED DESCRIPTION

**[0034]** Embodiments of the present invention are described below with reference to the drawings.

First Embodiment

**[0035]** FIG. **1** illustrates a configuration of a camera controller and a camera module according to the first embodiment.

**[0036]** A camera controller **100** controls optical image stabilization. The camera controller **100** includes a controller **107**, the first storage unit **103**, and the second storage unit **104**. A camera module **108** includes an optical system **109** including a correction lens **110**.

**[0037]** The first storage unit **103** stores therein the first correction amount for a standard tilt of the camera module **108**, which is a correction amount with respect to the first force that varies in its acting direction in a camera coordinate system in accordance with a tilt of the camera module **108**. The camera coordinate system is a unique coordinate system set in the camera module **108**.

**[0038]** The second storage unit **104** stores therein the second correction amount with respect to the second force that does not vary in its acting direction in the camera coordinate system in accordance with the tilt of the camera module **108**.

**[0039]** The controller **107** detects a shift of an optical axis in the optical system **109** based on a result of detection by a vibration detecting sensor **101**, and calculates an optical image stabilization amount in order to correct the shift. The controller **107** obtains a tilt correction amount for the detected tilt of the camera module **108** based on a difference between the tilt of the camera module **108** detected by a tilt detecting sensor **102** and the standard tilt, and the first correction amount. The controller **107** controls the position of the correction lens **110** included in the optical system **109** in such a manner that the correction lens **110** is shifted within a plane perpendicular to the optical axis based on the optical image stabilization amount, the tilt correction amount for the detected tilt of the camera module **108**, and the second correction amount.

**[0040]** As described above, according to the present embodiment, the first correction amount for a standard tilt of a camera module, which is a correction amount with respect to the first force that varies in its acting direction in a camera coordinate system in accordance with a tilt of the camera module stored in advance, and the second correction amount with respect to the second force that does not vary in its acting direction in the camera coordinate system in accordance with the tilt of the camera module are used. Therefore, it is possible to appropriately correct displacement of a correction lens for image stabilization caused by a force depending on the tilt of the camera, such as gravity, and a force not depending on the tilt of the camera, such as a suspension, without providing an element that detects the position of the correction lens.

**[0041]** In the present embodiment, the position of the correction lens **110** is controlled in such a manner that the correction lens **110** is shifted within a plane perpendicular to the optical axis based on the optical image stabilization amount, the tilt correction amount for the detected tilt of the camera module **108** which is obtained from the first correction amount, and the second correction amount. However, control of the position of the correction lens **110** is not limited thereto. In a case where the correction lens **110** is not subjected to the second force that does not vary in its acting direction in the camera coordinate system in accordance with the tilt of the camera module **108**, the second correction amount is not required. Therefore, the controller **107** calculates the image stabilization amount based on the result of detection by the vibration detecting sensor **101**, and obtains the tilt correction amount for the tilt of the camera module **108** detected by the tilt detecting sensor **102** based on a difference between the detected tilt of the camera module **108** and the standard tilt, and the first correction amount. The controller **107** controls the position of the correction lens **110** included in the optical system **109** in such a manner that the correction lens **110** is shifted within a plane perpendicular to the optical axis based on the image stabilization amount and the tilt correction amount.

Second Embodiment

**[0042]** In the present embodiment, it is assumed that a correction lens **21** included in an optical system is subjected to the first force and the second force. In the first force, its acting direction in a camera coordinate system varies in accordance with a tilt of a camera. It is assumed that the first force is gravity in the present embodiment. The correction lens **21** is displaced in the direction of gravity by gravity. In the second force, its acting direction in the camera coordinate system does not vary in accordance with the tilt of the camera. In the present embodiment, the second force is a force applied by a suspension **20** for supporting the correction lens **21**. The supporting force applied by the suspension is different between portions of the correction lens **21** (hereinafter, referred to as imbalance of suspension). Because of this, the correction lens **21** is displaced.

**[0043]** FIG. **2** illustrates a configuration of a camera system of the first reference example.

**[0044]** This camera system controls the position of the correction lens **21** by closed-loop control. A subtractor **57** in a control IC **52** detects a deviation between an image stabilization amount from an image stabilizing unit **8** and the position of the correction lens **21** detected by position detecting elements **56**a and **56**b in a camera module **54**. A PID (proportional-integral-differential) control unit **53** performs PID control for the position of the correction lens **21** based on the deviation output from the subtractor **57**.

**[0045]** FIG. **3** illustrates a configuration of a camera system of the second reference example.

**[0046]** This camera system controls the position of the correction lens **21** by open-loop control. This camera system does not include a position detecting element. Therefore, a control IC **62** does not include an ADC **55**, the subtractor **57**, and the PID **53**. In open-loop control, the position of the

3

correction lens **21** is controlled without detecting the position of the correction lens **21**.

[0047] FIG. **4**A illustrates the position of the correction lens **21** in the camera system of the first reference example when image stabilization is not performed.

[0048] The correction lens **21** is subjected to the force in a direction of gravity, thereby being displaced. The correction lens **21** is also displaced by imbalance of suspension. It is possible to adjust the position of the correction lens **21** at a center position by detecting the position of the correction lens **21** by the position detecting elements **56**a and **56**b and performing closed-loop control.

[0049] FIG. **4**B illustrates the position of the correction lens **21** in the camera system of the second reference example when image stabilization is not performed.

[0050] In open-loop control, it is impossible to detect the position of the correction lens **21**. Therefore, it is impossible to adjust the position of the correction lens **21** at the center position.

[0051] FIG. **5** illustrates a configuration of a camera system according to the second embodiment. The camera system of the present embodiment also controls the position of the correction lens **21** by open-loop control.

[0052] As illustrated in FIG. **5**, the camera system includes a vibration detecting sensor **6**, a tilt detecting sensor **7**, a control IC **2**, a camera **1** module **4**, and a Host CPU **3**. This camera system is mounted in a digital camera, a camera of a smartphone, or the like.

[0053] The vibration detecting sensor **6** is formed by a gyro sensor, for example. The vibration detecting sensor **6** detects vibration of the camera module **4**.

[0054] The tilt detecting sensor **7** is formed by an acceleration sensor, for example. The tilt detecting sensor **7** detects a tilt of the camera module **4**.

[0055] The camera module **4** includes coils **17**X and **17**Y, magnets **18**X and **18**Y, an optical system **81**, an image sensor **19**, and a signal processing circuit **16**.

[0056] FIG. **6** illustrates the configuration of the optical system **81**.

[0057] The optical system **81** includes a zoom lens **211**, the correction lens **21**, a diaphragm **213**, and a focus lens **214**. The zoom lens **211** changes a magnification of an object image. The correction lens **21** corrects motion of the object image. The correction lens **21** moves toward a direction in which motion of the camera module **4** is canceled, thereby reducing the motion of the object image on the image sensor **19**. The diaphragm **213** adjusts the amount of light passing through the optical system **81**. The focus lens **214** changes a focusing state of the object image formed on the image sensor **19**.

[0058] FIG. **6** illustrates the configuration of the optical system **81**.

[0059] As illustrated in FIG. **6**, Z-axis of the camera coordinate system is set along an optical axis. A positive direction along Z-axis, $Z^+$, is set as a traveling direction of light on the optical axis, and a negative direction along Z-axis, $Z^-$, is set as an opposite direction to the traveling direction of the light on the optical axis. An intersection between the correction lens **21** and the optical axis when the correction lens **21** is not subjected to the first force and imbalance by the second force, is set to the origin of the camera coordinate system. X-axis (a positive direction and a negative direction are represented as $X^+$ and $X^-$, respectively) and Y-axis (a positive direction and a negative

direction are represented as $Y^+$ and $Y^-$, respectively) of the camera coordinate system are set to be perpendicular to the optical axis. The correction lens **21** is driven within a plane perpendicular to the optical axis of the optical system **81** (i.e., an X-Y plane).

