# Exhibit 8

# (12) EX PARTE REEXAMINATION CERTIFICATE (12323rd)
## United States Patent
### Shabtay et al.

(10) Number: **US 9,185,291 C1**
(45) Certificate Issued: **Jun. 30, 2023**

(54) **DUAL APERTURE ZOOM DIGITAL CAMERA**

(71) Applicant: **Corephotonics Ltd.**, Tel-Aviv (IL)

(72) Inventors: **Gal Shabtay**, Tel-Aviv (IL); **Ephraim Goldenberg**, Ashdod (IL); **Oded Gigushinski**, Tel-Aviv (IL); **Noy Cohen**, Tel-Aviv (IL)

(73) Assignee: **COREPHOTONICS LTD.**

**Reexamination Request:**
No. 90/014,987, Mar. 23, 2022

**Reexamination Certificate for:**
Patent No.: **9,185,291**
Issued: **Nov. 10, 2015**
Appl. No.: **14/365,711**
PCT Filed: **Jun. 12, 2014**
PCT No.: **PCT/IB2014/062180**
§ 371 (c)(1),
(2) Date: **Jun. 16, 2014**
PCT Pub. No.: **WO2014/199338**
PCT Pub. Date: **Dec. 18, 2014**

### Related U.S. Application Data

(60) Provisional application No. 61/834,486, filed on Jun. 13, 2013.

(51) **Int. Cl.**
*H04N 5/232* (2006.01)
*H04N 5/225* (2006.01)
*H04N 23/69* (2023.01)
*H04N 23/58* (2023.01)
*H04N 23/667* (2023.01)
*H04N 23/00* (2023.01)
*H04N 23/67* (2023.01)
*H04N 23/951* (2023.01)
*H04N 23/45* (2023.01)
*G02B 13/00* (2006.01)
*G02B 27/00* (2006.01)

(52) **U.S. Cl.**
CPC ........... *H04N 23/69* (2023.01); *G02B 13/009* (2013.01); *G02B 13/0015* (2013.01); *G02B 27/0075* (2013.01); *H04N 23/00* (2023.01); *H04N 23/45* (2023.01); *H04N 23/58* (2023.01); *H04N 23/667* (2023.01); *H04N 23/67* (2023.01); *H04N 23/951* (2023.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/014,987, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Colin M LaRose

(57) **ABSTRACT**

A dual-aperture zoom digital camera operable in both still and video modes. The camera includes Wide and Tele imaging sections with respective lens/sensor combinations and image signal processors and a camera controller operatively coupled to the Wide and Tele imaging sections. The Wide and Tele imaging sections provide respective image data. The controller is configured to combine in still mode at least some of the Wide and Tele image data to provide a fused output image from a particular point of view, and to provide without fusion continuous zoom video mode output images, each output image having a given output resolution, wherein the video mode output images are provided with a smooth transition when switching between a lower zoom factor (ZF) value and a higher ZF value or vice versa, and wherein at the lower ZF the output resolution is determined by the Wide sensor while at the higher ZF value the output resolution is determined by the Tele sensor.



# EX PARTE REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-7**, **10**, **11** and **14** is confirmed.

Claims **12**, **13**, **17** and **22** are cancelled.

Claims **8**, **9**, **15**, **16** and **18-21** were not reexamined.

\* \* \* \* \*