# Exhibit 1

Case 3:17-cv-06457-JD   Document 179-1   Filed 08/09/23   Page 1 of 4

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
Peter Tong (CA Bar No. 300347)
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**EXHIBIT 1: DECLARATION OF JAMES S. TSUEI IN SUPPORT OF COREPHOTONICS, LTD.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Case No. 3:17-cv-06457-JD

**DECLARATION OF JAMES S. TSUEI**

I, James S. Tsuei, state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Corephotonics' Supplemental Brief Regarding Claim Construction.

3. Attached as Exhibit 2 is a computer-generated redline of Plaintiff Corephotonics' second amended disclosure of asserted claims and infringement contentions, sent to Apple's counsel on July 5, 2023, compared with the previously amended infringement contentions of July 26, 2022.

4. Attached as Exhibit 3 is a computer-generated redline of Plaintiff Corephotonics' Exhibit L of Corephotonics' second amended disclosure of asserted claims and infringement contentions, sent to Apple's counsel on July 5, 2023, compared with the previous Exhibit L of July 26, 2022.

5. Attached as Exhibit 4 is a true and correct copy of *Internap Corp. v. Noction, Inc.*, C-15-03014-JD (N.D. Cal. Jan. 6, 2016), ECF No. 74 (Donato, J.).

6. Attached as Exhibit 5 is a true and correct printout of an email chain between Corephotonics' counsel and Apple's counsel.

7. Attached as Exhibit 6 is a true and correct PDF printout of the Al Jazeera article, "Israel's judicial crisis: How did we get there?" available at https://www.aljazeera.com/news/2023/3/27/timeline-how-did-israels-judiciary-protest-unfold, accessed August 2, 2023.

8. Attached as Exhibit 7 is a true and correct PDF printout of the BBC article "Israel judicial reform explained: What is the crisis about?" available at https://www.bbc.com/news/world-middle-east-65086871, accessed August 2, 2023.

Case No. 3:17-cv-06457-JD

**DECLARATION OF JAMES S. TSUEI**

9. Attached as Exhibit 8 is a true and correct PDF printout of the New York Times article "Protests Intensify Despite Offer to Delay Broader Judicial Overhaul," available at https://www.nytimes.com/live/2023/07/24/world/israel-protests-vote, accessed August 2, 2023.

10. Attached as Exhibit 9 is a true and correct PDF printout of the NPR article, "Hundreds of thousands march in Israel against Netanyahu's judicial overhaul," available at https://www.npr.org/2023/07/22/1189627225/israel-protests-netanyahu-judiciary, accessed August 3, 2023.

11. Russ August & Kabat received attorney-client privileged work product from Corephotonics regarding potential infringement of iPhone 14 models on October 18, 30, 31; November 3, 8, 16, 17, 19, 20, 22, 27, 28, 30, 31; Dec. 22, 28, and 29 of 2022; Jan. 3, 4, 10, 16; Mar. 9, 14, 16; and Apr. 16, 17, 18 of 2023.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on August 9, 2023 in Los Angeles, California.

By: /s/ James S. Tsuei
James S. Tsuei