# Exhibit 5

**Subject:** RE: Corephotonics v. Apple - iPhone 14 models
**Date:** Tuesday, July 25, 2023 at 7:04:13 PM Central Daylight Time
**From:** Mead, Lowell
**To:** ptong@raklaw.com, z/Apple-Corephotonics
**CC:** corephotonics@raklaw.com

Peter,

Apple does not consent to the proposed amendment to Corephotonics's infringement contentions as Corephotonics has not demonstrated the required good cause including diligence.

Best regards,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

**From:** ptong@raklaw.com <ptong@raklaw.com>
**Sent:** Friday, July 14, 2023 12:01 PM
**To:** Mead, Lowell <lmead@cooley.com>; z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com
**Subject:** Re: Corephotonics v. Apple - iPhone 14 models

**[External]**

Lowell,

We will not assert claims that we canceled in reexam.

**Peter Tong**
**Russ, August & Kabat**
4925 Greenville Avenue, Suite 200 | Dallas, Texas 75206
Main +1 310 826 7474 | ptong@raklaw.com | www.raklaw.com

**From:** Mead, Lowell <lmead@cooley.com>
**Date:** Wednesday, July 12, 2023 at 6:02 PM
**To:** ptong@raklaw.com <ptong@raklaw.com>, z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com <corephotonics@raklaw.com>
**Subject:** RE: Corephotonics v. Apple - iPhone 14 models

Peter,

As a point of clarification – please confirm that the inclusion of '291 claims 12 and 13 in the proposed amended contentions was inadvertent given that Corephotonics canceled those claims in the reexam.

Thanks,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** ptong@raklaw.com <ptong@raklaw.com>
**Sent:** Wednesday, July 5, 2023 2:37 PM
**To:** Mead, Lowell <lmead@cooley.com>; z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com
**Subject:** Re: Corephotonics v. Apple - iPhone 14 models

**[External]**

Hi Lowell,

I hope you got to enjoy some time off for the 4th of July. I'm getting back to your request below.

The iPhone 14 series was released around Sept. 16, 2022. Corephotonics managed to obtain samples of the iPhone 14, 14 Pro, and ProMax on October 12 and 27, 2022. Corephotonics diligently tested the devices. The testing resulted in privileged work product dated Oct. 18, 30, 31; Nov. 3, 8, 16, 17, 19, 20, 22, 27, 28, 30, 31; Dec. 22, 28, and 29 of 2022 and Jan. 3, 4, 10, and 16; Mar. 9, 14, 16; and Apr. 16, 17, and 18 of 2023. Corephotonics then notified you that it intended to amend its contentions to add the iPhone 14 on April 27, 2023.

Keep in mind that Corephotonics is an Israeli company. Israel has seen significant civil unrest that has disrupted routine business in the first quarter of 2023. Corephotonics implemented a policy allowing its employees to participate in demonstrations supporting the integrity of Israel's judiciary with full pay and without counting against employee holidays. The Corephotonics employees responsible for testing repeatedly participated in these civil demonstrations to preserve the integrity of their country's judicial system.

The amended contentions are attached hereto. With many months of discovery left and claim construction pushed back, there is no unfair prejudice to Apple. Please ask Apple to confirm that it will not oppose our motion for leave to serve the amended contentions, as it is in Apple's best interest. Even if Apple were to somehow successfully oppose, the result is that the contention will be made in a new lawsuit that will likely get consolidated back into this pending case on the existing schedule. This just results in unnecessary work for everyone, including Apple, before reaching the same result. I don't think Apple would want to waste unnecessary resources.

**Peter Tong**
**Russ, August & Kabat**
4925 Greenville Avenue, Suite 200 l Dallas, Texas 75206
Main +1 310 826 7474 l ptong@raklaw.com I www.raklaw.com

---

**From:** Mead, Lowell <lmead@cooley.com>
**Date:** Monday, May 15, 2023 at 10:18 PM
**To:** ptong@raklaw.com <ptong@raklaw.com>, James Tsuei <jtsuei@raklaw.com>, z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com <corephotonics@raklaw.com>
**Subject:** RE: Corephotonics v. Apple - iPhone 14 models

Peter,

Under N.D. Cal. Pat. L.R. 3-6 and case law precedent, Corephotonics needs to obtain leave of Court to amend its infringement contentions upon a showing of good cause that includes diligence by Corephotonics.  Please provide a copy of Corephotonics's proposed amendment.  The content of the proposed amendment may affect Apple's position in response, such as by revealing new claim construction disputes or other issues.  Please also provide the basis for Corephotonics's assertion of diligence, including all activities and associated dates that Corephotonics relies upon to assert diligence.

After we receive these disclosures, we can evaluate them and schedule a time to meet and confer as needed.

For the record, there is no merit to your suggestion that "Apple just delayed the case," as it was Corephotonics's activity in connection with the Patent Office reexamination that resulted in the Court postponing the Markman hearing (see Dkt. Nos. 171, 173).

Best regards,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** ptong@raklaw.com <ptong@raklaw.com>
**Sent:** Friday, May 12, 2023 1:53 PM
**To:** Mead, Lowell <lmead@cooley.com>; James Tsuei <jtsuei@raklaw.com>; z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com
**Subject:** Re: Corephotonics v. Apple - iPhone 14 models

**[External]**

Lowell,

Corephotonics has good cause to add this now because it is a new product released after we filed the complaint.  It takes time to conduct due diligence and investigate newly released

products before we add them to a case.  There is no unfair prejudice to Apple.  Moreover, Apple just delayed the case yet again by six months.  To the extent Apple might have claimed any unfair prejudice based on a delay from September to April, that has been completely wiped out by your case extension.  Do we still need to confer about this, or in light of the extension, will Apple withdraw its objection to adding the iPhone 14 series?

**Peter Tong**
**Russ, August & Kabat**
4925 Greenville Avenue, Suite 200 | Dallas, Texas 75206
Main +1 310 826 7474 | ptong@raklaw.com | www.raklaw.com

---

**From:** Mead, Lowell <lmead@cooley.com>
**Date:** Friday, April 28, 2023 at 12:45 PM
**To:** James Tsuei <jtsuei@raklaw.com>, z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com <corephotonics@raklaw.com>
**Subject:** RE: Corephotonics v. Apple - iPhone 14 models

James,
So that Apple can evaluate this request and we can have a meaningful meet and confer, can you please explain what Corephotonics believes to be the good cause, including diligence, to amend its contentions to accuse these products under the applicable facts and circumstances, including the fact that these products were introduced in September 2022 (e.g., https://www.apple.com/newsroom/2022/09/apple-introduces-iphone-14-and-iphone-14-plus/ and https://www.apple.com/newsroom/2022/09/apple-debuts-iphone-14-pro-and-iphone-14-pro-max/ )?
Best,
Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** James Tsuei <jtsuei@raklaw.com>
**Sent:** Thursday, April 27, 2023 12:41 PM
**To:** z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>; Mead, Lowell <lmead@cooley.com>
**Cc:** corephotonics@raklaw.com
**Subject:** Corephotonics v. Apple - iPhone 14 models

**[External]**

Apple counsel, Corephotonics intends to move to add the following models of iPhones to its infringement case for the '291 patent: iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max.  Please let us know if Apple consents, or otherwise please provide your availability to meet and confer on this issue.

Thanks,
--
James Tsuei
Russ August & Kabat

**4 of 5**

12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.