Exhibit 8

# Israel Protests
# Protests Intensify Despite Offer to Delay Broader Judicial Overhaul

Israel's Parliament passed a contentious measure limiting the Supreme Court's powers. The country's nationalist right celebrated the law's passage as just the beginning.

Published July 24, 2023   Updated July 28, 2023



 

**📌 Pinned**

 Isabel Kershner, Aaron Boxerman and Richard Pérez-Peña  Reporting from the streets of Jerusalem, where protests went late in Monday night, London and New York   

## Here's what you need to know about the vote in Israel.



Demonstrators protesting on Monday night in Tel Aviv against plans by Prime Minister Benjamin Netanyahu's government to overhaul the Israeli judicial system.  Ariel Schalit/Associated Press

On a day of turbulence in the streets and in the halls of power alike, Israeli lawmakers on Monday enacted a major change in law to weaken the judiciary, capping a monthslong campaign by the right-wing governing coalition that is pitting Israelis against one another with rare ferocity.

Throngs of protesters outside the Knesset, the Israeli Parliament, and opposition lawmakers inside shouted that the change was a grievous blow to the rule of law, to the rights of citizens and to democracy itself. Coalition members countered that it was the judiciary that posed a threat to democracy, and said that they planned to take further steps to curb it.

**Show more**

---



**July 24, 2023, 6:56 p.m. ET**
Aaron Boxerman



# Major American Jewish groups express dismay over the law's

**passage.**



Israelis protesting last week outside of a branch office of the U.S. Embassy in Tel Aviv against a judicial overhaul planned by Prime Minister Benjamin Netanyahu's government.  Oded Balilty/Associated Press

Major American Jewish groups expressed frustration and concern after the Israeli government passed on Monday the first phase of its divisive plan to weaken the country's judiciary, the latest sign of the widening rift between the Jewish communities in Israel and the United States.

The dismay spanned not only left-leaning groups, such as the dovish J Street lobbying group, but also centrist establishment mainstays, such as the American Jewish Committee, which conveyed its "profound disappointment" after the Parliament passed a law limiting the Supreme Court's ability to overrule government decisions.

Show more

---

 **July 24, 2023, 5:11 p.m. ET**
Aaron Boxerman                                                    

The Israeli Medical Association, which represents 97 percent of Israel's doctors,

announced it would strike on Tuesday in much of the country in protest of Prime Minister Netanyahu's decision to enact the first part of his coalition's divisive judicial overhaul.

 **July 24, 2023, 5:11 p.m. ET**
Aaron Boxerman

Members around the country will handle only emergencies and critical care for the day. The union exempted Jerusalem.

---

 **July 24, 2023, 4:47 p.m. ET**
Isabel Kershner   Reporting from Jerusalem                                    

## Protesters block roads, some lighting bonfires or burning tires, and the police respond with water cannons.



Protesters in Jerusalem on Monday night.   Ilan Rosenberg/Reuters

https://www.nytimes.com/live/2023/07/24/world/israel-protests-vote



Police officers on horses were forced to retreat after failing to budge protesters in Tel Aviv. Jack Guez/Agence France-Presse — Getty Images



Israeli security forces using a water cannon to disperse protesters blocking the entrance of Israel's Parliament in Jerusalem.  Ronaldo Schemidt/Agence France-Presse — Getty Images

In a five-minute, prime-time address on Monday night, Prime Minister Benjamin Netanyahu tried to calm Israel's turmoil, offering to return to negotiations with the opposition over any further judicial changes until late November. But the antigovernment street protests only intensified.

By 10 p.m., masses of protesters holding Israeli flags had taken over junctions and main roads in Tel Aviv, Jerusalem and around the country. Some lit bonfires or burned tires.

Broadcasting live from various protest sites, Israeli television showed chaotic scenes in Tel Aviv, where police officers mounted on horses tried to push protesters off the road but retreated after failing to budge the crowd. They then unleashed a water cannon against the protesters.

**Show more**

 **July 24, 2023, 4:27 p.m. ET**
Aaron Boxerman    

For Moti Havlin, a 31-year-old Jerusalem real estate developer who voted for Prime Minister Netanyahu, the anti-reform camp is "trying to burn down the country." He accused pilots and other military reservists of conducting "a military coup" after they said they would stop volunteering for duty to protest passage of the judicial overhaul.

