# Exhibit 10

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
Peter Tong (CA Bar No. 300347)
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**EXHIBIT 10: DECLARATION OF ERAN KALI IN SUPPORT OF COREPHOTONICS, LTD.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Case No. 3:17-cv-06457-JD

**DECLARATION OF ERAN KALI**

RUSS, AUGUST & KABAT

1      I, Eran Jonathan Kali, state as follows:

2      1.     I am the vice president of licensing of Corephotonics. I have personal knowledge

3 of the following facts:

4      2.     True and correct copies true and correct copies of Corephotonics' receipts for the

5 iPhone 14 Pro, iPhone 14, and iPhone 14 Pro Max are appended to this declaration as Appendix

6 A.

7      3.     After acquiring the iPhone 14 Pro, iPhone 14, and iPhone 14 Pro Max in October

8 2022, Corephotonics designed and performed various tests on each of these phones to determine

9 which of Corephotonics' patents are infringed. These tests regularly took place from October 2022

10 through April 2023, except when disrupted by protests and civil unrest in Israel. The iPhone 14

11 testing was also disrupted by various urgent tasks which required the same testing team resources.

12      4.     Corephotonics implemented a policy allowing its employees to participate in

13 Israel's protests, with full pay, and without counting against vacation days.

14      5.     I have personally and routinely participated in many protests against the reforms to

15 Israel's legal system.

16      6.     Other Corephotonics employees, including those involved with testing the iPhone

17 14 series, have routinely participated in many protests against the reforms to Israel's legal system.

18      7.     Many of these routine protests prevented Corephotonics from conducting its regular

19 business operations by obstructing infrastructure, or by participation of Corephotonics employees.

20      I declare under penalty of perjury under the laws of the United States the foregoing is true

21 and correct.

22      Executed on August 9, 2023 in ISRAEL.

23

24                       By:

25                              Eran Kali

26

27

28

RUSS, AUGUST & KABAT

Case No. 3:17-cv-06457-JD

**DECLARATION OF ERAN KALI**

# Appendix A

| | |
|---|---|
| ע.מ./ח.פ. 516127446 | **פונסטופ בע"מ** |
| | **0549959000** |
| | **הרוגי מלכות 7 תל אביב** |

| מקור | 2/01-003219 | חשבונית מס |
|---|---|---|

| | | | לכבוד: |
|---|---|---|---|
| תאריך חשבונית: 12/10/2022 12:37 | מספר לקוח: 11888 | | **Corephotonics** |
| תאריך הדפסה: 12/10/2022 | ת.ז./ח.פ.: 514721976 | | |
| מספר תנועה: 10022780 | | | |

| # | קוד פריט | תאור פריט | כמות | מחיר יחידה | % הנחה | סה"כ לפני מע"מ |
|---|---|---|---|---|---|---|
| 1 | 225897 | iPhone 14 Pro 128GB Deep Purple<br>סידורי: 359666220827393<br><I DIGITAL ,חודשי אחריות 12> | 1.00 | 4,273.50 ₪ | | 4,273.50 ₪ |

| | |
|---|---|
| סה"כ לפני מע"מ: | 4273.50 ₪ |
| סה"כ מע"מ: | 726.50 ₪ |
| סה"כ כולל מע"מ: | 5000.00 ₪ |

ק מסמך(קופה כללי) חתימה : _____

## פרטי תשלום:

**יתרת חוב:   5000.00 ₪**

\*\*\*שלושה חודשי אחריות על כל תיקון מלבד שבר/ נזקי מים\*\*\*

לתשלום בהעברה בנקאית:
פונסטופ בע"מ
בנק לאומי
סניף 855
חשבון 12930049
תודה ולהתראות

שם המקבל: _____   תאריך: _____   חתימה: _____

**פונסטופ בע"מ**

**0549959000**

**הרוגי מלכות 7 תל אביב**

ע.מ./ח.פ. 516127446

| מקור | | חשבונית מס | |
|---|---|---|---|
| | 2/01-003293 | | |

| | | לכבוד: |
| תאריך חשבונית: 27/10/2022 12:03 | מספר לקוח: 11888 | **Corephotonics** |
| תאריך הדפסה: 27/10/2022 | ת.ז./ח.פ.: 514721976 | |
| מספר תנועה: 10023192 | | |

| סה"כ לפני מע"מ | % הנחה | מחיר יחידה | כמות | תאור פריט | קוד פריט | # |
|---|---|---|---|---|---|---|
| 3,333.33 ₪ | | 3,333.33 ₪ | 1.00 | iPhone 14 128GB Starlight<br>סידורי: 350654410907117<br>12 חודשי אחריות, DIGITAL I> | 225935 | 1 |
| 4,615.38 ₪ | | 4,615.38 ₪ | 1.00 | iPhone 14 Pro Max 128GB Gold<br>סידורי: 358795280508626<br>12 חודשי אחריות, DIGITAL I> | 225947 | 2 |
| 42.74 ₪ | | 42.74 ₪ | 1.00 | מגן זכוכית אייפון 13/14 | 224749 | 3 |
| 42.74 ₪ | | 42.74 ₪ | 1.00 | מגן זכוכית אייפון 14 פרו מקס | 225842 | 4 |

| סה"כ לפני מע"מ: | 8034.19 ₪ |
|---|---|
| סה"כ מע"מ: | 1365.81 ₪ |
| סה"כ כולל מע"מ: | 9400.00 ₪ |

מפיק מסמך(קופה כללי) חתימה : _____

## פרטי תשלום:

יתרת חוב:   **9400.00 ₪**
***שלושה חודשי אחריות על כל תיקון מלבד שבר/ נזקי מים***

לתשלום בהעברה בנקאית:
פונסטופ בע"מ
בנק לאומי
סניף 855
חשבון 12930049
.ודה ולהתראות

שם המקבל:_____   תאריך:_____   חתימה:_____