RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
Peter Tong (CA Bar No. 300347)
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>            Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>            Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING COREPHOTONICS, LTD.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

The Court considered Corephotonics, Ltd.'s Motion for Leave to Amend Infringement Contentions and finds good cause. Thus, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Corephotonics, Ltd.'s amended infringement contentions adding the iPhone 14 series are deemed served with leave to amend as of their email delivery on July 5, 2023 to Apple's counsel.

Dated: _____        By: _____
                                                Hon. James Donato
                                                U.S. District Judge

Russ, August & Kabat

Case No. 3:17-cv-06457-JD

**[PROPOSED] ORDER**