# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 5, 2023    Judge: Hon. James Donato

Time: 1 Hour and 2 Minutes

Case No.     **3:17-cv-06457-JD**
Case Name    **Corephotonics, Ltd. v. Apple, Inc.**

Attorney(s) for Plaintiff(s):   Mark Fenster/Brian Ledahl/James Tsuei
Attorney(s) for Defendant(s):   Heidi Keefe/Lowell Meade/Priya Biswanath

Court Reporter: Marla Knox

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Claim construction hearing -- Held

## NOTES AND ORDERS

Parties have stipulated that the term "particular point of view" requires no separate construction. The Court hears argument on claim construction and takes the matter under submission.

For Dkt. No. 163, Corephotonics is directed to produce by October 13, 2023, the Share Purchase Agreement for the acquisition of Corephotonics. The agreement may be designated as "outside counsel's eyes only" for confidentiality purposes.