1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12

COREPHOTONICS, LTD.

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

13

            Plaintiff,

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S ADMINISTRATIVE**

14

      vs.

**MOTION TO FILE UNDER SEAL &**
**MOTION TO CONSIDER WHETHER**

15

APPLE INC.

**ANOTHER PARTY'S MATERIAL**

16

            Defendant.

**SHOULD BE SEALED**

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has filed an Administrative Motion to File Under Seal certain documents.

Having considered all filed paperwork, and finding [compelling reasons / good cause] to support sealing, the Court GRANTS the Administrative Motion to File Under Seal. The following portions may be redacted and sealed.

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| 1 | Motion for Leave to Amend Apple's Answer:<br>• page 3, lines 8-10, 11-26<br>• page 4, lines 1, 2, 3, 5, 11,<br>• page 5, footnote 3<br>• page 7, lines 13-14, 25<br>• page 8, line 8<br>• page 9, line 10 | Narrowly tailored portions of Motion describing highly confidential and sensitive terms and the confidential signatory of the agreement. (*See* Mead Decl., ¶¶ 1-5.) | |
| 2 | Exhibit A1, Proposed Amended Answer Case No. 3:17-cv-06457-JD:<br>• page 14, lines 12-13<br>• pages 14-15, lines 21-14<br>• page 15, lines 16, 21, 22, 23-24, 28<br>• page 16, lines 1-2, 3-7, 8, 10-11, 16, 26-27 | Narrowly tailored portions of Proposed Amended Answer describing highly confidential terms and the confidential identity of signatories to the agreement. (*See* Mead Decl., ¶¶ 1-5.) | |
| 3 | Exhibit A2, Proposed Amended Answer Case No. 5:18-cv-02555-JD:<br>• page 11, lines 6-7, 15-28<br>• page 12, lines 1-8, 10, 15-18, 22-28<br>• page 13, lines 1-2, 4-5, 10, 20-21 | Narrowly tailored portions of Proposed Amended Answer describing highly confidential terms and the confidential identity of signatories to the agreement (*See* Mead Decl., ¶¶ 1-5.) | |
| 4 | Exhibit D, Email from L. Mead to J. Tsuei, Mar. 13, 2023<br>• page 1, lines 3-5 of ¶ 2 | Narrowly tailored portions of Email from L. Mead to J. Tsuei describing highly confidential agreement and the confidential identity of signatories to the agreement. | |

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| | | (*See* Mead Decl., ¶¶ 1-5.) | |
| 5 | Exhibit H, Apple's Response to 3d Supp. Damages Contentions<br>• page 4, lines 19-21 | Narrowly tailored portions of Response to Damages Contentions describing highly confidential terms and the confidential identity of signatories to the agreement. (*See* Mead Decl., ¶¶ 1-5.) | |
| 6 | Exhibit I, Agreement | Excerpts of highly confidential agreement, including confidential terms of and confidential identities of the parties. (*See* Mead Decl., ¶¶ 1-5.) | |

Defendant has also filed an Administrative Motion to Consider Whether Corephotonics' Materials Should be Sealed with respect to materials designated by Plaintiff Corephotonics as Confidential – Attorneys' Eyes Only pursuant to the Protective Order.  (D.I. 77.)

Having considered all filed paperwork, and finding [compelling reasons / good cause] to support sealing, the Court GRANTS the Administrative Motion to Consider Whether Corephotonics' Materials Should be Sealed.  The following portions may be sealed.

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| 7 | Motion for Leave to Amend Apple's Answer:<br>• page 2, lines 2-3<br>• page 5, lines 2-4, 10-14, 17-20, 22-24<br>• page 8, lines 2, 8 | Narrowly tailored portions of Motion reflecting materials designated Confidential – Attorney's Eyes Only by Corephotonics | |
| 8 | Exhibit F, Corephotonics' Resps. & Objs. To Apple's 3d Set of Interrogs. | Interrogatory responses & objections designated Confidential – Attorney's Eyes Only by Corephotonics | |

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| 9 | Exhibit G, Share Purchase Agreement | Excerpted Share Purchase Agreement designated Confidential – Attorney's Eyes Only by Corephotonics | |

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. James Donato
United States District Court Judge