COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
Phillip Morton (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:     (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF LOWELL MEAD IN SUPPORT OF DEFENDANT'S MOTION TO AMEND ANSWER**<br><br>Date:  December 14, 2023<br>Time:  10 a.m.<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

MEAD DECL. ISO APPLE'S MOTION TO AMEND ANSWER

I, Lowell D. Mead, hereby declare:

1. I am a partner with Cooley LLP. I am counsel for Defendant Apple Inc. in this action. I make this declaration in support of Defendant Apple Inc.'s Motion to Amend Answer. I have personal knowledge of the facts contained within this declaration unless otherwise specified herein, and if called as a witness, could testify competently to the matters herein.

2. Attached as **Exhibit A1** is a true and correct copy of the Proposed First Amended Answer to Complaint for Patent Infringement, for Case No. 5:17-cv-06457.

3. Attached as **Exhibit A2** is a true and correct copy of the Proposed First Amended Answer to Complaint for Patent Infringement, for Case No. 5:18-cv-02555.

4. Attached as **Exhibit B** is a true and correct copy of Defendant Apple Inc.'s Second Set of Interrogatories to Plaintiff Corephotonics, Ltd. (Nos. 10-14), dated October 14, 2022.

5. Attached as **Exhibit C** is a true and correct copy of Defendant Apple Inc.'s Second Set of Requests for Production to Plaintiff Corephotonics, Ltd. (Nos. 39-63), dated October 14, 2022.

6. Apple produced a copy of APPL_COREP_00306918-APPL_COREP_00306955 on February 24, 2023.

7. Attached as **Exhibit D** is a true and correct copy of an email from counsel for Apple to counsel to Corephotonics, dated March 13, 2023.

8. Attached as **Exhibit E** is a true and correct copy of excerpts of the Transcript of Proceedings, dated October 5, 2023.

9. Attached as **Exhibit F** is a true and correct copy of Plaintiff Corephotonics, Ltd.'s responses and Objections to Defendant Apple Inc.'s Third Set of Interrogatories, dated October 10, 2023.

10. Attached as **Exhibit G** is a true and correct copy of excerpts of the Share Purchase Agreement, bearing Bates numbers COREPH077405 – COREPH077503.

11. Attached as **Exhibit H** is a true and correct copy of excerpts of Apple Inc.'s response to Corephotonics's Third Supplemental Damages Contentions, dated May 9, 2023.

12. Attached as **Exhibit I** is a true and correct copy of excerpts of the agreement

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 1 -

Mead Decl. ISO Apple's Motion to Amend Answer

1  produced at beginning Bates number APPL_COREP_00306918.

2      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2023

/s/ Lowell D. Mead
Lowell D. Mead

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 2 -

MEAD DECL. ISO APPLE'S MOTION TO AMEND ANSWER