# EXHIBIT E

                                        Pages 1 - 49

                        UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

COREPHOTONICS,                    )
                                  )
              Plaintiff,          )
                                  )
    VS.                           )  **CASE NO. 17-CV-06457 JD**
                                  )
APPLE, INC.,                      )
                                  )
              Defendant.          )
_____ )

                                  San Francisco, California
                                  Thursday, October 5, 2023

                        **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
                        RUSS, AUGUST & KABAT
                        12424 Wilshire Boulevard - 12th Floor
                        Los Angeles, California  90025
                **BY:   MARC A. FENSTER, ATTORNEY AT LAW
                        BRIAN D. LEDAHL, ATTORNEY AT LAW
                        JAMES S. TSUEI, ATTORNEY AT LAW**

For Defendant:
                        COOLEY LLP
                        3175 Hanover Street
                        Palo Alto, California   94304
                **BY:   HEIDI L. KEEFE, ATTORNEY AT LAW
                        LOWELL D. MEAD, ATTORNEY AT LAW
                        PRIYA B. VISWANATH, ATTORNEY AT LAW**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

**Thursday - October 5, 2023**                                    **10:50 a.m.**

## P R O C E E D I N G S

### ---oOo---

**THE CLERK:**  Calling civil 17-6457, Corephotonics

Limited, versus Apple, Inc.

(Pause in proceedings.)

**THE CLERK:**  Counsel.

**MR. FENSTER:**  Good morning, Your Honor, Marc Fenster

for the Plaintiff Corephotonics.

**MR. LEDAHL:**  Good morning, Your Honor, Brian Ledahl,

also for Plaintiff Corephotonics.

**MR. TSUEI:**  Good morning, Your Honor, James Tsuei,

here also for Plaintiff Corephotonics.

**MS. KEEFE:**  Good morning, Your Honor, Heidi Keefe from

Cooley on behalf of Apple, Inc.

**MS. VISWANATH:**  Good morning, Your Honor, Priya

Viswanath, also on behalf of Apple, Inc.

**MR. MEAD:**  Good morning, Your Honor, Lowell Mead, also

on behalf of Apple.

**THE COURT:**  Okay.  Claim construction.  So, I think

all I really need today are fused, fusion -- the fuse ones;

okay.  So I just need fused, fusion, fusion output image,

without fusion output image, that's one set, and also lens

assembly.  That's really all I need.  I think I can do the

rest.  So who from Corephotonics?

1          **THE COURT:**  I understand that but they have a right

2     to, you know, make sure this is all right.  And so -- in other

3     words, we don't just -- you know, there is nothing about you

4     personally but we just don't -- you just don't come in and say

5     "Don't worry about it."  They have the right to examine the

6     premise.

7          **MR. FENSTER:**  All assignments have to be recorded with

8     the Patent and Trademark Office.  The patents have always been

9     and remain owned by Corephotonics.

10         **THE COURT:**  It sounds to me like it's a more nuanced

11    question than just whether there has been a blunt force

12    assignment.

13        So just produce it.  Just produce the SPA.  I mean, just

14    that one document.  Start with that; okay.  Just take a look at

15    it.  Make it attorneys' eyes only or outside counsels' eyes

16    only.  Nobody at Apple can know anything about it; okay.

17        And I have looked at SPAs and other similar acquisition

18    agreements in the past.  I don't think you are going to find it

19    that useful; but if you want to see it, I'm not going to say

20    no.

21        Once you get this, how is that going to advance the

22    settlement discussions?

23         **MS. KEEFE:**  It very well could, Your Honor, because

24    one of the real issues is around control and whether or not

25    Samsung has control over Corephotonics which could give Apple

1          **THE COURT:**  It seems like you should be asking other

2     questions.  Is discovery closed?  I have forgotten.

3          **MS. KEEFE:**  Discovery is not closed, Your Honor.

4          **THE COURT:**  Take some depositions of Corephotonics and

5     Samsung on their relationship.  That would be a better way of

6     doing it than just --

7          **MS. KEEFE:**  Those are all noticed up as well, Your

8     Honor, but the very fact that they won't produce the agreements

9     by which they came into being purchased tells me that I'm going

10    to be right back here in front of Your Honor again because --

11         **THE COURT:**  You are going to get the SPA; okay.  You

12    can have that.  Attorneys' eyes only and then -- you can do it

13    in discovery, but let's not -- the point I'm making is control

14    is often a complicated and sophisticated issue.  Okay.

15         **MS. KEEFE:**  I understand that, Your Honor.

16         **THE COURT:**  So just reading a purchase -- stock

17    purchase agreement is almost certainly not going to answer

18    control in the sense you are using it here, at least the way

19    I'm hearing it.

20         So use it for depositions.  You know, you don't even need

21    the agreement.  You can just ask:  "Who controls

22    Corephotonics," you know --

23         **MS. KEEFE:**  And they have told us --

24         **THE COURT:**  -- and take it from there.

25         **MS. KEEFE:**  They have told us that three of the five

1

2

3                    **CERTIFICATE OF REPORTER**

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   October 10, 2023

8

9

10

11    _____

12          Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
            United States District Court - Official Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25