UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC.<br><br>　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND ANSWER** |

The Court, having considered Defendant Apple Inc.'s Motion to Amend Answer ("Motion"), having considered the papers filed in support of and in opposition thereto, and having considered all arguments made by counsel, hereby finds that the Motion should be granted.

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Apple may file its Proposed Answer (Exhibit) within three business days.

**IT IS SO ORDERED.**

Dated: _____

Hon. James Donato
United States District Court Judge