| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | DENA CHEN (286452)<br>(dchen@cooley.com) |
| 3 | 3175 Hanover Street<br>Palo Alto, CA 94304 |
| 4 | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |

*Attorneys for Defendant*
*Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**NOTICE OF APPEARANCE OF DENA CHEN ON BEHALF OF APPLE INC.** |

PLEASE TAKE NOTICE that attorney Dena Chen, of Cooley LLP, a member of the State Bar of California (CA SBN 286452) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendant Apple Inc. in the above captioned case.

Dena Chen
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400
Email: dchen@cooley.com

| | | |
|---|---|---|
| 1 | Dated: November 9, 2023 | */s/ Dena Chen* |
| 2 | | Dena Chen (286452) |
| | | dchen@cooley.com |
| 3 | | Cooley LLP |
| | | 3175 Hanover Street |
| 4 | | Palo Alto, CA  94304 |
| | | Telephone:    (650) 843-5000 |
| 5 | | Facsimile:     (650) 849-7400 |
| 6 | | *Attorney for Defendant Apple Inc.* |