| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MATTHEW J. BRIGHAM (191428) (mbrigham@cooley.com) |
| 3 | 3175 Hanover Street Palo Alto, CA  94304 |
| 4 | Telephone:    (650) 843-5000 Facsimile:     (650) 849-7400 |

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>APPLE, INC., <br><br>　　　　Defendant. | Case No.  3:17-cv-06457-JD (lead case) <br> Case No. 5:18-cv-02555-JD <br><br> **NOTICE OF APPEARANCE OF MATTHEW J. BRIGHAM ON BEHALF OF APPLE INC.** |

　　PLEASE TAKE NOTICE that attorney Matthew J. Brigham, of Cooley LLP, a member of the State Bar of California (CA SBN 191428) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendant Apple Inc. in the above captioned case.

> Matthew J. Brigham
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA  94304
> Tel:     (650) 843-5000
> Fax:    (650) 849-7400
> Email:  mbrigham@cooley.com

| | | |
|---|---|---|
| 1 | Dated: November 9, 2023 | */s/ Matthew J. Brigham* |
| 2 | | Matthew J. Brigham (191428) |
| | | mbrigham@cooley.com |
| 3 | | Cooley LLP |
| | | 3175 Hanover Street |
| 4 | | Palo Alto, CA  94304 |
| | | Telephone:   (650) 843-5000 |
| 5 | | Facsimile:    (650) 849-7400 |
| 6 | | *Attorney for Defendant Apple Inc.* |