RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, James S. Tsuei, state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Corephotonics' Administrative Motion to File Under Seal (1) Portions of Corephotonics' Opposition to Apple's Motion to Amend Answer; (2) Portions of Declaration of Brian D. Ledahl in Support of Corephotonics' Opposition; and (3) entirety of Exhibit 1 to Declaration of Brian D. Ledahl in Support of Corephotonics' Opposition, which contain information that Corephotonics considers to be "Highly Confidential" -- Attorneys' Eyes Only" under the Protective Order Regarding the Disclosure and Use of Discovery Materials in this case (Dkt. 77). Specifically, the information that Corephotonics seeks the Court's permission to file under seal relates to information which Defendant Apple wishes to keep confidential, including information about a contractual relationship between Apple and another entity. Corephotonics understands Apple wishes to keep such information confidential for reasons set forth in paragraph 4 of the Declaration of Lowell Mead, filed at Dkt. 191-1.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on November 20, 2023 in Los Angeles, California.

By: /s/ James S. Tsuei
James S. Tsuei

Case No. 3:17-cv-06457-JD

**DECLARATION OF JAMES S. TSUEI**