RUSS AUGUST & KABAT
Marc A. Fenster (SBN 181067)
*mfenster@raklaw.com*
Brian D. Ledahl (SBN 186579)
*bledahl@raklaw.com*
Neil A. Rubin (SBN 250761)
*nrubin@raklaw.com*
James S. Tsuei (SBN 285530)
*jtsuei@raklaw.com*
Peter Tong (SBN 300347)
*ptong@raklaw.com*
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
310/826-7474 – Telephone
310/826-6991 – Facsimile

*Attorneys for Plaintiff*
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE, INC.,<br><br>*Defendant*. | Case No. 3:17-cv-06457-JD (LEAD)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF PLAINTIFF COREPHOTONICS, LTD.'S RESPONSE IN OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER** |

Case No. 3:17-cv-06457-JD

**DECLARATION OF BRIAN D. LEDAHL**

FILED UNDER SEAL

I, Brian D. Ledahl, state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Corephotonics, Ltd.'s Response in Opposition to Apple Inc.'s Motion to Amend Answer.

3. Attached as **Exhibit 1** is a true and correct copy of an October 18, 2023 email from Lowell Mead, counsel for Apple.

4. Attached as **Exhibit 2** is a true and correct copy of Samsung Electro-Mechanics Co., Ltd. and Subsidiaries Consolidated Financial Statements, December 31, 2022 and 2021, which I obtained from the following URL: https://www.samsungsem.com/resources/file/global/ir/shareholders/2022_Audit_Report.pdf.

5. Attached as **Exhibit 3** is a true and correct copy of the Consolidated Financial Statements of Samsung Electronics Co., Ltd. and its Subsidiaries Index to Financial Statements, which I obtained from the following URL: https://images.samsung.com/is/content/samsung/assets/global/ir/docs/2022_con_quarter04_all.pdf.

6. Attached as **Exhibit 4** is a true and correct copy of the Samsung Electronics Co., Ltd. 2022 Business Report For the Year Ended December 31, 2022, which I obtained from the following URL: https://images.samsung.com/is/content/samsung/assets/global/ir/docs/2022-4q-Business-Report.pdf.

7. The parties had a teleconference call to meet and confer on March 13, 2023 shortly after Apple sent an email to Corephotonics counsel, which is filed at Dkt. 192-6. During the March 13, 2023 teleconference, the parties discussed Apple's belief and assertions that it had a license defense based on ████████████████████. I informed Apple's counsel on this call that Corephotonics disagreed and did not believe Apple's assertions were meritorious.

Case No. 3:17-cv-06457-JD

**DECLARATION OF BRIAN D. LEDAHL**

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on November 20, 2023 in Lexington, Massachusetts,

By:   */s/ Brian D. Ledahl*
        Brian D. Ledahl

RUSS, AUGUST & KABAT

**DECLARATION OF BRIAN D. LEDAHL**