COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Dena Chen (286452)
(dchen@cooley.com)
Matthew J. Brigham (191428)
(mbrigham@cooley.com)
Priya B. Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, California  94304
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
Phillip Morton (*Pro Hac Vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:    (202) 842-7899

*Attorneys for Defendant*
Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC.<br><br>　　　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF LOWELL MEAD IN SUPPORT OF JOINT STIPULATION REQUESTING ORDER TO CHANGE TIME TO REPLY TO OPPOSITION TO MOTION TO AMEND ANSWER** |

I, Lowell Mead, declare:

1. I am an attorney with Cooley LLP and counsel in this action for Defendant Apple Inc. ("Apple"). I submit this declaration in support of the parties' Joint Stipulation Requesting Order to Change Time to Reply to Opposition to Motion to Amend Answer ("Joint Stipulation").

2. On November 6, 2023, Apple filed a Motion to Amend Answer (Dkt. No. 192) (the "Motion to Amend"), with a hearing noticed for December 14, 2023. Corephotonics filed its Response in Opposition to Apple Inc.'s Motion to Amend Answer on November 20, 2023 (Dkt. No. 197). Apple's Reply is currently due November 27, 2023.

3. Apple seeks a three-day extension to file its Reply in view of the Thanksgiving holiday and related office closures, so that it may have adequate time to consider, and reply to, Corephotonics' response.

4. The parties have requested the following time modifications in this case:

- On January 29, 2018, the parties filed a stipulation requesting an extension of time to serve the complaint and to reschedule the case management conference (Dkt. No. 16), which was granted by the Court (Dkt. No. 17).

- On May 11 and May 14, 2018, the parties filed stipulations requesting an extension of time to submit a protective order and electronic discovery order (Dkt. Nos. 52-53), the latter of which was granted by the Court (Dkt. No. 54).

- On July 3, 2018, the parties filed a stipulation requesting an extension of time to complete mediation (Dkt. No. 79) which was granted by the Court (Dkt. No. 81).

- On October 24, 2018, the parties filed a stipulation requesting an extension of time to file a joint claim construction statement (Dkt. No. 93), which was granted by the Court (Dkt. No. 94).

- On May 18, 2022, the parties filed a stipulation requesting an extension of time to file a response to a motion for leave to amend infringement contentions (Dkt. No. 131), which was granted by the Court (Dkt. No. 132).

- On June 16, 2022, Apple filed a motion to continue a hearing set for June 30, 2022 regarding Corephotonics's Motion for Leave to Amend Infringement Contentions (Dkt. No. 136), which was granted by the Court (Dkt. No. 140).

- On June 30, 2022, the parties filed a stipulation requesting an extension of time to file a response to a motion for leave to amend invalidity contentions (Dkt. No. 141), which was granted by the Court (Dkt. No. 144).

5. The requested extension would not affect any other deadlines in the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2023 in Palo Alto, CA.

*/s/ Lowell Mead*
Lowell Mead