| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | Heidi Keefe (178960) (hkeefe@cooley.com) |
| 3 | Lowell Mead (223989) (lmead@cooley.com) |
| 4 | Dena Chen (286452) (dchen@cooley.com) |
| 5 | Matthew J. Brigham (191428) (mbrigham@cooley.com) |
| 6 | Priya B. Viswanath (238089) (pviswanath@cooley.com) |
| 7 | 3175 Hanover Street Palo Alto, California  94304 |
| 8 | Telephone:     (650) 843-5000 Facsimile:      (650) 849-7400 |
| 9 | COOLEY LLP |
| 10 | Phillip Morton (*Pro Hac Vice*) (pmorton@cooley.com) |
| 11 | 1299 Pennsylvania Avenue NW, Suite 700 |
| 12 | Washington, DC 20004-2400 Telephone:  (202) 842-7800 |
| 13 | Facsimile:   (202) 842-7899 |
| 14 | *Attorneys for Defendant*   Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD. | Case No. 3:17-cv-06457-JD (lead case) Case No. 5:18-cv-02555-JD |
| Plaintiff, | **JOINT STIPULATION REQUESTING ORDER TO CHANGE TIME TO REPLY TO OPPOSITION TO MOTION TO AMEND ANSWER** |
| vs. | |
| APPLE INC. | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

JOINT STIPULATION
TO CHANGE TIME

Pursuant to Local Rule 6-1, 6-2 and 7-12, Plaintiff Corephotonics, Ltd. ("Corephotonics") and Defendant Apple Inc. ("Apple") hereby stipulate and agree, subject to the approval of the Court, to change the due date for the reply brief on Apple's Motion to Amend Answer (Dkt. No. 192) (the "Motion to Amend") as follows.

WHEREAS, on November 6, 2023, Apple filed the Motion to Amend (Dkt. No. 192), with a hearing noticed for December 14, 2023;

WHEREAS, Corephotonics filed its Response in Opposition to Apple Inc.'s Motion to Amend Answer on November 20, 2023 (Dkt. No. 197);

WHEREAS, Apple's Reply is currently due Monday, November 27, 2023;

WHEREAS, in view of the intervening Thanksgiving holiday and related office closures, Apple requests additional time to consider Corephotonics' response and prepare and file its Reply (Mead Decl. ¶ 3), and Corephotonics does not oppose Apple's request;

WHEREAS, the parties have conferred and stipulate, subject to the Court's approval, to extend the deadline for the Reply by three days to Thursday, November 30, 2023;

WHEREAS, the Reply will still be filed two weeks (14 days) in advance of the hearing set for Thursday, December 14, 2023; and

WHEREAS, the requested extension will not affect any other deadlines in the case (Mead Decl. ¶ 5);

NOW THEREFORE, the Parties hereby stipulate and request that the Court extend the deadline for Apple's Reply in support of its Motion to Amend Answer to November 30, 2023.

Dated:  November 21, 2023                    Respectfully submitted,

COOLEY LLP

By:  /s/ Heidi Keefe
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Dena Chen (286452)
(dchen@cooley.com)
Matthew J. Brigham (191428)
(mbrigham@cooley.com)
Priya B. Viswanath (238089)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD                1                JOINT STIPULATION
                                                          TO CHANGE TIME

(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone:(650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
Phillip Morton (*Pro Hac Vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile:   (202) 842-7899

*Attorneys for Defendant Apple Inc.*

RUSS AUGUST & KABAT
By: */s/ Marc Fenster*
Marc A. Fenster (CA Bar No. 181067)
Brian D. Ledahl (CA Bar No. 186579)
Neil A. Rubin (CA Bar No. 250761)
James S. Tsuei (CA Bar No. 285530)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bledahl@raklaw.com
nrubin@raklaw.com
jtsuei@raklaw.com
ptong@raklaw.com

*Attorneys for Plaintiff Corephotonics, Ltd.*

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Heidi Keefe*
Heidi Keefe (178960)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 21, 2023

_____
Hon. James Donato, United States District Judge

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

2

JOINT STIPULATION
TO CHANGE TIME

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO