UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                Plaintiff,<br><br>  vs.<br><br>APPLE INC.<br><br>                Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has supported Plaintiff Corephotonics, Ltd.'s motion to file under seal (Dkt. 196) with respect to Apple confidential information.

Having considered all filed paperwork, and finding [compelling reasons / good cause] to support sealing, the Court GRANTS the Administrative Motion to File Under Seal. The following portions may be redacted and sealed.

| Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|
| Opposition (Dkt. 196-3):<br>• page 1, lines 19, 20, 21, 22, 24<br>• page 2, lines 2, 5, 15<br>• page 6, lines 7, 11, 15<br>• page 8, line 17<br>• page 10, lines 1, 2, 3, 6<br>• page 11, lines 3, 4, 5, 6, 7, 8, 9, 10, 12, fn. 5 (lines 27-28)<br>• page 12, lines 1, 2, 3, 5, 6, 8, 9, 10, 11, 24 | Narrowly tailored portions of Opposition describing highly confidential and sensitive terms and the confidential signatory of the agreement (*See* Mead Decl., ¶¶ 1-5.) | |
| Ledahl Decl. (Dkt. 196-4):<br>• page 2, line 26 | Narrowly tailored portions of Ledahl Decl. describing highly confidential terms and the confidential identity of signatories to the agreement (*See* Mead Decl., ¶¶ 1-5.) | |
| Ledahl Decl., Exh. 1 (Dkt. 196-5) | Narrowly tailored exhibit describing the confidential identity of signatories to the agreement (*See* Mead Decl., ¶¶ 1-5.) | |

**IT IS SO ORDERED.**

Dated: _____

                                         Hon. James Donato
                                         United States District Court Judge