1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>            Plaintiff,<br><br>    vs.<br><br>APPLE INC.<br><br>            Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL & MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has filed an Administrative Motion to File Under Seal certain documents.

Having considered all filed paperwork, and finding [compelling reasons / good cause] to support sealing, the Court GRANTS the Administrative Motion to File Under Seal. The following portions may be redacted and sealed.

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| 1 | Defendant's Reply in Support of its Motion to Amend its Answer:<br>• page 1, lines 21, 22, 24, and 25<br>• page 4, lines 18 and 20<br>• page 5, lines 3, 6, 7, 12, 17, and 19-26<br>• page 6, lines 7, 8, 10, 14-16, 18, 19, 21, and footnote 5<br>• page 7, lines 2, 6, 16, 17, 19, and footnote 6 | Narrowly tailored portions of Reply describing highly confidential and sensitive terms and the confidential signatory of the agreement. (*See* Mead Decl., ¶¶ 1-5.) | |
| 2 | Exhibit M, Mead 11/16/2023 Email Chain:<br>• pages 1-6, individual names and contact information subject to confidentiality | Narrowly tailored portions of Mead 11/16/2023 Email Chain identifying third-party signatory to agreement, whose existence is confidential and subject to third-party confidentiality obligations. (*See* Mead Decl., ¶¶ 1-5.) | |

Defendant has also filed an Administrative Motion to Consider Whether Corephotonics' Materials Should be Sealed with respect to materials designated by Plaintiff Corephotonics as Confidential – Attorneys' Eyes Only pursuant to the Protective Order. (D.I. 77.)

Having considered all filed paperwork, and finding [compelling reasons / good cause] to support sealing, the Court GRANTS the Administrative Motion to Consider Whether Corephotonics' Materials Should be Sealed. The following portions may be sealed.

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| 3 | Defendant's Reply in Support of its Motion to Amend its Answer:<br>• page 1, line 8<br>• page 3, lines 18, 22-23, and footnote 2<br>• page 4, lines 1-4<br>• page 6, lines 4-5 | Narrowly tailored portions of Reply reflecting materials designated Confidential – Attorney's Eyes Only by Corephotonics | |

**IT IS SO ORDERED.**

Dated: _____

                                      Hon. James Donato
                                      United States District Court Judge