COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
Phillip Morton (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>             Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF LOWELL MEAD IN SUPPORT OF DEFENDANT'S REPLY MOTION TO AMEND ANSWER**<br><br>Date:  December 14, 2023<br>Time:  10 a.m.<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

MEAD DECL. ISO REPLY MOTION TO
AMEND ANSWER

I, Lowell D. Mead, hereby declare:

1. I am a partner with Cooley LLP. I am counsel for Defendant Apple Inc. in this action. I make this declaration in support of Defendant Apple Inc.'s Motion to Amend Answer. I have personal knowledge of the facts contained within this declaration unless otherwise specified herein, and if called as a witness, could testify competently to the matters herein.

2. Attached as **Exhibit J** is a true and correct copy of an email from counsel for Apple to counsel to Corephotonics, dated May 4, 2023.

3. Attached as **Exhibit K** is a true and correct copy of Defendant Apple Inc.'s First Set of Requests for Admission to Plaintiff Corephotonics, Ltd. (Nos. 1-179), dated September 28, 2023.

4. Attached as **Exhibit L** is a true and correct copy of Plaintiff Corephotonics, Ltd.'s Responses to Defendant Apple Inc.'s First Set of Requests for Admission, dated November 6, 2023.

5. Attached as **Exhibit M** is a true and correct copy of an email to counsel for Apple, dated November 16, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: November 30, 2023            /s/ Lowell D. Mead
                                    Lowell D. Mead

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 1 -

MEAD DECL. ISO REPLY MOTION TO AMEND ANSWER