# EXHIBIT J

## Mead, Lowell

| | |
|---|---|
| **From:** | Mead, Lowell |
| **Sent:** | Thursday, May 4, 2023 4:16 PM |
| **To:** | James Tsuei |
| **Cc:** | z/Apple-Corephotonics; corephotonics@raklaw.com |
| **Subject:** | RE: Corephotonics - meet and confer regarding e-mail discovery |

James,

In our April 20 call, you indicated that Corephotonics would send a follow-up proposal regarding ESI/email items, to see if the parties may make some progress. We have not yet received anything further from you on this item. Now that the Markman hearing has been rescheduled to October, Apple remains willing to proceed with discussions subject to your providing the information that you indicated.

As Apple noted on that call, it would be premature to complete all ESI/email discovery at this stage of the case, as Corephotonics continues to withhold relevant and potentially case-dispositive Samsung-related discovery, and the pending claim construction disputes similarly could substantially narrow the scope of the case. We also noted that the limits to which Corephotonics previously stipulated and agreed (5 custodians and 5 search terms) were agreed-to when Corephotonics asserted 5 patents in this litigation, and Corephotonics has not shown good support for your suggestion to increase those limits even though now only 2 asserted patents remain. Nevertheless, Apple is willing to proceed with discussions regarding ESI/email discovery items to keep things moving forward.

Thanks,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** James Tsuei <jtsuei@raklaw.com>
**Sent:** Thursday, April 20, 2023 8:31 AM
**To:** Mead, Lowell <lmead@cooley.com>
**Cc:** z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>; corephotonics@raklaw.com
**Subject:** Re: Corephotonics - meet and confer regarding e-mail discovery

**[External]**

---

Lowell, we can use this dial-in (no passcode needed): 424-334-0565
--
James Tsuei
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic

1

signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Apr 19, 2023, at 12:02 PM, Mead, Lowell <lmead@cooley.com> wrote:
>
> Great - yes, thanks.
>
> Lowell Mead
> Office 650 843 5734
> Mobile 650 520 0788
>
>> On Apr 19, 2023, at 12:01 PM, James Tsuei <jtsuei@raklaw.com> wrote:
>>
>> **[External]**
>>
>> ---
>>
>> Lowell, let's plan to confer at 3 p.m. on Thursday work, if that still works for you. I'll send around a dial-in.
>>
>> Thanks,
>> --
>> James Tsuei
>> Russ August & Kabat
>> 12424 Wilshire Boulevard, 12th Floor
>> Los Angeles, CA 90025
>> (310) 826-7474
>> jtsuei@raklaw.com
>>
>> * * * * * * * * * * * * * * * * * * * * * * * *
>> IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
>> - - - - - - - - - - - - - - - - - - - - - - - - - - -
>> This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.
>>
>>> On Apr 19, 2023, at 7:10 AM, Mead, Lowell <lmead@cooley.com> wrote:
>>>
>>> Hi James,
>>>
>>> Updating our availability here – Thursday we can be available after 2pm PT, and Friday generally available between 10:30am and 3pm PT.
>>>
>>> Thanks,
>>>
>>> Lowell
>>>
>>> **Lowell D. Mead**
>>> Cooley LLP
>>> Mobile: (650) 520-0788
>>> Office direct: (650) 843-5734

2

**From:** Mead, Lowell
**Sent:** Tuesday, April 18, 2023 4:08 PM
**To:** James S. Tsuei <jtsuei@raklaw.com>; z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com
**Subject:** RE: Corephotonics - meet and confer regarding e-mail discovery

Hi James,

How do Thursday or Friday this week look for you? Thursday we can be available after 2pm PT, and Friday generally available between 9am and 3pm PT.

Thanks,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

**From:** James S. Tsuei <jtsuei@raklaw.com>
**Sent:** Wednesday, April 12, 2023 10:26 AM
**To:** Mead, Lowell <lmead@cooley.com>; z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Cc:** corephotonics@raklaw.com
**Subject:** Corephotonics - meet and confer regarding e-mail discovery

**[External]**

Apple counsel, could you please provide your availability next week to meet and confer regarding e-mail discovery, and specifically the timing for identification of likely custodians and search term proposals as provided by the ESI order?

As an initial proposal and solely for purposes of discussion, Corephotonics proposes that each party provide a list of 12 custodians (within their control) whom they believe are knowledgeable and are likely to have relevant ESI and emails. Corephotonics also proposes that up to 10 search terms may be applied to the ESI of any one custodian.

Thanks,
--
James S. Tsuei
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or

3

promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic
signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.