# EXHIBIT K

COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
Stephen Smith (*Pro hac vice*)
(stephen.smith@cooley.com)
Phillip Morton (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:     (202) 842-7800
Facsimile:     (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| COREPHOTONICS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DEFENDANT APPLE INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF COREPHOTONICS, LTD. (NOS. 1-179)** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Apple Inc. ("Apple") hereby serves Plaintiff Corephotonics, Ltd. ("Corephotonics") the following requests for admission, and requests that Corephotonics answer each request separately and fully, in writing, and under oath within thirty (30) days of service hereof. These requests for admission shall be

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

1.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

deemed to be continuing, and Apple reserves the right to serve supplemental or additional requests.

## I.      DEFINITIONS

For the purposes of these discovery requests, the following definitions shall apply:

**1.**      The use of any term in the Definitions section of these Requests for Admission is understood to include any and all variations of that term necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

**2.**      The term "Apple" or "defendant" shall mean Apple Inc. and any other persons or entities acting on their behalf, including but not limited to its predecessors and current and former employees, affiliates, attorneys, accountants, consultants, advisors, agents, officers, and directors.

**3.**      The term "Corephotonics," "you," "your," or "plaintiff" separately refers to Corephotonics and all its past and present direct and indirect parents, subsidiaries, affiliates, divisions, business units, predecessors in interest, and further includes their respective past and present officers, directors, agents, employees, members and representatives, and all other persons acting on behalf of any of them.

**4.**      The term "'291 patent" refers to U.S. Patent No. 9,185,291 and the term "'712 patent" refers to U.S. Patent No. 9,568,712.

**5.**      The term "patents-in-suit" refers to the '291 and '712 patents collectively.

**6.**      The term "document" shall be given the broadest possible meaning under Rule 34 of the Federal Rules of Civil Procedure, and includes any printed, written, recorded, or graphic matter, however produced or reproduced, including the originals and all non-identical copies, including but not limited to correspondence, memoranda, hand-written notes, messages, telegrams, diaries, calendars, minutes, books, reports, charts, graphs, ledgers, invoices, work-sheets, receipts, tax returns, computer printouts, prospectuses, financial statements, schedules, affidavits, written statements, contracts, canceled checks, transcripts, statistics, surveys, magazine or newspaper articles, photographs, microfiche, microfilm, video or audio tape recordings, information stored on computer disc, and any other type of electronic or computerized information storage system.

**7.**      The terms "relates to," "concerning," and "relating to" mean directly or indirectly mentioning or describing, pertaining to, being connected with, or reflecting upon a stated subject

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

2.

APPLE'S FIRST SET OF RFAs TO
COREPHOTONICS

matter and any and all communications or documents that bear upon, constitute, contain, embody, evidence, comprises, reflect, identify, pertain to, state, comment on, respond to, describe, analyze, or are in any way relevant to that subject matter, whether directly or indirectly or in whole or in part, including without limitation documents related to the subject of inquiry or the existence of other documents relating to the subject.

**8.** The term "person(s)" shall mean and include, without limitation, all natural persons, male or female, and all types and kinds of business or other entities, including, but not limited to, corporations, partnerships, joint ventures, associations, and sole proprietorships and any reference to an individual person, either singularly or as part of a defined group, including that person's employees, agents, legal representatives, non-legal representatives, personal representatives, attorneys, heirs, successors, assigns, and any other person or entity acting on the behalf of such individual person.

**9.** The term "including" means including but not limited to.

**10.** The term "each" is defined as including "every," and the term "every" is defined as including "each."

**11.** The term "any" is defined as including "all," and the term "all" is defined as including "any."

**12.** The term "communication(s)" shall mean any contact whatsoever and any transmission or exchange of words, numbers, graphic material, or other information, either orally, electronically, or in writing, whether made, received, or participated in, and includes without limitation any conversion, correspondence, letter, notes, memorandum, inter-office or intra-office correspondence, telephone call, telegraph, telegram, telex, telecopy, facsimile, electronic mail, Internet communication, telefax, cable, electronic message, tape recording, discussion, face-to-face meeting, or conference or meeting of any kind (whether in person, by audio, video, telephone, or in any other form).

**13.** The term "party" means any natural person, corporation, partnership, association, joint venture, government body, or other legal entity, including Plaintiff and Defendant.

**14.** The term "third party" means any natural person, corporation, partnership,

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

3.

Apple's First Set of RFAs to
Corephotonics

1   association, joint venture, government body, or other legal entity other than the Plaintiff and
2   Defendant.

3       **15.**   The terms "infringe" or "infringement" should be understood to include direct
4   infringement, contributory infringement, inducement of infringement, literal infringement, and
5   infringement by the doctrine of equivalents.

6       **16.**   The disjunctive shall be construed as the conjunctive, and the conjunctive shall be
7   construed as the disjunctive, and the connectives "and" and "or" shall be construed disjunctively
8   or conjunctively as necessary to bring within the scope of the Interrogatory all responses that might
9   otherwise be construed to be outside of its scope.

10       **17.**   The use of a verb in any tense shall be construed as the use of that verb in all other
11   tenses necessary to bring within the scope of the Interrogatory all responses that might otherwise
12   be construed to be outside of its scope.

13       **18.**   A plural noun shall be construed as a singular noun, and a singular noun shall be
14   construed as a plural noun as necessary to bring within the scope of the Interrogatory all responses
15   that might otherwise be construed to be outside of its scope.

16       **19.**   The term "first lens element" refers to the first aspheric lens element, along the
17   direction of the optical axis from the object side to the image side, of a lens or lens design.

