```
RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991
```

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON APPLE'S MOTION TO AMEND ANSWER (DKT. # 192)** |

Case No. 5:17-cv-06457-JD

**JOINT STIPULATION TO CONTINUE HEARING**

1  WHEREAS, Apple's Motion for Leave to Amend its Answer is currently set for hearing on December 14, 2023;

WHEREAS, counsel for Corephotonics has had a scheduling conflict arise for a hearing on that date; and

WHEREAS, both parties are available for hearing on December 21, and agree to continue the hearing on Apple's motion to that date;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

1. To the extent the Court intends to hold a hearing on Apple's motion, the parties stipulate to continue that hearing to December 21, 2023 at 10:00 a.m.

So Stipulated.

DATED:  December 11, 2023

RUSS AUGUST & KABAT

By: /s/ Brian D. Ledahl
Marc A. Fenster (CA Bar No. 181067)
Brian D. Ledahl (CA Bar No. 186579)
Neil A. Rubin (CA Bar No. 250761)
James S. Tsuei (CA Bar No. 285530)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com
nrubin@raklaw.com
jtsuei@raklaw.com

Attorneys for Plaintiff
Corephotonics, Ltd.

COOLEY LLP

By: /s/ Heidi L. Keefe
HEIDI KEEFE (178960)
(hkeefe@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Case No. 5:17-cv-06457-JD

**JOINT STIPULATION TO CONTINUE HEARING**

PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant Apple Inc.

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl (186579)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          By:_____
                                      Hon. James Donato
                                      United States District Judge

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on December 11, 2023 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*