UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>              Plaintiff,<br><br>  vs.<br><br>APPLE INC.<br><br>              Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>    **(1) Portions of Apple's Motion to Dismiss for Lack of Standing; and**<br>    **(2) Exhibits 1-6 to the Mead Declaration** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has filed an Administrative Motion to File Under Seal portions of its Motion to Dismiss for Lack of Standing, namely:

1. The highlighted portions of Apple's Motion to Dismiss for Lack of Standing.

2. Exhibits 1-6 to the Declaration of Lowell D. Mead in Support of Apple's Motion to Dismiss for Lack of Standing.

Having considered the motion and supporting papers, and finding good cause therefore, the Court GRANTS the Administrative Motion to File Under Seal as follows:

| Item # | Materials Sought to be Sealed | Ruling |
|---|---|---|
| 1 | Opening brief in support of Apple's Motion to Dismiss for Lack of Standing:<br>• page 1, lines 19-20, 20-22, 23-24, and 24-26<br>• page 2, lines 15-16, 17-18, 20-21, 21-22, 23-27<br>• page 3, lines 1-2, 3-4, 5-6, 7-9, 9-10, 10-11, 13, 14-15, 18-20, 21-22, 22-23, 25-26, 26-27<br>• page 4, lines 1, 3-4, 4-6, 6-8, 8-10, 10-11, 12-13, 14-15, 16-17, 20-22<br>• page 6, lines 18-20<br>• page 7, lines 1-2, 8-9, 16-17, 24-25<br>• page 8, lines 6-8, 16-17, 20-22, 28<br>• page 9, line 2<br>• page 10, lines 22-23, 25<br>page 11, lines 19-20, 20-21 | |
| 2 | Exhibits 1, 2, and 3 | |
| 3 | Exhibits 4 and 5 | |
| 4 | Exhibit 6 | |

IT IS SO ORDERED.

Dated:

_____
Hon. James Donato
United States District Court Judge