COOLEY LLP
Heidi Keefe (178960)
(hkeefe@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
Priya Viswanath (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
Phillip Morton (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF LOWELL MEAD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING**<br><br>Date: January 25, 2023<br>Time: 10 a.m.<br><br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

MEAD DECL. ISO MOTION TO DISMISS FOR LACK OF STANDING

I, Lowell D. Mead, hereby declare:

1. I am a partner with Cooley LLP. I am counsel for Defendant Apple Inc. in this action. I make this declaration in support of Defendant Apple Inc.'s Motion to Dismiss for Lack of Standing. I have personal knowledge of the facts contained within this declaration unless otherwise specified herein, and if called as a witness, could testify competently to the matters herein.

2. Attached as **Exhibit 1** is a true and correct copy of a Share Purchase Agreement document produced by Corephotonics, Ltd. in this action.

3. Attached as **Exhibit 2** is a true and correct copy of a License Agreement document produced by Corephotonics, Ltd. in this action.

4. Attached as **Exhibit 3** is a true and correct copy of a Disclosure Schedule document produced by Corephotonics, Ltd. in this action.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of Eran Kali Deposition Transcript, dated November 16, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of David Mendlovic Deposition Transcript, dated November 8, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of Plaintiff Corephotonics, Ltd.'s Responses and Objections to Defendant Apple Inc.'s Third Set of Interrogatories, dated October 10, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of a Letter from Samsung to Apple Counsel re Responses and Objections to Apple, Inc.'s Subpoena to Produce Documents on Non-Party SEA on June 16, 2022, dated January 20, 2023.

9. Attached as **Exhibit 8** is a true and correct copy of a Letter from Samsung to Apple Counsel re Responses and Objections to Apple, Inc.'s Subpoena to Produce Documents on Non-Party SEA on December 7, 2022, dated January 20, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 1 -

MEAD DECL. ISO MOTION TO DISMISS FOR LACK OF STANDING

| | |
|---|---|
| Dated: December 19, 2023 | */s/ Lowell D. Mead* |
| | Lowell D. Mead |

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

- 2 -

Mead Decl. ISO Motion to Dismiss for Lack of Standing