# EXHIBIT 1
## FILED UNDER SEAL
## (PUBLIC VERSION)