# EXHIBIT 2
## FILED UNDER SEAL
## (PUBLIC VERSION)