# EXHIBIT 3
## FILED UNDER SEAL
## (PUBLIC VERSION)