# EXHIBIT 4
## FILED UNDER SEAL
## (PUBLIC VERSION)