# EXHIBIT 5
## FILED UNDER SEAL
## (PUBLIC VERSION)