# EXHIBIT 6
## FILED UNDER SEAL
## (PUBLIC VERSION)