UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[Proposed] Order Granting Defendant's Motion to Dismiss for Lack of Standing** |

The Court, having considered Defendant Apple Inc.'s ("Defendant") Motion to Dismiss for Lack of Standing (the "Motion"), having considered the papers filed in support of and in opposition thereto, and having considered all arguments made by counsel, hereby find that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Standing is **GRANTED** and this action is hereby **DISMISSED**.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　The Hon. James Donato
　　　　　　　　　　　　　　　　　　　United States District Court Judge

Cooley LLP
Attorneys at Law
Palo Alto

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

Order Granting Motion to Dismiss for Lack of Standing