RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

RUSS, AUGUST & KABAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

COREPHOTONICS, LTD.

Plaintiff,

vs.

APPLE INC.

Defendant.

Case No. 3:17-cv-06457-JD (Lead Case)
Case No. 3:18-cv-02555-JD

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE APPLE'S MOTION TO DISMISS (DKT. # 212)**

WHEREAS, Apple filed a Motion to Dismiss for Lack of Standing (Dkt. # 212) on December 19, is currently set for hearing on January 25, 2024;

WHEREAS, the briefing schedule for that motion would require Corephotonics to file its opposition on January 2, 2024;

WHEREAS, counsel for Corephotonics has scheduling conflicts making preparation of responsive briefing during the holidays problematic; and

WHEREAS, both parties are amenable to continuing the hearing on the motion and adjusting the briefing schedule accordingly;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

1. To the extent the Court intends to hold a hearing on Apple's motion, the parties stipulate to continue that hearing to February 15, 2024 at 10:00 a.m.
2. Corephotonics' response to the motion will be due by January 15, 2024, and Apple's reply will be due January 30, 2024.

So Stipulated.

DATED: December 22, 2023

RUSS AUGUST & KABAT

By: */s/ Brian D. Ledahl*

Marc A. Fenster (CA Bar No. 181067)
Brian D. Ledahl (CA Bar No. 186579)
Neil A. Rubin (CA Bar No. 250761)
James S. Tsuei (CA Bar No. 285530)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com
nrubin@raklaw.com
jtsuei@raklaw.com

Attorneys for Plaintiff
Corephotonics, Ltd.

COOLEY LLP

By: */s/ Heidi L. Keefe*

HEIDI KEEFE (178960)
(hkeefe@cooley.com)

LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

PHILLIP MORTON (*pro hac vice)*
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant Apple Inc.

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*_______
Brian D. Ledahl (186579)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:________________ By:________________________________
Hon. James Donato
United States District Judge

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on December 22, 2023 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*