

Via ECF

Heidi L. Keefe
T: +1 650 843 5001
hkeefe@cooley.com

January 4, 2024

District Judge James Donato
U.S. District Court, San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

**Re:** *Corephotonics v. Apple*, **Case Nos. 3:17-cv-06457-JD (lead case), 5:18-cv-02555-JD**

Dear Judge Donato:

Pursuant to the Court's Order (Dkt. 209) regarding Corephotonics's objection to Dr. Sasian under the Protective Order in this action (Dkt. 205), Apple respectfully submits that the objection is moot and Corephotonics's request for an order is moot because Apple has withdrawn its intent to have Dr. Sasian sign an adherence to be bound by the Protective Order. Dr. Sasian has not signed an adherence to be bound by the Protective Order and has not received or reviewed any information designated by Corephotonics as confidential under the Protective Order.

Sincerely,

*/s/ Heidi L. Keefe*
*Counsel for Apple Inc.*