RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
Peter Tong, State Bar No. 300347
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**PLAINTIFF COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>   **(1) PORTIONS OF ITS OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF STANDING; and**<br>   **(2) PORTIONS OF DECLARATION OF ERAN KALI IN SUPPORT OF COREPHOTONICS, LTD.'S RESPONSE IN OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF STANDING** |

RUSS, AUGUST & KABAT

COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff Corephotonics, Ltd. ("Corephotonics") respectfully seeks a narrowly-tailored Order authorizing the sealing of portions of its concurrently filed Opposition to Apple, Inc.'s Motion to Amend Answer and supporting declaration, namely:

1. Highlighted portions of Corephotonics' Opposition to Apple Inc.'s Motion to Dismiss for Lack of Standing; and
2. Highlighted portions of Declaration of Eran Kali in Support of Corephotonics' Opposition to Apple Inc.'s Motion to Dismiss for Lack of Standing.

As set forth in the accompanying Declaration of Brian Ledahl, the highlighted material in Items 1-3 includes confidential information relating to Corephotonics' patent licensing activity and confidential corporate transactions. Compelling reasons and good cause exist to permit Corephotonics to file that information under seal, as the public disclosure of that information would pose irreparable harm not only to Corephotonics but also potentially to third parties involved in Corephotonics' licensing activity.

Corephotonics has reviewed and complied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

RUSS, AUGUST & KABAT

1    For the reasons set forth above, Corephotonics respectfully requests that the Court grant an

2  Order allowing Corephotonics to file the highlighted portions of the above documents under seal.

3  DATED:  January 15, 2024                    Respectfully submitted,

4                                              RUSS AUGUST & KABAT

5                                              By: */s/ Brian D. Ledahl*
6                                              Marc A. Fenster, State Bar No. 181067
                                               Brian D. Ledahl, State Bar No. 186579
7                                              Neil A. Rubin, State Bar No. 250761
                                               James S. Tsuei State Bar No. 285530
8                                              Peter Tong, State Bar No. 300347
                                               12424 Wilshire Boulevard, 12th Floor
9                                              Los Angeles, California  90025
                                               Telephone: (310) 826-7474
10                                             Facsimile: (310) 826-6991
                                               mfenster@raklaw.com
11                                             bledahl@raklaw.com
                                               nrubin@raklaw.com
12                                             jtsuei@raklaw.com
                                               ptong@raklaw.com

13                                             Attorneys for Plaintiff
                                               Corephotonics, Ltd.

RUSS, AUGUST & KABAT

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 15, 2024, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).   Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/*Marc Fenster*

4