RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
Peter Tong, State Bar No. 300347
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF PLAINTIFF COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Case No. 3:17-cv-06457-JD

**DECLARATION OF BRIAN D. LEDAHL**

I, Brian D. Ledahl, state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ, August & Kabat, counsel for Plaintiff Corephotonics, Ltd. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Corephotonics' Administrative Motion to File Under Seal (1) Portions of Corephotonics' Opposition to Apple's Motion to Dismiss for Lack of Standing; and (2) Portions of Declaration of Eran Kali in Support of Corephotonics' Opposition, which contain information that Corephotonics considers to be "Highly Confidential" -- Attorneys' Eyes Only" under the Protective Order Regarding the Disclosure and Use of Discovery Materials in this case (Dkt. 77). Specifically, the information that Corephotonics seeks the Court's permission to file under seal relates to Corephotonics patent licensing activity and the confidential terms of certain licenses, and also to the confidential terms of certain corporate transactions, including transactions for the acquisition of shares of Corephotonics. The information sought to be sealed contains competitively sensitive confidential information of Corephotonics.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on January 15, 2024 in Lexington, Massachusetts.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl

Case No. 3:17-cv-06457-JD

**DECLARATION OF BRIAN D. LEDAHL**