RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
Peter Tong, State Bar No. 300347
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>**(1) PORTIONS OF ITS OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF STANDING; and**<br>**(2) PORTIONS OF DECLARATION OF ERAN KALI IN SUPPORT OF ITS OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF STANDING** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff has filed an Administrative Motion to File Under Seal portions of its Opposition to Apple's Motion to Dismiss for Lack of Standing, namely:

1. Highlighted portions of Corephotonics' Opposition to Apple's Motion to Dismiss for Lack of Standing; and

2. Highlighted portions of Declaration of Eran Kali in Support of Corephotonics' Opposition to Apple's Motion to Dismiss for Lack of Standing.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court GRANTS the Administrative Motion to File Under Seal.

It is hereby Ordered that the (1) highlighted portions of Corephotonics' Opposition to Apple's Motion to Dismiss for Lack of Standing; and (2) highlighted portions of Declaration of Eran Kali be filed under seal.

IT IS SO ORDERED.

Dated:_____                   _____
                                     Hon. James Donato
                                     United States District Judge