RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
Peter Tong, State Bar No. 300347
ptong@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**DECLARATION OF ERAN KALI IN SUPPORT OF COREPHOTONICS, LTD.'S RESPONSE IN OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF STANDING**<br><br>Courtroom: 11<br>Before: Hon. James Donato |

Case No. 3:17-cv-06457-JD

**DECLARATION OF ERAN KALI**

I, Eran Kali, hereby declare as follows:

1. I am the Vice President of Licensing of Corephotonics, Ltd. ("Corephotonics"). I am one of the founders of Corephotonics, and I have been a part of Corephotonics management since its founding. I have personal knowledge of the facts set forth herein, and if called as a witness, could testify competently to the matters herein.

2. The two patents currently at issue in this lawsuit, U.S. Patent 9,185,291, and U.S. Patent 9,568,712 (collectively the "patents-in-suit") were both invented by Corephotonics employees and were issued by the U.S. Patent Office to Corephotonics as the original assignee of each of those patents, as reflected on the face of the patents. A true and correct copy of each of these two patents-in-suit is attached hereto as Exhibits A and B.

3. Corephotonics has never transferred ownership of the patents-in-suit to any other individual or entity.

4. Corephotonics has also never granted any entity or individual an exclusive license to either of the patents-in-suit. ███████████████████████████████████████████████████████████████████████████████████████ Corephotonics has never granted anyone the exclusive right to make, use, and sell products or services under either of the patents-in-suit.

5. Corephotonics has never granted any other party the right to sublicense Corephotonics' patents, including the patents-in-suit.

6. Corephotonics has never granted any other party the right to bring claims for infringement of any of its patents, or to maintain a lawsuit to enforce any of its patents, including the patents-in-suit. For clarity, Corephotonics has also never

1  granted any Samsung entity any right to bring suit or otherwise enforce any
2  Corephotonics patents, including the patents-in-suit.

3      7.    Corephotonics is the only entity that has ever been responsible for
4  paying any patent maintenance fees on the patents-in-suit.

5      8.    Corephotonics has never granted any other party an interest in the
6  patents-in-suit, other than a limited, non-exclusive, license to practice the patents
7  within a designated field of use. It has never granted anyone the right to assign such
8  interests.

9      9. 

17      10.    I understand that Apple asserts that Corephotonics effectively licensed
18  Samsung Electronics to all of Corephotonics' patents and other intellectual property
19  in the Share Purchase Agreement. This is not true. Neither SEC nor Samsung
20  Benelux had a license to any Corephotonics patent at the time of the closing of the
21  share purchase in January 2019, nor have either of them had a license to any
22  Corephotonics patent since that time.

23      11.

Case No. 3:17-cv-06457-JD

**DECLARATION OF ERAN KALI**

12. At all times since it was formed in 2012 to the present, Corephotonics has existed as a distinct corporate entity organized and authorized under the laws of Israel.

13. Corephotonics has never been dissolved as a corporate entity, nor has it ever been merged into any other corporate entity.

14. The founders of Corephotonics have remained in its management both before and after the acquisition of Corephotonics' stock, and have continued throughout its existence to operate Corephotonics as a distinct entity.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

DATED: <u>January 14 2024</u>    _____

Eran Kali

Case No. 3:17-cv-06457-JD         3
**DECLARATION OF ERAN KALI**

FILED UNDER SEAL

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 15, 2024, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*

Case No. 3:17-cv-06457-JD

**DECLARATION OF ERAN KALI**