# EXHIBIT B

Case 3:17-cv-06457-JD   Document 320-3   Filed 01/15/24   Page 2 of 19



US009568712B2

(12) **United States Patent**
Dror et al.

(10) Patent No.: **US 9,568,712 B2**
(45) Date of Patent: **\*Feb. 14, 2017**

(54) **MINIATURE TELEPHOTO LENS ASSEMBLY**

(71) Applicant: **Corephotonics Ltd.**, Tel-Aviv (IL)

(72) Inventors: **Michael Dror**, Nes Ziona (IL); **Ephraim Goldenberg**, Ashdod (IL); **Gal Shabtay**, Tel Aviv (IL)

(73) Assignee: **Corephotonics Ltd.**, Tel Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/170,472**

(22) Filed: **Jun. 1, 2016**

(65) **Prior Publication Data**

US 2016/0291293 A1     Oct. 6, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/932,319, filed on Nov. 4, 2015, now Pat. No. 9,402,032, which is a
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| G02B 13/18 | (2006.01) |
| G02B 9/62 | (2006.01) |
| G02B 13/00 | (2006.01) |
| G02B 9/60 | (2006.01) |
| H04N 5/225 | (2006.01) |
| H04N 5/232 | (2006.01) |
| H04N 9/04 | (2006.01) |
| H04N 9/097 | (2006.01) |
| G02B 13/02 | (2006.01) |
| G02B 1/04 | (2006.01) |
| G02B 27/00 | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC .......... ***G02B 13/0045*** (2013.01); ***G02B 1/041***

(2013.01); ***G02B 9/60*** (2013.01); ***G02B 13/009*** (2013.01); ***G02B 13/02*** (2013.01); ***G02B 27/0025*** (2013.01); ***G02B 27/646*** (2013.01); ***H04N 5/2254*** (2013.01); ***H04N 5/2257*** (2013.01); ***H04N 5/2258*** (2013.01); ***H04N 5/23296*** (2013.01); ***H04N 9/045*** (2013.01); ***H04N 9/097*** (2013.01); ***G02B 5/005*** (2013.01); ***G02B 9/12*** (2013.01); ***G02B 9/62*** (2013.01); ***G02B 9/64*** (2013.01); ***G02B 13/00*** (2013.01); ***G02B 13/004*** (2013.01); ***G02B 13/18*** (2013.01); ***H04N 2101/00*** (2013.01); ***Y10T 29/4913*** (2015.01)

(58) **Field of Classification Search**
CPC ......... G02B 13/0045; G02B 9/62; G02B 9/60; G02B 13/18; G02B 13/004; G02B 9/64; G02B 5/005; G02B 13/00; G02B 9/12
USPC ............... 359/713, 714, 715–717, 739, 740, 359/745–748, 754–795
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

9,402,032 B2 * 7/2016 Dror ....................... G02B 9/60

* cited by examiner

*Primary Examiner* — Evelyn A Lester
(74) *Attorney, Agent, or Firm* — Nathan & Associates Patent Agents Ltd.; Menachem Nathan

(57) **ABSTRACT**

An optical lens assembly includes five lens elements and provides a TTL/EFL<1.0. In an embodiment, the focal length of the first lens element f1<TTL/2, an air gap between first and second lens elements is smaller than half the second lens element thickness, an air gap between the third and fourth lens elements is greater than TTL/5 and an air gap between the fourth and fifth lens elements is smaller than about 1.5 times the fifth lens element thickness. All lens elements may be aspheric.

**19 Claims, 6 Drawing Sheets**



Case 3:17-cv-06467-JD   Document 320-3   Filed 01/15/24   Page 3 of 19

### Related U.S. Application Data

continuation of application No. 14/367,924, filed as application No. PCT/IB2014/062465 on Jun. 20, 2014, now abandoned.

(60)  Provisional application No. 61/843,987, filed on Jul. 4, 2013.

(51)  **Int. Cl.**

| | |
|---|---|
| *G02B 27/64* | (2006.01) |
| *G02B 5/00* | (2006.01) |
| *G02B 9/64* | (2006.01) |
| *G02B 9/12* | (2006.01) |
| *H04N 101/00* | (2006.01) |

Case 3:17-cv-06457-JD   Document 320-3   Filed 01/15/24   Page 4 of 19



*FIG. 1A*

Case 3:17-cv-06487-JD   Document 320-3   Filed 01/15/24   Page 5 of 19



Polychromatic Diffraction Through Focus MTF
Angle    6/2/2013
Data for 0.4350 to 0.6560 µm.
Spatial Frequency: 180.0000 cycles/mm.

