1  COOLEY LLP
   Samuel K. Whitt (284770)
2  (swhitt@cooley.com)
   1299 Pennsylvania Avenue, NW, Suite 700
3  Washington, DC  20004-2400
   Telephone:     (202) 776-2316
4  Fax:             (650) 849-7400

5  Attorney for Defendant
   Apple Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  COREPHOTONICS, LTD.,                Case No. 3:17-cv-06457-JD (lead case)
                                        Case No. 5:18-cv-02555-JD
13                  Plaintiff,
                                        **NOTICE OF APPEARANCE OF
14       v.                             SAMUEL K. WHITT ON BEHALF OF
                                        APPLE INC.**
15  APPLE, INC.,

16                  Defendant.

17

18       PLEASE TAKE NOTICE that attorney Samuel K. Whitt, of Cooley LLP, a member of the

19  State Bar of California (CA SBN 284770) and admitted to practice in this Court, and whose contact

20  information appears below, hereby enters an appearance as attorney of record for Defendant Apple

21  Inc. in the above-captioned case.

22            Samuel K. Whitt
              Cooley LLP
23            1299 Pennsylvania Avenue, NW, Suite 700
              Washington, DC  20004-2400
24            Tel:    (202) 776-2316
              Fax:    (650) 849-7400
25            Email:  swhitt@cooley.com

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case Nos. 3:17-cv-06457-JD; 5:18-cv-02555-JD          1.          NOTICE OF APPEARANCE OF
                                                                 SAMUEL K. WHITT

1     Dated:  January 17, 2024

*/s/ Samuel K. Whitt*
Samuel K. Whitt (284770)
swhitt@cooley.com
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Tel:     (202) 776-2316
Fax:     (650) 849-7400

*Attorney for Defendant Apple Inc.*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case Nos. 3:17-cv-06457-JD; 5:18-cv-02555-JD

2.

NOTICE OF APPEARANCE OF
SAMUEL K. WHITT