UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>            Plaintiff,<br><br>    vs.<br><br>APPLE INC.<br><br>            Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has filed an Administrative Motion to File Under Seal certain documents.

Having considered all filed paperwork, and finding good cause to support sealing, the Court GRANTS the Administrative Motion to File Under Seal. The following portions may be redacted and sealed.

| Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|
| Unredacted version of Exhibit D, constituting excerpts of the Expert Report of Dr. John C. Hart Regarding Infringement of Certain Claims of U.S. Patent No. 9,185,291 by Apple Inc. (the "**Hart Report**") | Narrowly tailored portion of expert report describing highly confidential technical information about source code and other technical details of hardware and software components. | |

**IT IS SO ORDERED.**

Dated:

Hon. James Donato
United States District Court Judge