COOLEY LLP
HEIDI KEEFE (178960)
(HKEEFE@COOLEY.COM)
LOWELL MEAD (223989)
(LMEAD@COOLEY.COM)
PRIYA VISWANATH (238089)
(PVISWANATH@COOLEY.COM)
3175 HANOVER STREET
PALO ALTO, CA  94304
TELEPHONE:     (650) 843-5000
FACSIMILE:     (650) 849-7400

COOLEY LLP
STEPHEN SMITH (*PRO HAC VICE*)
STEPHEN.SMITH@COOLEY.COM
PHILLIP MORTON (*PRO HAC VICE*)
(PMORTON@COOLEY.COM)
1299 PENNSYLVANIA AVENUE NW, SUITE 700
WASHINGTON, DC 20004-2400
TELEPHONE:  (202) 842-7800
FACSIMILE:  (202) 842-7899

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**DECLARATION OF LOWELL D. MEAD'S IN SUPPORT OF APPLE'S MOTION TO STRIKE COREPHOTONICS'S EXPERT'S UNDISCLOSED NEW INFRINGEMENT THEORIES**<br><br>Date: February 29, 2024<br>Time: 10:00 a.m.<br><br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

I, Lowell D. Mead, hereby declare:

**1.** I am a partner with the law firm of Cooley LLP, counsel of record for Apple, Inc. in this matter. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

**2.** I submit this declaration in support of Defendant Apple Inc.'s Motion to Strike Corephotonics's Expert's Undisclosed New Infringement Theories.

**3.** In 2018, Apple produced source code and other technical documents for the iPhone 7 Plus product. In late 2022 through April 2023, Apple produced extensive technical documentation and source code for the products accused of infringement in Corephotonics's Amended Disclosure of Asserted Claims and Infringement Contentions, served July 26, 2022.

**4.** Attached as **Exhibit A** is a true and correct copy of Exhibit A to Corephotonics's Disclosure of Asserted Claims and Infringement Contentions, served April 11, 2018.

**5.** Attached as **Exhibit B** is a true and correct copy of Exhibit L to Corephotonics's Amended Disclosure of Asserted Claims and Infringement Contentions, served July 26, 2022.

**6.** Attached as **Exhibit C** is a true and correct copy of Amended Exhibit L to Corephotonics's Second Amended Disclosure of Asserted Claims and Infringement Contentions, served August 2, 2023.

**7.** Attached as **Exhibit D** is a true and correct copy of excerpts from the Expert Report of Dr. John C. Hart, served December 18, 2023

**8.** Attached as **Exhibit E** is a true and correct copy of Apple developer webpage summarizing features of iPhone and iPad cameras, dated 2017, from the Internet Archive Wayback Machine.

**9.** Attached as **Exhibit F** is a true and correct copy of www.iFixit.com webpage with reference to iPhone 7 plus Teardowns, dated September 15, 2016, from the Internet Archive Wayback Machine.

**10.** Attached as **Exhibit G** is a true and correct copy of Apple support webpage with reference iPhone 7 Plus Technical Specifications, dated September 9, 2016.

1 **11.** Attached as **Exhibit H** is a true and correct copy of Apple developer website webpage discussing tone mapping.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of January, 2024 in Palo Alto, CA.

*/s/ Lowell D. Mead*
Lowell D. Mead