# EXHIBIT G

[ ](#)   Mac   iPad   iPhone   Watch   TV   Music   Support   

## iPhone 7 Plus - Technical Specifications

Languages [ English ]

    

**Finish**

- Rose Gold
- Gold
- Silver
- Black
- Jet Black[1]

**Capacity**[2]

- 32GB
- 128GB
- 256GB

*Jet black is exclusively available in 128GB and 256GB models.*

**Size and Weight**[3]

- Height: 6.23 inches (158.2 mm)
- Width: 3.07 inches (77.9 mm)
- Depth: 0.29 inch (7.3 mm)
- Weight: 6.63 ounces (188 grams)

**Display**

- Retina HD display
- 5.5-inch (diagonal) LED-backlit widescreen
- Multi-Touch display with IPS technology
- 1920-by-1080-pixel resolution at 401 ppi
- 1300:1 contrast ratio (typical)
- Wide color display (P3)
- 625 cd/m2 max brightness (typical)
- Dual-domain pixels for wide viewing angles
- Fingerprint-resistant oleophobic coating
- Support for display of multiple languages and characters simultaneously
- Display Zoom
- Reachability

**Splash, Water, and Dust Resistant**[4]

- Rated IP67 under IEC standard 60529

**Chip**

- A10 Fusion chip with 64-bit architecture
- Embedded M10 motion coprocessor

**Camera**

APPL_COREP_00049920

- 12MP wide-angle and telephoto cameras
- Wide-angle: ƒ/1.8 aperture
- Telephoto: ƒ/2.8 aperture
- Optical zoom at 2x; digital zoom up to 10x
- Optical image stabilization
- Six-element lens
- Quad-LED True Tone flash
- Panorama (up to 63 megapixels)
- Sapphire crystal lens cover
- Backside illumination sensor
- Hybrid IR filter
- Autofocus with Focus Pixels
- Tap to focus with Focus Pixels
- Live Photos with stabilization
- Wide color capture for photos and Live Photos
- Improved local tone mapping
- Body and face detection
- Exposure control
- Noise reduction
- Auto HDR for photos
- Auto image stabilization
- Burst mode
- Timer mode
- Photo geotagging

**Video Recording**

- 4K video recording at 30 fps
- 1080p HD video recording at 30 fps or 60 fps
- 720p HD video recording at 30 fps
- Optical image stabilization for video
- Optical zoom at 2x; 6x digital zoom (iPhone 7 Plus only)
- Quad-LED True Tone flash
- Slo-mo video support for 1080p at 120 fps and 720p at 240 fps
- Time-lapse video with stabilization
- Cinematic video stabilization (1080p and 720p)
- Continuous autofocus video
- Body and face detection
- Noise reduction
- Take 8-megapixel still photos while recording 4K video
- Playback zoom
- Video geotagging

**FaceTime HD Camera**

- 7-megapixel photos
- 1080p HD video recording
- Retina Flash
- ƒ/2.2 aperture
- Wide color capture for photos and Live Photos
- Auto HDR
- Backside illumination sensor
- Body and face detection
- Auto image stabilization
- Burst mode
- Exposure control
- Timer mode

**Touch ID**

- Fingerprint sensor built into the new Home button

APPL_COREP_00049921

**Apple Pay**

- Pay with your iPhone using Touch ID in stores, within apps, and on the web
- Complete purchases made with Apple Pay on your Mac
- Receive and redeem rewards using rewards cards

Learn more about Apple Pay

**Cellular and Wireless**

- **Model A1660**[*] **/ Model A1661**[*]
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 27, 28, 29, 30)
  TD-LTE (Bands 38, 39, 40, 41)
  TD-SCDMA 1900 (F), 2000 (A)
  CDMA EV-DO Rev. A  (800, 1900, 2100 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **Model A1778**[*] **/ Model A1784**[*]
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 27, 28, 29, 30)
  TD-LTE (Bands 38, 39, 40, 41)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
  *Models A1778 and A1784 do not support CDMA networks, such as those used by Verizon and Sprint.*
- **All models**
  802.11a/b/g/n/ac Wi-Fi with MIMO
  Bluetooth 4.2 wireless technology
  NFC

