RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                    Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                    Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

Plaintiff Corephotonics, Ltd. and Defendant Apple Inc. stipulate pursuant to Civil L.R. 6-2 and respectfully request, subject to the Court's approval, to extend the deadline to file dispositive and *Daubert* motions in this patent infringement action. Good cause exists to extend this deadline in the interests of judicial economy for the Court. While there have been changes to briefing schedules requested by the parties, this is the first requested extension of any deadline in the post-stay case schedule (Dkt. 175) and does not affect the trial setting. Corephotonics' agreement to this stipulation is conditioned on the adjustment not affecting the trial date set for this matter. To the extent that adjusting the motion deadline would require adjustment of the trial date in this matter, Corephotonics does not stipulate to any adjustment of the dispositive motion and *Daubert* motion deadline.

The Court's claim construction order is currently pending after the *Markman* hearing conducted on October 5, 2023. The deadline for the parties to file dispositive and *Daubert* motions is currently February 1, 2024, and trial is set for June 24, 2024. (Dkt. 175.) The parties are currently engaged in expert discovery.

The parties currently expect that some of the issues that may arise in dispositive and *Daubert* motions may depend on the outcome of the disputed claim construction issues currently pending before the Court. If the parties proceed with motion practice before the issuance of the claim construction order, the parties will need to brief contingent issues, some of which may become moot after the Court issues the claim construction order. For example, the parties expect to file motions for summary judgment on infringement and/or invalidity issues that depend in part upon disputed claim construction positions. The parties expect that some potential *Daubert* motions could also be informed by the Court's claim construction rulings.

In view of the foregoing, the parties respectfully submit that good cause exists to modify the dispositive and *Daubert* motions deadline to ensure that the deadline occurs after the issuance of the Court's claim construction order. As noted above,

1    Corephotonics joins in this request only to the extent it would not alter the current

2    trial schedule.  Thus, the parties jointly request, subject to the approval of the Court

3    and the caveat by Corephotonics noted above, that the motions deadline be modified

4    to occur fourteen (14) days after the issuance of the Court's claim construction order.

5    A proposed order is submitted herewith.

6    DATED:  January 18, 2024              RUSS AUGUST & KABAT

7                                         By: */s/ Brian D. Ledahl*
                                          Marc A. Fenster (CA Bar No. 181067)
8                                         Brian D. Ledahl (CA Bar No. 186579)
                                          Neil A. Rubin (CA Bar No. 250761)
9                                         James S. Tsuei (CA Bar No. 285530)
                                          RUSS AUGUST & KABAT
10                                        12424 Wilshire Boulevard, 12th Floor
                                          Los Angeles, California  90025
11                                        Telephone: (310) 826-7474
                                          Facsimile: (310) 826-6991
12                                        mfenster@raklaw.com
                                          bwang@raklaw.com
13                                        nrubin@raklaw.com
                                          jtsuei@raklaw.com
14
                                          Attorneys for Plaintiff
15                                        Corephotonics, Ltd.

16                                        COOLEY LLP

17                                        By: */s/ Heidi Keefe*
                                          HEIDI KEEFE (178960)
18                                        (hkeefe@cooley.com)
                                          LOWELL MEAD (223989)
19                                        (lmead@cooley.com)
                                          PRIYA B. VISWANATH (238089)
20                                        (pviswanath@cooley.com)
                                          3175 Hanover Street
21                                        Palo Alto, CA  94304
                                          Telephone:    (650) 843-5000
22                                        Facsimile:    (650) 849-7400

23                                        PHILLIP MORTON (*pro hac vice*)
                                          (pmorton@cooley.com)
24                                        1299 Pennsylvania Avenue
                                          NW, Suite 700
25                                        Washington, DC 20004-2400
                                          Telephone:  (202) 842-7800
26                                        Facsimile:  (202) 842-7899

27

28

RUSS, AUGUST & KABAT

Attorneys for Defendant Apple Inc.

4

**JOINT STIPULATION TO EXTEND MOTION DEADLINE**

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

1    Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing

2    and pursuant to Civil L.R. 6-2 declare that:

3        (a) The reasons are set forth herein for the requested enlargement or

4            shortening of time;

5        (b) There have been no previous time modifications of the Court's Amended

6            Scheduling Order (Dkt. 175); and

7        (c) The requested time modification will not affect the trial setting.

8                                    By:  */s/ Heidi Keefe*
9                                    Heidi Keefe (178960)

10

11

12   PURSUANT TO STIPULATION, IT IS SO ORDERED.

13   Dated: January 26, 2024        By:_____

14                                    Hon. James Donato
                                     United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO EXTEND MOTION DEADLINE**

RUSS, AUGUST & KABAT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

  I certify that counsel of record who are deemed to have consented to electronic service are being served on January 18, 2024 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Heidi L. Keefe*

Case No. 5:17-cv-06457-JD        6

**JOINT STIPULATION TO EXTEND MOTION DEADLINE**