RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                    Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                    Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF RE APPLE'S MOTION TO DISMISS (DKT. 212)** |

Case No. 5:17-cv-06457-JD

**JOINT STIPULATION TO EXTEND REPLY BRIEF DEADLINE**

1  WHEREAS, Apple filed a Motion to Dismiss for Lack of Standing (Dkt. 212);

2  WHEREAS, the Court granted a modified briefing schedule for Apple's motion whereby Corephotonics filed its response to the motion on January 15, 2024, Apple's reply is due January 30, 2024, and the hearing on Apple's motion has been vacated pending further Court order (Dkt. 217);

WHEREAS, the parties are currently engaged in discussions that may narrow or eliminate disputes to be presented to the Court, and jointly seek a one-week extension of time for Apple to file its reply in order to continue those discussions;

WHEREAS, the requested one-week extension for Apple to file its reply will not otherwise affect the case schedule;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

The deadline for Apple to file its reply in support of its motion to dismiss is hereby extended from January 30, 2024 to February 6, 2024.

So Stipulated.

DATED: January 30, 2024

RUSS AUGUST & KABAT

By: */s/ Brian D. Ledahl*
Marc A. Fenster (CA Bar No. 181067)
Brian D. Ledahl (CA Bar No. 186579)
Neil A. Rubin (CA Bar No. 250761)
James S. Tsuei (CA Bar No. 285530)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com
nrubin@raklaw.com
jtsuei@raklaw.com

Attorneys for Plaintiff
Corephotonics, Ltd.

COOLEY LLP

By: */s/ Heidi L. Keefe*
HEIDI KEEFE (178960)
(hkeefe@cooley.com)

LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant Apple Inc.

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl (186579)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2024         By: _____
Hon. James Donato
United States District Judge

Case No. 5:17-cv-06457-JD                      3
**JOINT STIPULATION TO EXTEND REPLY BRIEF DEADLINE**

# CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 30, 2024 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*