RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE BRIEF RE APPLE'S MOTION TO STRIKE (DKT. 224) AND CONTINUE HEARING DATE** |

1  WHEREAS, Apple filed a Motion to Strike Corephotonics's Expert's Undisclosed New Infringement Theories (Dkt. 224) (the "Motion");

WHEREAS, Corephotonics seeks a one-week extension of time to file its response to the Motion and for Apple to file its reply, and Apple does not oppose and stipulates to that request;

WHEREAS, the requested extension will not otherwise affect the case schedule;

WHEREAS, the Motion is currently scheduled for hearing on February 29, 2024;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

The deadline for Corephotonics to file its response to the Motion is hereby extended from February 8, 2024 to February 15, 2024;

The deadline for Apple to file its reply in support of its Motion is hereby extended from February 15, 2024 to February 29, 2024; and

To the extent the Court conducts a hearing on the Motion, the February 29, 2024 hearing set for the Motion shall be continued to March 21, 2024.

So Stipulated.

Case No. 5:17-cv-06457-JD
**JOINT STIPULATION TO EXTEND RESPONSE BRIEF DEADLINE AND CONTINUE HEARING DATE**

| | |
|---|---|
| DATED:  February 5, 2024 | RUSS AUGUST & KABAT<br><br>By: */s/ James S. Tsuei*<br>Marc A. Fenster (CA Bar No. 181067)<br>Brian D. Ledahl (CA Bar No. 186579)<br>Neil A. Rubin (CA Bar No. 250761)<br>James S. Tsuei (CA Bar No. 285530)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California  90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>mfenster@raklaw.com<br>bwang@raklaw.com<br>nrubin@raklaw.com<br>jtsuei@raklaw.com<br><br>Attorneys for Plaintiff<br>Corephotonics, Ltd.<br><br>COOLEY LLP<br><br>By: */s/ Lowell Mead*<br>HEIDI KEEFE (178960)<br>(hkeefe@cooley.com)<br>LOWELL MEAD (223989)<br>(lmead@cooley.com)<br>PRIYA B. VISWANATH (238089)<br>(pviswanath@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304<br>Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400<br><br>PHILLIP MORTON (*pro hac vice*)<br>(pmorton@cooley.com)<br>1299 Pennsylvania Avenue<br>NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842-7800<br>Facsimile:  (202) 842-7899<br><br>Attorneys for Defendant Apple Inc. |

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: <u>*/s/ James S. Tsuei*</u><br>
James S. Tsuei

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    By:_____
                                              Hon. James Donato
                                              United States District Judge

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 5, 2024 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ James S. Tsuei*