1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>              Plaintiff,<br><br>  vs.<br><br>APPLE INC.<br><br>              Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has filed an Administrative Motion to File Under Seal certain documents.

Having considered all filed paperwork, and finding good cause to support sealing, the Court GRANTS the Administrative Motion to File Under Seal. The following portions may be redacted and sealed.

| Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|
| Portions of reply brief in support of Apple's Motion to Dismiss for Lack of Standing | Narrowly tailored portions of Reply reflecting materials designated "Confidential – Attorney's Eyes Only" by Corephotonics | |

**IT IS SO ORDERED.**

Dated: _____

                                        Hon. James Donato
                                        United States District Court Judge