RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                    Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                    Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR A TWO-WEEK STAY OF PROCEEDINGS** |

WHEREAS, the Parties hereto are in discussions for a possible resolution of this matter;

WHEREAS, the Parties mutually agree that a two-week stay of proceedings in this matter would help to facilitate such discussions; and

WHEREAS, the requested extension will not otherwise affect the case schedule;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

All proceedings in this matter shall be stayed for a two-week period to and including February 29, 2024.

So Stipulated.

| | |
|---|---|
| DATED:  February 15, 2024 | RUSS AUGUST & KABAT |
| | By: */s/ Brian D. Ledahl*<br>Marc A. Fenster (CA Bar No. 181067)<br>Brian D. Ledahl (CA Bar No. 186579)<br>Neil A. Rubin (CA Bar No. 250761)<br>James S. Tsuei (CA Bar No. 285530)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>mfenster@raklaw.com<br>bwang@raklaw.com<br>nrubin@raklaw.com<br>jtsuei@raklaw.com |
| | Attorneys for Plaintiff<br>Corephotonics, Ltd. |
| | COOLEY LLP |
| | By: */s/ Lowell Mead*<br>HEIDI KEEFE (178960)<br>(hkeefe@cooley.com)<br>LOWELL MEAD (223989)<br>(lmead@cooley.com)<br>PRIYA B. VISWANATH (238089)<br>(pviswanath@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400 |
| | PHILLIP MORTON (*pro hac vice*)<br>(pmorton@cooley.com)<br>1299 Pennsylvania Avenue<br>NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842-7800<br>Facsimile:  (202) 842-7899 |
| | Attorneys for Defendant Apple Inc. |

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl (186579)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:_____                By:_____
4                                              Hon. James Donato
                                                United States District Judge

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 15, 2024 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*