RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                Defendant. | Case No. 3:17-cv-06457-JD (Lead Case)<br>Case No. 3:18-cv-02555-JD<br><br>**JOINT STIPULATION OF DISMISSAL** |

Whereas, Plaintiff Corephotonics, Ltd. and Defendant Apple Inc. have settled their respective claims for relief asserted in this cause, and seek to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

Now, therefore, the Parties hereby stipulate as follows:

1. All claims for relief asserted against Apple Inc. by Corephotonics, Ltd. herein are dismissed, with prejudice.
2. All counterclaims for relief against Corephotonics, Ltd. by Apple Inc. herein are dismissed, without prejudice.
3. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

SO STIPULATED.

DATED: February 29, 2024

RUSS AUGUST & KABAT

By: */s/ Brian D. Ledahl*
Marc A. Fenster (CA Bar No. 181067)
Brian D. Ledahl (CA Bar No. 186579)
Neil A. Rubin (CA Bar No. 250761)
James S. Tsuei (CA Bar No. 285530)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com
nrubin@raklaw.com
jtsuei@raklaw.com

Attorneys for Plaintiff
Corephotonics, Ltd.

COOLEY LLP

By: */s/ Heidi Keefe*
HEIDI KEEFE (178960)
(hkeefe@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA B. VISWANATH (238089)
(pviswanath@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304

Case No. 5:17-cv-06457-JD

**JOINT STIPULATION OF DISMISSAL**

Telephone: (650) 843-5000
Facsimile: (650) 849-7400

PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant Apple Inc.

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl (186579)

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 29, 2024 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*