[0060] The image sensor **19** performs photoelectric conversion for light incident thereon via the optical system **81** to generate a captured image. The image sensor **19** is a CMOS (Complementary Metal Oxide Semiconductor) image sensor, for example. The CMOS image sensor includes a plurality of unit pixels arranged two-dimensionally. Each unit pixel includes a photodiode, a transfer gate that transfers charges accumulated in the photodiode to an FD (Floating Diffusion), and a reset transistor that resets the charges in the FD. The image sensor **19** outputs image data.

[0061] The coils **17**X and **17**Y, the magnets **18**X and **18**Y, the optical system **81**, and the image sensor **19** are accommodated in a socket **23**. The suspension **20** formed by an elastic body is provided in a lens holder of the camera module **4** in order to support the correction lens **21**.

[0062] The coil **17**X and the magnet **18**X form the first actuator that drives the correction lens **21** in X-axis direction. The coil **17**Y and the magnet **18**Y form the second actuator that drives the correction lens **21** in Y-axis direction.

[0063] An electromagnetic force is generated by a current flowing through the coil **17**X and a magnetic field generated by the magnet **18**X, so that the correction lens **21** moves in X-axis direction. When the direction of the current flowing through the coil **17**X is reversed, the correction lens **21** moves to an opposite direction to X-axis direction. As the current flowing through the coil **17**X becomes larger, the amount of movement of the correction lens **21** in X-axis direction becomes larger.

[0064] An electromagnetic force is generated by a current flowing through the coil **17**Y and a magnetic field generated by the magnet **18**Y, so that the correction lens **21** moves in Y-axis direction. When the direction of the current flowing through the coil **17**Y is reversed, the correction lens **21** moves to an opposite direction to Y-axis direction. As the current flowing through the coil **17**Y becomes larger, the amount of movement of the correction lens **21** in Y-axis direction becomes larger.

[0065] The signal processing circuit **16** performs A/D conversion, amplification, and the like for the image data output from the image sensor **19**.

[0066] The control IC **2** includes a controller **51**, the first memory **11**, and the second memory **12**. The controller **51** includes a driver **10**, a test circuit **9**, a switch SW, an image stabilizing unit **8**, a tilt correcting unit **13**, an adder **14**, and an adder **15**.

[0067] The image stabilizing unit **8** detects a shift of the optical axis in the optical system **81** based on a result of detection by the vibration detecting sensor **6**, and calculates a position correction amount of the correction lens **21** in X-axis direction and a position correction amount of the correction lens **21** in Y-axis direction in order to correct the shift. The image stabilizing unit **8** obtains a driver output value TX with regard to X-axis direction, corresponding to the position correction amount of the correction lens **21** in X-axis direction, and a driver output value TY with regard to Y-axis direction, corresponding to the position correction amount of the correction lens **21** in Y-axis direction.

[0068] The first memory **11** stores therein, with respect to the first force for a standard tilt of the camera module **4**, a

driver output value GX with regard to X-direction corresponding to the position correction amount of the correction lens **21** in X-axis direction (hereinafter, an X-axis direction gravity correction amount) and a driver output value GY with regard to Y-axis direction corresponding to the position correction amount of the correction lens **21** in Y-axis direction (hereinafter, a Y-axis direction gravity correction amount).

[0069]   The second memory **12** stores therein, with respect to the second force, a driver output value MX with regard to X-axis direction corresponding to the position correction amount of the correction lens **21** in X-axis direction (hereinafter, an X-axis direction suspension-imbalance correction amount) and a driver output value MY with regard to Y-axis direction corresponding to the position correction amount of the correction lens **21** in Y-axis direction (hereinafter, a Y-axis direction suspension-imbalance correction amount).

[0070]   The tilt correcting unit **13** calculates a driver output value GX' with regard to X-axis direction, corresponding to the position correction amount of the correction lens **21** in X-axis direction with respect to the first force for the detected tilt of the camera module **4** based on the tilt of the camera module **4** detected by the tilt detecting sensor **7**, and the driver output values GX and GY stored in the first memory **11**. The tilt correcting unit **13** further calculates a driver output value GY' with regard to Y-axis direction corresponding to the position correction amount of the correction lens **21** in Y-axis direction.

[0071]   FIG. **7** illustrates an example of the tilt of the camera module **4**.

[0072]   When an angle formed by gravity that is the first force and the positive direction along X-axis (X⁺) is θ and an angle formed by gravity and the positive direction along Y-axis (Y⁺) is φ, the following expressions are established. θ and φ are supplied from the tilt detecting sensor **7** to the tilt correcting unit **13**. The tilt of the camera module **4** when θ and φ are 0 is the standard tilt of the camera module **4**.

$$GX' = GX \cos(\theta) \tag{A1}$$

$$GY' = GY \cos(\phi) \tag{A2}$$

[0073]   The adder **14** adds the outputs of the image stabilizing unit **8** (the driver output values TX and TY) and the outputs of the tilt correcting unit **13** (the driver output values GX' and GY').

[0074]   The adder **15** adds the outputs of the adder **14** (TX+GX' and TY+GY') and the driver output values MX and MY stored in the second memory **12**.

[0075]   The switch SW supplies the outputs of the adder **15** (TX+GX'+MX and TY+GY' +MY) to the driver **10** in a normal operation. The switch SW supplies the outputs of the test circuit **9** to the driver **10** in calibration of the position of the correction lens **21**.

[0076]   The driver **10** drives the correction lens **21**. The driver **10** supplies current to the coils **17**X and **17**Y based on the output of the switch SW. The driver **10** supplies current corresponding to a driver output value with regard to X-axis direction output from the switch SW, to the coil **17**X. The driver **10** supplies current corresponding to a driver output value with regard to Y-axis direction output from the switch SW, to the coil **17**Y.

[0077]   Supply of the current to the coil **17**X causes the correction lens **21** to be shifted in X-axis direction by a distance corresponding to the magnitude of the current within a plane perpendicular to the optical axis. Supply of

the current to the coil **17**Y causes the correction lens **21** to be shifted in Y-axis direction by a distance corresponding to the magnitude of the current within the plane perpendicular to the optical axis.

[0078]   The test circuit **9** outputs a driver output value to the driver **10** driving the correction lens **21**, in accordance with an instruction signal from the Host_CPU **3** in the calibration of the position of the correction lens **21**.

[0079]   The test circuit **9** writes the X-axis direction gravity correction amount GX and the Y-axis direction gravity correction amount GY into the first memory **11** in accordance with a signal from the Host_CPU **3** in the calibration of the position of the correction lens **21**. The test circuit **9** writes the X-axis direction suspension-imbalance correction amount MX and the Y-axis direction suspension-imbalance correction amount MY into the second memory **12** in accordance with a signal from the Host_CPU **3** in the calibration of the position of the correction lens **21**.

[0080]   The switch SW couples the test circuit **9** and the driver **10** to each other in the calibration. The switch SW supplies the output of the test circuit **9** to the driver **10** in the calibration. The switch SW couples the adder **15** and the driver **10** to each other in a normal operation. The switch SW supplies the outputs of the adder **15** to the driver **10** in the normal operation.

[0081]   As described above, according to the present embodiment, it is possible to appropriately correct displacement of a correction lens for image stabilization, which is caused by gravity and a force applied by a suspension, by using a correction amount with respect to gravity that is pre-stored and a correction amount with respect to the force applied by the suspension without providing an element that detects the position of the correction lens.

Third Embodiment

[0082]   FIG. **8**A illustrates the camera module **4**. The camera module **4** includes an optical system including the correction lens **21** and the control IC **2** controlling the optical system. FIG. **8**B illustrates the positions of the camera module **4** and a chart in calibration of the position of the correction lens **21** in the third embodiment.

[0083]   As illustrated in FIGS. **8**A and **8**B, the optical axis of the optical system **81** is set to be perpendicular to the direction of gravity. A chart sheet **5** is provided perpendicularly to the optical axis of the optical system **81** and Z-direction. A chart **71** is printed on the chart sheet **5**. The socket **23** in which the camera module **4** is incorporated is set to be rotatable in a roll direction.