 **July 24, 2023, 4:27 p.m. ET**
Aaron Boxerman

Havlin accused the demonstrators of clinging to the Supreme Court as a "time capsule" of liberal secularism. "The struggle is over whether we'll have popular sovereignty — democracy — or if we'll keep being ruled by judges and Air Force pilots," Havlin said.

 **July 24, 2023, 4:17 p.m. ET**
Aaron Boxerman    

Police fired water cannons at Israeli protesters who have shut down much of the Ayalon Highway in Tel Aviv. Officers were seemingly unable to disperse the demonstrators, who have formed a sea of blue-and-white flags on the major traffic artery.



Corinna Kern/Reuters

---

 **July 24, 2023, 3:18 p.m. ET**
Aaron Boxerman                                                    

Most of the demonstrators in Tel Aviv are concentrated near Kaplan Street in the city's downtown, where they have lit a bonfire and are chanting slogans against Netanyahu's government. Other protesters have blocked part of the Ayalon Highway, a major traffic artery that runs through Tel Aviv.



Oded Balilty/Associated Press

---

 **July 24, 2023, 3:04 p.m. ET**
Aaron Boxerman                                                    

The number of demonstrators doesn't appear to be rising drastically. But the tension between police and protesters is ratcheting up in both Tel Aviv and Jerusalem, as officers seek to forcefully disperse the rallies.

---

 **July 24, 2023, 3:00 p.m. ET**
Hiba Yazbek   Reporting from Jerusalem                            

## With turmoil all around, many Palestinians feel detached, or just excluded.



A Palestinian family passing Israeli border guards on a street in Jerusalem's Old City in June.  Menahem Kahana/Agence France-Presse — Getty Images

As thousands of Israelis protest their government's plan to curb judicial power, the country's largest minority, Palestinian citizens, has largely felt either detached or excluded from the debate that has been roiling Israel for the last seven months.

Palestinians make up more than 20 percent of Israel's population, and some have long complained about being treated as second-class citizens. Now, as they grapple with an epidemic of gun violence that has so far left 130 Arabs dead since the start of the year, many say they feel abandoned by the government and the police, accusing them of not doing enough to fight crime in Arab towns.

Show more

---

 **July 24, 2023, 2:58 p.m. ET**
Aaron Boxerman



Israeli police are deploying water cannons against thousands of protesters demonstrating

against the judicial overhaul who have gathered near the Supreme Court in Jerusalem. Waving Israeli flags, some protesters are calling back "for shame!" in scenes broadcast live on Israel's public broadcaster.

---

 **July 24, 2023, 2:29 p.m. ET**
Aaron Boxerman



## Israel's Supreme Court faces a critical dilemma: How to handle a plan that would rein in its power.



The Knesset, Israel's Parliament, on Monday night, following the passage of a contested bill limiting the Supreme Court's power.  Amir Cohen/Reuters

Israel's Supreme Court will soon face a challenging question: whether to review the first part of Prime Minister Benjamin Netanyahu's judicial overhaul, which aims to rein in the power of the court itself.

Opponents of the law have already vowed to petition the court to take on the case. If the justices agree, it could open the door to a serious crisis among the country's branches of government.

Show more

https://www.nytimes.com/live/2023/07/24/world/israel-protests-vote

Case 3:17-cv-06457-JD   Document 179-8   Filed 08/09/23   Page 12 of 46

 **July 24, 2023, 2:24 p.m. ET**
Aaron Boxerman 

Israeli police said three protesters demonstrating against Netanyahu's judicial overhaul in central Israel were injured after a car drove into a crowd. Police said they had arrested the car's owner.

 **July 24, 2023, 2:18 p.m. ET**
Isabel Kershner   Reporting from Jerusalem 

Israeli television, broadcasting live from various protest sites, is showing chaotic scenes in Tel Aviv: Police officers mounted on horses tried to push protesters off the road but were forced to retreat after failing to budge the crowd. Now they are spraying protesters with a water cannon.



Jack Guez/Agence France-Presse — Getty Images



Jack Guez/Agence France-Presse — Getty Images

 **July 24, 2023, 2:06 p.m. ET**
Isabel Kershner   Reporting from Jerusalem   

As Netanyahu spoke, masses of Israelis blocked roads in Jerusalem, Tel Aviv and around the country. Some burned tires. A truck drove into protesters on a highway in central Israel, injuring three. One of the main protest groups rejected what it called Netanyahu's "lies about dialogue and national unity," saying in a statement, "He is exclusively responsible for the rift in the nation, the ruination of the military and the crashing economy."