18       **20.**   The term "f1" refers to the focal length of a given first lens element.

19       **21.**   The term "second lens element" refers to the second aspheric lens element, along
20   the direction of the optical axis from the object side to the image side, of a lens or lens design.

21       **22.**   The term "f2" refers to the focal length of a given second lens element.

22       **23.**   The term "third lens element" refers to the third aspheric lens element, along the
23   direction of the optical axis from the object side to the image side, of a lens or lens design.

24       **24.**   The term "f3" refers to the focal length of a given third lens element.

25       **25.**   The term "fourth lens element" refers to the fourth aspheric lens element, along the
26   direction of the optical axis from the object side to the image side, of a lens or lens design.

27       **26.**   The term "fifth lens element" refers to the fifth aspheric lens element, along the
28   direction of the optical axis from the object side to the image side, of a lens or lens design.

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

4.

Apple's First Set of RFAs to
Corephotonics

27. The term "sixth lens element" refers to the sixth aspheric lens element, if any, along the direction of the optical axis from the object side to the image side, of a lens or lens design.

28. The term "total track length" or "TTL" means the length of the optical axis spacing between the object side surface of the first lens element and one of: an electronic sensor, film, and an image plane corresponding to either the electronic sensor or a film sensor.

29. The term "effective focal length" or "EFL" means the focal length of a given lens or lens design.

30. The term "image side" or "image-side" of a given lens or lens design refers to the side closer to the image plane corresponding to an electronic sensor or film sensor, along the given lens or lens design's optical axis.

31. The term "object side" or "object-side" of a given lens or lens design refers to the side closer to the object plane.

32. The term "Iwasaki" means U.S. Patent No. 9,678,310.

33. The term "Iwasaki Application" means Japanese patent application 2013-061647.

34. The term "Example 4 of Iwasaki" means the lens design described in Iwasaki at Tables 7-8 of Iwasaki, the column labelled "Example 4" in Table 9, and Figure 4.

35. The term "Eggert" means U.S. Patent No. 3,388,956.

36. The term "Eggert Lens" means the lens design described in Eggert at Figure 2, Table (a), Table (b), column 5 lines 8-15, and column 9 lines 52-58.

37. The term "Mercado 118" means U.S. Patent No. 9,223,118.

38. The term "Mercado Table 8A-8C Lens" means the lens design described in Mercado 118 at Tables 8A-8C, Figure 13, and column 18, line 65 through column 19, line 35.

39. The term "Mercado Table 3A-3C Lens" means the lens design described in Mercado 118 at Tables 3A-3C, Figure 5, and column 13, line 4 through column 14 line 45.

40. The term "Parulski" means U.S. Patent No. 7,859,588.

41. The term "Golan" means U.S. Patent Publication No. 2012/0026366.

42. The term "Border" means U.S. Patent Publication No. 2008/0030592.

43. The term "Konno" means Japanese Patent Application Pub. No. JP2013106289.

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

5.

Apple's First Set of RFAs to
Corephotonics

44.     The term "End User Customers" means customers of the device into which a small form factor camera is integrated, including mobile phones, smart phones, digital cameras, table devices, and laptops.

45.     "Corephotonics   Hummingbird   Camera"   means   Corephotonics   Ltd.'s "Hummingbird          camera"         product          described          at https://web.archive.org/web/20170913081345/http://corephotonics.com/products/hummingbird/.

46.     "Corephotonics Optical Zoom Capture" means Corephotonics Ltd.'s "Optical Zoom Capture"                product                described                at https://web.archive.org/web/20170913081140/http://www.corephotonics.com/products/optical-zoom-capture/.

47.     "Corephotonics Video Optical Zoom" means Corephotonics Ltd.'s "Video Optical Zoom"                  product                 described                 at https://web.archive.org/web/20170913081350/http://corephotonics.com/products/video-optical-zoom/.

48.     The term "Apple Personnel" means employees of Apple, excluding its outside counsel.

49.     The term "Corephotonics Telephoto Lens Design" means the optical design files describing the structure of the elements of a telephoto lens designed by Corephotonics, for example, using software such as CODE V or ZEMAX.  For absence of doubt, a "Corephotonics Telephoto Lens Design" is not a black box lens design.

50.     The term "U.S. Patent and Trademark Office" means the United States Patent and Trademark Office including patent examiners and Patent Trial and Appeals Board judges.

51.     The term "Control" means an entity possesses, directly or indirectly, the power to direct or cause the direction of the management policies of the other entity, whether through ownership of voting securities, an interest in registered capital, by contract, or otherwise.

52.     The term "Corephotonics Website" means https://corephotonics.com/.

53.     The term Samsung Strategy Group Website means https://sgsg.samsung.com/newpage/newpage.php?f_id=samsung_companies.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

6.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

54.     The term "Polaroid a520 Camera" means the camera described at https://www.engadget.com/2006-09-19-polaroids-barebones-a520-digital-camera.html.

55.     The term "Kodak Tele Disc Camera" means the camera described at http://kodak.3106.net/index.php?p=205&cam=1114.

56.     The term "Leica Elmar Lens" means the Leica 180mm f/4 Elmar-R camera lens described at https://wiki.l-camera-forum.com/leica-wiki.en/index.php/180mm_f/4_Elmar-R.

57.     The term "Tele-Takumar Lens" means the Tele-Takumar 300mm F6.3 camera lens described                                                                                    at https://web.archive.org/web/20101119025216/http:/www.pentaxforums.com/lensreviews/Tele-Takumar-300mm-F6.3.html.