*FIG. 1B*



30/06/2013
Maximum distortion = 1.3%

*FIG. 1C*

Case 3:17-cv-06457-JD   Document 220-3   Filed 01/15/24   Page 6 of 19



*FIG. 2A*



Polychromatic Diffraction Through Focus MTF
Angle     6/2/2013
Data for 0.4350 to 0.6560 μm.
Spatial Frequency: 180.0000 cycles/mm.

*FIG. 2B*



30/06/2013
Maximum distortion = 1.5%

*FIG. 2C*

Case 3:17-cv-06457-JD   Document 320-3   Filed 01/15/24   Page 8 of 19



*FIG. 3A*



Polychromatic Diffraction Through Focus MTF
Angle   6/9/2013
Data for 0.4350 to 0.6560 µm.
Spatial Frequency: 180.0000 cycles/mm.

*FIG. 3B*



30/06/2013
Maximum distortion = 1.3%

*FIG. 3C*

US 9,568,712 B2

1

# MINIATURE TELEPHOTO LENS ASSEMBLY

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation application of U.S. patent application Ser. No. 14/932,319 filed Nov. 4, 2015, which was a Continuation application of U.S. patent application Ser. No. 14/367,924 filed Jun. 22, 2014 which was a 371 of international application PCT/IB2014/062465 filed Jun. 20, 2014, and is related to and claims priority from U.S. Provisional Patent Application No. 61/842,987 filed Jul. 4, 2013, which is incorporated herein by reference in its entirety.

## FIELD

Embodiments disclosed herein relate to an optical lens system and lens assembly, and more particularly, to a miniature telephoto lens assembly included in such a system and used in a portable electronic product such as a cell-phone.

## BACKGROUND

Digital camera modules are currently being incorporated into a variety of host devices. Such host devices include cellular telephones, personal data assistants (PDAs), computers, and so forth. Consumer demand for digital camera modules in host devices continues to grow. Cameras in cellphone devices in particular require a compact imaging lens system for good quality imaging and with a small total track length (TTL). Conventional lens assemblies comprising four lens elements are no longer sufficient for good quality imaging in such devices. The latest lens assembly designs, e.g. as in U.S. Pat. No. 8,395,851, use five lens elements. However, the design in U.S. Pat. No. 8,395,851 suffers from at least the fact that the TTL/EFL (effective focal length) ratio is too large.

Therefore, a need exists in the art for a five lens element optical lens assembly that can provide a small TTL/EFL ratio and better image quality than existing lens assemblies.

## SUMMARY

Embodiments disclosed herein refer to an optical lens assembly comprising, in order from an object side to an image side: a first lens element with positive refractive power having a convex object-side surface, a second lens element with negative refractive power having a convex surface $d_2$ on an optical axis and separated from the first lens element by a first air gap, a third lens element with negative refractive power and separated from the second lens element by a second air gap, a fourth lens element having a positive refractive power and separated from the third lens element by a third air gap, and a fifth lens element having a negative refractive power, separated from the fourth lens element by a fourth air gap, the fifth lens element having a thickness $d_5$ on the optical axis.

An optical lens system incorporating the lens assembly may further include a stop positioned before the first lens element, a glass window disposed between the image-side surface of the fifth lens element and an image sensor with an image plane on which an image of the object is formed.

The effective focal length of the lens assembly is marked "EFL" and the total track length on an optical axis between the object-side surface of the first lens element and the electronic sensor is marked "TTL". In all embodiments, TTL is smaller than the EFL, i.e. the TTL/EFL ratio is smaller than 1.0. In some embodiments, the TTL/EFL ratio

2

is smaller than 0.9. In an embodiment, the TTL/EFL ratio is about 0.85. In all embodiments, the lens assembly has an F number F#<3.2. In an embodiment, the focal length of the first lens element f1 is smaller than TTL/2, the first, third and fifth lens elements have each an Abbe number ("Vd") greater than 50, the second and fourth lens elements have each an Abbe number smaller than 30, the first air gap is smaller than $d_2/2$, the third air gap is greater than TTL/5 and the fourth air gap is smaller than $1.5d_5$. In some embodiments, the surfaces of the lens elements may be aspheric.