**Location**

- Assisted GPS and GLONASS
- Digital compass
- Wi-Fi
- Cellular

**Video Calling**[5]

- FaceTime video calling over Wi-Fi or cellular

**Audio Calling**[5]

- FaceTime audio
- Voice over LTE (VoLTE)[6]
- Wi-Fi calling[6]

**Audio Playback**

- Audio formats supported: AAC (8 to 320 Kbps), Protected AAC (from iTunes Store), HE-AAC, MP3 (8 to 320 Kbps), MP3 VBR, Audible (formats 2, 3, 4, Audible Enhanced Audio, AAX, and AAX+), Apple Lossless, AIFF, and WAV
- User-configurable maximum volume limit

**TV and Video**

- AirPlay Mirroring, photos, audio, and video out to Apple TV (2nd generation or later)
- Video mirroring and video out support: Up to 1080p through Lightning Digital AV Adapter and Lightning to VGA Adapter (adapters sold separately)
- Video formats supported: H.264 video up to 4K, 30 frames per second, High Profile level 4.2 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format

**Siri**[7]

- Use your voice to send messages, set reminders, and more
- Get proactive suggestions

APPL_COREP_00049922

- Use hands-free
- Listen and identify songs

Learn more about Siri

**External Buttons and Connectors**

- Home/Touch ID sensor
- Volume up/down
- Ring/Silent
- On/Off - Sleep/Wake
- Built-in stereo speaker
- Lightning connector
- Built-in microphone
- Built-in stereo speakers

**Power and Battery**[8]
Up to 1 hour longer battery life than iPhone 6s Plus

- Talk time (wireless): Up to 21 hours on 3G
- Standby: Up to 16 days
- Internet use: Up to 13 hours on 3G, Up to 13 hours on LTE, Up to 15 hours on Wi-Fi
- Wireless video playback: Up to 14 hours
- Wireless audio playback: Up to 60 hours
- Built-in rechargeable lithium-ion battery
- Charging via USB to computer system or power adapter

**Sensors**

- Touch ID fingerprint sensor
- Barometer
- Three-axis gyro
- Accelerometer
- Proximity sensor
- Ambient light sensor

**Operating System**
**iOS 10**
With an all-new design and all-new features, iOS 10 is the world's most advanced mobile OS. It brings your iPhone to life in more intelligent and expressive ways than ever.
See what's new in iOS 10

iOS 10 includes:

- AirDrop
- AirPlay
- AirPrint
- Control Center
- Handoff
- HomeKit
- iCloud
- iCloud Keychain
- Multitasking
- Night Shift
- Notification Center
- Siri
- Spotlight Search

**Built-in Apps**
Built-in apps are an essential part of your iPhone experience and are efficiently designed to use less than 200MB of storage.

- Camera

APPL_COREP_00049923

- Photos
- Health
- Messages
- Phone
- FaceTime
- Mail
- Music
- Wallet
- Safari
- Maps
- Siri
- Calendar
- iTunes Store
- App Store
- Notes
- News
- Contacts
- iBooks
- Home
- Weather
- Reminders
- Clock
- Videos
- Stocks
- Calculator
- Voice Memos
- Compass
- Podcasts
- Watch
- Tips
- iCloud Drive
- Find My iPhone
- Find My Friends
- Settings

**Free Apps from Apple**[9]

Pages, Numbers, Keynote, iMovie, GarageBand, and iTunes U are preinstalled.

- iMovie
- Pages
- Keynote
- Numbers
- iTunes U
- GarageBand
- Apple Store
- Trailers
- Apple TV Remote
- iTunes Remote
- Music Memos

**Headphones**

- EarPods with Lightning Connector

**SIM Card**

- Nano-SIM
  *iPhone 7 and iPhone 7 Plus are not compatible with existing micro-SIM cards.*

**Rating for Hearing Aids**

- iPhone 7 Plus (Model A1661, A1784): M3, T4

**Mail Attachment Support**

- **Viewable document types**
  .jpg, .tiff, .gif (images); .doc and .docx (Microsoft Word); .htm and .html (web pages); .key (Keynote); .numbers (Numbers); .pages (Pages); .pdf (Preview and Adobe Acrobat); .ppt and .pptx (Microsoft PowerPoint); .txt (text); .rtf (rich text format); .vcf (contact information); .xls and .xlsx (Microsoft Excel); .zip; .ics