[0084]   FIGS. **9** to **14** illustrate a procedure of calibration of the position of the correction lens **21** in the third embodiment.

[0085]   FIGS. **15**A, **15**B, and **15**C explain the positions of the correction lens **21** in the first process of the calibration. FIGS. **16**A, **16**B, and **16**C explain the positions of the correction lens **21** in the second process of the calibration. FIGS. **17**A, **17**B, and **17**C explain the positions of the correction lens **21** in the fourth process of the calibration. FIGS. **18**A, **18**B, and **18**C explain the positions of the correction lens **21** in the fifth process of the calibration.

[0086]   In Step S**100**, the Host_CPU **3** outputs a signal to the control IC **2**, which instructs the control IC **2** to make the test circuit **9** effective. In response to this signal, the control

US 2018/0184005 A1

5

Jun. 28, 2018

IC **2** makes the test circuit **9** effective. The Host_CPU **3** also controls the switch SW to couple the test circuit **9** and the driver **10** to each other.

[0087]    In Step S**101**, the socket **23** of the camera module **4** is set to be tilted in such a manner that X$^+$-direction is coincident with the direction of gravity.

[0088]    Subsequently, the first process from Step S**102** to S**113** is performed.

[0089]    In Step S**102**, the Host_CPU **3** transmits an instruction value PX for moving the correction lens **21** to an end in X$^-$-direction, to the control IC **2**.

[0090]    In Step S**103**, the test circuit **9** of the control IC **2** specifies a driver output value IX for moving the correction lens **21** to the end in X$^-$-direction based on the received instruction value PX in accordance with a table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver **10**. The driver **10** supplies the driver output value (current) IX to the control signal to the coil **17**X. The correction lens **21** is displaced in X$^-$-direction by change of a magnetic field generated from the coil **17**X (as illustrated in FIG. **15**A).

[0091]    In Step S**104**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. A signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0092]    In Step S**105**, the Host_CPU **3** determines an X coordinate X1 of the chart **71** from the received image data.

[0093]    In Step S**106**, the Host_CPU **3** transmits an instruction value PX for moving the correction lens **21** to an end in X$^1$-direction, to the control IC **2**.

[0094]    In Step S**107**, the test circuit **9** of the control IC **2** specifies a driver output value IX for moving the correction lens **21** to the end in X$^-$-direction based on the received instruction value PX in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver **10**. The driver **10** supplies the driver output value (current) IX represented by the control signal to the coil **17**X. The correction lens **21** is displaced in X$^+$-direction by change of the magnetic field generated from the coil **17**X (as illustrated in FIG. **15**B).

[0095]    In Step S**108**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0096]    In Step S**109**, the Host_CPU **3** determines an X coordinate X2 of the chart **71** from the received image data.

[0097]    In Step S**110**, the Host_CPU **3** sequentially changes the instruction value PX to the test circuit **9** in such a manner that the X coordinate of the chart **71** of the image data output from the image sensor **19** of the camera module **4** is (X1+X2)/2.

[0098]    In Step S**111**, the test circuit **9** of the control IC **2** sequentially changes the control signal in such a manner that the driver output value IX is sequentially changed based on the sequentially received instruction value PX in accordance with the table of correspondence between instruction values and driver output values. The driver **10** supplies the driver output value (current) IX represented by the control signal

that is changed sequentially, to the coil **17**X. The correction lens **21** is sequentially displaced in X-direction by change of the magnetic field generated from the coil **17**X (as illustrated in FIG. **15**C).

[0099]    In Step S**112**, the image sensor **19** of the camera module **4** sequentially captures an image of the chart **71** and sequentially outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU **3**.

[0100]    In Step S**113**, the Host_CPU **3** holds therein an instruction value OUT**1** when the X coordinate of the chart **71** is (X1+X2)/2, from the received image data.

[0101]    Subsequently, the second process from. Step S**114** to S**126** is performed.

[0102]    In Step S**114**, the socket **23** of the camera module **4** is set to be tilted in such a manner that X$^-$-direction is coincident with the direction of gravity.

[0103]    In Step S**115**, the Host_CPU **3** transmits an instruction value PX for moving the correction lens **21** to the end in X$^+$-direction, to the control IC **2**.

[0104]    In Step S**116**, the test circuit **9** of the control IC **2** specifies a driver output value IX for moving the correction lens **21** to the end in X+-direction based on the received instruction value PX in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver **10**. The driver **10** supplies the driver output value (current) IX represented by the control signal to the coil **17**X. The correction lens **21** is displaced in X$^+$-direction by change of the magnetic field generated from the coil **17**X (as illustrated in FIG. **16**A).

[0105]    In Step S**117**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0106]    In Step S**118**, the Host_CPU **3** determines an X coordinate X3 of the chart **71** from the received image data.

[0107]    In Step S**119**, the Host_CPU **3** transmits an instruction value PX for moving the correction lens **21** to the end in X$^-$-direction, to the control IC **2**.

[0108]    In Step S**120**, the test circuit **9** of the control IC **2** specifies a driver output value IX for moving the correction lens **21** to the end in X$^-$-direction based on the received instruction value PX in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver **10**. The driver **10** supplies the driver output value (current) IX represented by the control signal to the coil **17**X. The correction lens **21** is displaced in X$^-$-direction by change of the magnetic field generated from the coil **17**X (as illustrated in FIG. **16**B).

[0109]    In Step S**121**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0110]    In Step S**122**, the Host_CPU **3** determines an X coordinate X4 of the chart **71** from the received image data.

[0111]   In Step S123, the Host_CPU 3 sequentially changes the instruction value PX to the test circuit 9 in such a manner that the X coordinate of the chart 71 of the image data output from the image sensor 19 of the camera module 4 is (X3+X4)/2.

[0112]   In Step S124, the test circuit 9 of the control IC 2 sequentially changes the control signal in such a manner that the driver output value IX is sequentially changed based on the sequentially received instruction value PX in accordance with the table of correspondence between instruction values and driver output values. The driver 10 supplies the driver output value (current) IX represented by the control signal that is changed sequentially, to the coil 17X. The correction lens 21 is sequentially displaced in X-direction by change of the magnetic field generated from the coil 17X (as illustrated in FIG. 16C).

[0113]   In Step S125, the image sensor 19 of the camera module 4 sequentially captures an image of the chart 71 and sequentially outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU 3.

[0114]   In Step S126, the Host_CPU 3 holds therein an instruction value OUT2 when the X coordinate of the chart 71 is (X3+X4)/2, from the received image data.

[0115]   Subsequently, the third process from Step S127 to S129 is performed.

[0116]   In Step S127, the Host_CPU 3 calculates an X-axis direction gravity correction amount OUTGX and an X-axis direction suspension-imbalance correction amount OUTMX based on the instruction values OUT1 and OUT2 held therein. The value OUT1 corrects gravity and imbalance of the suspension 20, and is therefore represented by OUT1=OUTMX+OUTGX. The value OUT2 corrects gravity and imbalance of the suspension 20, and an effect of gravity is reversed from a state where the value OUT1 is measured because of turning of the socket 23 of the camera module 4 by 180 degrees. Therefore, the value OUT2 is represented by OUT2=OUTMX−OUTGX. Thus, the X-axis direction gravity correction amount OUTGX and the X-axis direction suspension-imbalance correction amount OUTMX are represented by the following expressions.

$$OUTGX=(OUT1-OUT2)/2 \qquad (A3)$$

$$OUTMX=(OUT1+OUT2)/2 \qquad (A4)$$

[0117]   In Step S128, the Host_CPU 3 transmits the X-axis direction gravity correction amount OUTGX to the control IC 2. The test circuit 9 of the control IC 2 converts the received X-axis direction gravity correction amount OUTGX to an output value of the driver 10 in accordance with a table of correspondence between instruction values and driver output values, and writes the value GX obtained by conversion into the first memory 11.