Jack Guez/Agence France-Presse — Getty Images

 **July 24, 2023, 1:47 p.m. ET**
Isabel Kershner   Reporting from Jerusalem                                    

Responding to Prime Minister Netanyahu's remarks about restarting negotiations with
the opposition over future judicial changes, Yair Lapid, the centrist leader of the
opposition, said it was an empty offer because the hard-line members of the prime
minister's coalition have rejected any compromise.

 **July 24, 2023, 1:48 p.m. ET**
Aaron Boxerman

"This extremist and messianic government cannot tear our democracy to shreds at
noon, and in the evening send Netanyahu to say that he offers negotiations," Lapid
said. "We won't give up. The struggle has just begun."

 **July 24, 2023, 1:45 p.m. ET**
Isabel Kershner   Reporting from Jerusalem                                    

Netanyahu suggested putting the rest of the government's judicial overhaul plan on hold until late November, to allow time for talks. "In the coming days, the coalition will approach the opposition with the aim of holding a dialogue between us," he said. "We are ready to discuss everything, immediately and during the recess, and if more time is needed, until the end of November."

---

 **July 24, 2023, 1:40 p.m. ET**
Isabel Kershner   Reporting from Jerusalem                           

Appealing to reservists who have threatened to stop their service in the military, Prime Minister Netanyahu said, "We have one country, one home, one people."

---

 **July 24, 2023, 1:40 p.m. ET**
Isabel Kershner   Reporting from Jerusalem                           

Prime Minister Netanyahu, who was in the hospital to get a pacemaker a day ago, delivered his statement to the nation sitting in his office with books and a family photograph behind him. Speaking in Hebrew, he said that there would be ample time in the coming months to reach a broad consensus over future steps.



GPO, via Associated Press

---

 **July 24, 2023, 1:37 p.m. ET**
Hiba Yazbek  Reporting from Jerusalem 

Speaking in a televised address before Prime Minister Benjamin Netanyahu, opposition leader Benny Gantz said Netanyahu failed Israel. "Those who thought that they won today will soon find out that this was a grave mistake for all of us."

---

 **July 24, 2023, 12:36 p.m. ET**
Isabel Kershner  Reporting from Jerusalem 

Two New Yorkers are behind a once-obscure, libertarian and conservative think tank in Jerusalem that became a chief architect of the judicial overhaul plan now dividing Israel. Read more about them here.

---

 **July 24, 2023, 12:24 p.m. ET**
Aaron Boxerman 

The White House just released a statement saying it is "unfortunate" that Netanyahu's coalition passed the first part of its judicial overhaul with "the slimmest possible majority." In the statement, White House Press Secretary Karine Jean-Pierre said that "the United States will continue to support the efforts of President Herzog and other Israeli leaders as they seek to build a broader consensus through political dialogue."

---

 **July 24, 2023, 12:14 p.m. ET**
Aaron Boxerman 

Netanyahu's office says that the Israeli prime minister will give a speech to the country at 8:20 p.m. local time (1:20 p.m. EDT). One of the opposition's leaders, Blue and White party chair Benny Gantz, is also set to give a televised address around 8:10 p.m.

---

 **July 24, 2023, 12:08 p.m. ET**
Aaron Boxerman 

## Israel's far-right celebrates a moment of victory.



Lawmakers, including Yariv Levin, the Justice Minister, and Itamar Ben-Gvir, the Minister of National Security, at the Knesset in Jerusalem after the vote on Monday.  Amir Cohen/Reuters

Israel's nationalist right celebrated a hard-won victory Monday after seven months of struggling to advance the contentious plan to weaken Israel's judiciary in the face of mounting opposition.

"From today, Israel will be a little more democratic, a little more Jewish, and we will be able to do more in our offices," the ultranationalist minister Itamar Ben-Gvir told reporters in the wake of the vote. "With God's help, this will be just the beginning."

Show more

 **July 24, 2023, 11:53 a.m. ET**
Isabel Kershner   Reporting from Jerusalem                                    

A former chief of Shin Bet, Israel's domestic security agency, marched in Jerusalem along with protesters after the vote. Nadav Argaman told Israel's Channel 12 that he came to "mark the end" of Prime Minister Benjamin Netanyahu's rule. "Bibi has a coalition, but he doesn't have the people. He's lost the people," Argaman said.