58.     The term "Nikon Nikkor Lens" means the Nikon Nikkor 400 mm f/5.6 ED lens described                                                                                    at https://web.archive.org/web/20080228001655/http://www.mir.com.my/rb/photography/companies/nikon/nikkoresources/preAI70/400mmf56ed.htm

59.     The term "Zuiko Lens" means the E-Zuiko 400mm f/6.3 Auto-T lens described at https://web.archive.org/web/20080222202823/http://www.mir.com.my/rb/photography/hardwares/classics/olympusom1n2/shared/zuiko/htmls/400mm.htm.

60.     The term "iPhone 5s" means the smartphone device described at https://www.apple.com/newsroom/2013/09/10Apple-Announces-iPhone-5s-The-Most-Forward-Thinking-Smartphone-in-the-World/.

61.     The term "iPhone 4S" means the smartphone device described at https://www.apple.com/newsroom/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud/.

62.     The term "iPhone 5" means the smartphone device described at https://www.apple.com/newsroom/2012/09/12Apple-Introduces-iPhone-5/.

63.     The term " Lens" means the camera lens described at https://wiki.l-camera-forum.com/leica-wiki.en/index.php/180mm_f/4_Elmar-R.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

7.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

## II.    INSTRUCTIONS

The following instructions apply to each specific discovery request unless explicitly stated otherwise:

**1.**    In construing these requests: (i) the singular shall include the plural and the plural shall include the singular; (ii) masculine, feminine, or neuter pronouns shall not exclude other genders; (iii) the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of this request all information that might otherwise be construed to be outside its scope; (iv) each of the words "all," "each," "any," and "every" shall be deemed to include each of the other functional words; (v) the definition of each term defined above shall be used regardless of whether the term is capitalized; and (vi) the past tense of a verb used herein includes the present tense and the present tense includes the past tense.

**2.**    The definition of each term defined above shall be used regardless of whether the term is capitalized.

**3.**    If you cannot answer any request fully and completely after exercising the due diligence required by law and the applicable rules to make the inquiry and secure the necessary information, please so state and answer each such request to the fullest extent possible, specify the portion of each request that you claim to be unable to answer fully and completely, state the facts upon which you rely to support your contention that you are unable to answer the request fully and completely, and state what knowledge, information or belief you have concerning the unanswered portion of each such request.

**4.**    These requests are to be regarded as continuing and you are requested to provide any additional information by way of supplementary responses that may hereafter be obtained by you or any person acting on your behalf, which will augment or otherwise modify your responses.

## III.    REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that Example 4 of Iwasaki comprises a plurality of lens elements.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

8.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

**REQUEST FOR ADMISSION NO. 2:**

Admit that Example 4 of Iwasaki comprises lens elements arranged along an optical axis.

**REQUEST FOR ADMISSION NO. 3:**

Admit that at least one lens element of Example 4 of Iwasaki has an aspheric surface.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Example 4 of Iwasaki has a TTL of less than 6.5 millimeters.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the U.S. Patent and Trademark Office found that Example 4 of Iwasaki has a TTL of less than 6.5 millimeters.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 6:**

Admit that Example 4 of Iwasaki has a TTL/EFL ratio of less than 1.0.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the U.S. Patent and Trademark Office found that Example 4 of Iwasaki has a TTL/EFL ratio of less than 1.0.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 8:**

Admit that the first lens element of Example 4 of Iwasaki has a positive refractive power.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the U.S. Patent and Trademark Office found that the first lens element of Example 4 of Iwasaki has a positive refractive power.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 10:**

Admit that the first lens element of Example 4 of Iwasaki has a convex object-side surface.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the U.S. Patent and Trademark Office found that the first lens element of Example 4 of Iwasaki has a convex object-side surface.  (*See* IPR2020-00896, Final Written Decision, at 17-18.)

**REQUEST FOR ADMISSION NO. 12:**

Admit that the first lens element of Example 4 of Iwasaki has a concave image-side surface.

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

9.

Apple's First Set of RFAs to
Corephotonics

**REQUEST FOR ADMISSION NO. 13:**

Admit that the U.S. Patent and Trademark Office found that the first lens element of Example 4 of Iwasaki has a concave image-side surface. (*See* IPR2020-00896, Final Written Decision, at 17-18.)

**REQUEST FOR ADMISSION NO. 14:**

Admit that the second lens element of Example 4 of Iwasaki has a negative refractive power.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the U.S. Patent and Trademark Office found that the second lens element of Example 4 of Iwasaki has a negative refractive power.  (*See* IPR2020-00896, Final Written Decision, at 17-18.)

**REQUEST FOR ADMISSION NO. 16:**

Admit that the second lens element of Example 4 of Iwasaki is a meniscus lens.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the U.S. Patent and Trademark Office found that the second lens element of Example 4 of Iwasaki is a meniscus lens.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 18:**

Admit that the second lens element of Example 4 of Iwasaki has a convex object-side surface.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the U.S. Patent and Trademark Office found that the second lens element of Example 4 of Iwasaki has a convex object-side surface.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 20:**

Admit that the third lens element of Example 4 of Iwasaki has a negative refractive power.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the U.S. Patent and Trademark Office found that the third lens element of Example 4 of Iwasaki has a negative refractive power.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

10.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

**REQUEST FOR ADMISSION NO. 22:**

Admit that the first lens element of Example 4 of Iwasaki has an Abbe number greater than 50.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the second lens element of Example 4 of Iwasaki has an Abbe number smaller than 30.