In an optical lens assembly disclosed herein, the first lens element with positive refractive power allows the TTL of the lens system to be favorably reduced. The combined design of the first, second and third lens elements plus the relative short distances between them enable a long EFL and a short TTL. The same combination, together with the high dispersion (low Vd) for the second lens element and low dispersion (high Vd) for the first and third lens elements, also helps to reduce chromatic aberration. In particular, the ratio TTL/EFL<1.0 and minimal chromatic aberration are obtained by fulfilling the relationship 1.2×|f3|>|f2|>1.5×f1.

where "f" indicates the lens element effective focal length and the numerals 1, 2, 3, 4, 5 indicate the lens element number.

The relatively large distance between the third and the fourth lens elements plus the combined design of the fourth and fifth lens elements assist in bringing all fields' focal points to the image plane. Also, because the fourth and fifth lens elements have different dispersions and have respectively positive and negative power, they help in minimizing chromatic aberration.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a first embodiment of an optical lens system disclosed herein;

FIG. 1B shows the modulus of the optical transfer function (MTF) vs. focus shift of the entire optical lens assembly for various fields in the first embodiment;

FIG. 1C shows the distortion vs. field angle (+Y direction) in percent in the first embodiment;

FIG. 2A shows a second embodiment of an optical lens system disclosed herein;

FIG. 2B shows the MTF vs. focus shift of the entire optical lens assembly for various fields in the second embodiment;

FIG. 2C shows the distortion +Y in percent in the second embodiment;

FIG. 3A shows a third embodiment of an optical lens system disclosed herein;

FIG. 3B shows the MTF vs. focus shift of the entire optical lens system for various fields in the third embodiment;

FIG. 3C shows the distortion +Y in percent in the third embodiment.

## DETAILED DESCRIPTION

In the following description, the shape (convex or concave) of a lens element surface is defined as viewed from the respective side (i.e. from an object side or from an image side). FIG. 1A shows a first embodiment of an optical lens system disclosed herein and marked 100. FIG. 1B shows the MTF vs. focus shift of the entire optical lens system for various fields in embodiment 100. FIG. 1C shows the distortion +Y in percent vs. field Embodiment 100 comprises in order from an object side to an image side: an optional stop 101; a first plastic lens element 102 with positive refractive power having a convex object-side surface 102a and a convex or concave image-side surface 102b; a second plastic lens element 104 with negative refractive

US 9,568,712 B2

3

power and having a meniscus convex object-side surface **104***a*, with an image side surface marked **104***b*; a third plastic lens element **106** with negative refractive power having a concave object-side surface **106***a* with an inflection point and a concave image-side surface **106***b*; a fourth plastic lens element **108** with positive refractive power having a positive meniscus, with a concave object-side surface marked **108***a* and an image-side surface marked **108***b*; and a fifth plastic lens element **110** with negative refractive power having a negative meniscus, with a concave object-side surface marked **110***a* and an image-side surface marked **110***b*. The optical lens system further comprises an optional glass window **112** disposed between the image-side surface **110***b* of fifth lens element **110** and an image plane **114** for image formation of an object. Moreover, an image sensor (not shown) is disposed at image plane **114** for the image formation.

In embodiment **100**, all lens element surfaces are aspheric. Detailed optical data is given in Table 1, and the aspheric surface data is given in Table 2, wherein the units of the radius of curvature (R), lens element thickness and/or distances between elements along the optical axis and diameter are expressed in mm "Nd" is the refraction index. The equation of the aspheric surface profiles is expressed by:

$$z = \frac{cr^2}{1 + \sqrt{1 - (1+k)c^2 r^2}} + \alpha_1 r^2 + \alpha_2 r^4 + \alpha_3 r^6 + \alpha_4 r^8 + \alpha_5 r^{10} + \alpha_6 r^{12} + \alpha_7 r^{14}$$

where r is distance from (and perpendicular to) the optical axis, k is the conic coefficient, c=1/R where R is the radius of curvature, and a are coefficients given in Table 2. In the equation above as applied to embodiments of a lens assembly disclosed herein, coefficients $\alpha_1$ and $\alpha_7$ are zero. Note that the maximum value of r "max r"=Diameter/2. Also note that Table 1 (and in Tables 3 and 5 below), the distances between various elements (and/or surfaces) are marked "Lmn" (where m refers to the lens element number, n=1 refers to the element thickness and n=2 refers to the air gap to the next element) and are measured on the optical axis z, wherein the stop is at z=0. Each number is measured from the previous surface. Thus, the first distance −0.466 mm is measured from the stop to surface **102***a*, the distance L11 from surface **102***a* to surface **102***b* (i.e. the thickness of first lens element **102**) is 0.894 mm, the gap L12 between surfaces **102***b* and **104***a* is 0.020 mm, the distance L21 between surfaces **104***a* and **104***b* (i.e. thickness d2 of second lens element **104**) is 0.246 mm, etc. Also, L21=$d_2$ and L51=$d_5$.