**System Requirements**

- Apple ID (required for some features)
- Internet access[10]

Syncing with iTunes on a Mac or PC requires:

- Mac: OS X v10.9 or later
- PC: Windows 7 or later
- iTunes 12.5 or later (free download from www.itunes.com/download)

**Environmental Requirements**

- Operating ambient temperature: 32° to 95° F (0° to 35° C)
- Nonoperating temperature: –4° to 113° F (–20° to 45° C)
- Relative humidity: 5% to 95% noncondensing
- Operating altitude: tested up to 10,000 feet (3000 m)

**Languages**

- **Language support**
  English (Australia, Canada, UK, U.S.), Chinese (Simplified, Traditional, Traditional Hong Kong), French (Canada, France), German, Italian, Japanese, Korean, Spanish (Latin America, Mexico, Spain), Arabic, Catalan, Croatian, Czech, Danish, Dutch, Finnish, Greek, Hebrew, Hindi, Hungarian, Indonesian, Malay, Norwegian, Polish, Portuguese (Brazil, Portugal), Romanian, Russian, Slovak, Swedish, Thai, Turkish, Ukrainian, Vietnamese

- **QuickType keyboard support**
  English (Australia, Canada, India, Singapore, UK, U.S.), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Cangjie, Handwriting, Pinyin, Stroke, Sucheng, Zhuyin), French (Belgium, Canada, France, Switzerland), German (Austria, Germany, Switzerland), Italian, Japanese (Kana, Romaji), Korean, Spanish (Latin America, Mexico, Spain), Arabic, Bengali, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Filipino, Finnish, Flemish, Greek, Gujarati, Hawaiian, Hebrew, Hindi (Devanagari, Transliteration), Hinglish, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Marathi, Norwegian, Polish, Portuguese (Brazil, Portugal), Punjabi, Romanian, Russian, Serbian (Cyrillic, Latin), Slovak, Slovenian, Swedish, Tamil (Script, Transliteration), Telugu, Thai, Turkish, Ukrainian, Urdu, Vietnamese

- **QuickType keyboard support with predictive input**[11]
  English (Australia, Canada, India, Singapore, UK, U.S.), Chinese (Simplified, Traditional), French (Belgium, Canada, France, Switzerland), German (Austria, Germany, Switzerland), Italian, Japanese, Korean, Russian, Spanish (Latin America, Mexico, Spain), Portuguese (Brazil, Portugal), Thai, Turkish

- **Siri languages**
  English (Australia, Canada, India, Ireland, New Zealand, Singapore, South Africa, UK, U.S.), Spanish (Chile, Mexico, Spain, U.S.), French (Belgium, Canada, France, Switzerland), German (Austria, Germany, Switzerland), Italian (Italy, Switzerland), Japanese, Korean, Mandarin (Mainland China, Taiwan), Cantonese (Mainland China, Hong Kong), Arabic (Saudi Arabia, United Arab Emirates), Danish (Denmark), Dutch (Belgium, Netherlands), Finnish (Finland), Hebrew (Israel), Malay (Malaysia), Norwegian (Norway), Russian (Russia), Swedish (Sweden), Turkish (Turkey), Thai (Thailand), Portuguese (Brazil)

- **Dictation languages**
  English (Australia, Canada, India, Ireland, Malaysia, New Zealand, Philippines, Saudi Arabia, Singapore, South Africa, UAE, UK, U.S.), Spanish (Chile, Colombia, Mexico, Spain, U.S.), French (Belgium, Canada, France, Luxembourg, Switzerland), German (Austria, Germany, Switzerland), Italian (Italy, Switzerland), Japanese, Korean, Mandarin (Mainland China, Taiwan), Cantonese (Hong Kong), Arabic (Kuwait, Saudi Arabia, Qatar, UAE), Catalan, Croatian, Czech, Danish, Dutch (Belgium, Luxembourg, Netherlands), Finnish, Greek, Hebrew, Hungarian, Indonesian, Malaysian, Norwegian, Polish, Portuguese (Brazil, Portugal), Romanian, Russian, Slovakian, Swedish, Turkish, Thai, Ukrainian, Vietnamese