[0118]   In Step S129, the Host_CPU 3 transmits the X-axis direction suspension-imbalance correction amount OUTMX to the control IC 2. The test circuit 9 of the control IC 2 converts the received X-axis direction suspension-imbalance correction amount OUTMX to an output value of the driver 10 in accordance with the table of correspondence between instruction values and driver output values, and writes the value MX obtained by conversion into the second memory 12.

[0119]   Subsequently, the fourth process from Step S130 to S142 is performed.

[0120]   In Step S130, the socket 23 of the camera module 4 is set to be tilted in such a manner that Y+-direction is coincident with the direction of gravity.

[0121]   In Step S131, the Host_CPU 3 transmits an instruction value PY for moving the correction lens 21 to an end in Y⁻-direction, to the control IC 2.

[0122]   In Step S132, the test circuit 9 of the control IC 2 specifies a driver output value IY for moving the correction lens 21 to the end in Y⁻-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver 10. The driver 10 supplies the driver output value (current) IY represented by the control signal to the coil 17Y. The correction lens 21 is displaced in Y⁻-direction by change of a magnetic field generated from the coil 17Y (as illustrated in FIG. 17A).

[0123]   In Step S133, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0124]   In Step S134, the Host_CPU 3 determines a Y coordinate Y1 of the chart 71 from the received image data.

[0125]   In Step S135, the Host_CPU 3 transmits an instruction value PY for moving the correction lens 21 to an end in Y+-direction, to the control IC 2.

[0126]   In Step S136, the test circuit 9 of the control IC 2 specifies a driver output value IY for moving the correction lens 21 to the end in Y⁻-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver 10. The driver 10 supplies the driver output value (current) IY represented by the control signal to the coil 17Y. The correction lens 21 is displaced in Y+-direction by change of the magnetic field generated from the coil 17Y (as illustrated in FIG. 17B).

[0127]   In Step S137, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0128]   In Step S138, the Host_CPU 3 determines a Y coordinate Y2 of the chart 71 from the received image data.

[0129]   In Step S139, the Host_CPU 3 sequentially changes the instruction value PY to the test circuit 9 in such a manner that the Y coordinate of the chart 71 of the image data output from the image sensor 19 of the camera module 4 is (Y1+Y2)/2.

[0130]   In Step S140, the test circuit 9 of the control IC 2 sequentially changes the control signal in such a manner that the driver output value IY is sequentially changed based on the sequentially received instruction value PY in accordance with the table of correspondence between instruction values and driver output values. The driver 10 supplies the driver output value (current) IY represented by the control signal that is changed sequentially, to the coil 17Y. The correction

7

lens **21** is sequentially displaced in Y-direction by change of the magnetic field generated from the coil **17**Y (as illustrated in FIG. **17**C).

[0131]   In Step S**141**, the image sensor **19** of the camera module **4** sequentially captures an image of the chart **71** and sequentially outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU **3**.

[0132]   In Step S**142**, the Host_CPU **3** holds therein an instruction value OUT**3** when the Y coordinate of the chart **71** is (Y1+Y2)/2, from the received image data.

[0133]   Subsequently, the fifth process from Step S**143** to S**155** is performed.

[0134]   In Step S**143**, the camera module **4** is set to be tilted in such a manner that Y⁻-direction is coincident with the direction of gravity.

[0135]   In Step S**144**, the Host_CPU **3** transmits an instruction value PY for moving the correction lens **21** to the end in Y⁺-direction, to the control IC **2**.

[0136]   In Step S**145**, the test circuit **9** of the control IC **2** specifies a driver output value IY for moving the correction lens **21** to the end in Y⁻-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver **10**. The driver **10** supplies the driver output value (current) IY represented by the control signal to the coil **17**Y. The correction lens **21** is displaced in Y⁺-direction by change of the magnetic field generated from the coil **17**Y (as illustrated in FIG. **18**A).

[0137]   In Step S**146**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0138]   In Step S**147**, the Host_CPU **3** determines a Y coordinate Y3 of the chart **71** from the received image data.

[0139]   In Step S**148**, the Host_CPU **3** transmits an instruction value PY for moving the correction lens **21** to the end in Y⁻-direction, to the control IC **2**.

[0140]   In Step S**149**, the test circuit **9** of the control IC **2** specifies a driver output value IY for moving the correction lens **21** to the end in Y⁻-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver **10**. The driver **10** supplies the driver output value (current) IY represented by the control signal to the coil **17**Y. The correction lens **21** is displaced in Y⁻-direction by change of the magnetic field generated from the coil **17**Y (as illustrated in FIG. **18**B).

[0141]   In Step S**150**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0142]   In Step S**151**, the Host_CPU **3** determines a Y coordinate Y4 of the chart **71** from the received image data.

[0143]   In Step S**152**, the Host_CPU **3** sequentially changes the instruction value PY to the test circuit **9** in such

a manner that the Y coordinate of the chart **71** of the image data output from the image sensor **19** of the camera module **4** is (Y3+Y4)/2.

[0144]   In Step S**153**, the test circuit **9** of the control IC **2** sequentially changes the control signal in such a manner that the driver output value IY is sequentially changed based on the sequentially received instruction value PY in accordance with the table of correspondence between instruction values and driver output values. The driver **10** supplies the driver output value (current) IY represented by the control signal that is changed sequentially, to the coil **17**Y. The correction lens **21** is sequentially displaced in Y-direction by change of the magnetic field generated from the coil **17**Y (as illustrated in FIG. **18**C).

[0145]   In Step S**154**, the image sensor **19** of the camera module **4** sequentially captures an image of the chart **71** and sequentially outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU **3**.

[0146]   In Step S**155**, the Host_CPU **3** holds therein an instruction value OUT**4** when the Y coordinate of the chart **71** is (Y3+Y4)/2, from the received image data.

[0147]   Subsequently, the sixth process from Step S**156** to S**159** is performed.

[0148]   In Step S**156**, the Host_CPU **3** calculates a Y-axis direction gravity correction amount OUTGY and a Y-axis direction suspension-imbalance correction amount OUTMY based on the instruction values OUT**3** and OUT**4** held therein. The value OUT**3** corrects gravity and imbalance of the suspension **20**, and is therefore represented by OUT3=OUTMY+OUTGY. The value OUT**4** corrects gravity and imbalance of the suspension **20**, and an effect of gravity is reversed from a state where the value OUT3 is measured because of turning of the socket **23** of the camera module **4** by 180 degrees. Therefore, the value OUT**4** is represented by OUT4=OUTMY−OUTGY. Thus, the Y-axis direction gravity correction amount OUTGY and the Y-axis direction suspension-imbalance correction amount OUTMY are represented by the following expressions.

$$OUTGY=(OUT3-OUT4)/2 \tag{A5}$$

$$OUTMY=(OUT3+OUT4)/2 \tag{A6}$$

[0149]   In Step S**157**, the Host_CPU **3** transmits the Y-axis direction gravity correction amount OUTGY to the control IC **2**. The test circuit **9** of the control IC **2** converts the received Y-axis direction gravity correction amount OUTGY to an output value of the driver **10** in accordance with the table of correspondence between instruction values and driver output values, and writes the value GY obtained by conversion into the first memory **11**.

[0150]   In Step S**158**, the Host_CPU **3** transmits the Y-axis direction suspension-imbalance correction amount OUTMY to the control IC **2**. The test circuit **9** of the control IC **2** converts the received Y-axis direction suspension-imbalance correction amount OUTMY to an output value of the driver **10** in accordance with the table of correspondence between instruction values and driver output values, and writes the value MY obtained by conversion into the second memory **12**.

[0151]   In Step S**159**, the Host_CPU **3** outputs a signal to the control IC **2**, which instructs the control IC **2** to make the test circuit **9** ineffective. In response to this signal, the

8

control IC **2** makes the test circuit **9** ineffective. The Host_ CPU **3** also controls the switch SW to couple the adder **15** and the driver **10** to each other.