 **July 24, 2023, 11:27 a.m. ET**
Isabel Kershner and Alan Yuhas



# What's next for Israel's new judicial law.



Israeli parliamentarians taking part in the session at the Knesset, Israel's parliament, in Jerusalem on Monday.  Ronaldo Schemidt/Agence France-Presse — Getty Images

Israel's Parliament, called the Knesset, adjourns for summer recess at the end of July. But lawmakers from Mr. Netanyahu's governing coalition, responsible for Monday's passage of a divisive new judicial law, are unlikely to revisit the plan in the days before the break.

The coalition has already pursued other parts of its contentious agenda to overhaul the courts. In an earlier vote — an initial and nonbinding one — the lawmakers passed another piece of legislation to change the makeup of the committee that selects judges and to give representatives of the government an automatic majority on it.

**Show more**

---

 **July 24, 2023, 11:11 a.m. ET**
Roni Rabin  Reporting from Jerusalem



## As the vote unfolded, protesters outside the Knesset chanted, 'Shame!'



Members of Israel's security forces used a water cannon to disperse protesters near the Knesset in Jerusalem on Monday.  Menahem Kahana/Agence France-Presse — Getty Images

Before the Israeli Parliament passed the new judicial law, a group of protesters beating drums and chanting "Democracy" evaded police barriers around the Knesset by entering through the rose garden.

A giant screen showed the proceedings in the chamber, and as the vote started on the third and final reading of the bill, which limits the Supreme Court's ability to overturn decisions made by government ministers, the crowd shouted, "Shame! Shame! Shame!"

Show more



**July 24, 2023, 10:46 a.m. ET**
Aaron Boxerman

18

# For Israel's justice minister, the new law is only a 'first step.'



Yariv Levin, Israel's justice minister, speaking at the Knesset in Jerusalem on Monday.  Ronaldo Schemidt/Agence France-Presse — Getty Images

Israel's justice minister said on Monday that enacting the first part of the government's judicial overhaul plan was a triumph years in the making and suggested it was only a prelude of more measures to come.

The minister, Yariv Levin, was speaking just after Israel's Parliament, or Knesset, passed a highly contentious new law that curbs the powers of the Supreme Court.

Show more

 **July 24, 2023, 10:24 a.m. ET**
Aaron Boxerman                                                    

Prime Minister Benjamin Netanyahu will address the nation later Monday, after his coalition enacted the first part of a contentious plan to weaken Israel's judiciary, a spokesman for the premier said.

 **July 24, 2023, 10:08 a.m. ET**
Isabel Kershner  Reporting from Jerusalem 

Protesters are blocking a main thoroughfare in Jerusalem.



Ilan Rosenberg/Reuters

 **July 24, 2023, 9:58 a.m. ET**
Isabel Kershner  Reporting from Jerusalem 

After the first piece of his government's judicial overhaul plan passed, Itamar Ben-Gvir, the ultranationalist minister of national security, said, "Israel will be a little more democratic, a little more Jewish." He then added, "Of course, it must be said, this is only the beginning."

 **July 24, 2023, 9:40 a.m. ET**
Isabel Kershner  Reporting from Jerusalem 

Protest leaders called on opponents of the legislation to come out into the streets

wherever they are.

 **July 24, 2023, 9:28 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem



A leading Israeli rights watchdog, the Movement for Quality Government, says it has petitioned the Supreme Court to strike down the new law, setting the stage for a possible constitutional crisis.

 **July 24, 2023, 9:28 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem

"The government of destruction has raised its malicious hand against the state of Israel. Now it's the Supreme Court's turn to step up and prevent this legislation," Eliad Shraga, the movement's chairman, said in a statement.

 **July 24, 2023, 9:22 a.m. ET**
Aaron Boxerman



The leader of the country's largest union, the Histadrut, again threatened a general strike in the aftermath of the vote. Arnon Bar-David said he would soon convene the union's leadership to declare a labor dispute, the first step toward initiating a general work stoppage. He did not say when a strike could begin, only that he would call one "if necessary."