**REQUEST FOR ADMISSION NO. 24:**

Admit that Example 4 of Iwasaki satisfies the condition $1.2 \times |f3| > |f2| > 1.5 \times f1$.

**REQUEST FOR ADMISSION NO. 25:**

Admit that the U.S. Patent and Trademark Office found that Example 4 of Iwasaki satisfies the condition $1.2 \times |f3| > |f2| > 1.5 \times f1$.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 26:**

Admit that the second lens element and third lens element of Example 4 of Iwasaki have together a negative refractive power.

**REQUEST FOR ADMISSION NO. 27:**

Admit that Example 4 of Iwasaki has a fourth lens element.

**REQUEST FOR ADMISSION NO. 28:**

Admit that the U.S. Patent and Trademark Office found that Example 4 of Iwasaki has a fourth lens element.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 29:**

Admit that Example 4 of Iwasaki has a fifth lens element.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the U.S. Patent and Trademark Office found that Example 4 of Iwasaki has a fifth lens element.  (*See* IPR2020-00896, Final Written Decision, at 13-17.)

**REQUEST FOR ADMISSION NO. 31:**

Admit that Example 4 of Iwasaki has exactly five lens elements.

**REQUEST FOR ADMISSION NO. 32:**

Admit that You were aware of Iwasaki prior to July 4, 2013.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

11.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

**REQUEST FOR ADMISSION NO. 33:**

Admit that You were not aware of Iwasaki prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 34:**

Admit that You were aware of the Iwasaki Application prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 35:**

Admit that You were not aware of the Iwasaki Application prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 36:**

Admit that the U.S. Patent and Trademark Office found that Claims 15 and 16 of the '712 patent are anticipated by Eggert.

**REQUEST FOR ADMISSION NO. 37:**

Admit that Corephotonics did not appeal the determination of the U.S. Patent and Trademark Office that Claim 15 and 16 of the '712 patent are anticipated by Eggert.

**REQUEST FOR ADMISSION NO. 38:**

Admit that the Eggert Lens comprises a plurality of refractive lens elements arranged along an optical axis.

**REQUEST FOR ADMISSION NO. 39:**

Admit that the U.S. Patent and Trademark Office found that the Eggert Lens comprises "a plurality of refractive lens elements arranged along an optical axis." (*See* IPR 2018-01146, Final Written Decision at 30-31.)

**REQUEST FOR ADMISSION NO. 40:**

Admit that the Eggert Lens has a total track length smaller than its effective focal length.

**REQUEST FOR ADMISSION NO. 41:**

Admit that the Eggert Lens has a TTL/EFL ratio of less than 1.0.

**REQUEST FOR ADMISSION NO. 42:**

Admit that the U.S. Patent and Trademark Office found that the Eggert Lens "has an effective focal length (EFL) and a total track length (TTL) smaller than the effective focal length (EFL)." (*See* IPR 2018-01146, Final Written Decision at 31-33.)

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

12.

Apple's First Set of RFAs to
Corephotonics

1   **REQUEST FOR ADMISSION NO. 43:**

2      Admit that the first lens element of the Eggert Lens has a positive refractive power.

3   **REQUEST FOR ADMISSION NO. 44:**

4      Admit that the U.S. Patent and Trademark Office found that the first lens element of the

5   Eggert Lens has a positive refractive power.  (*See* IPR 2018-01146, Final Written Decision at 34-

6   35.)

7   **REQUEST FOR ADMISSION NO. 45:**

8      Admit that the second lens element and third lens element of the Eggert Lens have together

9   a negative refractive power.

10  **REQUEST FOR ADMISSION NO. 46:**

11     Admit that the U.S. Patent and Trademark Office found that the second lens element and

12  third lens element of the Eggert Lens have together a negative refractive power.  (*See* IPR 2018-

13  01146, Final Written Decision at 34-35.)

14  **REQUEST FOR ADMISSION NO. 47:**

15     Admit that the Eggert Lens has a fourth lens element.

16  **REQUEST FOR ADMISSION NO. 48:**

17     Admit that the U.S. Patent and Trademark Office found that the Eggert Lens has a fourth

18  lens element.  (*See* IPR 2018-01146, Final Written Decision at 34-35.)

19  **REQUEST FOR ADMISSION NO. 49:**

20     Admit that the U.S. Patent and Trademark Office found that the Eggert Lens has a fifth lens

21  element.  (*See* IPR 2018-01146, Final Written Decision at 34-35.)

22  **REQUEST FOR ADMISSION NO. 50:**

23     Admit that the U.S. Patent and Trademark Office found that the Eggert Lens discloses

24  ""[T]he plurality of refractive lens elements comprising, in order from an object plane to an image

25  plane along the optical axis, a first lens element having positive optical power, a pair of second and

26  third lens elements having together a negative optical power, and a combination of fourth and fifth

27  lens elements."  (*See* IPR 2018-01146, Final Written Decision at 34-35.)

28

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

13.

**Apple's First Set of RFAs to Corephotonics**

**REQUEST FOR ADMISSION NO. 51:**

Admit that, in the Eggert Lens, the fourth lens element is separated from the third lens element by an air gap of greater than TTL/5.

**REQUEST FOR ADMISSION NO. 52:**

Admit that the U.S. Patent and Trademark Office found that the Eggert Lens discloses "the fourth lens element separated from the third lens element by an air gap greater than TTL/5." (*See* IPR 2018-01146, Final Written Decision at 36.)

**REQUEST FOR ADMISSION NO. 53:**

Admit that the first lens element of the Eggert Lens has an Abbe number greater than 50.