4

TABLE 1

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.466 | | 2.4 |
| 2 | L11 | 1.5800 | 0.894 | 1.5345/57.095 | 2.5 |
| 3 | L12 | −11.2003 | 0.020 | | 2.4 |
| 4 | L21 | 33.8670 | 0.246 | 1.63549/23.91 | 2.2 |
| 5 | L22 | 3.2281 | 0.449 | | 1.9 |
| 6 | L31 | −12.2843 | 0.290 | 1.5345/57.095 | 1.9 |
| 7 | L32 | 7.7138 | 2.020 | | 1.8 |
| 8 | L41 | −2.3755 | 0.597 | 1.63549/23.91 | 3.3 |
| 9 | L42 | −1.8801 | 0.068 | | 3.6 |
| 10 | L51 | −1.8100 | 0.293 | 1.5345/57.095 | 3.9 |
| 11 | L52 | −5.2768 | 0.617 | | 4.3 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 3.0 |
| 13 | | Infinite | 0.200 | | 3.0 |

TABLE 2

| # | Conic coefficient k | $\alpha_2$ | $\alpha_3$ | $\alpha_4$ | $\alpha_5$ | $\alpha_6$ |
|---|---------------------|------------|------------|------------|------------|------------|
| 2 | −0.4668 | 7.9218E−03 | 2.3146E−02 | −3.3436E−02 | 2.3650E−02 | −9.2437E−03 |
| 3 | −9.8525 | 2.0102E−02 | 2.0647E−04 | 7.4394E−03 | −1.7529E−02 | 4.5206E−03 |
| 4 | 10.7569 | −1.9248E−03 | 8.6003E−02 | 1.1676E−02 | −4.0607E−02 | 1.3545E−02 |
| 5 | 1.4395 | 5.1029E−03 | 2.4578E−01 | −1.7734E−01 | 2.9848E−01 | −1.3320E−01 |
| 6 | 0.0000 | 2.1629E−01 | 4.0134E−02 | 1.3615E−02 | 2.5914E−03 | −1.2292E−02 |
| 7 | −9.8953 | 2.3297E−01 | 8.2917E−02 | −1.2725E−01 | 1.5691E−01 | −5.9624E−02 |
| 8 | 0.9938 | −1.3522E−02 | −7.0395E−03 | 1.4569E−02 | −1.5336E−02 | 4.3707E−03 |
| 9 | −6.8097 | −1.0654E−01 | 1.2933E−02 | 2.9548E−04 | −1.8317E−03 | 5.0111E−04 |
| 10 | −7.3161 | −1.8636E−01 | 8.3105E−02 | −1.8632E−02 | 2.4012E−03 | −1.2816E−04 |
| 11 | 0.0000 | −1.1927E−01 | 7.0245E−02 | −2.0735E−02 | 2.6418E−03 | −1.1576E−04 |

Embodiment **100** provides a field of view (FOV) of 44 degrees, with EFL=6.90 mm, F#=2.80 and TTL of 5.904 mm Thus and advantageously, the ratio TTL/EFL=0.855. Advantageously, the Abbe number of the first, third and fifth lens element is 57.095. Advantageously, the first air gap between lens elements **102** and **104** (the gap between surfaces **102***b* and **104***a*) has a thickness (0.020 mm) which is less than a tenth of thickness $d_2$ (0.246 mm) Advantageously, the Abbe number of the second and fourth lens elements is 23.91. Advantageously, the third air gap between lens elements **106** and **108** has a thickness (2.020 mm) greater than TTL/5 (5.904/5 mm) Advantageously, the fourth air gap between lens elements **108** and **110** has a thickness (0.068 mm) which is smaller than 1.5$d_5$ (0.4395 mm).

The focal length (in mm) of each lens element in embodiment **100** is as follows: f1=2.645, f2=−5.578, f3=−8.784, f4=9.550 and f5=−5.290. The condition 1.2×|f3|>|f2|<1.5× f1 is clearly satisfied, as 1.2×8.787>5.578>1.5×2.645. f1 also fulfills the condition f1<TTL/2, as 2.645<2.952.