- **Definition dictionary support**

APPL_COREP_00049925

English, Chinese (Simplified, Traditional), Danish, Dutch, French, German, Hindi, Italian, Japanese, Korean, Norwegian, Portuguese (Brazil), Russian, Spanish, Swedish, Thai, Turkish

- **Bilingual dictionary support**
  Chinese (Simplified), Dutch, French, German, Italian, Japanese, Korean, Spanish
- **Spell check**
  English (Australia, Canada, UK, U.S.), French, German, Italian, Spanish, Danish, Dutch, Finnish, Korean, Norwegian, Polish, Portuguese (Brazil, Portugal), Russian, Swedish, Turkish

### In the Box

- iPhone with iOS 10
- EarPods with Lightning Connector
- Lightning to 3.5 mm Headphone Jack Adapter
- Lightning to USB Cable
- USB Power Adapter
- Documentation

### iPhone and the Environment

Apple takes a complete product life cycle approach to determining our environmental impact. Learn more

iPhone 7 and iPhone 7 Plus embody Apple's continuing environmental progress. They are designed with the following features to reduce environmental impact:

- Mercury-free LED-backlit display
- Arsenic-free display glass
- Brominated flame retardant-free
- PVC-free
- Recyclable aluminum enclosure

### Apple and the Environment

Learn more about Apple's dedication to reducing the environmental impact of our products and process. Or read our Product Environmental Reports for detailed information on the environmental performance of every Apple product.

### Recycling

Apple takes a holistic view of materials management and waste minimization.
Learn more about how to recycle your iPhone

---

\* To identify your iPhone model number, see http://support.apple.com/kb/HT3939. For details on LTE support, contact your carrier and see www.apple.com/iphone/LTE. Cellular technology support is based on iPhone model number and configuration for either CDMA or GSM networks.

1. The high-gloss finish of the jet black iPhone 7 is achieved through a precision nine-step anodization and polishing process. Its surface is equally as hard as other anodized Apple products; however, its high shine may show fine micro-abrasions with use. If you are concerned about this, we suggest you use one of the many cases available to protect your iPhone.
2. Available space is less and varies due to many factors. A standard configuration uses approximately 4GB to 6GB of space (including iOS and built-in apps) depending on the model and settings.
3. Size and weight vary by configuration and manufacturing process.
4. iPhone 7 and iPhone 7 Plus are splash, water, and dust resistant and were tested under controlled laboratory conditions with a rating of IP67 under IEC standard 60529. Splash, water, and dust resistance are not permanent conditions and resistance might decrease as a result of normal wear. Do not attempt to charge a wet iPhone; refer to the user guide for cleaning and drying instructions. Liquid damage not covered under warranty.
5. FaceTime calling requires a FaceTime-enabled device for the caller and recipient and a Wi-Fi connection. Availability over a cellular network depends on carrier policies; data charges may apply.
6. Data plan required. LTE Advanced, LTE, VoLTE, and Wi-Fi calling are available in select markets and through select carriers. Speeds are based on theoretical throughput and vary based on site conditions and carrier. For details on LTE support, contact your carrier and see www.apple.com/iphone/LTE.

APPL_COREP_00049926

7. Siri may not be available in all languages or in all areas, and features may vary by area. Internet access required. Cellular data charges may apply.
8. All battery claims depend on network configuration and many other factors; actual results will vary. Battery has limited recharge cycles and may eventually need to be replaced by Apple service provider. Battery life and charge cycles vary by use and settings. See www.apple.com/batteries and www.apple.com/iphone/battery.html for more information.
9. iMovie, Pages, Numbers, and Keynote are free on the App Store for qualifying devices with initial activation on or after September 1, 2013. GarageBand is free on the App Store for qualifying devices with initial activation on or after September 1, 2014. Downloading apps requires an Apple ID and a device that is compatible with the iOS version required for each app.
10. Wireless broadband recommended; fees may apply.
11. Customized suggestions based on recipient and app are not available for Chinese (Simplified, Traditional), Japanese, Korean, and Thai.

Some features may not be available for all countries or all areas. Click here to see complete list.

Last Modified: Sep 9, 2016

## Additional Product Support Information

 iPhone



 Support

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2016 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map  |  Contact Apple

APPL_COREP_00049927