[0152] The Host_CPU **3** may transmit the values OUT**1** to OUT**4** to the control IC **2** and the test circuit **9** of the control IC **2** may calculate the values OUTGX, OUTMX, OUTGY, and OUTMY from the values OUT**1** to OUT**4**.

[0153] As described above, according to the present embodiment, it is possible to write correction amounts for correcting displacement of a correction lens that is caused by gravity and imbalance of suspension, into first and second memories. Thus, it is possible to appropriately control the position of the correction lens during image stabilization, by using these correction amounts in an actual operation (a normal operation) of a camera module.

Fourth Embodiment

[0154] FIGS. **19**A, **19**B, and **19**C illustrate the positions of the camera module **4** and the chart **71** in calibration of the position of the correction lens **21** according to the fourth embodiment.

[0155] FIGS. **20** to **23** illustrate a procedure of the calibration of the position of the correction lens **21** in the fourth embodiment.

[0156] In Step S**200**, the Host_CPU **3** outputs a signal to the control IC **2**, which instructs the control IC **2** to make the test circuit **9** effective. In response to this signal, the control IC **2** makes the test circuit **9** effective. The control IC **2** also controls the switch SW to couple the test circuit **9** and the driver **10** to each other.

[0157] In Step S**201**, the socket **23** in which the camera module **4** is incorporated is set to be tilted to face up, that is, in such a manner that Z⁻-direction is coincident with the direction of gravity. The chart sheet **5** is arranged perpendicularly to Z-axis to be away from the socket **23** of the camera module **4** by a predetermined distance in Z⁻-direction (as illustrated in FIG. **19**A).

[0158] In Step S**202**, the Host_CPU **3** transmits an instruction value PX for moving the correction lens **21** to an end in X⁻-direction, to the control IC **2**.

[0159] In Step S**203**, the test circuit **9** of the control IC **2** specifies a driver output value IX for moving the correction lens **21** to the end in X⁻-direction based on the received instruction value PX in accordance with a table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver **10**. The driver **10** supplies the driver output value (current) IX represented by the control signal to the coil **17**X. The correction lens **21** is displaced in X⁻-direction by change of a magnetic field generated from the coil **17**X.

[0160] In Step S**204**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. A signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0161] In Step S**205**, the Host_CPU **3** determines an X coordinate X1 of the chart **71** from the received image data.

[0162] In Step S**206**, the Host_CPU **3** transmits an instruction value PX for moving the correction lens **21** to an end in X⁺-direction, to the control IC **2**.

[0163] In Step S**207**, the test circuit **9** of the control IC **2** specifies a driver output value IX for moving the correction

lens **21** to the end in X⁻-direction based on the received instruction value PX in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver **10**. The driver **10** supplies the driver output value (current) IX represented by the control signal to the coil **17**X. The correction lens **21** is displaced in X⁺-direction by change of the magnetic field generated from the coil **17**X.

[0164] In Step S**208**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0165] In Step S**209**, the Host_CPU **3** determines an X coordinate X2 of the chart **71** from the received image data.

[0166] In Step S**210**, the Host_CPU **3** sequentially changes the instruction value PX to the test circuit **9** in such a manner that the X coordinate of the chart **71** of the image data output from the image sensor **19** of the camera module **4** is (X1+X2)/2.

[0167] In Step S**211**, the test circuit **9** of the control IC **2** sequentially changes the control signal in such a manner that the driver output value IX is sequentially changed based on the sequentially received instruction value PX in accordance with the table of correspondence between instruction values and driver output values. The driver **10** supplies the driver output value (current) IX represented by the control signal that is changed sequentially, to the coil **17**X. The correction lens **21** is sequentially displaced in X-direction by change of the magnetic field generated from the coil **17**X.

[0168] In Step S**212**, the image sensor **19** of the camera module **4** sequentially captures an image of the chart **71** and sequentially outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU **3**.

[0169] In Step S**213**, the Host_CPU **3** holds therein an instruction value OUTMX when the X coordinate of the chart **71** is (X1+X2)/2, from the received image data.

[0170] In Step S**214**, the Host_CPU **3** transmits an instruction value PY for moving the correction lens **21** to an end in Y⁻-direction, to the control IC **2**.

[0171] In Step S**215**, the test circuit **9** of the control IC **2** specifies a driver output value IY for moving the correction lens **21** to the end in Y⁻-direction based on the received instruction value PY in accordance with a table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver **10**. The driver **10** supplies the driver output value (current) IY represented by the control signal to the coil **17**Y. The correction lens **21** is displaced in Y⁻-direction by change of a magnetic field generated from the coil **17**Y.

[0172] In Step S**216**, the image sensor **19** of the camera module **4** captures an image of the chart **71** and outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU **3**.

[0173] In Step S**217**, the Host_CPU **3** determines a Y coordinate Y1 of the chart **71** from the received image data.

9

[0174]   In Step S218, the Host_CPU 3 transmits an instruction value PY for moving the correction lens 21 to an end in Y$^+$-direction, to the control IC 2.

[0175]   In Step S219, the test circuit 9 of the control IC 2 specifies a driver output value IY for moving the correction lens 21 to the end in Y$^+$-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver 10. The driver 10 supplies the driver output value (current) IY represented by the control signal to the coil 17Y. The correction lens 21 is displaced in Y$^+$-direction by change of the magnetic field generated from the coil 17Y.

[0176]   In Step S220, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0177]   In Step S221, the Host_CPU 3 determines a Y coordinate Y2 of the chart 71 from the received image data.

[0178]   In Step S222, the Host_CPU 3 sequentially changes the instruction value PY to the test circuit 9 in such a manner that the Y coordinate of the chart 71 of the image data output from the image sensor 19 of the camera module 4 is (Y1+Y2)/2.

[0179]   In Step S223, the test circuit 9 of the control IC 2 sequentially changes the control signal in such a manner that the driver output value IY is sequentially changed based on the sequentially received instruction value PY in accordance with the table of correspondence between instruction values and driver output values. The driver 10 supplies the driver output value (current) IY represented by the control signal that is changed sequentially, to the coil 17Y. The correction lens 21 is sequentially displaced in Y-direction by change of the magnetic field generated from the coil 17Y.

[0180]   In Step S224, the image sensor 19 of the camera module 4 sequentially captures an image of the chart 71 and sequentially outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU 3.

[0181]   In Step S225, the Host_CPU 3 holds therein an instruction value OUTMY when the Y coordinate of the chart 71 is (Y1+Y2)/2, from the received image data.

[0182]   In Step S226, because gravity does not act in X-axis direction and Y-axis direction, the values OUTMX and OUTMY are suspension-imbalance correction amounts for correcting an effect of imbalance of the suspension 20. Therefore, the Host_CPU 3 transmits the X-axis direction suspension-imbalance correction amount OUTMX and the Y-axis direction suspension-imbalance correction amount OUTMY to the control IC 2. The test circuit 9 of the control IC 2 converts the received X-axis direction suspension-imbalance correction amount OUTMX and the received Y-axis direction suspension-imbalance correction amount OUTMY to output values of the driver 10 in accordance with a table of correspondence between instruction values and driver output values, and writes values MX and MY obtained by conversion into the second memory 12.

[0183]   In Step S227, the socket 23 is set to be tilted to stand up, that is, in such a manner that a difference between X$^-$-direction and Y$^-$-direction, and the direction of gravity is 45 degrees. The chart sheet 5 is arranged perpendicularly to Z-axis to be away from the socket 23 of the camera module 4 by a predetermined distance in Z$^-$-direction (as illustrated in FIGS. 19B and 19C).

[0184]   In Step S228, the Host_CPU 3 transmits an instruction value PX for moving the correction lens 21 to the end in X$^-$-direction, to the control IC 2.

[0185]   In Step S229, the test circuit 9 of the control IC 2 specifies a driver output value IX for moving the correction lens 21 to the end in X$^-$-direction based on the received instruction value PX in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver 10. The driver 10 supplies the driver output value (current) IX represented by the control signal to the coil 17X. The correction lens 21 is displaced in X$^-$-direction by change of the magnetic field generated from the coil 17X.