 **July 24, 2023, 9:16 a.m. ET**
Isabel Kershner   Reporting from Jerusalem



Grassroots leaders of one of the main protest groups vowed to "fight till the end," adding in a statement, "The state of Israel is going through the darkest period since its establishment."



Menahem Kahana/Agence France-Presse — Getty Images

 **July 24, 2023, 9:13 a.m. ET**
Isabel Kershner   Reporting from Jerusalem                    

Yair Lapid, the centrist leader of the opposition, said his party would petition the Supreme Court to issue a ruling on the legality of the new law, which limits judicial review over government decisions. Lapid called on pilots and other military reservists who have threatened to stop volunteering for service to wait for the high court to rule, saying: "This is not the end of the battle. It is just the beginning."

 **July 24, 2023, 9:10 a.m. ET**
Aaron Boxerman                                              

Israel's justice minister, Yariv Levin, just climbed to the parliamentary podium to give a victory speech. Levin, widely seen as the mastermind behind the reforms, called the newly-minted law "the first step in our historic process of fixing the justice system."



Amir Cohen/Reuters

 **July 24, 2023, 8:50 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem                                        

**The vote completes the first stage of a wider effort to curb the
judiciary's influence.**



Prime Minister Benjamin Netanyahu of Israel in the Knesset on Monday.   Amir Cohen/Reuters

The Israeli Parliament passed a law Monday that limits the Supreme Court's ability to overturn decisions made by government ministers, completing the first stage of a wider and deeply contentious effort to curb the influence of the judiciary.

The court is now barred from overruling the national government using the legal standard of "reasonableness," a concept that judges previously used to block ministerial appointments and contest planning decisions, among other government measures.

**Show more**

 **July 24, 2023, 8:48 a.m. ET**
Aaron Boxerman


Israel's Parliament has formally enacted the first part of Netanyahu's judicial overhaul into law, with the opposition boycotting the vote. Last-ditch compromise efforts foundered despite efforts by Israel's president and other mediators.

 **July 24, 2023, 8:49 a.m. ET**
Aaron Boxerman

Right-wing ministers and lawmakers took selfies in the parliamentary plenum rule to celebrate their victory. The vote was 64 in favor and zero against, after members of the opposition left the chamber, boycotting the vote they had no chance of winning.



Maya Alleruzzo/Associated Press



**July 24, 2023, 7:52 a.m. ET**
Gabby Sobelman   Reporting from Rehovot, Israel



Voting in Parliament on potential amendments to the judicial law continues amid chaotic scenes. "Enemies of Israel!" one opposition lawmaker, Michal Shir, shouted at the government benches. "You are the government of destruction!" shouted another, Yorai Lahav-Hertzano.

**July 24, 2023, 8:03 a.m. ET**
Gabby Sobelman   Reporting from Rehovot, Israel

Throughout this, some kind of last-minute discussions seem to be taking place. Prime Minister Netanyahu has made at least two phone calls from his seat in the chamber, and has been involved in intense conversations with the justice minister, Yariv Levin, and the defense minister, Yoav Gallant.

 

**July 24, 2023, 7:32 a.m. ET**
Isabel Kershner and Patrick Kingsley   Reporting from Jerusalem



# What do the protesters want?



A protest against Prime Minister Benjamin Netanyahu and his nationalist coalition government's judicial overhaul, in Jerusalem on Monday.   Menahem Kahana/Agence France-Presse — Getty Images

Doctors and lawyers. Workers in Israel's high-tech industry. Army reservists and former politicians. People old and young.

All have joined the protests against the government's proposed judicial overhaul that have gripped Israel for the past few months, and have brought a broad swath of the society onto the streets.

**Show more**

 **July 24, 2023, 7:14 a.m. ET**
Isabel Kershner   Reporting from Jerusalem    

In a last-minute twist, just as talks on a compromise with the opposition seemed to have collapsed, some members of Netanyahu's governing coalition were discussing the possibility of softening the judicial bill unilaterally, even as lawmakers were voting on amendments ahead of a final vote on the bill in Parliament. Any such move could destabilize the coalition.

 **July 24, 2023, 7:16 a.m. ET**
Isabel Kershner   Reporting from Jerusalem

Itamar Ben-Gvir, the ultranationalist minister of national security, said in a statement: "To our regret, parts of the coalition are conducting negotiations with themselves and are considering a compromise that would sterilize the law."