**REQUEST FOR ADMISSION NO. 54:**

Admit that the U.S. Patent and Trademark Office found that the first lens element of the Eggert Lens has an Abbe number greater than 50. (*See* IPR 2018-01146, Final Written Decision at 36-37.)

**REQUEST FOR ADMISSION NO. 55:**

Admit that the second lens element of the Eggert Lens has an Abbe number smaller than 30.

**REQUEST FOR ADMISSION NO. 56:**

Admit that the U.S. Patent and Trademark Office found that the second lens element of the Eggert Lens has an Abbe number smaller than 30. (*See* IPR 2018-01146, Final Written Decision at 36-37.)

**REQUEST FOR ADMISSION NO. 57:**

Admit that You were aware of Eggert prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 58:**

Admit that You were not aware of Eggert prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 59:**

Admit that the Mercado Table 8A-8C Lens comprises a plurality of lens elements.

**REQUEST FOR ADMISSION NO. 60:**

Admit that the Mercado Table 8A-8C Lens comprises lens elements arranged along an

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

14.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

optical axis.

**REQUEST FOR ADMISSION NO. 61:**

Admit that at least one lens element of the Mercado Table 8A-8C Lens has an aspheric surface.

**REQUEST FOR ADMISSION NO. 62:**

Admit that the Mercado Table 8A-8C Lens has a TTL of less than 6.5 millimeters.

**REQUEST FOR ADMISSION NO. 63:**

Admit that the Mercado Table 8A-8C Lens has a TTL/EFL ratio of less than 1.0.

**REQUEST FOR ADMISSION NO. 64:**

Admit that the first lens element of the Mercado Table 8A-8C Lens has a positive refractive power.

**REQUEST FOR ADMISSION NO. 65:**

Admit that the first lens element of the Mercado Table 8A-8C Lens has a convex object-side surface.

**REQUEST FOR ADMISSION NO. 66:**

Admit that the first lens element of the Mercado Table 8A-8C Lens has a concave image-side surface.

**REQUEST FOR ADMISSION NO. 67:**

Admit that the first lens element of the Mercado Table 8A-8C Lens has a convex image-side surface.

**REQUEST FOR ADMISSION NO. 68:**

Admit that the second lens element of the Mercado Table 8A-8C Lens has a negative refractive power.

**REQUEST FOR ADMISSION NO. 69:**

Admit that the second lens element of the Mercado Table 8A-8C Lens is a meniscus lens.

**REQUEST FOR ADMISSION NO. 70:**

Admit that the second lens element of the Mercado Table 8A-8C Lens has a convex object-side surface.

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

15.

Apple's First Set of RFAs to
Corephotonics

**REQUEST FOR ADMISSION NO. 71:**

Admit that the third lens element of the Mercado Table 8A-8C Lens has a negative refractive power.

**REQUEST FOR ADMISSION NO. 72:**

Admit that the first lens element of the Mercado Table 8A-8C Lens has an Abbe number greater than 50.

**REQUEST FOR ADMISSION NO. 73:**

Admit that the second lens element of the Mercado Table 8A-8C Lens has an Abbe number smaller than 30.

**REQUEST FOR ADMISSION NO. 74:**

Admit that the Mercado Table 8A-8C Lens satisfies the condition $1.2 \times |f3| > |f2| > 1.5 \times f1$.

**REQUEST FOR ADMISSION NO. 75:**

Admit that the second lens element and third lens element of the Mercado Table 8A-8C Lens have together a negative refractive power.

**REQUEST FOR ADMISSION NO. 76:**

Admit that the Mercado Table 8A-8C Lens has a fourth lens element.

**REQUEST FOR ADMISSION NO. 77:**

Admit that the Mercado Table 8A-8C Lens has a fifth lens element.

**REQUEST FOR ADMISSION NO. 78:**

Admit that, in the Mercado Table 8A-8C Lens, the fourth lens element is separated from the third lens element by an air gap of greater than TTL/5.

**REQUEST FOR ADMISSION NO. 79:**

Admit that the Mercado Table 3A-3C Lens has a positive refractive power.

**REQUEST FOR ADMISSION NO. 80:**

Admit that the Mercado Table 3A-3C Lens has a convex object-side surface.

**REQUEST FOR ADMISSION NO. 81:**

Admit that the Mercado Table 3A-3C Lens has a concave image-side surface.

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

16.

Apple's First Set of RFAs to
Corephotonics

**REQUEST FOR ADMISSION NO. 82:**

Admit that the first lens element of the Mercado Table 3A-3C Lens has a convex image-side surface.

**REQUEST FOR ADMISSION NO. 83:**

Admit that the second lens element of the Mercado Table 3A-3C Lens has a negative refractive power.

**REQUEST FOR ADMISSION NO. 84:**

Admit that the second lens element of the Mercado Table 3A-3C Lens is a meniscus lens.

**REQUEST FOR ADMISSION NO. 85:**

Admit that the second lens element of the Mercado Table 3A-3C Lens has a convex object-side surface.

**REQUEST FOR ADMISSION NO. 86:**

Admit that the third lens element of the Mercado Table 3A-3C Lens has a negative refractive power.

**REQUEST FOR ADMISSION NO. 87:**

Admit that the first lens element of the Mercado Table 3A-3C Lens has an Abbe number greater than 50.

**REQUEST FOR ADMISSION NO. 88:**

Admit that the second lens element of the Mercado Table 3A-3C Lens has an Abbe number smaller than 30.