FIG. **2A** shows a second embodiment of an optical lens system disclosed herein and marked **200**. FIG. **2B** shows the MTF vs. focus shift of the entire optical lens system for various fields in embodiment **200**. FIG. **2C** shows the distortion +Y in percent vs. field. Embodiment **200** comprises in order from an object side to an image side: an optional stop **201**; a first plastic lens element **202** with positive refractive power having a convex object-side sur-

5

face **202***a* and a convex or concave image-side surface **202***b*; a second glass lens element **204** with negative refractive power, having a meniscus convex object-side surface **204***a*, with an image side surface marked **204***b*; a third plastic lens element **206** with negative refractive power having a concave object-side surface **206***a* with an inflection point and a concave image-side surface **206***b*; a fourth plastic lens element **208** with positive refractive power having a positive meniscus, with a concave object-side surface marked **208***a* and an image-side surface marked **208***b*; and a fifth plastic lens element **210** with negative refractive power having a negative meniscus, with a concave object-side surface marked **110***a* and an image-side surface marked **210***b*. The optical lens system further comprises an optional glass window **212** disposed between the image-side surface **210***b* of fifth lens element **210** and an image plane **214** for image formation of an object.

In embodiment **200**, all lens element surfaces are aspheric. Detailed optical data is given in Table 3, and the aspheric surface data is given in Table 4, wherein the markings and units are the same as in, respectively, Tables 1 and 2. The equation of the aspheric surface profiles is the same as for embodiment **100**.

TABLE 3

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.592 | | 2.5 |
| 2 | L11 | 1.5457 | 0.898 | 1.53463/56.18 | 2.6 |
| 3 | L12 | −127.7249 | 0.129 | | 2.6 |
| 4 | L21 | 6.6065 | 0.251 | 1.91266/20.65 | 2.1 |
| 5 | L22 | 2.8090 | 0.443 | | 1.8 |
| 6 | L31 | 9.6183 | 0.293 | 1.53463/56.18 | 1.8 |
| 7 | L32 | 3.4694 | 1.766 | | 1.7 |
| 8 | L41 | −2.6432 | 0.698 | 1.632445/23.35 | 1.2 |
| 9 | L42 | −1.8663 | 0.106 | | 3.6 |
| 10 | L51 | −1.4933 | 0.330 | 1.53463/56.18 | 3.9 |
| 11 | L52 | −4.1588 | 0.649 | | 4.3 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 5.4 |
| 13 | | Infinite | 0.130 | | 5.5 |

TABLE 4

| # | Conic coefficient k | α₂ | α₃ | α₄ | α₅ | α₆ |
|---|------|------|------|------|------|------|
| 2 | 0.0000 | −2.7367E−03 | 2.8779E−04 | −4.3661E−03 | 3.0069E−03 | −1.2282E−03 |
| 3 | −10.0119 | 4.0790E−02 | −1.8379E−02 | 2.2562E−02 | −1.7706E−02 | 4.9640E−03 |
| 4 | 10.0220 | 4.6151E−02 | 5.8320E−02 | −2.0919E−02 | −1.2846E−02 | 8.8283E−03 |
| 5 | 7.2902 | 3.6028E−02 | 1.1436E−01 | −1.9022E−02 | 4.7992E−03 | −3.4079E−03 |
| 6 | 0.0000 | 1.6639E−01 | 5.6754E−02 | −1.2238E−02 | −1.8648E−02 | 1.9292E−02 |
| 7 | 8.1261 | 1.5353E−01 | 8.1427E−02 | −1.5773E−01 | 1.5303E−01 | −4.6064E−02 |
| 8 | 0.0000 | −3.2628E−02 | 1.9535E−02 | −1.6716E−01 | −2.0132E−03 | 2.0112E−03 |
| 9 | 0.0000 | 1.5173E−02 | −1.2252E−02 | 3.3611E−03 | −2.5303E−03 | 8.4038E−04 |
| 10 | −4.7688 | −1.4736E−01 | 7.6335E−02 | −2.5539E−02 | 5.5897E−03 | −5.0290E−04 |
| 11 | 0.00E+00 | −8.3741E−02 | 4.2660E−02 | −8.4866E−03 | 1.2183E−04 | 7.2785E−05 |

Embodiment **200** provides a FOV of 43.48 degrees, with EFL=7 mm, F#=2.86 and TTL=5.90 mm Thus and advantageously, the ratio TTL/EFL=0.843. Advantageously, the Abbe number of the first, third and fifth lens elements is 56.18. The first air gap between lens elements **202** and **204** has a thickness (0.129 mm) which is about half the thickness $d_2$ (0.251 mm) Advantageously, the Abbe number of the second lens element is 20.65 and of the fourth lens element is 23.35. Advantageously, the third air gap between lens elements **206** and **208** has a thickness (1.766 mm) greater than TTL/5 (5.904/5 mm) Advantageously, the fourth air gap

6

between lens elements **208** and **210** has a thickness (0.106 mm) which is less than 1.5×$d_s$ (0.495 mm).