[0186]   In Step S230, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0187]   In Step S231, the Host_CPU 3 determines an X coordinate X3 of the chart 71 from the received image data.

[0188]   In Step S232, the Host_CPU 3 transmits an instruction value PX for moving the correction lens 21 to the end in X$^+$-direction, to the control IC 2.

[0189]   In Step S233, the test circuit 9 of the control IC 2 specifies a driver output value IX for moving the correction lens 21 to the end in X$^-$-direction based on the received instruction value PX in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IX to the driver 10. The driver 10 supplies the driver output value (current) IX represented by the control signal to the coil 17X. The correction lens 21 is displaced in X$^1$-direction by change of the magnetic field generated from the coil 17X.

[0190]   In Step S234, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0191]   In Step S235, the Host_CPU 3 determines an X coordinate X4 of the chart 71 from the received image data.

[0192]   In Step S236, the Host_CPU 3 sequentially changes the instruction value PX to the test circuit 9 in such a manner that the X coordinate of the chart 71 of the image data output from the image sensor 19 of the camera module 4 is (X3+X4)/2.

[0193]   In Step S237, the test circuit 9 of the control IC 2 sequentially changes the control signal in such a manner that the driver output value IX is sequentially changed based on the sequentially received instruction value PX in accordance with the table of correspondence between instruction values and driver output values. The driver 10 supplies the driver output value (current) IX represented by the control signal that is changed sequentially, to the coil 17X. The correction lens 21 is sequentially displaced in X-direction by change of the magnetic field generated from the coil 17X.

[0194]   In Step S238, the image sensor 19 of the camera module 4 sequentially captures an image of the chart 71 and sequentially outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU 3.

[0195]   In Step S239, the Host_CPU 3 holds therein an instruction value OUTX when the X coordinate of the chart 71 is (X3+X4)/2, from the received image data.

[0196]   In Step S240, the Host_CPU 3 transmits an instruction value PY for moving the correction lens 21 to the end in Y⁻-direction, to the control IC 2.

[0197]   In Step S241, the test circuit 9 of the control IC 2 specifies a driver output value IY for moving the correction lens 21 to the end in Y⁻-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver 10. The driver 10 supplies the driver output value (current) IY represented by the control signal to the coil 17Y. The correction lens 21 is displaced in Y-direction by change of the magnetic field generated from the coil 17Y.

[0198]   In Step S242, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0199]   In Step S243, the Host_CPU 3 determines a Y coordinate Y3 of the chart 71 from the received image data.

[0200]   In Step S244, the Host_CPU 3 transmits an instruction value PY for moving the correction lens 21 to the end in Y'-direction, to the control IC 2.

[0201]   In Step S245, the test circuit 9 of the control IC 2 specifies a driver output value IY for moving the correction lens 21 to the end in Y⁻-direction based on the received instruction value PY in accordance with the table of correspondence between instruction values and driver output values, and transmits a control signal representing the specified driver output value IY to the driver 10. The driver 10 supplies the driver output value (current) IY represented by the control signal to the coil 17Y. The correction lens 21 is displaced in Y⁺-direction by change of the magnetic field generated from the coil 17Y.

[0202]   In Step S246, the image sensor 19 of the camera module 4 captures an image of the chart 71 and outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the image data and transmits resultant data to the Host_CPU 3.

[0203]   In Step S247, the Host_CPU 3 determines a Y coordinate Y4 of the chart 71 from the received image data.

[0204]   In Step S248, the Host_CPU 3 sequentially changes the instruction value PY to the test circuit 9 in such a manner that the Y coordinate of the chart 71 of the image data output from the image sensor 19 of the camera module 4 is (Y3+Y4)/2.

[0205]   In Step S249, the test circuit 9 of the control IC 2 sequentially changes the control signal in such a manner that the driver output value IY is sequentially changed based on the sequentially received instruction value PY in accordance with the table of correspondence between instruction values

and driver output values. The driver 10 supplies the driver output value (current) IY represented by the control signal that is changed sequentially, to the coil 17Y. The correction lens 21 is sequentially displaced in Y-direction by change of the magnetic field generated from the coil 17Y.

[0206]   In Step S250, the image sensor 19 of the camera module 4 sequentially captures an image of the chart 71 and sequentially outputs image data. The signal processing circuit of the camera module 4 performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU 3.

[0207]   In Step S251, the Host_CPU 3 holds therein an instruction value OUTY when the Y coordinate of the chart 71 is (Y3+Y4)/2, from the received image data.

[0208]   In Step S252, the Host_CPU 3 calculates values OUTGX and OUTGY from the values OUTX, OUTY, OUTMX, and OUTMY in accordance with the following expressions.

$$OUTGX = \sqrt{2} * (OUTX - OUTGX) \tag{A7}$$

$$OUTGY = \sqrt{2} * (OUTY - OUTMY) \tag{A8}$$

[0209]   In Step S253, the Host_CPU 3 transmits the X-axis direction gravity correction amount OUTGX and the Y-axis direction gravity correction amount OUTGY to the control IC 2. The test circuit 9 of the control IC 2 converts the received X-axis direction gravity correction amount OUTGX and the received Y-axis direction gravity correction amount OUTGY to output values of the driver 10 in accordance with the table of correspondence between instruction values and driver output values, and writes values GX and GY obtained by conversion into the first memory 11.

[0210]   In Step S254, the Host_CPU 3 outputs a signal to the control IC 2, which instructs the control IC 2 to make the test circuit 9 ineffective. In response to this signal, the control IC 2 makes the test circuit 9 ineffective. The Host_CPU 3 also controls the switch SW to couple the adder 15 and the driver 10 to each other.

[0211]   As described above, according to the present embodiment, it is possible to write correction amounts for correcting displacement of a correction lens that is caused by gravity and imbalance of suspension, into first and second memories, as in the third embodiment. Thus, it is possible to appropriately control the position of the correction lens during image stabilization, by using these correction amounts in an actual operation (a normal operation) of a camera module.

Fifth Embodiment

[0212]   FIG. 24 illustrates a portion of a procedure of calibration of the position of the correction lens 21 according to the fifth embodiment.

[0213]   Steps S201 to S226 in the fourth embodiment are also performed in the present embodiment. Subsequent processes in the present embodiment are different from those in the fourth embodiment. The different processes are described below.

[0214]   In Step S327, fixing members 99a, 99b, and 99c are attached between the camera module 4 and the chart sheet 5 in order to maintain a relative positional relation between the camera module 4 and the chart sheet 5, and the camera module 4 is turned forward by 90 degrees and is then turned in a transverse direction by 45 degrees. Due to this, the

camera module **4** is set to be tilted in such a manner that, while the relative positional relation between the camera module **4** and the chart sheet **5** is maintained, a difference between X⁻-direction and Y⁻-direction of the camera module **4** and the direction of gravity is 45 degrees. Thus, the processes of obtaining the values X3, X4, Y3, and Y4 can be omitted (illustrated in FIG. **19**B).

[0215]   In Step S**328**, the Host_CPU **3** sequentially changes the instruction value PX to the test circuit **9** in such a manner that the X coordinate of the chart **71** of the image data output from the image sensor **19** of the camera module **4** is (X1+X2)/2. Here, X1 is the value obtained in Step S**205** in FIG. **20**, and X2 is the value obtained in Step S**209** in FIG. **20**.

[0216]   In Step S**329**, the test circuit **9** of the control IC **2** sequentially changes the control signal in such a manner that the driver output value IX is sequentially changed based on the sequentially received instruction value PX in accordance with the table of correspondence between instruction values and driver output values. The driver **10** supplies the driver output value (current) IX represented by the control signal that is changed sequentially, to the coil **17**X. The correction lens **21** is sequentially displaced in X-direction by change of the magnetic field generated from the coil **17**X.

[0217]   In Step S**330**, the image sensor **19** of the camera module **4** sequentially captures an image of the chart **71** and sequentially outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU **3**.