Amir Cohen/Reuters

 **July 24, 2023, 7:05 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem          

Danna Azrieli, one of 150 Israeli business leaders who have shuttered their companies
today in protest of the judicial plan, said it was a hard decision to make. She owns a chain
of 21 shopping malls that bear her family's name. "Fifty percent of the population voted
for Bibi, and I really respect the 50 percent," said Azrieli, referring to Prime Minister
Netanyahu, who backs the judicial plan. But "we couldn't just stand by," she said in a
phone interview.

 **July 24, 2023, 7:16 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem

Azrieli is one of many Israelis pushing for compromise. "The people of Israel are
crying out and saying, 'No. Please. Stop. Talk,'" she said. "So the business leaders
simply felt they needed to take a stand and hoped that the government would also
see that they need to stop and talk."

 **July 24, 2023, 6:35 a.m. ET**
Gabby Sobelman   Reporting from Rehovot, Israel          

As voting continues, opposition lawmakers are calling out to the defense minister, Yoav Gallant, who is voting with Netanyahu's coalition despite expressing reservations about how the plan has harmed military cohesion. "Minister of defense, have you nothing to say?" one could be heard shouting. "The country is being torn apart!"

---

 **July 24, 2023, 6:21 a.m. ET**
Aaron Boxerman



Inside Israel's Parliament, lawmakers have begun voting on at least 140 amendments to the first part of Netanyahu's judicial overhaul. This is expected to take about three hours. After that, the bill can go through its final two readings. If it passes those, it becomes law.



Abir Sultan/EPA, via Shutterstock

 **July 24, 2023, 6:09 a.m. ET**
Aaron Boxerman

## What to expect on Monday in Israel.



Lawmakers inside the Knesset on Monday.  Amir Cohen/Reuters

Israel's political turmoil reached a crescendo on Monday as Prime Minister Benjamin Netanyahu's government was poised to enact the first part of its contentious judicial overhaul. The proposed changes have torn the country apart; hundreds of thousands

demonstrated for or against the overhaul across the country on Sunday.

Here's what to expect in the coming day:

- **Parliament votes:** All eyes are on Israel's Parliament, known as the Knesset, where lawmakers are preparing to vote on the legislation. Mr. Netanyahu's coalition holds a narrow majority with 64 seats in the 120-member body. At about 1 p.m. local time (6 a.m. Eastern), lawmakers were to begin voting on scores of amendments to the legislation, a process that could take at least three hours, after which a final vote would be held, according to a Knesset spokesman. But there is a chance that the final vote could be delayed, as mediators continue an 11th-hour push to reach a possible compromise.

- **Compromise talks continue:** President Isaac Herzog, the head of Israel's largest union and legal scholars have continued back-channel talks with political leaders to seek a last-minute compromise. Mr. Herzog met with Mr. Netanyahu and opposition leaders Sunday night, his office said, and will continue to push for a deal acceptable to all sides.

- **Opposition demonstrates:** Protesters opposed to the overhaul have vowed to continue demonstrating throughout the day. Organizers say they plan to hold a mass rally outside the Knesset on Monday afternoon if voting begins on the bill.



**July 24, 2023, 6:05 a.m. ET**
Hiba Yazbek   Reporting from Jerusalem



After protesters tried to block access roads leading to the Parliament today, the scene outside has calmed for the moment. A few hundred protesters are banging on metal barriers, honking horns and chanting "democracy," trying to be heard inside the building where lawmakers are preparing to vote.



Hazem Bader/Agence France-Presse — Getty Images

 **July 24, 2023, 6:06 a.m. ET**
Hiba Yazbek   Reporting from Jerusalem

Along the half-mile road linking the Parliament and the Supreme Court, volunteers are standing under tents and handing out cold water to protesters as temperatures neared 92 degrees.

---

 **July 24, 2023, 6:02 a.m. ET**
Isabel Kershner   Reporting from Jerusalem



Efforts to find a last-minute compromise appear to have collapsed for now. Yair Lapid, the centrist leader of the opposition, told reporters: "With this government, it is impossible to reach agreements that safeguard Israeli democracy." He made the statement shortly before 1 p.m., ahead of final preparations for a binding vote in Parliament.