**REQUEST FOR ADMISSION NO. 89:**

Admit that the Mercado Table 3A-3C Lens satisfies the condition $1.2 \times |f3| > |f2| > 1.5 \times f1$.

**REQUEST FOR ADMISSION NO. 90:**

Admit that the second lens element and third lens element of the Mercado Table 3A-3C Lens have together a negative refractive power.

**REQUEST FOR ADMISSION NO. 91:**

Admit that the Mercado Table 3A-3C Lens has a fourth lens element.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

17.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

1

**REQUEST FOR ADMISSION NO. 92:**

2

Admit that the Mercado Table 3A-3C Lens has a fifth lens element.

3

**REQUEST FOR ADMISSION NO. 93:**

4

Admit that, in the Mercado Table 3A-3C Lens, the fourth lens element is separated from

5

the third lens element by an air gap of greater than TTL/5.

6

**REQUEST FOR ADMISSION NO. 94:**

7

Admit that You were aware of Parulski before June 13, 2013.

8

**REQUEST FOR ADMISSION NO. 95:**

9

Admit that You were not aware of Parulski before June 13, 2013.

10

**REQUEST FOR ADMISSION NO. 96:**

11

Admit that You were aware of Golan before June 13, 2013.

12

**REQUEST FOR ADMISSION NO. 97:**

13

Admit that You were not aware of Golan before June 13, 2013.

14

**REQUEST FOR ADMISSION NO. 98:**

15

Admit that You were aware of Border before June 13, 2013.

16

**REQUEST FOR ADMISSION NO. 99:**

17

Admit that You were not aware of Border before June 13, 2013.

18

**REQUEST FOR ADMISSION NO. 100:**

19

Admit that You were aware of Konno before June 13, 2013.

20

**REQUEST FOR ADMISSION NO. 101:**

21

Admit that You were not aware of Konno before June 13, 2013.

22

**REQUEST FOR ADMISSION NO. 102:**

23

Admit that You were aware of the Kodak V570 Camera before the July 4, 2013.

24

**REQUEST FOR ADMISSION NO. 103:**

25

Admit that You were not aware of the Kodak V570 Camera before the July 4, 2013.

26

**REQUEST FOR ADMISSION NO. 104:**

27

Admit that Corephotonics never sold a product to End User Customers.

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

18.

**APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS**

**REQUEST FOR ADMISSION NO. 105:**

Admit that Corephotonics never sold a product to End User Customers.

**REQUEST FOR ADMISSION NO. 106:**

Admit that a camera based on the Corephotonics Hummingbird Camera reference design has not been incorporated into a product on sale to End User Customers.

**REQUEST FOR ADMISSION NO. 107:**

Admit that a camera based on the Corephotonics Hummingbird Camera reference design has been incorporated into a product on sale to End User Customers.

**REQUEST FOR ADMISSION NO. 108:**

Admit that Corephotonics Optical Zoom Capture has not been incorporated into a product on sale to End User Customers.

**REQUEST FOR ADMISSION NO. 109:**

Admit that Corephotonics Optical Zoom Capture has been incorporated into a product on sale to End User Customers.

**REQUEST FOR ADMISSION NO. 110:**

Admit that Corephotonics Video Optical Zoom has not been incorporated into a product on sale to End User Customers.

**REQUEST FOR ADMISSION NO. 111:**

Admit that Corephotonics Video Optical Zoom has been incorporated into a product on sale to End User Customers.

**REQUEST FOR ADMISSION NO. 112:**

Admit that Apple did not receive source code from Corephotonics for any still mode fusion functionality prior to November 6, 2017.

**REQUEST FOR ADMISSION NO. 113:**

Admit that Apple did not receive source code from Corephotonics for any video mode smooth transition functionality prior to November 6, 2017.

**REQUEST FOR ADMISSION NO. 114:**

Admit that Apple did not receive from Corephotonics a Corephotonics Telephoto Lens

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

19.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

1   Design prior to November 6, 2017.

2   **REQUEST FOR ADMISSION NO. 115:**

3      Admit that Samsung Electronics Benelux B.V. acquired You.

4   **REQUEST FOR ADMISSION NO. 116:**

5      Admit that Samsung Electronics Benelux B.V. Controls You.

6   **REQUEST FOR ADMISSION NO. 117:**

7      Admit that Samsung Electronics Benelux B.V. does not Control You.

8   **REQUEST FOR ADMISSION NO. 118:**

9      Admit that Samsung Electronics, Co., Ltd. Controls You.

10   **REQUEST FOR ADMISSION NO. 119:**

11      Admit that Samsung Electronics, Co., Ltd. does not Control You.

12   **REQUEST FOR ADMISSION NO. 120:**

13      Admit that Samsung Group Controls You.

14   **REQUEST FOR ADMISSION NO. 121:**

15      Admit that Samsung Group does not Control You.

16   **REQUEST FOR ADMISSION NO. 122:**

17      Admit that Samsung Electronics, Co., Ltd. Controls Samsung Electronics Benelux B.V.

18   **REQUEST FOR ADMISSION NO. 123:**

19      Admit that Samsung Electronics, Co., Ltd. does not Control Samsung Electronics Benelux

20   B.V.

21   **REQUEST FOR ADMISSION NO. 124:**

22      Admit that Samsung Group Controls Samsung Electronics Benelux B.V.

23   **REQUEST FOR ADMISSION NO. 125:**

24      Admit that Samsung Group does not Control Samsung Electronics Benelux B.V.

25   **REQUEST FOR ADMISSION NO. 126:**

26      Admit that Samsung Group Controls Samsung Electronics, Co., Ltd.

27   **REQUEST FOR ADMISSION NO. 127:**

28      Admit that Samsung Group does not Control Samsung Electronics, Co., Ltd.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

20.