The focal length (in mm) of each lens element in embodiment **200** is as follows: f1=2.851, f2=−5.468, f3=−10.279, f4=7.368 and f5=−4.536. The condition 1.2×|f3|>|f2|<1.5× f1 is clearly satisfied, as 1.2×10.279>5.468>1.5×2.851. f1 also fulfills the condition f1<TTL/2, as 2.851<2.950.

FIG. 3A shows a third embodiment of an optical lens system disclosed herein and marked **300**. FIG. 3B shows the MTF vs. focus shift of the entire optical lens system for various fields in embodiment **300**. FIG. 3C shows the distortion +Y in percent vs. field. Embodiment **300** comprises in order from an object side to an image side: an optional stop **301**; a first glass lens element **302** with positive refractive power having a convex object-side surface **302***a* and a convex or concave image-side surface **302***b*; a second plastic lens element **204** with negative refractive power, having a meniscus convex object-side surface **304***a*, with an image side surface marked **304***b*; a third plastic lens element **306** with negative refractive power having a concave object-side surface **306***a* with an inflection point and a concave image-side surface **306***b*; a fourth plastic lens element **308** with positive refractive power having a positive meniscus, with a concave object-side surface marked **308***a* and an image-side surface marked **308***b*; and a fifth plastic lens element **310** with negative refractive power having a negative meniscus, with a concave object-side surface marked **310***a* and an image-side surface marked **310***b*. The optical lens system further comprises an optional glass window **312** disposed between the image-side surface **310***b* of fifth lens element **310** and an image plane **314** for image formation of an object.

In embodiment **300**, all lens element surfaces are aspheric. Detailed optical data is given in Table 5, and the aspheric surface data is given in Table 6, wherein the markings and units are the same as in, respectively, Tables 1 and 2. The equation of the aspheric surface profiles is the same as for embodiments **100** and **200**.

TABLE 5

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.38 | | 2.4 |
| 2 | L11 | 1.5127 | 0.919 | 1.5148/63.1 | 2.5 |
| 3 | L12 | −13.3831 | 0.029 | | 2.3 |
| 4 | L21 | 8.4411 | 0.254 | 1.63549/23.91 | 2.1 |
| 5 | L22 | 2.6181 | 0.426 | | 1.8 |
| 6 | L31 | −17.9618 | 0.265 | 1.5345/57.09 | 1.8 |

US 9,568,712 B2

7

8

TABLE 5-continued

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---|---|---|---|---|
| 7 | L32 | 4.5841 | 1.998 | | 1.7 |
| 8 | L41 | −2.8827 | 0.514 | 1.63549/23.91 | 3.4 |
| 9 | L42 | −1.9771 | 0.121 | | 3.7 |
| 10 | L51 | −1.8665 | 0.431 | 1.5345/57.09 | 4.0 |
| 11 | L52 | −6.3670 | 0.538 | | 4.4 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 3.0 |
| 13 | | Infinite | 0.200 | | 3.0 |

TABLE 6

| # | Conic coefficient k | $\alpha_2$ | $\alpha_3$ | $\alpha_4$ | $\alpha_5$ | $\alpha_6$ |
|---|---|---|---|---|---|---|
| 2 | −0.534 | 1.3253E−02 | 2.3699E−02 | −2.8501E−02 | 1.7853E−02 | −4.0314E−03 |
| 3 | −13.473 | 3.0077E−02 | 4.7972E−03 | 1.4475E−02 | −1.8490E−02 | 4.3565E−03 |
| 4 | −10.132 | 7.0372E−04 | 1.1328E−01 | 1.2346E−03 | −4.2655E−02 | 8.8625E−03 |
| 5 | 5.180 | −1.9210E−03 | 2.3799E−01 | −8.8055E−02 | 2.1447E−01 | −1.2702E−01 |
| 6 | 0.000 | 2.6780E−01 | 1.8129E−02 | −1.7323E−02 | 3.7372E−02 | −2.1356E−02 |
| 7 | 10.037 | 2.7660E−01 | −1.0291E−02 | −6.0955E−02 | 7.5235E−02 | −1.6521E−02 |
| 8 | 1.703 | 2.6462E−02 | −1.2633E−02 | −4.7724E−04 | −3.2762E−03 | 1.6551E−03 |
| 9 | −1.456 | 5.7704E−03 | −1.8826E−02 | 5.1593E−03 | −2.9999E−03 | 8.0685E−04 |
| 10 | −6.511 | −2.1699E−01 | 1.3692E−01 | −4.2629E−02 | 6.8371E−03 | −4.1415E−04 |
| 11 | 0.000 | −1.5120E−01 | 8.6614E−02 | −2.3324E−02 | 2.7361E−03 | −1.1236E−04 |