[0218]   In Step S**331**, the Host_CPU **3** holds therein an instruction value OUTX when the X coordinate of the chart **71** is (X1+X2)/2, from the received image data.

[0219]   In Step S**332**, the Host_CPU **3** sequentially changes the instruction value PY to the test circuit **9** in such a manner that the Y coordinate of the chart **71** of the image data output from the image sensor **19** of the camera module **4** is (Y1+Y2)/2. Here, Y1 is the value obtained in Step S**217** in FIG. **21**, and Y2 is the value obtained in Step S**221** in FIG. **21**.

[0220]   In Step S**333**, the test circuit **9** of the control IC **2** sequentially changes the control signal in such a manner that the driver output value IY is sequentially changed based on the sequentially received instruction value PY in accordance with the table of correspondence between instruction values and driver output values. The driver **10** supplies the driver output value (current) IY represented by the control signal that is changed sequentially, to the coil **17**Y. The correction lens **21** is sequentially displaced in Y-direction by change of the magnetic field generated from the coil **17**Y.

[0221]   In Step S**334**, the image sensor **19** of the camera module **4** sequentially captures an image of the chart **71** and sequentially outputs image data. The signal processing circuit of the camera module **4** performs signal processing (amplification, noise removal, A/D conversion, and the like) for the sequentially generated image data and transmits resultant data to the Host_CPU **3**.

[0222]   In Step S**335**, the Host_CPU **3** holds therein an instruction value OUTY when the Y coordinate of the chart **71** is (Y1+Y2)/2, from the received image data.

[0223]   In Step S**336**, the Host_CPU **3** calculates values OUTGX and OUTGY from the values OUTX, OUTY, OUTMX, and OUTMY. The values OUTX and OUTY

correct gravity and imbalance of the suspension **20** when X-axis direction and Y-axis direction are away from the direction of gravity by 45 degrees. Therefore, the Host_CPU **3** calculates the following expressions.

$$OUTGX=\sqrt{2}*(OUTX-OUTMX) \tag{A9}$$

$$OUTGY=\sqrt{2}*(OUTY-OUTGY) \tag{A10}$$

[0224]   In Step S**337**, the Host_CPU **3** transmits the X-axis direction gravity correction amount OUTGX and the Y-axis direction gravity correction amount OUTGY to the control IC **2**. The test circuit **9** of the control IC **2** converts the received X-axis direction gravity correction amount OUTGX and the received Y-axis direction gravity correction amount OUTGY to output values of the driver **10** in accordance with the table of correspondence between instruction values and driver output values, and writes values GX and GY obtained by conversion into the first memory **11**.

[0225]   In Step S**338**, the Host_CPU **3** outputs a signal to the control IC **2**, which instructs the control IC **2** to make the test circuit **9** ineffective. In response to this signal, the control IC **2** makes the test circuit **9** ineffective. The Host_CPU **3** also controls the switch SW to couple the adder **15** and the driver **10** to each other.

[0226]   As described above, according to the present embodiment, it is possible to write correction amounts for correcting displacement of a correction lens that is caused by gravity and imbalance of suspension into first and second memories, as in the third and fourth embodiments. Thus, it is possible to appropriately control the position of the correction lens during image stabilization, by using these correction amounts in an actual operation (a normal operation) of a camera module.

[0227]   In the above, the invention made by the inventors of the present application has been specifically described by way of the embodiments. However, it is naturally understood that the present invention is not limited to the embodiments, and can be changed in various ways within the scope not departing from the gist thereof.

What is claimed is:

**1**. A camera controller controlling image stabilization of a camera module, comprising:

a first storage unit that stores therein a first correction amount for a standard tilt of the camera module, with respect to a first force that varies in an acting direction in a camera coordinate system in accordance with a tilt of the camera module; and

a controller that calculates an image stabilization amount based on a result of detection by a vibration detecting sensor, obtains a tilt correction amount for a tilt of the camera module detected by a tilt detecting sensor based on a difference between the detected tilt and the standard tilt, and the first correction amount, and controls a position of a correction lens included within an optical system in such a manner the correction lens is shifted in a plane perpendicular to an optical axis based on the image stabilization amount and the tilt correction amount.

**2**. The camera controller according to claim **1**, further comprising a second storage unit that stores therein a second correction amount with respect to a second force that does not vary in an acting direction in the camera coordinate system in accordance with the tilt of the camera module, wherein the controller controls the position of the correction lens included in the optical system in such a

manner that the correction lens is shifted within the plane perpendicular to the optical axis based on the image stabilization amount, the tilt correction amount, and the second correction amount.

**3.** The camera controller according to claim **2**,

wherein the controller controls the position of the correction lens based on an addition correction amount obtained by adding the image stabilization amount, the tilt correction amount for the detected tilt of the camera module, and the second correction amount.

**4.** The camera controller according to claim **2**,

wherein the first force is gravity, and the correction lens is displaced in a direction of gravity, and

wherein the second force is a force applied by a suspension for supporting the correction lens, and the correction lens is displaced because of a difference of the force for supporting the correction lens by the suspension between portions of the correction lens.

**5.** The camera controller according to claim **3**,

wherein the controller includes

a driver for driving the correction lens,

a test circuit that outputs a driver output value to the driver for driving the correction lens, in accordance with an instruction signal from a host CPU in calibration of the position of the correction lens, and

a switch that supplies an output of the test circuit to the driver in the calibration and supplies the addition correction amount to the driver in a normal operation.

**6.** The camera controller according to claim **5**,

wherein, in the calibration of the position of the correction lens, the test circuit writes the first correction amount into the first storage unit in accordance with a signal from the host CPU, and writes the second correction amount into the second storage unit in accordance with a signal from the host CPU.

**7.** A calibration method for a correction lens used for image stabilization of a camera module, the correction lens being subjected to a first force and a second force, the first force being a force in which an acting direction thereof in a camera coordinate system varies in accordance with a tilt of the camera module, the second force being a force in which an acting direction thereof in the camera coordinate system does not vary in accordance with the tilt of the camera module, an amount of displacement of the correction lens being changed by an output value of a driver that drives the correction lens, the camera coordinate system including a first axis coincident with an optical axis of an optical system of the camera module, and second and third axes perpendicular to the first axis, the method comprising the steps of:

arranging a sheet including a chart to be parallel to a plane of the camera module which includes the second and third axes and to be away from the camera module by a predetermined distance in a first direction along the first axis;

turning the camera module to make a first direction along the second axis coincident with a direction of the first force;

obtaining a coordinate on the second axis of the chart in an output image of an image sensor when the output value of the driver is set to move the correction lens to an end in the first direction along the second axis, as a first coordinate;

obtaining the coordinate on the second axis of the chart in the output image of the image sensor when the output

value of the driver is set to move the correction lens to an end in a second direction along the second axis, as a second coordinate;

setting the output value of the driver when the coordinate on the second axis of the chart in the output image of the image sensor is a middle point of the first coordinate and the second coordinate, to a first driver output value, while the correction lens is moved along the second axis;

turning the camera module to make the second direction along the second axis coincident with the direction of the first force;

obtaining the coordinate on the second axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the first direction along the second axis, as a third coordinate;

obtaining the coordinate on the second axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the second direction along the second axis, as a fourth coordinate;

setting the output value of the driver when the coordinate on the second axis of the chart in the output image of the image sensor is a middle point of the third coordinate and the fourth coordinate, to a second driver output value, while the correction lens is moved along the second axis; and

calculating a first correction amount that is a correction amount in a direction along the second axis with respect to the first force when the direction of the first force is coincident with the first direction along the second axis, and a second correction amount that is a correction amount in the direction along the second axis with respect to the second force, based on the first and second driver output values,

wherein the calculating step includes the steps of

calculating ½ of a sum of the first driver output value and the second driver output value to use a resultant value as the first correction amount, and

calculating ½ of a value obtained by subtracting the second driver output value from the first driver output value to use a resultant value as the second correction amount.