**July 24, 2023, 5:44 a.m. ET**
Aaron Boxerman



Justice Minister Yariv Levin, a key architect of the judicial overhaul, is speaking now in Parliament. He said activist courts have abused the reasonableness standard to interfere with government policy. "Who says that what's 'reasonable' in the eyes of judges is the sensible thing to do?" he said. "Who says their personal stances are better than those of government ministers?"



**July 24, 2023, 4:32 a.m. ET**
Aaron Boxerman



The hardline Jewish Power party, led by far-right minister Itamar Ben-Gvir, said there was no room for compromise on the first part of Netanyahu's judicial overhaul. Ben-Gvir's party, which holds six seats in Netanyahu's coalition, said the government had been handed an "enormous mandate" to the pass the overhaul in November's election.



**July 24, 2023, 4:24 a.m. ET**
Aaron Boxerman

President Isaac Herzog just said a compromise on the judicial overhaul was on the table, but that "there are still gaps that require all parties to act responsibly." Israelis are "thirsty for hope" for an end to the crisis, which would require both sides to seek middle ground, he added.

 **July 24, 2023, 3:43 a.m. ET**
Aaron Boxerman



The U.S. Embassy in Jerusalem said it was following the back-and-forth of last-minute talks on the bill and was urging all sides to reach a compromise. "We remain hopeful that an acceptable arrangement can be reached," a U.S. Embassy spokeswoman said.

 **July 24, 2023, 3:12 a.m. ET**
Aaron Boxerman



Israel's president, Isaac Herzog, is set to meet the head of the country's main union this morning, a union spokesperson said, as both continue to seek a compromise on the judicial plan. In March, the Histadrut labor union's general strike was a key factor in prompting Netanyahu to freeze the overhaul and begin negotiations over the legislation.



Kenny Holston/The New York Times

 **July 24, 2023, 2:48 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem                              

President Biden spoke to an Israeli journalist overnight, urging Prime Minister Benjamin Netanyahu to slow down his judicial overhaul in order to build a social consensus around it. "It doesn't make sense for Israeli leaders to rush this," Biden said in a statement to Barak Ravid. "The focus should be on pulling people together and finding consensus."

 **July 24, 2023, 2:51 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem

The U.S. government's opinion matters here — it gives Israel nearly $4 billion in military aid every year, and provides it with wide diplomatic backing at the United Nations. Biden's comments on the domestic political situation have stopped short of threatening to withdraw any of that support.

 **July 24, 2023, 1:45 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem                              

The streets around the Israeli Parliament are already tense, hours before the vote is set to

take place. To prevent access to lawmakers, hundreds of protesters have blocked roads that lead to the building, some of them chaining themselves to each other. That has set off confrontations with police officers, who have fired a malodorous liquid at the demonstrators.



Menahem Kahana/Agence France-Presse — Getty Images

 **July 24, 2023, 1:29 a.m. ET**
Patrick Kingsley   Reporting from Jerusalem                                        

Benjamin Netanyahu, the Israeli prime minister, has been released from the hospital after a 30-hour stay to fit a pacemaker, according to a spokesman for the Sheba Medical Center near Tel Aviv.



**July 24, 2023, 1:26 a.m. ET**
Patrick Kingsley, Isabel Kershner and Aaron Boxerman  Reporting from Jerusalem and London

## Here are the latest developments in Israel.

Masses of Israelis blocked roads in Jerusalem, Tel Aviv and around the country on Monday night, furious over what they called an affront to democracy after the Israeli Parliament passed a law earlier in the day limiting the Supreme Court's ability to overturn decisions made by government ministers.

Prime Minister Benjamin Netanyahu, who was hospitalized to receive a pacemaker over the weekend, had sought to quell the intensifying unrest in a televised address to the Israeli people on Monday evening. Speaking from his office, he suggested that he would table until late November a broader judicial overhaul plan being undertaken by his government, the most right-wing and religiously conservative in Israeli history.

Show more



**July 23, 2023, 4:44 p.m. ET**
Isabel Kershner  Reporting from Jerusalem



A group of business leaders representing about 150 large companies announced that their businesses would close on Monday morning. The Israeli Business Form also called on other private sector companies to join what they described in a statement as "an emergency measure taken as a last resort to bring the unilateral legislation to a halt and to enter into dialogue."

 **July 23, 2023, 4:28 p.m. ET**
Aaron Boxerman


After a day of dueling demonstrations both for and against Netanyahu's judicial overhaul, most of the protesters appear to have dispersed. Israeli police said they had arrested five demonstrators in Jerusalem who violated public order.