APPLE'S FIRST SET OF RFAs TO
COREPHOTONICS

1  **REQUEST FOR ADMISSION NO. 128:**

2    Admit that Samsung Electronics, Co., Ltd. Controls Samsung Electro-Mechanics Co., Ltd.

3  **REQUEST FOR ADMISSION NO. 129:**

4    Admit that Samsung Electronics, Co., Ltd. does not Control Samsung Electro-Mechanics

5  Co., Ltd.

6  **REQUEST FOR ADMISSION NO. 130:**

7    Admit that Samsung Group Controls Samsung Electro-Mechanics Co., Ltd.

8  **REQUEST FOR ADMISSION NO. 131:**

9    Admit that Samsung Group does not Control Samsung Electro-Mechanics Co., Ltd.

10 **REQUEST FOR ADMISSION NO. 132:**

11   Admit that Samsung Electronics, Co., Ltd. Controls You and Samsung Electro-Mechanics

12 Co., Ltd.

13 **REQUEST FOR ADMISSION NO. 133:**

14   Admit that Samsung Electronics, Co., Ltd. does not Control You and Samsung Electro-

15 Mechanics Co., Ltd.

16 **REQUEST FOR ADMISSION NO. 134:**

17   Admit that Samsung Electronics Co., Ltd. is the holder of 100% ownership in Samsung

18 Electronics Benelux B.V.

19 **REQUEST FOR ADMISSION NO. 135:**

20   Admit that Samsung Electronics Co., Ltd. is the holder of 100% ownership in You.

21 **REQUEST FOR ADMISSION NO. 136:**

22   Admit that Samsung Electronics Co., Ltd. is the holder of 100% ownership of the voting

23 rights in Samsung Electronics Benelux B.V..

24 **REQUEST FOR ADMISSION NO. 137:**

25   Admit that Samsung Electronics Benelux B.V. is the holder of 100% ownership of the

26 voting rights in You.

27 **REQUEST FOR ADMISSION NO. 138:**

28   Admit that You are a subsidiary of Samsung Electronics Co., Ltd.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

21.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

**REQUEST FOR ADMISSION NO. 139:**

Admit that You are an affiliate of the Samsung Group as defined under Korea's Monopoly Regulation and Fair Trade Act.

**REQUEST FOR ADMISSION NO. 140:**

Admit that Samsung Electro-Mechanics Co., Ltd. is an affiliate of the Samsung Group as defined under Korea's Monopoly Regulation and Fair Trade Act.

**REQUEST FOR ADMISSION NO. 141:**

Admit that Samsung Electronics Co., Ltd. has significant influence on Samsung Electro-Mechanics Co., Ltd.

**REQUEST FOR ADMISSION NO. 142:**

Admit that Samsung Electronics Co., Ltd. does not have significant influence on Samsung Electro-Mechanics Co., Ltd.

**REQUEST FOR ADMISSION NO. 143:**

Admit that on the Corephotonics Website, Corephotonics is identified as "A SAMSUNG COMPANY[.]"

**REQUEST FOR ADMISSION NO. 144:**

Admit that Samsung Electronics Co., Ltd. and Samsung Electro-Mechanics Co., Ltd. are listed together on a page of "Affiliate Companies" on the Samsung Global Strategy Group Website.

**REQUEST FOR ADMISSION NO. 145:**

Admit that there are one or more individuals who are both an officer or director of You and an officer or director of Samsung Electronics Benelux B.V.

**REQUEST FOR ADMISSION NO. 146:**

Admit that there are no individuals who are both an officer or director of You and an officer or director of Samsung Electronics Benelux B.V.

**REQUEST FOR ADMISSION NO. 147:**

Admit that there are one or more individuals who are both an officer or director of You and an officer or director of Samsung Electronics Co., Ltd.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

22.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

1  **REQUEST FOR ADMISSION NO. 148:**

2      Admit that there are no individuals who are both an officer or director of You and an officer

3  or director of Samsung Electronics Co., Ltd.

4  **REQUEST FOR ADMISSION NO. 149:**

5      Admit that there are one or more individuals who are both an officer or director of You and

6  an officer or director of Samsung Group.

7  **REQUEST FOR ADMISSION NO. 150:**

8      Admit that there are no individuals who are both an officer or director of You and an officer

9  or director of Samsung Group.

10  **REQUEST FOR ADMISSION NO. 151:**

11      Admit that there are one or more individuals who are both an officer or director of Samsung

12  Electronics Co., Ltd and an officer or director of Samsung Electronics Benelux B.V.

13  **REQUEST FOR ADMISSION NO. 152:**

14      Admit that there are no individuals who are both an officer or director of Samsung

15  Electronics Co., Ltd and an officer or director of Samsung Electronics Benelux B.V.

16  **REQUEST FOR ADMISSION NO. 153:**

17      Admit that there are one or more individuals who are both an officer or director of Samsung

18  Group and an officer or director of Samsung Electronics Co., Ltd.

19  **REQUEST FOR ADMISSION NO. 154:**

20      Admit that there are no individuals who are both an officer or director of Samsung Group

21  and an officer or director of Samsung Electronics Co., Ltd.