Embodiment **300** provides a FOV of 44 degrees, EFL=6.84 mm, F#=2.80 and TTL=5.904 mm Thus and advantageously, the ratio TTL/EFL=0.863. Advantageously, the Abbe number of the first lens element is 63.1, and of the third and fifth lens elements is 57.09. The first air gap between lens elements **302** and **304** has a thickness (0.029 mm) which is about $1/10^{th}$ the thickness $d_2$ (0.254 mm) Advantageously, the Abbe number of the second and fourth lens elements is 23.91. Advantageously, the third air gap between lens elements **306** and **308** has a thickness (1.998 mm) greater than TTL/5 (5.904/5 mm) Advantageously, the fourth air gap between lens elements **208** and **210** has a thickness (0.121 mm) which is less than $1.5d_5$ (0.6465 mm).

The focal length (in mm) of each lens element in embodiment **300** is as follows: f1=2.687, f2=−6.016, f3=−6.777, f4=8.026 and f5=−5.090. The condition $1.2\times|f3|>|f2|<1.5\times$ f1 is clearly satisfied, as $1.2\times6.777>6.016>1.5\times2.687$. f1 also fulfills the condition f1<TTL/2, as 2.687<2.952.

While this disclosure has been described in terms of certain embodiments and generally associated methods, alterations and permutations of the embodiments and methods will be apparent to those skilled in the art. The disclosure is to be understood as not limited by the specific embodiments described herein, but only by the scope of the appended claims.

What is claimed is:

**1.** A lens assembly, comprising: a plurality of refractive lens elements arranged along an optical axis, wherein at least one surface of at least one of the plurality of lens elements is aspheric, wherein the lens assembly has an effective focal length (EFL), a total track length (TTL) of 6.5 millimeters or less and a ratio TTL/EFL of less than 1.0, and wherein the plurality of lens elements comprises, in order from an object side to an image side, a first lens element with a focal length f1 and positive refractive power, a second lens element with a focal length f2 and negative refractive power and a third lens element with a focal length f3, the focal length f1, the focal length f2 and the focal length f3 fulfilling the condition $1.2\times|f3|>|f2|>1.5\times f1$.

**2.** The lens assembly of claim **1**, wherein the plurality of lens elements further comprises a fourth lens element, the third and fourth lens elements being separated by an air gap greater than TTL/5.

**3.** The lens assembly of claim **2**, wherein the third lens element has a negative refractive power.

**4.** The lens assembly of claim **2**, wherein the plurality of lens elements further comprises a fifth lens element and wherein one of the fourth and the fifth lens elements has a positive refractive power and the other of the fourth and fifth lens elements has a negative refractive power.

**5.** The lens assembly of claim **4**, wherein the fourth lens element and the fifth lens element are separated by a second air gap smaller than TTL/20.

**6.** The lens assembly of claim **2**, wherein a lens assembly F# is smaller than 2.9.

**7.** The lens assembly of claim **2**, wherein the first lens element has an Abbe number greater than 50 and wherein the second lens element has an Abbe number smaller than 30.

**8.** The lens assembly of claim **4**, wherein one of the fourth and fifth lens elements that has a positive refractive power is characterized by an Abbe number smaller than 30 and wherein the other of the fourth and fifth lens elements that has a negative refractive power is characterized by an Abbe number greater than 50.

**9.** The lens assembly of claim **8**, wherein the first lens element has a convex object-side surface and a convex or concave image-side surface and wherein the second lens element is a meniscus lens having a convex object-side surface.

**10.** The lens assembly of claim **4**, wherein the third, fourth and fifth lens element are made of plastic.

**11.** The lens assembly of claim **4**, wherein all the lens elements are made of plastic.

**12.** The lens assembly of claim **1**, wherein the first lens element has an Abbe number greater than 50 and the second lens element has an Abbe number smaller than 30.