**8.** The calibration method for a correction lens according to claim **7**, further comprising the steps of:

turning the camera module to make a first direction along the third axis coincident with the direction of the first force;

obtaining a coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to an end in the first direction along the third axis, as a fifth coordinate;

obtaining the coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to an end in a second direction along the third axis, as a sixth coordinate;

setting the output value of the driver when the coordinate on the third axis of the chart in the output image of the image sensor is a middle point of the fifth coordinate and the sixth coordinate, to a third driver output value, while the correction lens is moved along the third axis;

US 2018/0184005 A1

Jun. 28, 2018

13

turning the camera module to make the second direction along the third axis coincident with the direction of the first force;

obtaining the coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the first direction along the third axis, as a seventh coordinate;

obtaining the coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the second direction along the third axis, as an eighth coordinate;

setting the output value of the driver when the coordinate on the third axis of the chart in the output image of the image sensor is a middle point of the seventh coordinate and the eighth coordinate, to a fourth output value, while the correction lens is moved along the third axis; and

calculating a third correction amount that is a correction amount in a direction along the third axis with respect to the first force when the direction of the first force is coincident with the first direction along the third axis, and a fourth correction amount that is a correction amount in the direction along the third axis with respect to the second force, based on the third and fourth driver output values,

wherein the calculating step includes the steps of

calculating 1/2 of a sum of the third driver output value and the fourth driver output value to use a resultant value as the third correction amount, and

calculating 1/2 of a value obtained by subtracting the fourth driver output value from the third driver output value to use a resultant value as the fourth correction amount.

9. A calibration method for a correction lens used for image stabilization of a camera module, the correction lens being subjected to a first force and a second force, the first force being a force in which an acting direction thereof in a camera coordinate system varies in accordance with a tilt of the camera module, the second force being a force in which an acting direction thereof in the camera coordinate system does not vary in accordance with the tilt of the camera module, an amount of displacement of the correction lens being changed by an output value of a driver that drives the correction lens, the camera coordinate system including a first axis coincident with an optical axis of an optical system of the camera module, and second and third axes perpendicular to the first axis, the method comprising the steps of:

turning the camera module to make a first direction along the first axis coincident with a direction of the first force;

arranging a sheet including a chart to be parallel to a plane of the camera module which includes the second and third axes and to be away from the camera module by a predetermined distance in the first direction along the first axis;

obtaining a coordinate on the second axis of the chart in an output image of an image sensor when the output value of the driver is set to move the correction lens to an end in a first direction along the second axis, as a first coordinate;

obtaining the coordinate on the second axis of the chart in the output image of the image sensor when the output

value of the driver is set to move the correction lens to an end in a second direction along the second axis, as a second coordinate, and

setting the output value of the driver when the coordinate on the second axis of the chart in the output image of the image sensor is a middle point of the first coordinate and the second coordinate, to a correction amount in a direction of the second axis with respect to the second force, while the correction lens is moved along the second axis.

10. The calibration method for a correction lens according to claim 9, further comprising the steps of:

obtaining a coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to an end in a first direction along the third axis, as a third coordinate;

obtaining the coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to an end in a second direction along the third axis, as a fourth coordinate, and

setting the output value of the driver when the coordinate on the third axis of the chart in the output image of the image sensor is a middle point of the third coordinate and the fourth coordinate, to a correction amount in a direction of the third axis with respect to the second force, while the correction lens is moved along the third axis.

11. The calibration method for a correction lens according to claim 10, further comprising the steps of:

turning the camera module in such a manner that the first axis is perpendicular to the direction of the first force and the second direction along the second axis and the direction of the first force form a predetermined angle therebetween;

arranging the sheet including the chart to be parallel to the plane of the camera module which includes the second and third axes and to be away from the camera module by a predetermined distance in the first direction along the first axis;

obtaining the coordinate on the second axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the first direction along the second axis, as a fifth coordinate;

obtaining the coordinate on the second axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the second direction along the second axis, as a sixth coordinate;

setting the output value of the driver when the coordinate on the second axis of the chart in the output image of the image sensor is a middle point of the fifth coordinate and the sixth coordinate, to a first driver output value, while the correction lens is moved along the second axis, and

calculating a first correction amount that is a correction amount in the direction of the second axis with respect to the first force when the direction of the first force is coincident with the first direction along the second axis, based on the correction amount in the direction of the second axis with respect to the second force and the first driver output value.

US 2018/0184005 A1
Jun. 28, 2018

14

12. The calibration method for a correction lens according to claim 11, further comprising the steps of:

obtaining the coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the first direction along the third axis, as a seventh coordinate;

obtaining the coordinate on the third axis of the chart in the output image of the image sensor when the output value of the driver is set to move the correction lens to the end in the second direction along the third axis, as an eighth coordinate;

setting the output value of the driver when the coordinate on the third axis of the chart in the output image of the image sensor is a middle point of the seventh coordinate and the eighth coordinate, to a second driver output value, while the correction lens is moved along the third axis, and

calculating a second correction amount that is a correction amount in the direction of the third axis with respect to the first force when the direction of the first force is coincident with the first direction along the third axis, based on the correction amount in the direction of the third axis with respect to the second force and the second driver output value.

13. The calibration method for a correction lens according to claim 10, further comprising the steps of:

turning the camera module in such a manner that the first axis is perpendicular to the direction of the first force and the second direction along the second axis and the direction of the first force form a predetermined angle therebetween, while a relative positional relation between the sheet and the camera module is maintained;

setting the output value of the driver when the coordinate on the second axis of the chart in the output image of the image sensor is a middle point of the first coordinate and the second coordinate, to a third driver output value, while the correction lens is moved along the second axis, and

calculating a correction amount in the direction of the second axis with respect to the first force when the direction of the first force is coincident with the first direction along the second axis, based on the correction amount in the direction of the second axis with respect to the second force and the third driver output value.

14. The calibration method for a correction lens according to claim 13, further comprising the steps of:

setting the output value of the driver when the coordinate on the third axis of the chart in the output image of the image sensor is a middle point of the third coordinate and the fourth coordinate, to a fourth driver output value, while the correction lens is moved along the third axis, and

calculating a correction amount in the direction of the third axis with respect to the first force when the direction of the first force is coincident with the first direction along the third axis, based on the correction amount in the direction of the third axis with respect to the second force and the fourth driver output value.

15. The calibration method for a correction lens according to claim 11,

wherein the predetermined angle is 45 degrees,

wherein the step of calculating the first correction amount includes the step of setting a value obtained by subtracting the correction amount in the direction of the second axis with respect to the second force from the first driver output value and multiplying a resultant value by l2, to the first correction value, and

wherein the step of calculating the second correction amount includes the step of setting a value obtained by subtracting the correction amount in the direction of the third axis with respect to the second force from the second driver output value and multiplying a resultant value by l2, to the second correction value.

16. The calibration method for a correction lens according to claim 7,

wherein the first force is gravity, and the correction lens is displaced in a direction of gravity, and

wherein the second force is a force applied by a suspension for supporting the correction lens, and the correction lens is displaced because of a difference of the force for supporting the correction lens by the suspension between portions of the correction lens.

17. The calibration method for a correction lens according to claim 13,

wherein the predetermined angle is 45 degrees,

wherein the step of calculating the first correction amount includes the step of setting a value obtained by subtracting the correction amount in the direction of the second axis with respect to the second force from the first driver output value and multiplying a resultant value by l2, to the first correction value, and

wherein the step of calculating the second correction amount includes the step of setting a value obtained by subtracting the correction amount in the direction of the third axis with respect to the second force from the second driver output value and multiplying a resultant value by l2, to the second correction value.

18. The calibration method for a correction lens according to claim 9,

wherein the first force is gravity, and the correction lens is displaced in a direction of gravity, and

wherein the second force is a force applied by a suspension for supporting the correction lens, and the correction lens is displaced because of a difference of the force for supporting the correction lens by the suspension between portions of the correction lens.

* * * * *