 **July 23, 2023, 4:29 p.m. ET**
Aaron Boxerman

Debate in Israel's Parliament will continue overnight, with the decisive vote set to be held around noon on Monday. Israel's president, Isaac Herzog, is conducting a blitz of last-minute meetings in an effort to reach a compromise. A deal has yet to emerge. Protesters are gearing up for several additional demonstrations Monday in Jerusalem and elsewhere.

 **July 23, 2023, 3:20 p.m. ET**
Isabel Kershner   Reporting from Jerusalem


Police used a water cannon in Jerusalem late Sunday to try to disperse anti-government protesters blocking a main road in the city.



Ohad Zwigenberg/Associated Press

---

 **July 23, 2023, 2:29 p.m. ET**
Aaron Boxerman                                                      

In a poll conducted by Israel's public broadcaster, Kan, 46 percent of Israelis opposed the proposed legislation curbing the courts' ability to strike down government decisions determined to be unreasonable and 35 percent of Israelis supported the bill. And an additional 19 percent said they didn't know. Pollsters sampled some 600 Israelis for the survey, which had a margin of error of plus or minus 4 percentage points.

---

 **July 23, 2023, 2:18 p.m. ET**
Isabel Kershner   Reporting from Jerusalem                          

President Isaac Herzog continued his round of emergency meetings with political leaders on Sunday night in a last-ditch effort to broker a compromise between the government and the opposition parties. His office said he has concluded a meeting with the centrist leader of the opposition, Yair Lapid, and that he would be meeting later with Benny

Gantz, who leads another centrist opposition party.

  **July 23, 2023, 1:44 p.m. ET**
Peter Baker and Lisa Lerer  Peter Baker is the chief White House correspondent and briefly served as Jerusalem bureau chief. Lisa Lerer is a national political correspondent. 

# The U.S. confronts its tight but turbulent relationship with Israel.


President Isaac Herzog of Israel met with President Biden in the Oval Office on Tuesday.  Doug Mills/The New York Times

Long before moving into the White House, President Biden compared the relationship between the United States and Israel to that of close friends. "We love one another," he said, "and we drive one another crazy."

The United States and Israel are currently in one of those driving-each-other-crazy phases of their usually tight but often turbulent 75-year partnership.

Show more

 **July 23, 2023, 10:46 a.m. ET**
Isabel Kershner   Reporting from Jerusalem



# Critics say Netanyahu's stance on the judiciary changed after his 2019 indictment.



Benjamin Netanyahu's stance toward Israel's Supreme Court changed after his indictment in 2019 on charges of bribery, fraud and breach of trust.  Jack Guez/Agence France-Presse — Getty

Images

Benjamin Netanyahu, Israel's longest serving prime minister, was once a staunch defender of the country's Supreme Court. Now he is leading the legislative push to curb its authorities and give more power to the elected government.

Mr. Netanyahu's stance began to change, critics say, after his indictment in 2019 on charges of bribery, fraud and breach of trust and the start of his trial in 2021.

Show more

---

 **July 23, 2023, 7:43 a.m. ET**
Patrick Kingsley  Reporting from Jerusalem 

## The crisis in Israel now centers on the legal concept of 'reasonableness.'



Demonstrators near the Supreme Court in Jerusalem in March.  Avishag Shaar-Yashuv for The New York Times

After mass protests in March, Israel's far-right and religiously conservative governing coalition suspended its broader plans to overhaul the judiciary, which seek to allow Parliament to overturn Supreme Court decisions and give the government more control over the selection of judges.

For the time being, the coalition is only proceeding with legislation that would limit the court's use of the subjective legal concept of "reasonableness" to countermand decisions by lawmakers and ministers.

Show more

 **July 23, 2023, 6:21 a.m. ET**
Patrick Kingsley  Reporting from Jerusalem


# The battle over the judiciary is a proxy for deeper social divisions.



Supreme Court judges attending a hearing at the High Court in Jerusalem earlier this
year.  Ronen Zvulun/Reuters

At its simplest, the monthslong disagreement over the Israeli government's judicial
overhaul is about the management of the court system.

But the standoff has also become a stand-in for a deeper ideological and cultural dispute
in Israel between those who want a more secular and pluralist state and those with a
more religious and nationalist vision.

Show more