22  **REQUEST FOR ADMISSION NO. 155:**

23      Admit that there are one or more individuals who are both an officer or director of Samsung

24  Electro-Mechanics Co., Ltd. and an officer or director of Samsung Electronics Co., Ltd.

25  **REQUEST FOR ADMISSION NO. 156:**

26      Admit that there are no individuals who are both an officer or director of Samsung Electro-

27  Mechanics Co., Ltd. and an officer or director of Samsung Electronics Co., Ltd.

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

23.

APPLE'S FIRST SET OF RFAS TO
COREPHOTONICS

**REQUEST FOR ADMISSION NO. 157:**

Admit that there are one or more individuals who are both an officer or director of Samsung Electro-Mechanics Co., Ltd. and an officer or director of Samsung Group.

**REQUEST FOR ADMISSION NO. 158:**

Admit that there are no individuals who are both an officer or director of Samsung Electro-Mechanics Co., Ltd. and an officer or director of Samsung Group.

**REQUEST FOR ADMISSION NO. 159:**

Admit that the Polaroid a520 Camera was on sale prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 160:**

Admit that the Polaroid a520 Camera qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 161:**

Admit that the Kodak Tele Disc Camera was on prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 162:**

Admit that the Kodak Tele Disc Camera qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 163:**

Admit that the Leica Elmar Lens was on sale prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 164:**

Admit that the Leica Elmar Lens qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 165:**

Admit that the Tele-Takumar Lens was on sale prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 166:**

Admit that the Tele-Takumar Lens qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 167:**

Admit that the Nikon Nikkor Lens was on sale prior to July 4, 2013.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

24.

APPLE'S FIRST SET OF RFAs TO
COREPHOTONICS

**REQUEST FOR ADMISSION NO. 168:**

Admit that the Nikon Nikkor Lens qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 169:**

Admit that the Zuiko Lens was on sale prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 170:**

Admit that the Zuiko Lens qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 171:**

Admit that the iPhone 4S was on sale prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 172:**

Admit that the iPhone 4S qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 173:**

Admit that the iPhone 5 was on sale prior to July 4, 2013.

**REQUEST FOR ADMISSION NO. 174:**

Admit that the iPhone 5 qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 175:**

Admit that the iPhone 5S was on sale prior to June 20, 2014.

**REQUEST FOR ADMISSION NO. 176:**

Admit that the iPhone 5S qualifies as prior art to the '712 Patent under 35 U.S.C. 102((a)(1).

**REQUEST FOR ADMISSION NO. 177:**

Admit that Corephotonics has not provided to Apple Personnel any source code for still mode fusion functionality.

**REQUEST FOR ADMISSION NO. 178:**

Admit that Corephotonics has not provided to Apple Personnel any source code for video mode smooth transition functionality.

**REQUEST FOR ADMISSION NO. 179:**

Admit that Corephotonics has not provided to Apple Personnel Corephotonics Telephoto

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

25.

Apple's First Set of RFAs to
Corephotonics

1   Lens Design.

2

3   Dated:  September 28, 2023

4                                                        /s/ Heidi Keefe
                                                        COOLEY LLP
                                                        HEIDI KEEFE (176960)
5                                                       (hkeefe@cooley.com)
                                                        LOWELL MEAD (223989)
6                                                       (lmead@cooley.com)
                                                        PRIYA B. VISWANATH (238089)
7                                                       (pviswanath@cooley.com)
                                                        3175 Hanover Street
8                                                       Palo Alto, CA  94304
                                                        Telephone:     (650) 843-5000
9                                                       Facsimile:      (650) 849-7400

10                                                      COOLEY LLP
                                                        STEPHEN SMITH (*Pro hac vice*)
11                                                      (stephen.smith@cooley.com)
                                                        PHILLIP MORTON (*Pro hac vice*)
12                                                      (pmorton@cooley.com)
                                                        1299 Pennsylvania Avenue
13                                                      NW, Suite 700
                                                        Washington, DC 20004-2400
14                                                      Telephone:  (202) 842-7800
                                                        Facsimile:    (202) 842-7899

15                                                      *Attorneys for Defendant Apple Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
Palo Alto

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

26.

Apple's First Set of RFAs to
Corephotonics

1    **<u>CERTIFICATE OF SERVICE</u>**

2         I am a citizen of the United States and a resident of the State of California.  I am employed

3    in Santa Clara County, State of California, in the office of a member of the bar of this Court, at

4    whose direction the service was made.  I am over the age of eighteen years, and not a party to the

5    within action.  My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94306.

6    On the date set forth below I served the attached document(s) in the manner described below:

7        ☒        (BY ELECTRONIC MAIL) I am personally and readily familiar with the business
8                 practice of Cooley LLP for the preparation and processing of documents in portable
                  document format (PDF) for e-mailing, and I caused said documents to be prepared
9                 in PDF and then served by electronic mail to the parties listed below.

10   on the following part(ies) in this action:

11   Marc Fenster
12   Benjamin Wang
     Brian D. Ledahl
13   Neil A. Rubin
     James S. Tsuei
14   RUSS AUGUST & KABAT
15   12424 Wilshire Boulevard, 12th Floor
     Los Angeles, California 90025
16   Telephone: (310) 826-7474
     Facsimile: (310) 826-6991
17   mfenster@raklaw.com
18   bwang@raklaw.com
     bledahl@raklaw.com
19   nrubin@raklaw.com
     jtsuei@raklaw.com

20   *Attorneys for Plaintiff Corephotonics, Ltd.*

21
22        Executed on September 28, 2023, at Palo Alto, California.

23
24                                          */s/      Tracy Gibbs                   *
                                            Tracy Gibbs
25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD
Case No. 5:18-cv-02555-JD

1.

CERTIFICATE OF SERVICE