**13.** The lens assembly of claim **12**, wherein the first lens element has a convex object-side surface and a convex or concave image-side surface and wherein the second lens element is a meniscus lens having a convex object-side surface.

**14.** The lens assembly of claim **13**, wherein a lens assembly F # is smaller than 2.9.

**15.** A lens assembly, comprising: a plurality of refractive lens elements arranged along an optical axis, wherein the lens assembly has an effective focal length (EFL) and a total track length (TTL) smaller than the effective focal length (EFL), the plurality of refractive lens elements comprising, in order from an object plane to an image plane along the

**9**

**10**

optical axis, a first lens element having positive optical power, a pair of second and third lens elements having together a negative optical power, and a combination of fourth and fifth lens elements, the fourth lens element separated from the third lens element by an air gap greater than TTL/5.

**16**. The lens assembly of claim **15**, wherein the first lens element has an Abbe number greater than 50 and wherein the second lens element has an Abbe number smaller than 30.

**17**. The lens assembly of claim **16**, wherein the second and third lens elements have each a negative optical power.

**18**. The lens assembly of claim **16**, wherein the plurality of refractive lens elements are made of at least two different polymer materials having different Abbe numbers, wherein the second and third lens elements are each made of a different one of the at least two polymer materials, and wherein the fourth and fifth lens elements are each made of a different one of the at least two polymer materials.

**19**. The lens assembly of claim **16**, wherein the TTL is 6.5 millimeters or less.

\* \* \* \* \*

## Disclaimer and Dedication

**9,568,712 B2** - Dror, Michael, Nes Ziona (IL); Goldenberg, Ephraim, Ashdod (IL); Shabtay, Gal, Tel Aviv (IL). MINIATURE TELEPHOTO LENS ASSEMBLY. Patent dated February 14, 2017. Disclaimer filed January 11, 2022 by the assignee, COREPHOTONICS Ltd.

I hereby disclaim the following complete claims in the above identified patent: 3-6, 8-11, 14.

*(Official Gazette, February 8, 2022)*

## Disclaimer

**9,568,712 B2 -** Michael Dror, Nes Ziona (IL); Ephraim Goldenberg, Ashdod (IL); Gal Shabtay, Tel Aviv (IL). MINIATURE TELEPHOTO LENS ASSEMBLY. Patent dated February 14, 2017. Disclaimer filed January 11, 2022, by the assignee, Corephotonics Ltd.

I hereby disclaim the following complete claims 3-6, 8-11, 14 of said patent.

*(Official Gazette, March 14, 2023)*

## Disclaimer

**9,568,712 B2 -** Gal Shabtay; Ephraim Goldenberg, both of Tel Aviv (IL). THIN DUAL-APERTURE ZOOM DIGITAL CAMERA. Patent dated March 28, 2023. Disclaimer filed January 11, 2022, by the assignee, Corephotonics Ltd.

I hereby disclaim the following complete claims 3-6, 8-11 and 14, of said patent.

*(Official Gazette, May 2, 2023)*

(12) **INTER PARTES REVIEW CERTIFICATE** (2915th)

# United States Patent
## Dror et al.

(10) **Number:**     **US 9,568,712 K1**

(45) **Certificate Issued:**     **Nov. 22, 2022**

---

(54)  **MINIATURE TELEPHOTO LENS ASSEMBLY**

(71)  Applicants:**Michael Dror**; **Gal Shabtay**; **Ephraim Goldenberg**

(72)  Inventors:  **Michael Dror**; **Gal Shabtay**; **Ephraim Goldenberg**

(73)  Assignee:  **COREPHOTONICS LTD.**

**Trial Number:**

IPR2018-01146 filed May 23, 2018

**Inter Partes Review Certificate for:**

Patent No.:   **9,568,712**
Issued:       **Feb. 14, 2017**
Appl. No.:    **15/170,472**
Filed:        **Jun. 1, 2016**

The results of IPR2018-01146 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

# INTER PARTES REVIEW CERTIFICATE
## U.S. Patent 9,568,712 K1
## Trial No. IPR2018-01146
## Certificate Issued Nov. 22, 2022

**1**

**2**

AS A RESULT OF THE INTER PARTES
REVIEW PROCEEDING, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **2**, **7**, **12**, **13** and **19** are found patentable.

Claims **15-17** are cancelled.

Claims **6** and **14** are disclaimed.

\*    \*    \*    \*    \*